CA 05-160 E

receipt # 05-548

partial payment

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 00500548 - SP
        September 30, 2005

    Code   Case #   Qty    Amount

    1ST CIVI 05-160E        190.00
    2ND CIVI 05-160E         10.00


    TOTAL→              200.00
```