U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenny Hill | 05-160 Erie |
| DEFENDANT | TYPE OF PROCESS |
| John J. Lamanna | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

FCI McKean

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 5000; Bradford, PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kenny Hill #17110-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

| | |
|---|---|
| Number of process to be served with this Form 285 | ONE |
| Number of parties to be served in this case | SIX |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

John J. Lamanna's
(803) 637-1302

Fax: (803) 637-9840

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 11-29-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 12/20/05     Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: cert 9812 8020 5168  12-20-05

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | A. Received by (Please Print Clearly) | B. Date of Delivery |
| 7160 3901 9842 8020 5168 |  | |
| | C. Signature | |
| | X ⎯⎯⎯⎯⎯⎯⎯⎯⎯ ☐ Agent ☐ Addressee | |
| 3. Service Type  **CERTIFIED MAIL** | D. Is delivery address different from item 1? ☐ Yes | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | If YES, enter delivery address below: ☐ No | |
| 1. Article Addressed to: | | |

JOHN J. LAMANNA, WARDEN
FCI MCKEAN
P.O. BOX 5000
BRADFORD, PA.  16701

__5-160E,S/C/O,12/20/05,SRB__

PS Form 3811, January 2003                                    Domestic Return Receipt