IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY HILL, | ) |
| | ) Civil Action No. 05-160E |
| Plaintiff, | ) |
| | ) Judge McLaughlin |
| vs. | ) |
| | ) Magistrate Judge Baxter |
| | ) |
| JOHN LAMANNA, ET AL., | ) (Electronically Filed) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' John Lamanna, et al. Motion to Dismiss, or in the alternative, Motion for Summary Judgment, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED,** and Plaintiff's complaint is dismissed with prejudice.  This case is now **CLOSED.**

BY THE COURT:

_____
J.