## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNY HILL,
              PLAINTIFF

v.

JOHN LAMANNA, ET AL.,
              DEFENDANTS

Civil Action No. 05-160

Judge McLaughlin
Magistrate Judge Baxter

### Declaration of Douglas S. Goldring, Assistant General Counsel

1. I am an Assistant General Counsel employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to Federal Prison Industries, Inc. (FPI or trade name UNICOR). I am licensed to practice law in the Commonwealth of Pennsylvania. I began my service with the BOP on September 27, 1998.

2. I am aware that inmate Kenny Hill, Register Number 17110-016, filed a civil rights action, in which he alleges that his Constitutional rights were violated as a result of the condition in the UNICOR factory at the Federal Correctional Institution (FCI) in McKean, Pennsylvania.

3. According to records maintained in the ordinary course of business by the BOP, Kenny Hill is a Federal inmate currently incarcerated in the Federal Correctional Institution (FCI) in Petersburg, Virginia. He was convicted

in the District Court for the District of Columbia of Unlawful Possession With Intent to Distribute Five or More Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)B)(III); and Using and Carrying a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1). He was sentenced to a total of 19 years on December 17, 1992. His projected release date is January 3, 2017, via Good Conduct Time Release. **Attachment A is a true and correct copy of inmate Hill's Sentence Monitoring Computation Data.**

4.  At all time relevant to this action inmate Hill was housed in FCI McKean, a medium security facility. Records reflect that he arrived at that facility on or around April 6, 2001. **Attachment B is a true and correct copy of inmate Hill's Inmate History Data.**

5.  As an attorney for the Bureau of Prisons, I have access to the medical records of inmates, that are maintained in the ordinary course of business. **Attachment C is a true and correct copy of inmate Kenny Hill's complete medical records up to and including January 2006.**

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

Douglas S. Goldring
Assistant General Counsel
Federal Prison Industries, Inc.

2/2/06
Date