# ATTACHMENT A

```
BOPUK   540*23  *           SENTENCE MONITORING              *    01-11-2006
PAGE 001         *           COMPUTATION DATA                 *    09:24:34
                             AS OF 01-11-2006

REGNO..: 17110-016 NAME: HILL, KENNY


FBI NO............: 373201W1              DATE OF BIRTH: 07-17-1962
ARS1..............: PET/A-DES
UNIT..............: UNIT 1                QUARTERS.....: C01-015U
DETAINERS.........: NO                    NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-03-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-03-2017 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CR 92-010-04
JUDGE...........................: JACKSON
DATE SENTENCED/PROBATION IMPOSED: 12-17-1992
DATE COMMITTED..................: 07-06-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:  $100.00          $00.00            $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------

OFFENSE CODE....:  381
OFF/CHG: T21:841(A)(1) AND 841(B)(1)(B)(III); UNLAWFUL POSSESSION WITH
         INTENT TO DISTRIBUTE 5 + GR. COCAINE BASE. COUNT 3

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 09-11-1991




G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *              SENTENCE MONITORING            *      01-11-2006
   PAGE 002          *              COMPUTATION DATA            *      09:24:34
                                    AS OF 01-11-2006

REGNO..: 17110-016 NAME: HILL, KENNY


------------------------CURRENT OBLIGATION NO: 020 --------------------------

OFFENSE CODE....:  130
OFF/CHG: T18:924(C)(1); USING AND CARRYING A FIREARM DURING A DRUG
         TRAFFICKING OFFENSE. COUNT 4

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  CLASS OF OFFENSE...............: CLASS D FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 09-11-1991

------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 03-30-2005 AT PET AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 06-08-2000
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800
TOTAL TERM IN EFFECT............:   228 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    19 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 09-11-1991

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       03-20-1992     03-23-1992










G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *           SENTENCE MONITORING            *    01-11-2006
PAGE 003 OF 003  *             COMPUTATION DATA              *    09:24:34
                              AS OF 01-11-2006

REGNO..: 17110-016 NAME: HILL, KENNY


TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 881
TOTAL GCT EARNED................: 256
STATUTORY RELEASE DATE PROJECTED: 01-03-2017
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-03-2019


PROJECTED SATISFACTION DATE.....: 01-03-2017
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: INMATE WAS PAROLED FROM MARYLAND DOC ON 06-08-00 TO THE USM
                FOR SERVICE OF CONSECUTIVE FEDERAL SENTENCE.




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```