# ATTACHMENT B

```
     BOPUK   531.01 *              INMATE HISTORY              *    01-11-2006
   PAGE 001 OF 001 *                 ADM-REL                   *    09:24:58

    REG NO..: 17110-016 NAME....: HILL, KENNY
    CATEGORY: ARS          FUNCTION: PRT           FORMAT:

  FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

  PET    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-27-2004 1239 CURRENT
  7-O    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-27-2004 1239 08-27-2004 1239

  7-O    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-27-2004 1216 08-27-2004 1239

  PEM    HLD REMOVE HOLDOVER REMOVED               08-27-2004 1216 08-27-2004 1216

  PEM    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-25-2004 1447 08-27-2004 1216

  B15    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-25-2004 1447 08-25-2004 1447

  B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-25-2004 0650 08-25-2004 1447

  PHL    HLD REMOVE HOLDOVER REMOVED               08-25-2004 0650 08-25-2004 0650

  PHL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-23-2004 1658 08-25-2004 0650

  A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-23-2004 1658 08-23-2004 1658

  A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-23-2004 0927 08-23-2004 1658

  LEW    HLD REMOVE HOLDOVER REMOVED               08-23-2004 0927 08-23-2004 0927

  LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-20-2004 1429 08-23-2004 0927

  B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-20-2004 1429 08-20-2004 1429

  B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-20-2004 1045 08-20-2004 1429

  MCK    TRANSFER   TRANSFER                       08-20-2004 1045 08-20-2004 1045

  MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-06-2001 0845 08-20-2004 1045

  S14    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-06-2001 0845 04-06-2001 0845

  S14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-06-2001 0603 04-06-2001 0845

  LEW    HLD REMOVE HOLDOVER REMOVED               04-06-2001 0603 04-06-2001 0603

  LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  04-02-2001 1905 04-06-2001 0603

  A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-02-2001 1905 04-02-2001 1905

  A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-02-2001 0910 04-02-2001 1905

  OKL    HLD REMOVE HOLDOVER REMOVED               04-02-2001 0810 04-02-2001 0810

  OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-28-2001 1715 04-02-2001 0810

  5-A    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-28-2001 1815 03-28-2001 1815

  5-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-28-2001 0800 03-28-2001 1815

  THA    TRANSFER   TRANSFER                       03-28-2001 0800 03-28-2001 0800

  THA    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-06-2000 1000 03-28-2001 0800
```

```
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  07-06-2000 1100 07-06-2000 1100
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-06-2000 0810 07-06-2000 1100
OKL    HLD REMOVE  HOLDOVER REMOVED               07-06-2000 0710 07-06-2000 0710
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   07-03-2000 1640 07-06-2000 0710
0-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL  07-03-2000 1740 07-03-2000 1740
0-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-16-2000 0930 07-03-2000 1740
CBR    ADMIN REL   ADMINISTRATIVE RELEASE         06-16-2000 0930 06-16-2000 0930
CBR    A-ADMIN     ADMINISTRATIVE ADMISSION       06-16-2000 0902 06-16-2000 0930




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```