# ATTACHMENT C

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT (TREATING ORGANIZATION) (Sign each entry) |
|------|------|
| 9/6/05 0930 | S = Complains of itchy rash on both arms + chest, on + off for "several years". Reports being exposed to "something" while at work in amdar. Claims the medication he was given 1 month ago "don't help". |
| | O= Ambulatory  T= 98.0°F; BP= 105/70  P= 18/m, R/A/n - |
| | O = multiple papular lesions on the arms, back + anterior chest, not infected |
| | A= dermatitis / dry skin. |
| | P = referral to dermatologist |
| | - pt educated on proper skin care + reaction chronic form. |
| | - Selsun shampoo, Hydrocortisone cream + Vit A+D cream |
| | — Signo |
| | E. Panaguiton Mid-Level Practitioner FCC Petersburg, Virginia |
| | sick call note reviewed  [initials] 9/7/05  Dr. J. Allen Clinical Director FCC Petersburg |
| 9/16/05 1015 | Dermatology Clinic: pityrosporum folliculitis or Grover's disease |
| | Biopsy taken. RTC 1 month |
| | A. Zayas, MLP Mid-Level Practitioner FCC Petersburg, Virginia |
| | K. L. Laybourn, MD FCC Petersburg, Virginia  7-05 |
| | Vincent Sansone, Pharm.D Counseling Provided |
| 1/18/06 1320 | Dermatology Clinic |
| | 1) Doxycycline 100 mg P.O. 2x daily x 1 month |
| | 2) RTC 1 month          Richard S. Forth, ARNP |
| | K. L. Laybourn, MD FCC Petersburg, Virginia |

NSN 7840-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 6/1/05<br>1105 | Ortho Clinic .<br>① Clenched _fist APviews B/L wrists.<br>② F/U 2 months ———————————— *[signature]*<br>*[signature]*<br>6/2/05<br>K. L. Laybourn, MD<br>FCC Petersburg, Virginia |
| 8/9/05<br>1030 | S: pt. c/o skin rash ī arm & trunk. pt. h/o h6 skin problems due to *[illegible]* work at Pet *[illegible]* pt *[illegible]* lesion on *[illegible]*<br><br>BP 118/67   P69        T-98²<br><br>Skin: *[illegible]* papule *[illegible]* white/yellow *[illegible]* *[illegible]* *[illegible]* *[illegible]* skin. No *[illegible]* are noted<br><br>A: h/o *[illegible]*<br>P: ① Septra DS ī tab p BID x 14 days with lots of water x 14 days<br>② *[illegible]* drink a lot of fluids due to risk of stones<br>③ F/U ī 2 weeks this Sic<br><br>A. Zayas, MLP<br>FCC Petersburg-Low |
| 8/17/05<br>1515 | **Orthopedic Clinic**<br>F/U pm       *[signature]*<br>K. L. Laybourn, MD<br>FCC Petersburg, Virginia |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*  | REGISTER NO. | WARD NO.

Hill, K.
17110-016

Health Services Unit
FCC Petersburg, Virginia

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1          USP LVN

NSN 7540-00-634-4176                                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**2/10/05 1300** — Admin Note
Injury report done and Xray of (R) Wrist done
_[signature]_

**3/10/05 0800h** — ADM Entry
Orthopedic Consult and Xray of nose on x-rays pending
_[signature] MD_

**6/3/05 1130**
BP 144/79
P 69
Temp 97.9
S) 42 yr old male c/o rash on right side x 2 yrs. States rash first occured after cutting tile board at FCI McLean while working in Unicor. Reports associated symptoms of extreme itching.

O) Alert & oriented x3. NAD. Stable gait. Skin c̄ hyperpigmented rash on RIGHT flank area 8cm x 5cm. Ø scaling

A) Dermatitis

P) 1) Triamcinolone cream - Apply sparingly 2x daily X 15 days (IRF). 2) Ketoconazole Shampoo - use daily during showers. 3) Consult for R/u dermatology evaluation submitted. 4) R/u prn

6-3-05 _[signature]_

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

17110-016

Hill, Kenny

HEALTH SERVICES UNIT-LOW
FCC PETERSBURG, VA

| RECORDS MAINTAINED AT: ▶ | | R. Forth, PHS Mid-Level Practitioner |
|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE      **STANDARD FORM 600** (Rev. 5–84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201–45.505

**MEDICAL RECORD**   AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

8-27-04

RECEIVED AT FCC PETERSBURG LOW, VIRGINIA

1405   Intake screening completed

Present Medical Compliants          Yes    No

If yes specify    pork itch

Place in:    N/A         Chronic care clinic:   N/A
                        (DRMU)

PPD status: 6/10/04    If positive, date of last chest X-ray:

Medications Allergies:          Yes    (No)

If yes specify         N/A

Current Medications:         ∅

If yes, specify medications issued or prescribed:

                    N/A

Sick call and pill line procedures explained:   (Yes)    No

Have you have thoughts of harming yourself   Yes   (No)

Referral to pschycology         Yes   (No)

Have you tested positive for HIV?      Yes   (No)

Do you have Hepatitis B?         Yes   (No)

Have you come in contact with anyone with hepatitis B?   Yes   (No)

Evidence of scabies or lice?      Yes   (No)

Do you need information on a living will?   Yes   (No)

Do you need information on advance directives?   Yes   (No)

V. Pegram RN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Petersburg Low, Virginia | | | V. Pegram, R.N. |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCC Petersburg-LOW |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. **JOSEPH M. PAJARDO PHYSICIAN ASSISTANT**

Hill, Kenney
17110-016

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Health Services Unit-Low
FCC Petersburg, Virginia

*PET*

SF_600 (Face)

N 7540-00-634-4176                                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE

8/25/04
1800

Medical intake screening at FCC Petersburg Medium

History of medication allergies: NO   YES

History of suicidal ideation: NO   YES

Referred to Psychology: NO   YES

Lice/Scabies inspection completed: YES

History of infectious disease: TB,   HIV or Hepatitis: NO   Yes

History of contact with a HBV person: NO   YES

PPD given: NO   YES   6/10/04

Labs requested: NONE   CBC   RPR   UA

Patient with living will: NO   YES

Do you need information on Advanced Directives: NO   YES

Sick-call, Pill-line and Callout procedures explained: NO   YES

Skin Examination:   Normal / Abnormal   Describe-

Chronic care clinic referrals:

Current medical complaints:

Current medications:

A. Yira
FCI Petersburg, VA

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | FCC PETERSBURG-MEDIUM |
|---|---|---|

C/GRADE

HILL
  KENNY                  17110-016
B/M/O/07-17-1962
HT/601   WT/226   HR/BK   EY/BN
CUSTODY/IN

E OF BIRTH

(Rev. 5-84)
and ICMR
FIRMR (41 CFR) 201-45.505

BP-S659.60 **MEDICAL SUMMARY    FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

| TB Clearance Yes ✓ No ___ | Name Hill, Kenneth | Prisoner/Alien Reg.# 17110-016 | D.O.B 7/27/62 |
|---|---|---|---|
| 1. PPD Completed: 6-10-04 date | Departed From McKean | Date Departed 8/20/04 | |
| Results: OVO mm | Destination Pet | Reason for Transfer non-medical | |
| 2. CXR Completed: ___ Date | Dist. Name | Dist.# | Date in Custody __/__/__ |

TB Clearance box (left):
2. CXR Completed: _____ Date
Results: _____
3. Health Authority
Clearance: OK
Sign ___ Date 8/14/04

Note:
Dates listed above must be within one year of this transfer.

| Current | 1. S/P GSW, Oleg | 4. _____ |
|---|---|---|
| Medical | 2. Allergies | 5. _____ |
| Problems | 3. _____ | 6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| | | | None | |
| 08.24-04 | | | | |
| **OK For Transfer FDC Philadelphia Meds: Yes ___ No ✗** | | A. Martinez Health Service Administrator FDC Philadelphia | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Additional Comments - Blood and Body Fluid Precautions |
|---|

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | __ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name / Certifying Health Authority D. Olson MD Clinical Director | Phone Number | Date Signed 8/8/04 |
|---|---|---|

Record copy (MD)  Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP) **SIMILAR TO (USM 553)**        Replaces BP-S659 of Mar 99

USP Lewisburg
Inmate Received, this date
Medical History Reviewed      Yes No
Evidence of lice               Yes No
Suicidal Thoughts              Yes No
Recent Assault, Trauma or Abuse   Yes No
Signs and Symptoms of Infect Dse   Yes No
Allergies to Medications       Yes No
Medications

Ivan Navarro, PA

O.K. For Transfer
USP Lewisburg
Medications   Yes _____ No _____

Ivan Navarro, PA

8/25/04
1800
RECEIVED AT P.C.I. PETERSBURG, VA
NOT FULLY EVALUATED
OK FOR TRANSFER.
NO meds

A. Yirga, P.A.
FCI Petersburg, VA

26 AUG 2004

08-26-04 0830
Chart Review
not fully evaluated
cleared for transfer

N. Osorio, MLP
FCI Petersburg, PEM

8/27/04   0740S FCC PET VA I N      Received at R+

JOSEPH M PAJARDO
PHYSICIAN ASSISTANT

CHRONOLOGICAL RECORD OF MEDICAL CARE

8/23/04

1935

RECEIVED AT ☐ PHILADELPHIA ON THIS DATE:

PAIN          ⓪          1          2          3          4          5

SICK CALL REFERRAL FOR PAIN ?          YES          ⓝⓞ

☐ NO MEDICATIONS REQUIRED                    ☐ MEDICATIONS REQUIRED (SEE BELOW)

☐ SICK CALL AND PILL LINES PROCEDURES EXPLAINED

INMATE VOICED UNDERSTANDING          YES          NO

R. Ritter, MLP
FDC Philadelphia

G. Reynolds, M.D.
FDC Philadelphia
08-24-04

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART, SERVICE | RECORDS |
|---|---|---|---|
| FDC PHILADELPHIA | | | |
| SPONSOR'S NAME | SSN, ID NO. | RELATIONSHIP TO SPONSOR | |
| PATIENT'S  (for typed or written entries, give: Name- | | REGISTER NO. | WARD |

Hill, Kenneth

17110-014

7/17/62

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV)
Prescribed by GSA/CMR
FIRMR (41 CFR) 20 9 202-1

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

---

TB Clearance Yes ✓ No __

1. PPD Completed: 6-10-04
   Date

Results: OVO mm

2. CXR Completed: _____
   Date

Results: _____

3. Health Authority

Clearance: _____

_____    _____
Sign          Date

Note:
Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien | D.O.B. |
|------|---------------|--------|
| Hill, Kenneth | Reg.# 7110-016 | 7/27/62 |

| Departed From | Date Departed |
|---------------|---------------|
| DYFKlan | 8/20/04 |

| Destination | Reason for Transfer |
|-------------|---------------------|
| Pet | non-medical |

| Dist. Name | Dist.# | Date in Custody |
|------------|--------|-----------------|
| | | __/__/__ |

Current    1. SIP Gray Why    4. _____
Medical    2. Allen           5. _____
Problems   3. _____          6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|------------|------|-------|-------------------------------------------------------------|------|
| | | | **Medication Required For Care En Route** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

---

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |
| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP) **SIMILAR TO (USM 553)**         Replaces BP-S659 of Mar 99

NSN 7540-00-634-4176                                                                AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

6-3-04    (S) 41 y/o B/M° c/o LLE (leg & foot) swelling & pain
0930hr    & parasthesia x 3 wks. ; Hx GSW-LLE @ knee.
Denies Recent Injury    Note: New Boots ~ 1 mos.
RTC – S/P 5/28/04  Visit Same c/o
Reports - Chronic Pain ā 5/10 LLE - Leg Calf
        – Parasthesia Plantar Foot & Lateral Plantar
Denies issue ā Lt. Hip or knee or Femur.
(O) CAO x 3, NAD, Ambulatory, NL Gait, Ø Distress.
[LLE] FROM (active) – Hip, Knee, Ankle, Foot
    – Ø Edema / Swelling
    – (+) Warmth / color / appearance / Pulses / DTR's = RLE
    – Length = RLE
    – Calf – NT, Ø red, Ø Mass
    – Ankle – Stable, ø ROM
    – Foot – NT, ā Hyperkeratinous diffuse Plantar
        – ↓ Pain / touch sense vs Rt. Foot
Back – Ø deformity, NT, Ø St. leg.
(A) Callouses / Hyperkeratinosis ; Boots (New) ; Ø Neurovascular.
(P) Educate / Counsel (+) via Commissary Ald Jergen.
Soaks / rest / elevate, ↑/o Ø note (+) resize / refit boots
RTC PRN   ; Understand & agree,

                                    Robert E. Piotrowski, PA-C
                                    FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill, Kenny          17110
                      016

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2-20-04 1200 | ADMIN NOTE : |

1) Make arrangements for boot exchange (see 2-19-04).
IM can receive a cleaned/"sterilized" pair of
used BOP boots in exchange for his leaking
boots. (NO NEW boots can be issued, per Laundry).

2) IM insists on NEW boots. Refuses boot exchange.

Steven Labrozzi, PA-C
Physician Assistant

WANTS TO BE SEEN. No appt. No call·out. No call via CO.

| 5/28/04 1215 | ⑤ C/o numbness in Lower L Leg × 2 weeks |

Ⓗ Hx GSW 1980s
recurrent pain in this area since 1980s
PAIN: throbbing + 9/10 burning
tingling

NAD ... able to ambulate s̄ evident disability

Ⓞ M/S - Skin - Neuro                                          Ⓛ
—GSW scars    entry: superior (proximal to) Anterior Patella
exit: distal to Ⓛ Popliteal space
greater pain at popliteal space
Full AROM Knee & Ankle

—DTRs — Patellar equal bilaterally
— Unable to elicit Achilles reflex in Ⓛ ankle
Full reflex at Ⓡ ankle

—PT claims ↓ sensation / anesthesias across entire
— No Atrophy    lower L Leg, at planter/dorsal foot &
— PT pulses intact           at toes 3,4,5.

Ⓐ Paresthesias } 2° GSW c̄ PAIN
   Anesthesias

Ⓟ 1. Indocin 25mg  1-2 po c̄ food/milk TID.  #42  Rx/1

2. PT ED: Nerve damage, Poor to No Tx options }
Meds.                                          } Pt understands

3. RTC prn

Steven Labrozzi, PA-C
Physician Assistant

Reviewed By:
V. Geza, PharmD

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

2-19-04
0815

ⓢ c/o feet problems: c/o leaking boots.
present boots x 2.5 yr.

WANTS NEW PAIR OF BOOTS

c/o calluses x "long time"
PAIN: +8/10

c/o pulled muscle in back p̄ lifting heavy furniture in UNICOR yesterday.
PAIN = "ache" +9/10

ⓞ NAD
SKIN: ⊕ hyperkeratotic regions of feet ⎫
⊕ xerosis ⎬ feet
⊕ onychomycosis ⎭

M/S ⊕ Pain to palp of sacral bones, SI joints.
ROM: flexion limited to 45°
Pain also upon extension, twisting, lateral bending.

ⓐ Calluses.
LBP.

ⓟ 1. Motrin 800mg    ī po c̄ food / milk TID.    #30    Rx 1

2. Salicylic Acid Plasters    Soak x 5min. Apply sized plaster x 48 hrs.    #2 bandaid strips
Remove plaster + dead skin. Repeat    Rx 5

3. Pt refuses colle. His supervisor evidently will allow him
to do only paperwork during temp back to history.

4. Referred to Mr. Montgomery RE: shoe problem.
5.    "    to Commissary for muscle balm.
6. Pt understands Rx plan. RTC prn.

I. Loby

Referred to commissary
for OTC medications for refills.

Reviewed By:
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

Hill, Kenneth    17110-016

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 9/4/03 | Excoriations. |
| 0945hr | ② Lt. Foot Lateral Plantar Surface 1 x 1.5 cm |
| Continued | hyperkeratinized lesion — c̄ ⊕⊕ tender ∅ disch |
|  | ∅ Fluid ∅ red. |
|  | P. ① Dermatitis u/o Ⓢ allergy |
|  | ② Callous/corn |
|  | P. Hydrocortisone Cm. 1% AAA BID #1 tube c̄ Rfx |
|  | Benadryl 25 mg Cap @ 1 PO Q4-Q6H PRN #20 c̄ Rfx |
|  | Salicylic Acid Plaster Patch x 1 Box c̄ Ref. x1 |
|  | Pt. Educated & Understands |
|  | RTC — PRN    - Soak area x 5 min → DRY |
|  |          - Apply "sized" Patch |
|  |          - Maintain x 48 hr & Replace |
|  |          - Continue repeat x 3 weeks |
|  | [signature], PA-C |
|  | **Robert E. Plotrowski, PA-C**    Reviewed By: [signature] |
|  | **FCI McKean**    V. Geza, PharmD |
| 9-12-03 | Inmate Rec'd 4 pgs. Medical Records   J. Petruzzi 4 PT |
| 1230 |    **T. Petruzzi, HIT** |
|  |  |
| 10-31-03 | S: c/o "itching feet" x several months. Saroputs the showers are causing rash. |
| 0855 | O: NAD. Feet c̄ maceration + peeling interdigitally, pale. |
|  | A: T. pedis |
|  | P: Mycelex Cream 1%, apply to AA bid Rx 1. Pt education re: fungus. |
|  | RTC prn. Pt understands           B Saylor, NP-C |
|  | Reviewed By: [signature]    **BONNIE SAYLOR, NP** |
|  | V. Geza, PharmD |
| 7:∪∪ |  |
| 1∪∪ |  |
| 9∪∪ |  |

77
382335

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**6-17-03**
**1035**

S: Requests "respiratory exam." Wants to be checked out & make sure he's okay. "Feeling light-headed lately and afraid of germs because unit is filthy." c/o "dryness in throat sometimes." Denies other s+s.

O: NAD. Appears well. Temp: 99  BP: 138/78, P: 69, O₂ Sat: 96%
Chest: CTA bil. PFM: 750 l/min

A: Normal vitals

P: Reassure I/M. Pt. education re: hand washing technique, ↑ fluids.
RTC prn. I/M understands.          B Saylor NP C

BONNIE SAYLOR, NP
FCI MCKEAN

Reviewed by D. Olson, MD

BOBBIE BOOKER, MD    date: 1/2/03

**8-11-03**
**1045**

No show for f/c appointment.          B Saylor NP C
                                          MCKEAN

**9/4/03**
**0745hr**

S) 41 y/o AA ♂ c/o ℗ Rash Relat. U/E's & foot/leds
X3 mos — itchy, ⊘ Pain ? Source Unica ℗ during
℗ Prior Hx.  ② Lt. Foot +6/10 Pain 2° Callous/Corn

O) CAO x3, Ambulatory, Nl. Gait, ⊘ affect
℗ Papular Non Vesicular lesions Relat. U/E's @
Over Circumferential & Few Necks c & Face c ⊕

---

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 17110-016 | WARD NO. |
|---|---|---|

Hill, Kenneth

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**4/14/03**
**0730**

Ⓢ c/o HAs, nosebleeds, dry nostrils × 1 year.
↳ "dizzy" temporal areas, bilat "aching" +6/10 } im denies
comes & goes. ↑ with/when im goes to work. } sensory
prodrome/aura

Nosebleeds when nostrils are dry ... only occasionally.

Ⓞ NAD    T= 97.7°F
HEENT: ⊕ "pain" to palp f/m sinuses, but also "pain" when
occiput, parietal, & maxillary areas are palpated.
im denies sensation of "pressure" when leaning forward (heel
behavior knees)
Turbinates: +2 s/s ⊕ erythema ⊕ evidence of recent epistaxis
⊕ striations (white colored) in left nostril (left
nasal mucosa)
Oropharynx c̄ exudates
⊕ adenopathy.

Ⓐ Headaches
Dry nasal mucosa

Ⓟ 1. N.S. (Saline) Nasal Spray    2 sprays both nostrils QID & prn    #1 Rx3
2. Motrin 400 mg    ī po QID prn HAs    #30 Rx3
3. im Edu: use of meds    im understand
4. RTC prn.

4/14/03

Violette Geza, PharmD, RPh
Chief Pharmacist

Steven Labrozzi, PA-C
Physician Assistant

**4/21/03**
**0830**

Inmate Recid 12 pgs. Medical Records    T. Petruzzi, HIT

T. Petruzzi, HIT

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Hill, Ken

REGISTER NO. 17110  016     WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| Ⓢ | ℅ rash in private area × 2-3 months |
| 3/26/03 | ⊕ itching ⊕ burn ⊕ pain +5/10 |
| | im believes it's a jock itch. Got rash while playing |
| 1410 | sports + from using BOP shower water. |
| | |
| | ℅ athletesfoot 2° "poor sanitation in BOP showers" |
| | × 3 months. |
| | ⊕ itching, ⊕ burning, ⊕ pain +5/10. |
| | |
| | ℅ rash on abdomen ⊕ itching |
| | |
| Ⓞ | ⊕ scaling erythematous lesions underneath scrotum |
| | + on innermost inguinal line. |
| | ⊕ macular hyperpigmented × 3×4 inch patches ⟵ one on RLQ ⟵ one on LLQ |
| | ⊕ scaling lesions ↔ toes. |
| | |
| Ⓐ | – Dermatitis |
| | – Tinea Pedis |
| | – Tinea Cruris |
| | |
| Ⓟ | 1. Miconazole 2% Cream    Apply sparingly to cleansed + #1 |
| | dried areas of groin, feet, + R×5 |
| | abdomen BID |
| | |
| | 2. Valisone 0.1% Cream    apply sparingly to cleansed #1 |
| | + dried abdominal region BID R×2 |
| | |
| | 3. im understands tx |
| | plan.    EO... re: use of meds |
| | hygiene interventions |
| | |
| | 4. FU prn via/ S/C. |

Steven Labrozzi, PA-C
Physician Assistant

REVIEWED

3/24/03

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**1/7/03**
**1055**

S: Req. topical cream for athlete's feet + jock itch

O: Thick white patches between toes. Ø open areas. Hyperpigmented scaley areas noted in bil. groin

A: athlete's feet    jock itch

P: Mycelex cream #1 apply to aa bid x 2R
Pt educ. Use to cream as directed. Skin care discussed. RTC prn. Pt understands

*Gracia Fairbanks PA*

**G. Fairbanks**
**Physician Assistant**

*(vertical signature left margin)* Violette Geza, PharmD. RPh Chief Pharmacist — 1/7/03

---

**1/30/03**
**0940**

S: c/o rash in groin area and feet not relieved by medication. Requesting alternative tx.

O: NAD. Groin: c̄ hyperpigmented scaley lesions bil. Feet: c̄ mild mascerating peeling interdigitally.

A: Jock itch. T. pedis

P: Tolnaftate cream #1, apply to AA's bid. RX2 pt. education: wash hands between administrations of AA's. RTC prn. Pt understands. B Saylor NP

*(vertical signature left margin)* Violette Geza, PharmD. RPh Chief Pharmacist — 1/30/03

**BONNIE SAYLOR, NP**
**FCI MCKEAN**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Chiel, Kenneth
17110-016

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 9/13/02 0835 | (S) c/o rash on neck & athletes foot x1wk. Hx of same. Denies pain<br>(O) NAD<br>neck - no rash noted<br>feet - fungus between toes both feet<br>(A) 1) Athletes feet<br>(P) 1) Myselex crm. to feet BID #1wk<br>2) Educated on Rx & foot care verbalized understanding<br>3) F/U prn sick call<br>J. GLENN, FNP<br>FCI MCKEAN |
| 9/13/02<br>N/F (Phamo)<br>(see (Thomas) | |
| 12/4/02 1115 | Physical exam done<br>Gracia Fairbanks, MLP |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**8/28/02**

**1030**

Ⓢ IM requests PE

Ⓞ T= 97.4°F    BP= 116/72 sitting, LA

SKIN: Ø lesions, rashes. IM has tattoo          Eyesight: 20/15 Rt eye

HEENT: sclera white, conjunctiva - pink          20/30 Lft eye.
turbinates +3/4 (slight edema)
TMs pearly gray
Oropharynx Ø exudate/erythema
Ⓝ adenopathy
Ⓝ palpable thyroid

LUNGS: CTA

Heart: RRR s̄ m/g/r. S₁ + S₂ distinct

Abd: soft. Ø guarding. BSNA × 4 quads
Ⓝ organomegaly

GU: Ⓝ hernias. testes: smooth

Rectum: Ⓝ hemorrhoids
prostate: smooth

M-S: Full ROM  +5/5 strength throughout

Feet: ① Onychymycosis

Ⓐ Essentially healthy 40 yo Bm

Ⓟ 1) F/U at sick call for medical/dental problems, as they arise
2) Wrote copy-out to Optometrist if vision while reading is bothersome.
3) IM understood exam & recommendations.

S. Labrozzi PA-C
Labrozzi

Reviewed by D. Olson, MD
Date: 8/30/02

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| PONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

ATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Hill, Kenny

| REGISTER NO. | WARD NO. |
|---|---|
| 17110-016 | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 8/8/02 0915 | S: Cont to c/o itchy rash on neck + (L) elbow |
| | O: Maculopapula erythem. Scaley lesions on bil neck + (L) elbow c̄ (+) evidence of itching noted. Ø pustules. Ø dng |
| | A: Dermatitis |
| | P: HC cream #1 apply to aa bid x 1 R Pt educ. Use as directed. Skin care discuss RTC prn. Pt understands |
| | Gracia Fairbanks PA |
| | Reviewed by D. Olson, MD    GRACIA FAIRBANKS |
| | Date: 8/11/02    Physician Assistant |
| | |
| 8/19/02 0930 | S: c/o jock itch x 1 wk. Denies pain |
| | O: NAD groin - mild papular / macular rash c̄ mild erythema |
| | A: jock itch |
| | P: 1) Mycelex crm. to aa BID #1 A 2) Educated on Rx skin care 3) F/U prn sick call |
| | J Glenn FNP |
| | Reviewed by D. Olson, MD |
| | Date: 8/19/02    J. GLENN, FNP    FCI McKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

7/11/02
0930

(S) c/o rash on neck & arms, also has athletes foot both feet
denius pain

(O) NAD
neck, arms, elbows - dry area c̄ fine papular rash c̄ erythema
feet fungus noted between toe both feet

(A) 1) Dermatitis
2) Athletes foot

(P) 1) Hydrocortisone crm. to areas on neck & arms BID sparingly #1 NR
2) Mycelex crm to feet BID as directed #1 RX1
3) Educated in Rx, foot care & F/U assess plan
4) F/U prn sick call

J. Glenn, CRNP

[signature] J Glenn CRNP

REVIEWED BY [signature] 7/11/02  BEAM, MD MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 17110-016 | |

Hill, Kenny

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 3-26-02 1000 | S: Requests circumcision. C/o "regular infections. C/o tight band of foreskin which hurts when pulled back. |
| | O: NAD. Penis c tightly banded foreskin c̄ infection, o discharge, o erythema |
| | A: taut foreskin |
| | P: Consult c̄ MD's re: Cx. Pt. education re: skin care. RTC prn. Pt. understands. ― B. Saylor NP |
| | **BONNIE SAYLOR, NP** **FCI MCKEAN** |
| 5-23-02 1110 | S: C/o burning + itching between toes x 2 wks. Seeks relief. |
| | O: NAD Maceration + peeling between toes. |
| | A: T. pedis bil |
| | P: Miconazole #1 apply to AA's bid. Rx 2. Pt education re: skin care RTC prn. Pt understands ― B. Saylor NP |
| | **BONNIE SAYLOR, NP** **FCI MCKEAN** |
| | Reviewed by D. Olson, MD Date 5/24/02 |
| 6-13-02 1045 | S: C/o rash on L neck and elbow. Present x 1 week. Itches. Requests relief. |
| | O: NAD. L neck + elbow c̄ quarter-sized dry macular lesions. |
| | A: dermatitis |
| | P: Hydrocortisone Cream #1, apply to AA's bid. Rx 1. Pt. education re: skin care. RTC prn. Pt. understands. ― B. Saylor NP |
| | **BONNIE SAYLOR, NP** **FCI MCKEAN** |
| | Reviewed by D. Olson, MD Date 6/13/02 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/21/01 1245 | S: Requesting top cream for jock itch + AF<br>O: deferred<br>A: Jock itch. Athletes feet<br>P: Mycelex cream #1 Apply to AA bid x 2R<br>Educ Use as directed. Skin care, hand<br>washing discussed. RTC prn. Pt understands<br>*Gracia Fairbanks PA*<br><br>**Gracia Fairbanks, MLP**<br>Reviewed by D. Olson, MD<br>Date: 8/22/01 |
| 1-22-02 0855 | S: c/o falling x 2 days ago and pulling muscle in (R) groin. Painful. Also c/o itching between toes. Seeks tx. [Pain in groin is "8 out of 10."]<br>O: NBS. (R) groin s̄ inflammation, erythema or tenderness c̄ palpation. FROM observed. ↓ Extremities: c̄ maceration and peeling interdigital b/e.<br>A: muscle strain; tinea pedis<br>P: Motrin, 400 mg. ī tab po q̄ 8° c̄ food #21, ↑K. Warm compresses to AA prn. Mycelex #1, apply to AA bid, RX1. Pt education re: hygiene. RTC prn. Pt understands. ——— B. Saylor, NP<br><br>**Bonnie Saylor, NP**<br>Reviewed by D. Olson, MD<br>Date 1/22/02 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

Neill, Kenneth
17110-016

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 8/3/01 0617 | S: Need refill on the following |
| | O: bilateral A. foot interdigital, jock itch bilateral. |
| | A: A. foot / Jock itch. |
| | P: (1) Mycelex cream #1 use BID Rx _____ |
| | (2) Keep area clean / dry |
| | (3) follow up as SR |
| | (4) Rx unless faster OK |
| | _____ Gomez, MLP |
| | Reviewed by D. Olson, MD |
| | Date: 8/3/01 |
| 081301 0800 | S: Requesting refill on antifungal for athletes foot |
| | O: Deferred |
| | A: Athletes feet |
| | P. Tolnaftate Creme 1% #1 c̄ 1 Refill per. G. Fairbanks.   Cheryl Lundberg, RN |
| | Gracia Fairbanks, MLP |
| | Reviewed by D. Olsen, MD |
| | Date: 8/14/01 |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

4/6/01
1130

Intake Screening  E.H.M. 38 y/o
No lice. No suicidal ideations
NKDA. No meds.
— h g of  IVDA V.D.  hepatitis or T.B.
No change in medical status.

_J. Gomez, MLP_ ?B

6/5/01
0750

S Two Readings.
O "   "
A "   "

P Nted Skin Care  Understands  RTC prn.
Tolmaftate Apply BID x 1

Patient Education
  ☐ Dosage
  ☐ Special Instruction
C. Dylenek RPh  CAO

_W. Flatt, MLP_

6/8/01
1100

P Admi Note
(See note 6/5/01)  ○Add HC 1% Cream B 1D   4 Tube

Patient Education
  ☐ Dosage
  ☐ Special Instruction
C. Dylen R.Ph  CAO

D. Olson, MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 17110-066   WARD NO.

Hill, Kenny

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

HOLDOVER

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                                  **FEDERAL BUREAU OF PRISONS**

| TB Clearance |
|---|
| PPD Completed: 6-28-00 (Date) |
| Results: 0 mm |
| Interpreted as: Negative (Positive or Negative) |
| CXR Completed: _____ (Date) |
| Results: _____ |
| Note: Date(s) listed above must be within one year of this transfer. |

**No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.**

Name: Hill, Kenny                           Reg. No. 17110-016

Departed From: USP Terre Haute              Date Departed: 3/28/01

Destination: MCK
             Name of Institution            Reason for Transfer: non medical

Special Instructions: **Blood and Body Fluid Precautions**
             Med Allergies: NONE

Diagnoses: 1. Normal Healthy ♂       4. _____
           2. _____           5. _____
           3. _____           6. _____

### MEDICATION FOR CARE ENROUTE

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Continue medications as directed until medically evaluated. | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| John W. Smith PA | | 3-27-01 |

### PROGRESS NOTES ENROUTE

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|

Medication times at USPTH:

| | |
|---|---|
| Daily | 0600 |
| Twice Daily | 0700 & 1700 |
| Three Times Daily | 0700 & 1000 & 1700 |
| Four Times Daily | 0700 & 1000 & 1700 & 2100 |
| Bedtime | 2100 |

Unless Specified by Drs. Order

Attach SF-600 if additional space is required.

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)              This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994


Printed on Recycled Paper

Federal Transfer Center
Oklahoma City, OK MAR 2 8 2001
Date_____

Medication: _____ Yes ___✓ No
Hot Meds: _____ Yes ___✓ No
Meds Issued: _____ Yes ___✓ No
Lice Seen: _____ Yes ___ No

Signature & Stamp
   Todd Genzer
   Clinical Nurse
   FTC, Oklahoma City, OK

Food or Drug Allergies: _____
NKA; Allergies: _____
_____

Current Medical Status:
No Complaints; Complaint of _____

TB Signs and Symptom (s): NONE ;
cough, hemoptysis, night sweats, wt. loss

Medication Times:
Once Daily = 6:00 AM
2x Daily = 6:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 PM
Cleared Pharmacy for Transfer.
FTC, Oklahoma City, OK

MAR 3 0 2001

USP Lewisburg
Inmate Received, this date  02 APR 2001
Medical History Reviewed            Yes No
Evidence of lice                    Yes No
Suicidal Thoughts                   Yes No
Recent Assault, Trauma or Abuse     Yes No
Signs and Symptoms of Infect Dse    Yes No
Allergies to Medications            Yes No
Medications                         Yes No

Mark Peoria, PA-C

O.K. For Transfer
USP Lewisburg
4/6/0 Medications  Yes

Ivan Navarro, P.A.

FCI/FPC McKean
Inmate Received this date ___ 4/6/01
Medical History (BP-360) Reviewed  yes
Evidence Body Lice: Yes/No
Medications: Yes/No - Given _____

J. Gomez, MLP

HOLDOAED

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | 600-10 |
|---|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* | | |

01-12-00  Adm. note: Intake exam completed —Zurim PA-C

12-29-00  *(illegible handwritten clinical notes)*
1430

J. Williams, PA-C

A. Ias Viano, PA

PATIENT'S IDENTIFICATION *(Use this space for Mechanical print)*

HILL, KENNETH  17110-016

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL

USP TERRE HAUTE, IN

# MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT
## U.S. Department of Justice

2C

| TB Clearance ☐ Yes ☐ No |
|---|

1) PPD Completed: 6/28/00
Date
Results: 0 mm

2) CXR Completed: _____
Date

3) Health Authority
Clearance: TRANSCRIBE
PKw 7/3/00
Sign    Date

Note:
Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

Name: HILL, KENNETH    Prisoner/Alien Reg. # 17110-086    D.O.B:

Departed From: USM LEW    Date Departed: 7/3/00

Destination: _____    Reason for Transfer: _____

Dist. Name: _____    Dist. # _____    Date in Custody: _____

## II. Current Medical Problems

1. _____    4. _____
2. _____    5. _____
3. _____    6. _____

| Medication | Dose | Route | Medication Required For Care En Route | | Stop |
|---|---|---|---|---|---|
| | | | Instructions For Use (Include proper time for Administering) | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?    ☐ Yes    ☐ No    If no, Why not?

Is prisoner medically able to travel by airplane?    ☐ Yes    ☐ No    If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?    ☐ Yes    ☐ No    If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?    ☐ Yes    ☐ No    If yes, state reason:

Does prisoner require any medical equipment while in transport status?    ☐ Yes    ☐ No    If yes, What equipment?

Sign & Print Name- Certifying Health Authority:    Phone Number:    Date Signed:

_____

Original–Upon Transfer

Form USM-553
(Est 6/98)

Federal Transfer Center
Oklahoma City, OK
Date _____ **JUL 0 3 2000**

| | | |
|---|---|---|
| Medication: | _____ Yes | ✓ No |
| Hot Meds: | _____ Yes | ✓ No |
| Meds Issued: | _____ Yes | ✓ No |
| Lice Seen: | _____ Yes | ✓ No |

Signature & Stamp

**Todd Genzer**
**Clinical Nurse**
**FTC, Oklahoma City, OK**

CXR ORDER DATE: **JUL 0 3 2000**

FOLLOW UP PPD, IF INDICATED
AT FINAL DESTINATION

SIGNATURE AND STAMP

Brian Cronenwett, LT.
Registered Nurse
Federal Transfer Center, OKC, OK

Medication Times
Once Daily = 6:00 AM
2x Daily = 6:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 PM
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK

**JUL 0 5 2000**

U.S. PENITENTIARY
TERRE HAUTE
MEDICAL SERVICES

S.F. 71 AND S.F. 93 REVIEWED-ORIGINATED
NO MAJOR MEDICAL COMPLAINTS
VOICED. WILL CONTINUE ABOVE
RECOMMENDATIONS.

Hill, Ken
17110-016
PE

U.S. PENITENTIARY TERRE HAUTE, IN. 47808

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY

REMARKS

---

**PATIENT'S MED. RECORD**

SPECIMEN/LAB RPT NO

URINALYSIS

URGENCY
☑ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED
☑ AMB
☐ OUTPATIENT
☐ NP
☐ DOM

SPECIMEN SOURCE
☑ ROUTINE
☐ OTHER (Specify)

LAB. ID NO.

MD DATE    7/2/60
TECH

| TESTS | REQUESTED (X) | RESULTS |
|---|---|---|
| ROUTINE | | |
| SPECIFIC GRAVITY | | 1.036 |
| UROBILINOGEN | | |
| OCCULT BLOOD | | |
| BILE | | |
| KETONES | | |
| GLUCOSE | | |
| PROTEIN | | |
| pH | | 5.5 |
| MICROSCOPIC | | |
| WBC | | |
| RBC | | |
| EPITH CELLS | | |
| WBC | | |
| RBC | | |
| HYALINE | | |
| GRANULAR | | |
| BACTERIA | | |
| CRYSTALS | | |
| MUCUS | | |
| NITRITE | | |
| BENCE-JONES PROTEIN | | |
| HEMOSIDERIN | | |
| HCG | | |

SPECIMEN TAKEN
DATE    7/1    TIME    930    A.M. / P.M.

Standard Form 550 (Rev. 4-77)
General Services Administration and Interagency
Committee on Medical Records FPMR (41 CFR) 201-45.503

---

**PATIENT'S MED. RECORD**

SPECIMEN/LAB RPT. NO.

HEMATOLOGY

URGENCY
☑ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED
☑ AMB
☐ OUTPATIENT
☐ NP
☐ DOM

SPECIMEN SOURCE
☑ VEIN
☐ OTHER (Specify)
☐ CAP

LAB. ID. NO.

MD DATE    7/2/4/w
TECH

Hill, Ken
17110-016

U.S. PENITENTIARY TERRE HAUTE, IN. 47808

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY

REMARKS

549-107

UROLOGY

| TESTS | REQUESTED (X) | | |
|---|---|---|---|
| RBC COUNT | | | |
| HEMOGLOBIN | | | |
| HEMATOCRIT | | | |
| MCV | | | |
| MCH | | | |
| MCHC | | | |
| WBC COUNT | | | |
| IMMATURE NEUTRO.-BANDS | | | |
| WBC DIFF AND BLOOD CELL MORPH. | | | |
| NEUTROSEG | | | |
| BANDS | | | |
| LYMPHS | | | |
| EOSINOPHILS | | | |
| BASOPHILS | | | |
| MONOCYTES | | | |
| PLATELETS | | | |
| RBC | | | |
| SED RATE | | | |
| PLATELET COUNT | | | |
| RETICULOCYTE COUNT | | | |
| CLOTTING TIME | | | |
| BLEEDING TIME | | | |
| CONTROL | | | |
| PATIENT | | | |
| CONTROL | | | |
| PATIENT | | | |
| CLOTTING TEST | | | |
| PRE-OP | | | |

Standard Form 549 (Rev. 7-78)
FPMR 201-45.505

| SPECIMEN/LAB RPT NO |

Hill
17110-016

09-02-04 06:55

a10

CLARITY: _____
COLOR: YELLOW

MULTISTIX 10 SG

GLU   NEGATIVE
BIL   NEGATIVE
KET   NEGATIVE
SG    >=1.030
BLO   NEGATIVE
PH    5.0
PRO   NEGATIVE
URO   0.2 E.U./dL
NIT   NEGATIVE
LEU   NEGATIVE

Enter in above space   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE          REPORTED BY

9-10-04

REMARKS
Dr. R. Laybourn, M.D.
Medical Center

PATIENTS MED. RECORD

---

SPECIMEN/LAB. RPT. NO.

Hill, Ken
17110-016

PE

SEROLOGY

**URGENCY**
☑ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

**PATIENT STATUS**
☐ BED      ☑ AMB
**OUTPATIENT**
☐ NP       ☐ DOM

**SPECIMEN SOURCE**
☑ BLOOD
☐ OTHER (Specify)

U.S. PENITENTIARY TERRE HAUTE, IN. 47808

Enter in above space   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE          REPORTED BY          MD   DATE
Lawson                                                        TECH  8/1/04

LAB. ID. NO.

REMARKS          EXPECTED RESULTS: NON REACTIVE        730Am

PATIENTS MED. RECORD

NR

# FEDERAL MEDICAL CENTER CLINICAL LABORATORY

OLD HIGHWAY 75
BUTNER, NC 27509
(919) 575-3900

Laboratory Supervisor:
Bob Latina

Page: 1 of 1
Printed: 09/08/2004 @ 15:18

======================================================

### FINAL REPORT
### *** SENSITIVE - LIMITED OFFICIAL USE ***

======================================================

Name: HILL, KENNY                     Lab #: 020197              ID: 17110-016

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|

## HEMATOLOGY

**CBC w/DIFF**

| Test | Result | Flag | Reference Range/Units |
|------|--------|------|-----------------------|
| WBC | 6.5 | | 4.0 - 11.0 10^3/uL |
| RBC | 4.96 | | 4.50 - 5.50 10^6/uL |
| Hgb | 14.0 | | 14.0 - 17.0 g/dL |
| Hematocrit | 43.3 | | 42.0 - 50.0 % |
| MCV | 87.4 | | 80.0 - 100.0 fL |
| MCH | 28.3 | | 25.4 - 34.6 pg |
| MCHC | 32.4 | | 31.0 - 37.0 g/dL |
| RDW | 12.9 | | 11.0 - 15.0 % |
| Platelets | 268 | | 125 - 400 10^3/uL |
| MPV | 8.6 | | 7.0  11.0 fL |
| Neutrophils % | 67.6 | | 40.0 - 75.0 % |
| Lymphocytes % | 25.1 | | 15.0 - 45.0 % |
| Monocytes % | **5.9** | LO | 6.0 - 15.0 % |
| Eosinophils % | 1.2 | | 0.0 - 7.0 % |
| Basophils % | 0.2 | | 0.0 - 2.0 % |
| Neutrophils # | 4.4 | | 1.5 - 7.1 10^3/uL |
| Lymphocytes # | 1.6 | | 0.9 - 3.3 10^3/uL |
| Monocytes # | 0.4 | | 0.3 - 1.1 10^3/uL |
| Eosinophils # | 0.1 | | 0.0 - 0.7 10^3/uL |
| Basophils # | 0.0 | | 0.0 - 0.2 10^3/uL |

*(handwritten: 9-9-04)*

## SEROLOGY

| Test | Result | | Reference |
|------|--------|---|-----------|
| RPR | Nonreactive | | Nonreactive |

Dr. K. Laybourn, M.D
Medical Officer

*(handwritten: 9-10-04)*

Legend
High = HI    Low = LO    Critical = CR    Abnormal = AB

ID: 17110-016
Name: HILL, KENNY
Ordered By: LAYBOURN
Collected: 09/01/04@ 09:35

DOB: 07/17/1962   Age: 42yr   Sex: M
Lab Accn: 020197

Reviewed_____

Location: Petersburg Low

BP-S622.060   **RADIOLOGIC CONSULTATION REQUEST/REPORT**   CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution | Age<br><br>42 | Sex<br><br>M | EXAMINATION REQUESTED<br><br>**Wrist - 3v min. (73110)** |
|---|---|---|---|
| **Hill, Kenneth**<br><br>**17110-016** | Pregnant<br><br>___ Yes    X  No | | |
| **FCC - Petersburg (LOW)** | Requested by<br><br>Katherine A. Laybourn, M.D. | | Date Requested<br><br>6-3-05 |

Specific reason(s) for request (Complaints and findings)

     **Evaluate scaphoid ligament dissociation.**

| Date of examination<br><br>6-3-05 | Date of Report<br><br>8-6-05 | Date of Transcription | Film # |
|---|---|---|---|

Radiologic Report

**Exam:** Both Wrists - clenched fist view.

**Conclusion:** Diastatic scapholunate joint bilaterally, right greater than left.

**Findings:** There is no acute fracture or significant bony abnormality. There is diastasis of the
scapholunate joint space bilaterally. This was described on the right wrist exam dated
2 Mar 05 and has not changed. The diastasis on the left is not as great as on the right.

K. L. Laybourn, MD
FCC Petersburg, Virginia

*observe*

| Signature<br><br>William B. Olson, M.D. | Location of Radiologic Facility<br><br>DBI Radiology, Inc.<br>Franklin, Virginia 23851-1205 |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)

BP-S622.060   **RADIOLOGIC CONSULTATION REQUEST/REPORT**   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution<br><br>**Hill, Kenny**<br><br>**17110-016**<br><br>**FCC - Petersburg (LOW)** | Age<br><br>**42** | Sex<br><br>**M** | EXAMINATION REQUESTED<br><br>**Wrist - 1v  (73100)** |
|---|---|---|---|
| | Pregnant<br><br>____Yes  **X**__No | | |
| | Requested by<br><br>**Luis A. Negron, PA** | | Date Requested<br><br>**2-23-05** |

Specific reason(s) for request (Complaints and findings)
   **Widening of the scapholunate joint.**

| Date of examination<br><br>**3-2-05** | Date of Report<br><br>**3-6-05** | Date of Transcription | Film # |
|---|---|---|---|

Radiologic Report

**Exam: Right Wrist - PA clench fist view.**

**Conclusion: Diastatic scapholunate joint.**

**Findings:  There is no acute fracture or significant bony abnormality.  There is diastasis of the**
   **scapholunate joint space, consistent with a scapholunate ligament avulsion.**

| Signature<br><br>*William B. Olson, md*<br>**William B. Olson, M.D.** | Location of Radiologic Facility<br><br>**DBI Radiology, Inc.**<br>Franklin, Virginia 23851-1205 |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)

BP-S622.060   **RADIOLOGIC CONSULTATION REQUEST/REPORT**   CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification Name, Register Number, Institution | Age | Sex | EXAMINATION REQUESTED |
|---|---|---|---|
| Hill, Kenny | 42 | M | Chest - 2v (71020) |
| 17110-016 | Pregnant | | |
| FCC - Petersburg  (LOW) | ___ Yes   X No | | |

| | Requested by | Date Requested |
|---|---|---|
| Specific reason(s) for request (Complaints and findings) | Richard S. Forth, ARNP | 10-18-04 |

Asbestos exposure.

| Date of examination | Date of Report | Date of Transcription | Film # |
|---|---|---|---|
| 10-18-04 | 10-26-04 | | |

Radiologic Report

Exam:  PA & lateral chest.

Conclusion:  Normal chest.

Findings:  The heart, lungs, and bony thorax are normal.  There are no parenchymal or pleural
changes of asbestosis.

11/01/04

*norm*

RICHARD S FORTH, ARNP

| Signature | Location of Radiologic Facility |
|---|---|
| *William B. Olson, MD* | DBI Radiology, Inc. |
| William B. Olson, M.D. | Franklin, Virginia 23851-1205 |

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| | E. H. M. | | |
| 6/3/04 | GSW - LLE 1980 | | |
| 6/3/04 | Environmental allergies | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ? |
| | | | |
| | | | |
| | | | |
| 2/16/05 | Care level I | | |
| | | | |

6/3/04

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

✓ NKDA
⊕ Food
⊕ Environment - Dust ⊕ Samual

Patient Identification                    (This form may be replicated via WP)
(Name, Reg #, DOB)

HILL, KENNETH  17110-016

7/17/62

# FCC  PETERSBURG, VA  LOW



Ord.Date HILL, KENNY                          R. FORTH
09/20/04 17110-016                            (0)Refills
Exp.Date APPLY TO LESION TWICE DAILY
10/03/04

Rx #
90739        TOLNAFTATE CREAM 1% GM                #1

Ord.Date HILL, KENNY                       J. FAJARDO
09/27/04 17110-016                         (0)Refills
Exp.Date APPLY TO AFFECTED AREA TWO TIMES
10/26/04 DAILY

Rx #
91124        NYSTATIN & TRIAMCINOLONE CREAM GM   #1

Ord.Date HILL, KENNY                        L. KHAN 7:00
05/18/05 17110-016                          (0)Refills
Exp.Date TAKE ONE CAPSULE 3 TIMES A DAY            11:30
05/24/05 FOR 7 DAYS (4 CAPSULES ALREADY
          GIVEN)
Rx #
100023       AMOXICILLIN 250 MG CAP          #21  20:00

Ord.Date HILL, KENNY                        R. FORTH 7:00
06/03/05 17110-016                          (1)Refills
Exp.Date APPLY SPARINGLY TWICE DAILY FOR
06/17/05 15 DAYS

Rx #
100411    TRIAMCINOLONE CREAM 0.1 % GM   #1  20:00
                                         R. FORTH
Ord.Date HILL, KENNY                         (0)Refills
06/03/05 17110-016                               11:30
Exp.Date USE DAILY DURING SHOWER
07/02/05

Rx #
100412   KETOCONAZOLE 1% SHAMPOO              #1

Ord.Date HILL, KENNY                      A. ZAYAS
08/09/05 17110-016                        (0)Refills
Exp.Date TAKE 1 TAB TWICE DAILY
08/22/05

Rx #
101881    SULFAMETHOXAZOLE/TRIMETH 800MG/160MG TAB   #28

**FCI MCKEAN PHARMACY**

134353    J. GLENN, NP    08/19/02
HILL, KENNY    17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY

**CLOTRIMAZOLE 1% CRM**    #1
(1)Refills    08/19/2002    CDM    RxExp 10/17/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

| | |
|---|---|
| Ord.Date 09/13/02 | HILL, KENNY    J. GLENN |
| | 17110-016    (0)Refills |
| Exp.Date 10/12/02 | APPLY TO FEET TWICE DAILY |
| Rx # 135630 | CLOTRIMAZOLE 1% CRM    #1 |

| | |
|---|---|
| Ord.Date 01/07/03 | HILL, KENNY    G. FAIRBANKS |
| | 17110-016    (2)Refills |
| Exp.Date 03/07/03 | APPLY TO AFFECTED AREA TWO TIMES A DAY **EXTERNAL USE ONLY** |
| Rx # 141276 | CLOTRIMAZOLE CREAM 1% GM    #1 |

| | |
|---|---|
| Ord.Date 03/27/03 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (5)Refills |
| Exp.Date 07/24/03 | APPLY SPARINGLY TO AFFECTED AREA TWICE DAILY **EXTERNAL USE ONLY** |
| Rx # 145314 | MICONAZOLE CREAM 2% GM    #1 |

| | |
|---|---|
| Ord.Date 03/27/03 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (2)Refills |
| Exp.Date 06/25/03 | APPLY SPARINGLY TO AFFECTED AREA TWICE DAILY **EXTERNAL USE ONLY** |
| Rx # 145315 | BETAMETHASONE VAL 0.1% CRM    #1 |

| | |
|---|---|
| Ord.Date 10/31/03 | HILL, KENNY    B. SAYLOR |
| | 17110-016    (1)Refills |
| Exp.Date 12/29/03 | APPLY TO AFFECTED AREA TWO TIMES A DAY **EXTERNAL USE ONLY** |
| Rx # 157781 | CLOTRIMAZOLE CREAM 1% GM    #1 |

| | |
|---|---|
| Ord.Date 01/30/03 | HILL, KENNY    B. SAYLOR |
| | 17110-016    (2)Refills |
| Exp.Date 04/29/03 | APPLY TO AFFECTED AREA TWO TIMES A DAY |
| Rx # 142259 | TOLNAFTATE CREAM 1% GM    #1 |

| | |
|---|---|
| Ord.Date 04/14/03 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (3)Refills |
| Exp.Date 07/12/03 | INHALE 2 PUFFS IN EACH NOSTRIL 4 TIMES A DAY AND AS NEEDED |
| Rx # 146392 | SALINE NASAL SPRAY    #1 |

| | |
|---|---|
| Ord.Date 04/14/03 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (3)Refills |
| Exp.Date 07/12/03 | TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED FOR HEADACHES |
| Rx # 146393 | IBUPROFEN 400 MG TAB    #30 |

| | |
|---|---|
| Ord.Date 09/04/03 | HILL, KENNY    R. PIOTROWSKI |
| | 17110-016    (1)Refills |
| Exp.Date 12/02/03 | APPLY TO AFFECTED AREA TWO TIMES A DAY |
| Rx # 154312 | HYDROCORTISONE 1% CRM    #1 |

| | |
|---|---|
| Ord.Date 09/04/03 | HILL, KENNY    R. PIOTROWSKI |
| | 17110-016    (1)Refills |
| Exp.Date 11/02/03 | TAKE ONE CAPSULE EVERY 4 TO 6 HOURS AS NEEDED |
| Rx # 154313 | DIPHENHYDRAMINE 25 MG CAP    #20 |

| | |
|---|---|
| Ord.Date 09/04/03 | HILL, KENNY    R. PIOTROWSKI |
| | 17110-016    (1)Refills |
| Exp.Date 12/02/03 | SOAK AREA FOR 5 MIN. APPLY SIZED PATCH TO AREA AND LEAVE ON FOR 48 HOURS. REMOVE THEN REPEAT PROCESS |
| Rx # 154314 | SALICYLIC ACID PLASTER 40% EA    #1 |

| | |
|---|---|
| Ord.Date 01/19/06 | HILL, KENNY    K. LAYBOURNE |
| | 17110-016    (0)Refills |
| Exp.Date 02/17/06 | TAKE ONE TABLET TWICE DAILY |
| Rx # 104621 | DOXYCYCLINE HYCLATE 100MG TAB #60 |

| | |
|---|---|
| Ord.Date 02/19/04 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (0)Refills |
| Exp.Date 05/19/04 | SOAK AREA FOR 5 MIN. CUT & FIT TO SIZE OF AREA & APPLY FOR 48 HOURS. REMOVE PLASTER & DEAD SKIN. REPEAT AS NEEDED **FURTHER REFILLS FROM COMMISSARY** |
| Rx # 163561 | SALICYLIC ACID PLASTER 40% EA    #2 |

| | |
|---|---|
| Ord.Date 02/19/04 | HILL, KENNY    S. LABROZZI |
| | 17110-016    (1)Refills |
| Exp.Date | IBUPROFEN 800 MG TAB    #30 |
| Rx # 163560 | TAKE ONE TABLET WITH FOOD OR MILK ITD AS NEEDED FOR PAIN |

**FCI MCKEAN PHARMACY**

116048       W. FLATT              06/05/01
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

TOLNAFTATE CREAM 1% GM         #1
(0)Refills   06/05/2001   CLO   RxExp 08/03/01

---

**FCI MCKEAN PHARMACY**

116227       D. OLSON             06/08/01
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

HYDROCORTISONE CREAM 1% GM   #1
(0)Refills   06/08/2001   CLO   RxExp 07/07/01

---

**FCI MCKEAN PHARMACY**

118207    J. GOMEZ-LEO           08/03/01
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

CLOTRIMAZOLE 1% CRM             #1
(2)Refills   08/03/2001   DAO   RxExp 10/31/01
CAUTION: Federal/State law prohibits transfer of this drug

---

**FCI MCKEAN PHARMACY**

118784       G. FAIRBANKS        08/14/01
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

TOLNAFTATE CREAM 1% GM         #1
(0)Refills   08/14/2001   DAO   RxExp 10/12/01

---

**FCI MCKEAN PHARMACY**

118784       G. FAIRBANKS        08/21/01
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

CLOTRIMAZOLE 1% CRM             #
(0)Refills   08/21/2001   DAO   RxExp 11/18/0
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FCI McKean
P.O. Box 5000
Bradford, PA 16701

---

**FCI MCKEAN PHARMACY**

125032       B. SAYLOR,NP
HILL, KENNY                        17
MCKEAN HOUSING FACILITY - B0
TAKE ONE TABLET EVERY EIGH
HOURS WITH FOOD

IBUPROFEN 400 MG TAB
(0)Refills   01/22/2002   CDM   RxE

---

**FCI MCKEAN PHARMACY**

125032       B. SAYLOR,NP
HILL, KENNY                        171
MCKEAN HOUSING FACILITY - B0
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE O

CLOTRIMAZOLE 1% CRM
(1)Refills   01/22/2002   CDM   RxE
CAUTION: Federal/State law prohibits transfer of this

---

**FCI MCKEAN PHARMACY**

130560       B. SAYLOR            05/23/02
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

D/C
8/19
New Rx

CLOTRIMAZOLE 1% CRM             #1
(2)Refills   05/23/2002   CDM   RxExp 08/20/02

---

**FCI MCKEAN PHARMACY**

131404       B. SAYLOR            06/13/02
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

HYDROCORTISONE CREAM 1% GM   #1
(1)Refills   06/13/2002   CDM   RxExp 07/12/02
CAUTION: Federal/State law prohibits transfer of this drug

---

**FCI MCKEAN PHARMACY**

132616       J. GLENN,NP          07/11/02
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY SPARINGLY **EXTERNAL
USE ONLY** (APPLY TO ARMS AND
NECK)

HYDROCORTISONE 1% CRM          #1
(0)Refills   07/11/2002   CDM   RxExp 08/09/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI MCKEAN PHARMACY**

132617       J. GLENN,NP          07/11/02
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO FEET TWICE DAILY
**EXTERNAL USE ONLY**

D/C 8/19 New Rx NB

CLOTRIMAZOLE 1% CRM             #1
(1)Refills   07/11/2002   CDM   RxExp 09/08/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**FCI MCKEAN PHARMACY**

133937       G. FAIRBANKS         08/08/02
HILL, KENNY                        17110-016
MCKEAN HOUSING FACILITY - B02-235L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

HYDROCORTISONE 1% CRM          #1
(1)Refills   08/08/2002   CDM   RxExp 10/06/02
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

Rx # 163560   Ord.Date 02/19/04
TAKE ONE TABLET WITH FOOD OR
MILK THREE TIMES DAILY AS
NEEDED FOR PAIN
IBUPROFEN 800 MG TAB   #30
HILL, KENNY  17110-016
(1)Refills   S. LABROZZI

---

Rx # 168107   Ord.Date 05/28/04
Exp.Date 07/26/04
TAKE 1 TO 2 CAPSULES WITH FOOD OR
MILK THREE TIMES DAILY
INDOMETHACIN 25 MG CAP   #42
HILL, KENNY  17110-016
(1)Refills   S. LABROZZI

NAME: Hill, Kenny          Reg. No. 17110-0

BP-S619.060  **IMMUNIZATION RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 6-00 | Baltimore | DOC | MDDCC per inmate | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| | | | | | Per BP149 0.1ml ID | FCI McKean | 6/28/00 | 0 MM | |
| 6/4/01 | Aventis | C0680AA | 5/02 | LFA | 0.1ml ID | FCI McKean | 6/6/01 | 0x0 | Moore |
| 6/5/02 | Aventis | C0984AA | 5-14-04 | (L) FA | 0.1cc ID | Williamson PA | 6/7/02 | 0x0 | Williamson |
| 6/3/03 | Park. | 007328 | 9/03 | (L) FA | 0.1cc | Dash PA PISA | 6/5/03 | 0x0 | |
| 11/8/04 | Park. | 0082P | 8/04 | (L) FA | 0.1cc ID | mangan RN | 11/10/04 | 0x0 | mangan RN |
| 5/25/05 | Parkdale | 00274P | 05/06 | (L) FA | 0.1cc ID | Acausa RN | 5/27/05 | 0mm | Acausa RN |
| | | | | | | FCC Pet. View | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Patient Identification
(Name, Reg #)                              (This form may be replicated via WP)

HILL, KENNETH 17110-016

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 12/4/02 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME**
KENNY CARL HILL

**2. IDENTIFICATION NUMBER**
17110-016

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS (Number, street or RFD, city or town, state and ZIP code)**
2607 LORRING DR
DISTRICT HGTS, MD. 20747

**5. EMERGENCY CONTACT (Name and address of contact)**
CAROLITA LITTLE
FRIEND

**6. DATE OF BIRTH** 7-17-62

**7. AGE** 40

**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT** FRIEND

**10. PLACE OF BIRTH** WASHINGTON, DC.

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP/DOJ

**12b. ORGANIZATION UNIT** McKean

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY        b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER AND ADDRESS**
P.O. Box 5000
Bradford, PA  16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION**
Bi-Annual

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE (Over 40 or clinically indicated) | |
| | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | See below |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | N/A | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | N/A | CC. PELVIC (Females only) | |

**NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)**

Tatoos-(R) + (L) ↑ arm, (L) chest

**18. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

**A. URINALYSIS: (1) SPECIFIC GRAVITY**

**(2) URINE ALBUMIN**

**(3) URINE SUGAR**

**(4) MICROSCOPIC**

**B. CHEST X-RAY OR PPD (Place, date, film number and result)**

**C. SYPHILIS SEROLOGY (Specify test used and results)**

**D. EKG**

**E. BLOOD TYPE AND RH FACTOR**

**F. OTHER TESTS**

NSN 7540-00-634-4038
88-126

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Dell, Kennett | 17110-016 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 6' 1" | 214½ | Black | Brown | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | | | | 97.3 |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 110 | B. RECUMBENT | SYS. | C. STANDING (5 mins.) | SYS. | A. SITTING 76 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
| | DIAG. 60 | | DIAS. | | DIAS. | | | | | |

| 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 15 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

**31. HETEROPHORIA** (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | WNL | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

* Ø Known expos. to infec dis.
* Ø H/O STD's
* Ø H/O IVDA

(Use additional sheets if necessary)

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify)

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

**46. EXAMINEE** (Check)

A. ☑ IS QUALIFIED FOR General duty

B. ☐ IS NOT QUALIFIED FOR

**45B. PHYSICAL CATEGORY**

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| A | B | C | E |
|---|---|---|---|

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Gracia Fairbanks | Gracia Fairbanks PA |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| H. BEAM, MD FCI MCKEAN | Gracia Fairbanks, MLP |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|

FPI. LEX.   ♲   Printed on Recycled Paper

STANDARD FORM 88 (Rev. 10-94) **BACK**

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 7-12-00 |
|---|---|---|

**1. LAST NAME–FIRST NAME** HILL,KENNETH 17110-016

**2. IDENTIFICATION NUMBER**

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS (Number**

**5. EMERGENCY CONTACT (Name and address of contact)**
Anna Prentiss
4419 Suitland Arnold Rd
Suitland MD 20746    (301) 736-2420

**6. DATE OF BIRTH** 7-17-62

**7. AGE** 37

**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT** Mother

**10. PLACE OF BIRTH** Washington DC

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** D.O.J.

**12b. ORGANIZATION UNIT** B.O.P.

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY
b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
U.S. PENITENTIARY
TERRE HAUTE, IN  47808

**15. RATING OR SPECIALTY OF EXAMINER** PA-C

**16. PURPOSE OF EXAMINATION** Intake Physical

## 17. CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | NE | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | NE | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| NE | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | NE | BB. BREASTS | |
| | | | NE | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

O, Q – Pt. deferred exam @ this time. Pt. told about S/S of to be aware of and to seek examination if they occur. Kenneth Hill

X = tatoos ×3 both arms and chest

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable Teeth    Non-restorable teeth    Missing Teeth    Replaced by Dentures    Fixed Partial Dentures

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## 19. TEST RESULTS  (Copies of results are preferred as attachments)

**A. URINALYSIS: (1) SPECIFIC GRAVITY**

**(2) URINE ALBUMIN**

**(3) URINE SUGAR**

**(4) MICROSCOPIC**

**B. CHEST X-RAY OR PPD** (Place, date, film number and result)

**C. SYPHILIS SEROLOGY** (Specify test used and results)

**D. EKG**

**E. BLOOD TYPE AND RH FACTOR**

**F. OTHER TESTS**

NSN 7540-00-634-4038
88-126

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Hill, Kenneth | 17110-016 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 6'1" | 208# | Bro | Bro | ☐ SLENDER  ☑ MEDIUM  ☐ HEAVY  ☐ OBESE | 97⁶ |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 107 | B. RECUM-BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 52 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
| | DIAS. 65 | | | | | | | | | |

| 28. DISTANT VISION | | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |

**31. HETEROPHORIA** (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED | |
|---|---|---|---|---|---|
| RIGHT | LEFT | 14/14    ISHIHARA | | CORRECTED | |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| RIGHT WV | /15 SV | /15 | RIGHT | NH | NH | 40 | | 40 | | | | |
| LEFT WV | /15 SV | /15 | LEFT | NH | NH | 40 | | 20 | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY   NH = Not heard

S.H. : no tobacco use. 2 children. single

F.M.H   mother - Healthy
           father - "

maternal GM - deceased from lung CA
       GF - Healthy

paternal GM - deceased from heart attack
       GF - healthy

one brother, one sister ~ Healthy

| | |
|---|---|
| 1. Medical (Including Tuberculosis, Hepatitis, Diabetes & Heart Disease) | |
| 2. Surgical | none |
| 3. Allergies | NKDA |
| 4. Venereal Disease | none |
| 5. Drug dependence | 1 - Non-user  3 - Recent user  5 - User (not withdrawn)  2 - Former user  4 - User (immediate past) |
| 6. Type of drug | 1 - Marijuana  3 - Hallucinogens  5 - Psycho-stimulants  2 - Narcotics  4 - Barbiturates  6 - Other |
| 7. Alcoholism | 1 - Non-significant use  3 - Binge use  5 - Other  2 - Former excessive use  4 - Habitual excessive use |

n/a   (Use additional sheets if necessary)

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

37 y.o. black ♂ A & O x 3.   PPD on 6/28/00 neg.

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| | | | | | | |

**46. EXAMINEE** (Check)

A. ☑ IS QUALIFIED FOR  reg. duty, reg. housing

B. ☐ IS NOT QUALIFIED FOR

| 45B. PHYSICAL CATEGORY | | | |
|---|---|---|---|

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| A | B | C | E |
|---|---|---|---|
| | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| P. Iwoim PA-C | Iwoim PA-C |
| **49. TYPED OR PRINTED NAME OF PHYSICIAN**  G. Lawson, M.D.  Clinical Director | SIGNATURE |
| **50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** (Indicate which) | SIGNATURE |
| **51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY** | SIGNATURE |

STANDARD FORM 88 (Rev. 10-94) BACK

**U.S. Department of Justice**
**Federal Bureau Of Prisons**

MEDICAL HISTORY/REPORT

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE

HILL EARL

3. PURPOSE OF EXAMINATION

HILL
KENNY                17110-016
B/M/O/07-17-1962
HT/601    WT/226    HR/BK    EY/BN
CUSTODY/IN
PCC Petersburg, FPM

6. STATEMENT OF EXAMINEE'S PRESEN                    st history, if complaint arises)

— 42 Y/O Male
— NKDA
— NO MED.

| 7. HAVE YOU EVER (Please check each item) | | | 8. DO YOU (Please check each item) | | |
|---|---|---|---|---|---|
| **YES** | **NO** | **(Check each item)** | **YES** | **NO** | **(Check each item)** |
| | ✓ | Lived with anyone who had tuberculosis | | | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| | ✓ | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| ✓ | | Attempted suicide | | ✓ | Stutter or stammer habitually |
| | ✓ | Been a sleepwalker | | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| | | | Rheumatic fever | | ✓ | | or medicine | | | | Car, train, sea or air sickness |
| | | | Swollen or painful joints | | ✓ | | Broken bones | | | | Frequent trouble sleeping |
| | | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| ✓ | | ✓ | Ear, nose, or throat trouble | | | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| | | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| | | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| | | | Hay Fever | | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | | | Asthma | | | | Painful or "Trick" shoulder or elbow | ✓ | | | Amphetamines |
| | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☑ Right handed    ☐ Left handed |

USP LVN

PRINTED ON RECYCLED PAPER

BP-360(60)
JANUARY 1986

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons *(If yes, give reasons.)* | | | |
| | | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | ✓ | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | ✓ | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | | |
| | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| *(handwritten)* | *Lenny E. Hill* |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL·STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ *None*

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES _____   NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

— No Suicidal ideation —

A. Yirga, P.A.
FCI Peters...

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE 8/28/0? | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

U.S. Department of Justice
Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| HILL, KENNY EARL | 17110-016 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screening | 8/23/04 | Health Services Unit FDC Philadelphia |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

Excellent Health

NO KNOWN DRUG ALLERGIES.

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| ✓ | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| ✓ | | Wear a hearing aid |
| ✓ | | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | ✓ | | or medicine | | ✓ | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints | ✓ | | | Broken bones | | ✓ | | Frequent trouble sleeping |
| ✓ | | (1) | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| ✓ | | | Dizziness or fainting spells | ✓ | | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| ✓ | | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| ✓ | | | Ear, nose, or throat trouble | ✓ | | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hearing loss | | ✓ | | Bed wetting since age 12 | ✓ | | | Have you ever had homosexual contact? |
| ✓ | | | Chronic or frequent colds | | ✓ | | Kidney stone or blood in urine | | | | |
| ✓ | | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| ✓ | | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| ✓ | | (?) | Hay Fever | ✓ | | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| ✓ | | | Head injury | ✓ | | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| ✓ | | | Skin diseases | ✓ | | | Bone, joint or other deformity | | ✓ | | Cocaine |
| ✓ | | | Thyroid trouble | | ✓ | | Lameness | | ✓ | | Heroin |
| ✓ | | | Tuberculosis | | ✓ | | Loss of finger or toe | | ✓ | | L.S.D. |
| ✓ | | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| ✓ | | | Shortness of breath | ✓ | | | Recurrent back pain | | ✓ | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | ✓ | | | "Trick" or locked knee | | | | |
| ✓ | | | Chronic cough | ✓ | | | Foot trouble | | ✓ | | Alcohol or drug Withdrawal Problems |
| ✓ | | | Palpitation or pounding heart | ✓ | | | Neuritis | | | | |
| ✓ | | | Heart trouble | ✓ | | | Paralysis (include infantile) | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | | | | |
| ✓ | | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Been treated for a female disorder |
| ✓ | | | Gall bladder trouble or gallstones | | | | | | | | Had a change in menstrual pattern |
| ✓ | | | Jaundice or hepatitis | | | | | | | | ARE YOU PREGNANT |
| | | | | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☐ Right handed  ☐ Left handed |

SP LVN

BP-360(60)
JANUARY 1986

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLA... ...D IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| ✓ | | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| ✓ | | C. Inability to assume certain positions. | | | |
| ✓ | | D. Other medical reasons (If yes, give reasons.) | | | |
| ✓ | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | ✓ | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| ✓ | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

XPLANATION: (#13–22 ABOVE)

certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the
ctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

YPED OR PRINTED NAME OF EXAMINEE | SIGNATURE

TAKE SCREENING:

MATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

THER _____ FCI MCK

EDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE
IRECT YOUR ANSWERS TO MENTAL-STATUS, POTENTIAL SUICIDE,
PPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES,
AUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM-
IES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH,
OW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS
OR ALCOHOL? N/T _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL
STAFF YES _____ NO ✓
WHAT ARRANGEMENTS HAVE BEEN MADE? N/A

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____
GENERAL POPULATION _____ YES _____ NO _____
TYPE AND EXTENT OF LIMITATION _____

. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview
any additional medical history he deems important, and record any significant findings here.)

) H/o occasional H/a tx c Motrin
) H/o hay fever since childhood

| PED OR PRINTED NAME OF PHYSICIAN OR AMINER R. Ritter, MLP FDC Philadelphia | DATE 8/23/04 | SIGNATURE | NUMBER OF ATTACHED SHEETS |

ERSE

U.S. Department of Justice

Federal Bureau Of Prisons

# MEDICAL HISTORY REPORT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| HILL KENNY EARL | 17110-016 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screen | 4/6/01 | FCI McKean |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

E.H.M.     38 y/o Nonsmoker

No meds.    NKDA

### 7. HAVE YOU EVER *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✔ | Lived with anyone who had tuberculosis |
| ✔ | | Coughed up blood |
| ✔ | | Bled excessively after injury or tooth extraction |
| ✔ | | Attempted suicide |
| ✔ | | Been a sleepwalker |

### 8. DO YOU *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✔ | Wear glasses or contact lenses |
| ✔ | | Have vision in both eyes |
| | ✔ | Wear a hearing aid |
| | ✔ | Stutter or stammer habitually |
| | ✔ | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✔ | | Scarlet fever | | ✔ | | Adverse reaction to serum drug or medicine | | ✔ | | Epilepsy or fits |
| ✔ | | | Rheumatic fever | | ✔ | | Broken bones | | ✔ | | Car, train, sea or air sickness |
| ✔ | | | Swollen or painful joints | | ✔ | | Tumor, growth, cyst, cancer | | ✔ | | Frequent trouble sleeping |
| ✔ | | | Frequent or severe headache | | ✔ | | Rupture/hernia | | ✔ | | Depression or excessive worry |
| ✔ | | | Dizziness or fainting spells | | ✔ | | Piles or rectal disease | | ✔ | | Loss of memory or amnesia |
| ✔ | | | Eye trouble | | ✔ | | Frequent or painful urination | | ✔ | | Nervous trouble of any sort |
| ✔ | | | Ear, nose, or throat trouble | | ✔ | | Bed wetting since age 12 | | ✔ | | Periods of unconsciousness |
| ✔ | | | Hearing loss | | ✔ | | Kidney stone or blood in urine | | ✔ | | Have you ever had homosexual contact? |
| ✔ | | | Chronic or frequent colds | | ✔ | | Sugar or albumin in urine | | ✔ | | Been exposed to AIDS |
| ✔ | | | Severe tooth or gum trouble | | ✔ | | VD—Syphilis, gonorrhea, etc. | | ✔ | | Alcohol Use (Excessive) |
| ✔ | | | Sinusitis | | ✔ | | Recent gain or loss of weight | | ✔ | | Drug Use/Addiction |
| ✔ | | | Hay Fever | ✔ | | | Arthritis, Rheumatism, or Bursitis | | ✔ | | Marijuana |
| ✔ | | | Head injury | ✔ | | | Bone, joint or other deformity | | ✔ | | Cocaine |
| ✔ | | | Skin diseases | | ✔ | | Lameness | | ✔ | | Heroin |
| ✔ | | | Thyroid trouble | | ✔ | | Loss of finger or toe | | ✔ | | L.S.D. |
| ✔ | | | Tuberculosis | | ✔ | | Painful or "Trick" shoulder or elbow | | ✔ | | Amphetamines |
| ✔ | | | Asthma | ✔ | | | Recurrent back pain | | ✔ | | Others: (Specify) |
| ✔ | | | Shortness of breath | | ✔ | | "Trick" or locked knee | | | | |
| ✔ | | | Pain or pressure in chest | | ✔ | | Foot trouble | | | | |
| ✔ | | | Chronic cough | | ✔ | | Neuritis | | ✔ | | Alcohol or drug Withdrawal Problems |
| ✔ | | | Palpitation or pounding heart | | ✔ | | Paralysis (include infantile) | | | | |
| ✔ | | | Heart trouble | | | | | | | | |
| ✔ | | | High or low blood pressure | | | | | | | | |
| ✔ | | | Cramps in your legs | | | | | | | | |

### 10. FEMALES ONLY HAVE YOU EVER

| YES | NO | DON'T KNOW | *(Check each item)* | | | | |
|---|---|---|---|---|---|---|---|
| ✔ | | | Frequent indigestion | | | | Been treated for a female disorder |
| ✔ | | | Stomach, liver, or intestinal trouble | | | | Had a change in menstrual pattern |
| ✔ | | | Gall bladder trouble or gallstones | | | | ARE YOU PREGNANT |
| ✔ | | | Jaundice or hepatitis | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU *(Check one)* |
|---|---|
| | ☒ Right handed   ☐ Left handed |

USP LVN

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| ✓ | | C. Inability to assume certain positions. | | | |
| ✓ | | D. Other medical reasons *(If yes, give reasons.)* | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| ✓ | | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | | | |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable. for un-fitness or unsuitability.)* |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | | |
| | ✓ | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

EXPLANATION: (#13–22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE  _Kenneth H Hill_     SIGNATURE  _Kenneth D Hill_

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _NO_

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES _____ (NO) _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK ✓ RESTRICTED _____

GENERAL POPULATION _____ (YES) _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

_No change medical duty_

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  _J. Gomez, MLP_ | DATE  _4/6/01_ | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| | | U.S. PENITENTIARY TERRE HAUTE, IN 47808 |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| ✓ | | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| ✓ | | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | | ✓ | Scarlet fever | | ✓ | | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| ✓ | | ✓ | Rheumatic fever | | ✓ | | or medicine | | | | Car, train, sea or air sickness |
| ✓ | | ✓ | Swollen or painful joints | | ✓ | | Broken bones | | | | Frequent trouble sleeping |
| ✓ | | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| ✓ | | | Dizziness or fainting spells | | ✓ | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| ✓ | | | Eye trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hearing loss | | ✓ | | Bed wetting since age 12 | | ✓ | | Have you ever had homosexual contact? |
| ✓ | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | |
| ✓ | | | Severe tooth or gum trouble | | ✓ | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| ✓ | | | Sinusitis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Alcohol Use (Excessive) |
| ✓ | | | Hay Fever | | ✓ | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| ✓ | | | Head injury | | ✓ | | Arthritis, Rheumatism, or Bursitis | | ✓ | | Marijuana |
| ✓ | | | Skin diseases | | | | Bone, joint or other deformity | | ✓ | | Cocaine |
| ✓ | | | Thyroid trouble | | | | Lameness | | ✓ | | Heroin |
| ✓ | | | Tuberculosis | | | | Loss of finger or toe | | ✓ | | L.S.D. |
| ✓ | | | Asthma | | ✓ | | Painful or "Trick" shoulder or elbow | | ✓ | | Amphetamines |
| ✓ | | | Shortness of breath | ✓ | ✓ | | Recurrent back pain | | ✓ | | Others: (Specify) |
| ✓ | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| ✓ | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug Withdrawal Problems |
| ✓ | | | Palpitation or pounding heart | | | | Neuritis | | | | |
| ✓ | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| ✓ | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| ✓ | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| ✓ | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| ✓ | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU** (Check one)  ☑ Right handed  ☐ Left handed

JSP LVN

Previous editions not usable

BP-360(60) JANUARY 1986

| CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW | | | |
|---|---|---|---|

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ✓ | | 13. Have you been refused employment or been unable to hold a job or stay in school because of:<br>A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | ✓ | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | ✓ | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | | |
| | ✓ | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for un-fitness or unsuitability.)* |
| ✓ | | 16. Have you had, or have you been advised to have, any opera- tions? *(If yes, describe and give age at which occured.)* | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom , and what amount, when, why.)* |

**EXPLANATION: (#13–22 ABOVE)**

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORM- TIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES _____  NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

G. Lawson, M.D.
Clinical Director

7-6-00

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER  D. Ferris | DATE  7-5-00 | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

BP-S360.060  MEDICAL HISTORY REPORT CDFRM                                    MAY 1994
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST, NAME-MIDDLE NAME  HILL, KENNETH E. | 2. REGISTER NUMBER |
|---|---|

| 3. PURPOSE OF EXAMINATION  Intake Screening | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY  Federal Transfer Center, Oklahoma City, OK |
|---|---|---|

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

| 7. HAVE YOU EVER (Please check each item) | | | 8. DO YOU (Please check each item) | | |
|---|---|---|---|---|---|
| YES | NO | (Check each item) | YES | NO | (Check each item) |
| | ✓ | Lived with anyone who had tuberculosis | | ✓ | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| ✓ | | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| ✓ | | Attempted suicide | | ✓ | Stutter or stammer habitually |
| ✓ | | Been a sleepwalker | | ✓ | Wear a brace or back support |

9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to | | ✓ | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | ✓ | | drug or medicine | | ✓ | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful | | ✓ | | Broken bones | | ✓ | | Frequent trouble sleeping |
| ✓ | | | joints | | ✓ | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| ✓ | | | Frequent or severe | | ✓ | | Rupture/hernia | | ✓ | | Loss if memory or amnesia |
| ✓ | | | headache | | ✓ | | Piles or rectal disease | | | | Nervous trouble of any sort |
| ✓ | | | Dizziness or fainting | | ✓ | | Frequent or | | ✓ | | Periods of unconsciousness |
| ✓ | | | spells | | | | painful urination | | ✓ | | Have you ever had |
| ✓ | | | Eye trouble | | | | Bed wetting since age 12 | | | | homosexual contact? |
| ✓ | | | Ear, nose, throat trouble | | ✓ | | Kidney stone or | ✓ | | | Been exposed to AIDS |
| ✓ | | | Hearing loss | | ✓ | | blood in urine | | ✓ | | Alcohol Use (Excessive) |
| ✓ | | | Chronic, frequent colds | | ✓ | | Sugar, albumin in urine | ✓ | | | Drug Use/Addiction |
| ✓ | | | Sever tooth, gum trouble | | ✓ | | VD-Syphilis, gonorrhea, | | ✓ | | Marijuana |
| ✓ | | | Sinusitis | | ✓ | | etc. | ✓ | | | Cocaine |
| ✓ | | | Hay Fever | | ✓ | | Recent gain or loss of | ✓ | | | Heroin |
| ✓ | | | Head injury | | ✓ | | weight | ✓ | | | L.S.D. |
| ✓ | | | Skin diseases | | ✓ | | Arthritis, Rheumatism, | ✓ | | | Amphetamines |
| ✓ | | | Thyroid trouble | | ✓ | | or Bursitis | ✓ | | | Others: (Specify) |
| ✓ | | | Tuberculosis | | ✓ | | Bone, joint or | | | | |
| ✓ | | | Asthma | | ✓ | | other deformity | | | | Alcohol or drug |
| ✓ | | | Shortness of breath | | ✓ | | Lameness | | | | Withdrawal Problems |

(This form may be replicated via WP)                    This form replaces BP-360(60) dated January 1986.

| | | | | |
|---|---|---|---|---|
| ✓ | Pain, pressure in chest | ✓ | Loss of finger or toe | |
| ✓ | Chronic cough | ✓ | Painful or "Trick" | |
| ✓ | Palpitation or pounding | ✓ | shoulder or elbow | **10. FEMALES ONLY HAVE YOU EVER** |
| ✓ | heart | ✓ | Recurrent back pain | Been treated for a |
| | Heart trouble | ✓ | "Trick" or locked knee | female disorder |
| ✓ | High or low blood | ✓ | Foot trouble | Had a change in |
| ✓ | pressure | ✓ | Neuritis | menstrual pattern |
| ✓ | Cramps in your legs | ✓ | Paralysis (include | ARE YOU PREGNANT |
| ✓ | Frequent indigestion | ✓ | infantile) | SUSPECT YOU ARE PREGNANT |
| ✓ | Stomach, liver, or | ✓ | Gall bladder trouble or | |
| ✓ | intestinal trouble | ✓ | gallstones | |
| ✓ | Jaundice or hepatitis | | | |

11.  WHAT IS YOUR USUAL OCCUPATION?     | 12.  ARE YOU (check one)  ☐ **Right handed** ☐ **Left handed**

### CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ✓ | | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | | | |
| | ✓ | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 15. Have you ever been denied life insurance? reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | | | |
| | ✓ | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE          | SIGNATURE

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ___ TRANSFER ___ P.V. ___ OTHER

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL?

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK BELOW.

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES ___ NO ___

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

IF DRUGS HAVE BEEN USED NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW MANY, WHEN WERE THEY LAST USED: HAVE

DUTY STATUS: TEMPORARY WORK ___ RESTRICTED ___ GENERAL POPULATION ___ YES ___ NO ___ TYPE AND EXTENT OF LIMITATION ___

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any medical history he deems important, and record any significant findings here.)

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER    | SIGNATURE    | NUMBER OF ATTACHED SHEETS

Food or Drug Allergies  NKA  Allergies: _____
Current Medical Status:  No Complaints: Complaint of _____
TB Signs and Symptom(s)  NONE, cough, hemoptysis, night sweats, wt.los

BP-S354.060 **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution Fcc Petersburg Low | Date of Arrival 8-27-04 | Time of Arrival 1300 |
|---|---|---|
| Inmate's Name Hill, Kenny | Register Number 17110-016 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)



4. For Holdovers:  OK for Continued Transport? ☐ yes; ☑ no (Explain)
                                        _____ AIDS


5. Disabilities?  ☐ yes    ☑ no   (If yes, enter code(s) into MDS)
                                    Code(s)


6. Remarks:



| Medical Staff Signature V. Pegram | Date 8-27-04 | Time 1405 |
|---|---|---|
| Medical Staff Title Registered Nurse | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

PRINTED ON RECYCLED PAPER

BP-S354.060   **INTAKE SCREENING (MEDICAL)**   CDFRM

HILL
    KENNY          17110-016
B/M/O/07-17-1962
HT/601   WT/226   HR/BK   EY/BN
CUSTODY/IN

FCC Petersburg, FEM

HILL

**FEDERAL BUREAU OF PRISONS**

eening form on all arrivals to the

| Arrival | Time of Arrival |
|---------|-----------------|
| 8/25/04 | 1400 |
| Register Number | |

## M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes ☒ no  (If yes, enter code(s) into MDS)
                      Code(s)

6. Remarks:

    H/W

| Medical Staff Signature | Date | Time |
|--------------------------|------|------|
| | 8/25/04 | 1800 |
| Medical Staff Title | A. Yirga, P.A. FCI Petersburg | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENIN** **(MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution _FDC Philadelphia_ | Date of Arrival _1/23/04_ | Time of Arrival _1600_ |
|---|---|---|
| Inmate's Name _Hull Kenneth_ | | Register Number _17110-016_ |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)



3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)



4. For Holdovers:  OK for Continued Transport? ☒ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes   ☒ no   (If yes, enter code(s) into MDS)
                              Code(s)


6. Remarks:



| Medical Staff Signature | Date _1/23/04_ | Time _1935_ |
|---|---|---|
| Medical Staff Title | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990 and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENING  (MEDICAL)**   CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP Lewisburg PA | 8/20/04 | 1420 |

| Inmate's Name | Register Number |
|---|---|
| Hill, Kenny | 17110 - 016 |

### M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or need)

   H/O

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:   NONE

| Medical Staff Signature | Date | Time |
|---|---|---|
| Ivan Navarro PA | 8/20/04 | 1450 |

Medical Staff Title  **Ivan Navarro, PA**

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

PRINTED ON RECYCLED PAPER

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM

NOV 94

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| | | | |
|---|---|---|---|
| (Medical staff shall complete this screening form on all arrivals to the Institution) | | | |
| Institution | USP Lewisburg<br>Health Services Unit<br>Lewisburg, PA 17837 | Date of Arrival<br>08 MAR 2001 | Time of Arrival<br>1630 |
| Inmate's Name<br>ADAMSKI EHHADIO | | Register Number<br>17405-008 | |

### M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)


4. For Holdovers: OK for Continued Transport? ☒ yes; ☐ no (Explain)


5. Disabilities? ☐ yes ☒ no (If yes, enter code(s) into MDS)
   <u>Code(s)</u>


6. Remarks: None

| | | |
|---|---|---|
| Medical Staff Signature | Date<br>08 MAR 2001 | Time<br>2354 |
| Medical Staff Title<br>Mark Peoria, PA-C | | |

Record Copy - Inmate Central File; copy - file

(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994


Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENI1  (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution | Date o |
|---|---|

HILL
   KENNY        17110-016
B/M/O/07-17-1962
HT/601    WT/226    HR/BK    EY/BN
CUSTODY/IN

Inmate's Name

## M E D I C A L

1. BP-149(60) reviewed? ☑ yes; ☐ no

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or
   need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations
   or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes   ☑ no  (If yes, enter code(s) into MDS)
                                 Code(s) _____

6. Remarks:

| Medical Staff Signature | Date MAR 28 2001 | Time 1959 |
|---|---|---|
| Medical Staff Title | | |

Todd Genzer
Clinical Nurse
FTC, Oklahoma City, OK

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

PRINTED ON RECYCLED PAPER

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution USP-THA | Date of Arrival 7-6-00 | Time of Arrival 1030 |
|---|---|---|

| Inmate's Name Hill, Kenneth | Register Number 17110-016 |
|---|---|

### M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? XXX yes; ☐ no (Explain)

2. General Population Housing Approved? XXX yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; XXX no (Specify limitations or exclusions)

NOT UNTIL MEDICALLY CLEARED.

4. For Holdovers:  OK for Continued Transport? XXX yes; ☐ no (Explain)

5. Disabilities?  ☐ yes   XXX no  (If yes, enter code(s) into MDS)
                                  Code(s)

6. Remarks:  PPD- 6-28-00  ∅ mm
LICE-NONE                    MEDICAL C/O'S-NONE
SUICIDAL THOUGHTS-NONE       ALLERGIES-NKDA
                             MEDICATION-NONE/SEE 600

| Medical Staff Signature RN | Date 7-6-00 | Time 1130 |
|---|---|---|

Medical Staff Title
C. MCCOY R.N.    D. FARRIS R.N.    D. LAMPING R.N.

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)                Replaces BP-354(60) of APRIL 1990
                                                    and BP-S354 of AUG 1994

Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRN
NOV 94

**U.S. DEPARTMENT OF JUSTICE**

HILL
  KENNY                    17110-016
B/M/O/07-17-1962
HT/601   WT/226   HR/BK   EY/BN
CUSTODY/IN

(Medical staff shall complete this scr~
Institution)

| Institution | Date of |
|---|---|

Inmate's Name

---

# M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes  ☑ no  (If yes, enter code(s) into MDS)
                                Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| | JUL 0 3 2000 | |

Medical Staff Title

Todd Genzer
Clinical Nurse
FTC, Oklahoma City, OK

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

♲ Printed on Recycled Paper

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Dermatology_     FROM: *(Requesting physician or activity)* _medical_     DATE OF REQUEST _1/16/05_

REASON FOR REQUEST *(Complaints and findings)*

_52 y/o BM complains of itchy dry skin rashes going on for "neuralgias," claims he had exposed to something while working & dealing with every now & then. medical payment justify_

PROVISIONAL DIAGNOSIS

_Dermatitis etio ?_

DOCTOR'S SIGNATURE     APPROVED     PLACE OF CONSULTATION     ☒ ROUTINE  ☐ TODAY
_E. Manaquilton_                                   ☐ BEDSIDE  ☐ ON CALL  ☐ 72 HOURS  ☐ EMERGENCY
Mid-Level Practitioner
FCC Petersburg

**CONSULTATION REPORT**

RECORD REVIEWED ☒ YES ☐ NO     PATIENT EXAMINED ☒ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

_18 Jan 06     Dermatology_

_Itches on arms · only a few lesions on_

_Trunk._

_O) Both chest abdomen for scattered inflammed pustules + papule_

_A) Folliculitis._

_P) Doxycycline 100 mg BID x 1 month_

_F/U 1 month_

*(Continue on reverse side)*

SIGNATURE AND TITLE  _Erik J Freihofer MD_     DATE

HOSPITAL OR MEDICAL FACILITY     RECORDS MAINTAINED AT     DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR     SPONSOR'S NAME *(Last, first, middle)*     SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name -- last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*     REGISTER NO.     WARD NO.

_Hill, Kenneth_
_17110-016_

_Concur_
_perms_
_1-18-06_
K. L. Laybourn, MD
FCC Petersburg, Virginia

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

Health Services Unit-Low
FCC Petersburg, VA

AUTHORIZED FOR LOCAL REPRODUCTION

513-111

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Dermatology | FROM: *(Requesting physician or activity)* Medical | DATE OF REQUEST 6/3/05

REASON FOR REQUEST *(Complaints and findings)*
42 yr old male c̄ 2-3yr history of Pruritic Rash on Right flank area. Unresponsive to topical steroids.

PROVISIONAL DIAGNOSIS
Chronic Dermatitis

DOCTOR'S SIGNATURE: *(signature)*
R. Forth, PHS
Mid-Level Practitioner

APPROVED VOD

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

16 Nov 06    Dermatology
≥ 2 yr Hx of pruritic papules, pustules on trunk and arms

O. Ex: Trunk, arms — scattered erythematous papule → pustules

A - ? Pityrosporin folliculitis or Grover's disease

P - 4mm Bx of pustules R lower chest
X yl (1% Epi. Betadine scrub.
D SD.
F/U 1 month

*(Continue on reverse side)*

SIGNATURE AND TITLE
Erick J Freeliffer MD                           DATE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION  *(For typed or written entries give: Name–last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO.

Hill, Kenny.
17110 - 016

K. L. Layburn, MD
FCC Petersburg, Virginia

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

**TO:** *Ortho Clinic*    **FROM:** *(Requesting physician or activity)* *Dr. Laybourn*    **DATE OF REQUEST** 6/1/05

**REASON FOR REQUEST** *(Complaints and findings)*

F/U 2 months

**PROVISIONAL DIAGNOSIS**    SL disassociation    8-05

**DOCTOR'S SIGNATURE**
K. L. Laybourn, MD
FCC Petersburg, Virginia    *KML*

**APPROVED**

**PLACE OF CONSULTATION**
☐ BEDSIDE  ☐ ON CALL
☑ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

**RECORD REVIEWED** ☐ YES ☐ NO    **PATIENT EXAMINED** ☐ YES ☐ NO    **TELEMEDICINE** ☐ YES ☐ NO

No sx -

- no pain in wrist ksr
- nt

Ru - Pm

st - symmetrical ↑
S-L space

*(Continue on reverse side)*

**SIGNATURE AND TITLE**    8/2    **DATE**

**HOSPITAL OR MEDICAL FACILITY**    **RECORDS MAINTAINED AT**    **DEPARTMENT/SERVICE OF PATIENT**

**RELATION TO SPONSOR**    **SPONSOR'S NAME** *(Last, first, middle)*    **SPONSOR'S ID NUMBER** *(SSN or Other)*

**PATIENT'S IDENTIFICATION** *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    **REGISTER NO.**    **WARD NO.**

Hill, Kenny
17110-016

concur
K. L. Laybourn, MD
FCC Petersburg, Virginia

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

Health Services Unit
FCC Petersburg, Virginia

AUTHORIZED FOR LOCAL REPRODUCTION

513-111

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Orthopedics_   FROM: (Requesting physician or activity) _Russ N. Flegm MD_   DATE OF REQUEST: _3/10/05_

**REASON FOR REQUEST** (Complaints and findings)

_Doctor please evaluate this 42 y/o BM with h/o of injury right wrist, [illegible] x-ray showing disrotatic scapholunate joint, possible ligament avulsion. Thank you_

**PROVISIONAL DIAGNOSIS**

_R/O disrotatic scapholunate jnt/ ligament avulsion_

DOCTOR'S SIGNATURE _[signature]_   APPROVED _BO_   PLACE OF CONSULTATION:
☐ BEDSIDE  ☐ ON CALL   ☐ ROUTINE  ☐ TODAY  ☑ 72 HOURS  ☐ EMERGENCY

_Russ N. Flegm, M.D._

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

_(R) [illegible] blunt injury 2 mo ago. on more [illegible]. getting better._

_[illegible] Tender over ulnar styloid._
_No [illegible]. Watson (-)_

_[illegible] — S-L dissociation_
_① Ulnar styloid [illegible], resolving_
_② Asymptomatic S-L dissociation._
_③ [illegible] first AP views B/L wrists_
_④ F/U — 2 wks_

_Concur [illegible] 6/10/05_

**SIGNATURE AND TITLE** _[signature]_   K. L. Laybourn, MD   FCC Petersburg, Virginia   DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

_Hill, Kenny_
_17110-018_

Health Services Unit
FCC Petersburg, Virginia

REGISTER NO.

WARD NO.

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

513-111                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Optometry
FROM: (Requesting physician or activity) MEDICAL
DATE OF REQUEST 11/19/09

REASON FOR REQUEST (Complaints and findings)

72 y. BIM requesting eye ex re: blurred vision

**PROVISIONAL DIAGNOSIS**

BOV

DOCTOR'S SIGNATURE
JOSEPH M BAJARDO
PHYSICIAN ASSISTANT

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO   PATIENT EXAMINED ☑ YES ☐ NO   TELEMEDICINE ☐ YES ☐ NO

PERRLA APD9
FROM FTFC
CT Ø-θ

SUE OU
LL wnl
Conj inj
K U
AC D+Q
X 4t
Iris wnl
Lens U

NS Optometry 12/14/09
Late: Came in @ 1330 instead of 1000
Vsc < 20/20 / 20/20

OD PL
OS PL   ADD +1.50

.5 OD.4
AV 2/3
mac ⊕ FLR.
ONH healthy
well perfused.

T < 16 / 17

PDGS
DFE T 16 @ 1355
Ø R/7/B

Ⓐ emetrope Presbyope

Ⓟ Reading ℞

(Continue on reverse side)

SIGNATURE AND TITLE  D. Mohrman OD 1622
DATE 12/14/09

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name–last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO.

HILL, Kenneth
19710-016
Health Services Unit-
FCC Petersburg, Virginia

Concur
12/15/09

**CONSULTATION SHEET**
Medical Record
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

BILL TO FCI PETERSBURG
PO#BOP 0400060
1060 RIVER RD
HOPEWELL
VA. 23860

OPT A 11

| PATIENT NAME | | CUST. NUMBER | | INVOICE NUMBER |
|---|---|---|---|---|
| 17110-016 LI-9  111754 | | PO: BOP 040006-0 | | 210845 |
| Tray No.  7842 | Date Processed | 02/04/2005 | | 02/18/200 |

|  | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | 1.50 | | | | 6.0 |
| L. EYE | 1.50 | | | | 6.0 |

|  | Add | Width | Height | | |
|---|---|---|---|---|---|
| R. EYE | | 0.0 | 0.0 | R. EYE | 65.0 |
| L. EYE | | | | L. EYE | 65.0 |

PD

N.P.D.

### FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 48.0 | 40.0 | 48.0 | 22.0 |

Model: 0320271666  Tmpl. Length  50  48X22
73-74  SMOKE

EDGED UNCUT  [ ] LENS ONLY  [ ] ENCLOSED  [ ] TO COME  [ ] SUPPLIED [X]

### LENS DATA

| | Type | Material |
|---|---|---|
| R: | SV CR-39 SRC1 | SOLA 76 |
| L: | SV CR-39 SRC1 | SOLA 76 |

FDA CODE SEC. 3, 84, 21 CFR

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

NOTE FOLLOWING EXCEPTIONS

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11.00 |
| LEFT LENS | 11.00 |
| 73-74 | 12.00 |
| SAFETY | .00 |
| | 34.1 |
| Sub Total | |
| Freight | |
| **Total Due** ▶ | 34. |

COMMENTS:
J-10250894 LI-9 T-7842

17110-016

OPT A 20

FROM 111754
0845
POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS - PLEASE RETURN TO SENDER

SHIP TO
FCI PETERSBURG, BUS. OFF.
PO#BOP0400060255-5
1060 RIVER RD
HOPEWELL, VA, 23860    LOW
17110-016

**AUDIOMETRIC EXAMINATION**

**Federal Prison System**

U. S. Penitentiary

Terre Haute, IN 47808

**PRIOR HEARING TEST (Year)    FOR WHOM & CITY**

- ☐ 1. Head Injury with unconsciousness
- ☐ 2. Head Noises or Ringing in Ears?
- ☐ 3. Dizziness?
- ☐ 4. Ear Drainage?
- ☐ 5. Earaches?
- ☐ 6. Measles?
- ☐ 7. Perforated Ear Drum?
- ☐ 8. Have you seen an Ear Doctor?
- ☐ 9. Ever use Firearms?
- ☐ 10. Rock Music - A Band Member?
- ☐ 11. Armed Service Branch _____
- ☐ 12. Motorcycles?
- ☐ 13. Tractor  Hvy Equipment?
- ☐ 14. Snowmobiles?
- ☐ 15. Chain Saws, etc.
- ☐ 16. Hearing Loss in Family before age 50?

Name _Hill, Kenneth_

Date of Birth ___ 2-7-62

No. _17110-076_

Date Hired _____

Job Title _____

Department _____

**COMMENTS:**

**EMPLOYEES EST. OF OWN HEARING:**
- ☒ Good
- ☐ Fair
- ☐ Poor

**AUDIOGRAMS**

| BASELINE ☐ | PRE-EMPLOYMENT ☐ | RECHECK ☐ | REGULAR ☐ | JOB NOISE LEVEL  DBA | | HRS PER DAY |
|---|---|---|---|---|---|---|
| | | | | STEADY NOISE  Continuous ☐  Intermittent ☐ | IMPULSE NOISE  Continuous ☐  Intermittent ☐ | |

Date of Audiogram: | Day of Week: | Test Time: 145m | Ear Protection

TIME SINCE ON JOB     HOURS, EXPOSED TO LOUD NOISE SINCE JOB?     YES ☐  NO ☐

| ANSI 1969 | | RIGHT EAR | | | | | | | LEFT EAR | | | | | | AUD | | | AVERAGE HEARING LEVEL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQ. | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | BY EXAMINER | | R | | L | |
| THRESHOLD | 25 | 25 | 30 | 15 | 20 | 10 | | 25 | 25 | 15 | 10 | 5 | 5 | J. Williams, PA-C | | 33 | 18 | 22 | 10 |

COMMENT:

R. Hazelwood, M.D.
Staff Physician

| BASELINE ☐ | PRE-EMPLOYMENT ☐ | RECHECK ☐ | REGULAR ☐ | JOB NOISE LEVEL  DBA | | HRS PER DAY |
|---|---|---|---|---|---|---|
| | | | | STEADY NOISE  Continuous ☐  Intermittent ☐ | IMPULSE NOISE  Continuous ☐  Intermittent ☐ | |

Date of Audiogram: 7-1-01 | Day of Week: Tues | Test Time: | Ear Protection

TIME SINCE ON JOB     HOURS, EXPOSED TO LOUD NOISE SINCE JOB?     YES ☐  NO ☐

| ANSI 1969 | | RIGHT EAR | | | | | | | LEFT EAR | | | | | | AUD | | | AVERAGE HEARING LEVEL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQ. | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | BY EXAMINER | | R | | L | |
| THRESHOLD | 20 | 20 | 10 | 5 | 15 | 15 | | 20 | 20 | 10 | 5 | 5 | 5 | | J. Williams, PA-C | | 17 | 10 | 17 | 7 |

COMMENT: OK

| BASELINE ☐ | PRE-EMPLOYMENT ☐ | RECHECK ☐ | REGULAR ☐ | JOB NOISE LEVEL  DBA | | HRS PER DAY |
|---|---|---|---|---|---|---|
| | | | | STEADY NOISE  Continuous ☐  Intermittent ☐ | IMPULSE NOISE  Continuous ☐  Intermittent ☐ | |

Date of Audiogram: | Day of Week: | Test Time: | Ear Protection

TIME SINCE ON JOB     HOURS, EXPOSED TO LOUD NOISE SINCE JOB?     YES ☐  NO ☐

| ANSI 1969 | | RIGHT EAR | | | | | | | LEFT EAR | | | | | | AUD | AVERAGE HEARING LEVEL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQ. | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | BY EXAMINER | R | | L | |
| THRESHOLD | | | | | | | | | | | | | | | | | | | |

COMMENT:

| BASELINE ☐ | PRE-EMPLOYMENT ☐ | RECHECK ☐ | REGULAR ☐ | JOB NOISE LEVEL  DBA | | HRS PER DAY |
|---|---|---|---|---|---|---|
| | | | | STEADY NOISE  Continuous ☐  Intermittent ☐ | IMPULSE NOISE  Continuous ☐  Intermittent ☐ | |

Date of Audiogram: | Day of Week: | Test Time: | Ear Protection

TIME SINCE ON JOB     HOURS, EXPOSED TO LOUD NOISE SINCE JOB?     YES ☐  NO ☐

| ANSI 1969 | | RIGHT EAR | | | | | | | LEFT EAR | | | | | | AUD | AVERAGE HEARING LEVEL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQ. | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | BY EXAMINER | R | | L | |
| THRESHOLD | | | | | | | | | | | | | | | | | | | |

COMMENT:

**AUDIOGRAMS**

---

BASELINE ☐  PRE-EMPLOYMENT ☐  RECHECK ☐  REGULAR ☐

JOB NOISE LEVEL  DBA

STEADY NOISE  Continuous ☐  Intermittent ☐     IMPULSE NOISE  Continuous ☐  Intermittent ☐

HRS PER DAY

| te of Audiogram | Day of Week | Test Time | Ear Protection |
|---|---|---|---|

TIME SINCE ON JOB    HOURS, EXPOSED TO LOUD NOISE SINCE JOB?    YES ☐    NO ☐    AVERAGE HEARING LEVEL

| 1969 | RIGHT EAR | | | | | | | LEFT EAR | | | | | | | AUD | R | | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FREQ.  5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | 5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | BY EXAMINER | 500 1000 2000 | 2000 3000 4000 | 500 1000 2000 | 2000 3000 4000

THRESH-OLD

COMMENT

---

BASELINE ☐  PRE-EMPLOYMENT ☐  RECHECK ☐  REGULAR ☐

JOB NOISE LEVEL  DBA

STEADY NOISE  Continuous ☐  Intermittent ☐     IMPULSE NOISE  Continuous ☐  Intermittent ☐

HRS PER DAY

| te of Audiogram | Day of Week | Test Time | Ear Protection |
|---|---|---|---|

TIME SINCE ON JOB    HOURS, EXPOSED TO LOUD NOISE SINCE JOB?    YES ☐    NO ☐    AVERAGE HEARING LEVEL

| 1969 | RIGHT EAR | | | | | | | LEFT EAR | | | | | | | AUD | R | | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FREQ.  5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | 5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | BY EXAMINER | 500 1000 2000 | 2000 3000 4000 | 500 1000 2000 | 2000 3000 4000

THRESH-LD

COMMENT

---

BASELINE ☐  PRE-EMPLOYMENT ☐  RECHECK ☐  REGULAR ☐

JOB NOISE LEVEL  DBA

STEADY NOISE  Continuous ☐  Intermittent ☐     IMPULSE NOISE  Continuous ☐  Intermittent ☐

HRS PER DAY

| te of Audiogram | Day of Week | Test Time | Ear Protection |
|---|---|---|---|

TIME SINCE ON JOB    HOURS, EXPOSED TO LOUD NOISE SINCE JOB?    YES ☐    NO ☐    AVERAGE HEARING LEVEL

| 1969 | RIGHT EAR | | | | | | | LEFT EAR | | | | | | | AUD | R | | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FREQ.  5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | 5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | BY EXAMINER | 500 1000 2000 | 2000 3000 4000 | 500 1000 2000 | 2000 3000 4000

THRESH-LD

COMMENT

---

BASELINE ☐  PRE-EMPLOYMENT ☐  RECHECK ☐  REGULAR ☐

JOB NOISE LEVEL  DBA

STEADY NOISE  Continuous ☐  Intermittent ☐     IMPULSE NOISE  Continuous ☐  Intermittent ☐

HRS PER DAY

| te of Audiogram | Day of Week | Test Time | Ear Protection |
|---|---|---|---|

TIME SINCE ON JOB    HOURS, EXPOSED TO LOUD NOISE SINCE JOB?    YES ☐    NO ☐    AVERAGE HEARING LEVEL

| 1969 | RIGHT EAR | | | | | | | LEFT EAR | | | | | | | AUD | R | | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FREQ.  5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | 5 0 0 | 1 0 0 0 | 2 0 0 0 | 3 0 0 0 | 4 0 0 0 | 6 0 0 0 | 8 0 0 0 | BY EXAMINER | 500 1000 2000 | 2000 3000 4000 | 500 1000 2000 | 2000 3000 4000

THRESH-LD

COMMENT

---

marks:

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

**A. IDENTIFICATION**

1. OPERATION OR PROCEDURE

_Biopsy Lesion ~ Skin_

**B. STATEMENT OF REQUEST**

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be ____

*(Description of operation or procedure in layman's language)*

_Skin Biopsy, 4 mm R lower chest_

which is to be performed by or under the direction of Dr. ___FREIHOFER___

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: _____◯_____

*(If "none", so state)*

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

    a. The name of the patient and his/her family is not used to identify said pictures.

    b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

**C. SIGNATURES**    *(Appropriate items in Parts A and B must be completed before signing)*

1. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

_Erich J Freihofer MD_
*(Signature of Counseling Physician/Dentist)*

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_QW?_
*(Signature of Witness, excluding members of operating team)*

_Kenny E. Hill_        _11-16-05_
*(Signature of Patient)*        *(Date and Time)*
                                   _11: pm_

3. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, _____ sponsor/guardian of _____ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_____
*(Signature of Witness, excluding members of operating team)*

_____
*(Signature of Sponsor/Legal Guardian)*

_____
*(Date and Time)*

| PATIENT'S IDENTIFICATION | *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)* | REGISTER NO. | WARD NO. |
|---|---|---|---|

_Hill, Kenneth_
_17110-016_

**HEALTH SERVICES UNIT-LOW**
FCC PETERSBURG, VA

STANDARD FORM 522 (Rev. 10—76)
General Services Administration &
Interagency Comm. on Medical Records
FPMR 101—11.806—8
522—109

☆ U.S. GOVERNMENT PRINTING OFFICE : 1981 O - 341-526 (6423)

NSN 7540-00-631-6455

BP-S618.060  **CLINICAL DENT... RECORD** CDFRM

AUG 96

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

---

Examination:  ☑ Screening   ☐ Comprehensive   ☐ Periodic



RIGHT  1  2  3  4  5  6  7  8  9  10 11  12 13  14  15  16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

RIGHT  1  2  3  4  5  6  7  8  9  10 11  12 13  14  15  16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Patient Name          Number          Sex: M  F   Age:

HILL,KENNETH 17110-016

Occlusion

Cl I  ant Crowding

Oral Hygiene

Good    (Fair)    Poor

| CPITN | | |
|---|---|---|
| 3 | 4 | 3 |
| 3 | 3 | 4 |

Head & Neck/Soft Tissue

WNL

Additional Findings

D: 1
M: 6        upper ant.
F: 7        Crowding

---

**Recommended  Treatment  Plan**

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation   O   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

Dentist Signature          Date

Aaron J Stoble      Dr COSTER    7/12/00

J. Vidrine, D.D.S
Chief Dental Officer

USP TERRE HAUTE, IN

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 7/12/00 1030 | | Rev med. hx. Screening Exam. Hard & Soft tissue orally checked. CPITN. OHE on recidivity care. Pt understands. *[signature]* from J Skibbe Jr COSTEP |
| | | *[signature]* J. Vidrine, D.D.S. Chief Dental Officer |

## Bureau of Prisons
### Medical - Dental History

### PLEASE ANSWER YES OR NO TO THE FOLLOWING QUESTIONS

1. Are you currently taking any medication?     Yes___ No ✓
   If so, which?_____

2. Are you allergic to any medications?
   If so, which?_____     Yes___ No ✓

3. Have you seen a doctor for any reason in the past two years?  Yes___ No ✓
   If so, why?_____

4. Have you been hospitalized in the past 5 years?     Yes___ No ✓
   If so, why?_____

5. Do you have chest pain, difficulty breathing, or do you feel exhausted
   when you walk or climb stairs?     Yes___ No ✓

6. Do your feet or ankles swell during the day?     Yes___ No ✓

7. Do you bleed excessively?     Yes___ No ✓

8. Please check ( ) any of the following conditions you have now, or had:

   ___Congenital Heart Defects          ___Bronchitis
   ___Heart Attack                      ___Emphysema
   ___Heart Murmur                      ___Tuberculosis
   ___Artificial Heart Valve            ___Anemia
   ___Pacemaker                         ___Hepatitis
   ___High Blood Pressure               ___Aids or HIV Positive
   ___Angina                            ___Venereal Disease (Syphillis, etc)
   ___Rheumatic Fever                   ___Arthritis
   ___Stroke                            ✓Headaches/Migraine
   ___Convulsions/Epilepsy              ___Thyroid Problems
   ___Asthma                            ___Psychiatric Disorders
   ___Diabetes                          ___Artificial Joints
   ___Anxiety, Depression               ___Cancer
   ___Injury to the Face or Jaws        ___Liver, Kidney or Lung Problems

9. Do you have any other medical condition not mentioned here?  Yes___ No ✓
   If so, which?_____

10. Have you had any difficulties or complications during previous
    dental treatment?     Yes___ No ✓
    If so, what?_____

11. Do you have pain in you teeth or gums?     Yes___ No ✓

12. Do your gums ever bleed?     Yes ✓ No___

13. Do you have dental caries (cavities)?     Yes ✓ No___

14. Do you have periodontal (Gum) disease?     Yes___ No___

Name _KENNETH E HILL_ Age _37_ Registration Number _17110-016_

Institution ___U.S. PENITENTIARY___ Date _7-12-00_
                TERRE HAUTE, INDIANA 47808

Patient's Signature _Kenneth E. Hill_ Dentist's Signature _____

_Aron J Stoke_
_Dr COSTER_
V. Vidrine, D.D.S.

## Bureau of Prisons
## Historial Medico - Dental

### FAVOR DE CONTESTAR SI O NO A LAS SIGUIENTES PREGUNTAS

1. Esta tomando algun medicamento actualmente?          Si___ No___
   Cual o cuales?_____

2. Es alergico a algun medicamento? (Penicilina, Aspirin, etc)   Si___ No___
   A cual o cuales? _____

3. Ha estado bajo el cuidado de un medico por alguna enfermedad en los
   ultimos dos años?                                     Si___ No___
   Por Que?_____

4. Ha sido hospitalizado en los ultimos 5 años?         S___ No___
   Por que?_____

5. Tiene alguna dificultad para respirar dolor de pecho, o se siente
   agotado cuando camina o cuando sube escaleras?       Si___ No___

6. Se le hinchan los pies o tobillos durante el dia?    Si___ No___

7. Sangra usted en exceso?                              Si___ No___

8. Indique si tiene o Ha tenido algunas de las siguientes condiciones:

   ___Defectos Congenitos Del Corazon      ___Bronquitis
   ___Ataque de Corazon (Infarto)          ___Enfisema
   ___Soplo Cardiaco                       ___Tuberculosis
   ___Valvulas Artificiales del Corazon    ___Anemia (Problems de Sangre)
   ___Marcapasos                           ___Hepatitis
   ___Presion Alta                         ___Sida O Infeccion de VIH
   ___Angina de Pecho                      ___Enfermedades Venereas (Sifillis)
   ___Fiebre Reumatica                     ___Artritis
   ___Apoplegia O Derrame Cerberal         ___Dolores de Cabeza/Migraña
   ___Convulsiones/Epiles PSIA             ___Problemas de Tiroide
   ___Asma O Fatiga                        ___Desordenes Psiquiatricos
   ___Diabetes                             ___Coyunturas Artificiales
   ___Ansiedad Depresion                   ___Cancer
   ___Heridas A La Cara O Quijadas         ___Problemas de Higado, Rinon,

9. Tiene alguna otra condicion medica no mencionada aqui?   Si___ No___

.0. Ha tienido alguna dificultad O complicacion durante tratamiento dental
    previo?                                              Si___ No___
    Cual?_____

.1. Tiene dolor de dientes O encias?                     Si___ No___

.2. Le sangran las encias?                               Si___ No___

.3. Tiene caries O picaduras en los dientes?             Si___ No___

.4. Tiene enfermentdad de las encias?                    Si___ No___


Nombre_____ Edad____ Numero de Registro_____

Institucion_____ Fecha_____

Firma de Paciente_____ Firma de Dentista_____

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☐ Screening | ☑ Comprehensive | ☐ Periodic |
|---|---|---|---|

**Occlusion** — malocclusion

**Oral Hygiene**

Good    Fair    (Poor)

**CPITN**

| 4 | 4 | 4 |
|---|---|---|
| 4 | 4 | 4 |

**Head & Neck/Soft Tissue**

STWNL

Mole located 3cm under (R) ear

**Additional Findings**

D: 0          ↑+↓ Ant crowding

M: 6          #7 + #10 crossbite

F: 6

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

**Recommended Treatment Plan**

☑ Radiographs 07/23/02

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction
☑ Periodontal Evaluation  0  I  (II)  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Patient Name** Hill, Kenny

**Number** 17110-016   **Sex** (M) F   **Age** 40

DOB: 7/17/62

☐ Prosthodontic Evaluation

**Dentist Signature** William J. Collins   **Date** 6-28-02
                                                7-23-02

W.K. COLLINS, DDS
C D O
FCI McKean

FCI McKean

PRINTED ON RECYCLED PAPER

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 6-28-02 0930hrs | | SOA: Routine Care patient<br>P: update medical history, soft tissue exam, pt rinsed with 0.12% Chlorher prior to scale - scale gross - hand & ultrasonic periodisease - heavy bleeding perio probe - reviewed floss technique severe inflamed gingival tissue generalized. teeth mal posid. Next: scale rt side - with anesthesia<br>*Jody L Batista*<br>Jody L Batista<br>W.K. Collins DDS CDO FCI McKean |
| 7-23-02 0830hrs | | SOA: Routine Care patient<br>P: update med hist, 4 bite radiographs - scaled rt quadrants with anesthesia given by Dr Collins 5 carpules lidocaine 2% 1/100,000 epi Next: scale left side with anesthesia<br>*Jody L Batista*<br>Jody L Batista<br>*William K Collins*<br>W.K. COLLINS, DDS CDO FCI McKean |
| 8-28-02 0830hrs | | SOA: Routine Care patient<br>P: update medical history, scale with anesthesia left side - per Dr Collins 3 carpules 2% lidocaine with 1:100,000 epi pt rinsed with 0.12% Chlorhx prior to scale reviewed floss<br>*Jody L Batista*<br>Jody L Batista<br>*William K Collins*<br>W.K. COLLINS, DDS CDO FCI McKean |

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____          yes  (no)

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____                      yes  (no)

3. Have you been under the care of a physician during
   the past two years? If so, why? _____        yes  (no)

4. Have you been hospitalized in the past two years?
   If so, why? _____          yes  (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?                 yes  (no)

6. Do your ankles ever swell during the day?              yes  (no)

7. Have you ever been treated for a tumor or growth?      yes  (no)

8. Have you ever had abnormal bleeding?                   yes  (no)

9. Have you ever had serious difficulty with any
   dental treatment?                                      yes  (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                        yes  (no)

Circle any of the following that you have had:

Congenital heart defects                 Heart murmur
Heart attack or heart problems           Angina
Stroke                                   High Blood pressure
Rheumatic Fever                          Heart pacemaker
Asthma                                   Epilepsy or seizures
Anemia (blood problems)                  Diabetes
Thyroid problems                         AIDS or HIV infection
Chronic bronchitis                       Emphysema
Venereal disease (syphilis, gonorrhea)   Tuberculosis (TB)
Arthritis                                Psychiatric treatment
Artificial heart valve                   Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                    yes  (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name _Kenny Hill Leavittell_              Reg No. #17110-016

Institution: _____FCI McKean_____         Date: _6-28-02_



BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

Examination: ☑ Screening  ☐ Comprehensive  ☐ Periodic

Occlusion
Cl I Ant Crowding

Oral Hygiene
Good  (Fair)  Poor

CPITN

| 3 | 4 | 3 |
|---|---|---|
| 3 | 3 | 4 |

Head & Neck/Soft Tissue
WNL

Additional Findings

D: 1
M: 6
F: 7

upper ant.
Crowding

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**
☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction
☐ Periodontal Evaluation  O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

Patient Name    Number    Sex: M  F    Age:

HILL,KENNETH 17110-016

Dentist Signature                Date
Aaron J Stoble        7/12/00
Jr. COSTEP

J. Vidrine D.D.S.

## Bureau of Prisons
## Historial Medico - Dental

### FAVOR DE CONTESTAR SI O NO A LAS SIGUIENTES PREGUNTAS

Esta tomando algun medicamento actualmente?
Cual o cuales? _____    Si___No___

Es alergico a algun medicamento? (Penicilina, Aspirin, etc)    Si___No___
A cual o cuales? _____

Ha estado bajo el cuidado de un medico por alguna enfermedad en los
ultimos dos años?
Por Que?_____    Si___No___

Ha sido hospitalizado en los ultimos 5 años?
Por que?_____    S___No___

Tiene alguna dificultad para respirar dolor de pecho, o se siente
agotado cuando camina o cuando sube escaleras?    Si___No___

Se le hinchan los pies o tobillos durante el dia?    Si___No___

Sangra usted en exceso?    Si___No___

Indique si tiene o Ha tenido algunas de las siguientes condiciones:

___Defectos Congenitos Del Corazon
___Ataque de Corazon (Infarto)
___Soplo Cardiaco
___Valvulas Artificiales del Corazon
___Marcapasos
___Presion Alta
___Angina de Pecho
___Fiebre Reumatica
___Apoplegia O Derrame Cerberal
___Convulsiones/Epiles PSIA
___Asma O Fatiga
___Diabetes
___Ansiedad Depresion
___Heridas A La Cara O Quijadas

___Bronquitis
___Enfisema
___Tuberculosis
___Anemia (Problems De Sangre)
___Hepatitis
___Sida O Infeccion de VIH
___Enfermedades Venereas (Sifillis)
___Artritis
___Dolores de Cabeza/Migraña
___Problemas de Tiroide
___Desordenes Psiquiatricos
___Coyunturas Artificiales
___Cancer
___Problemas de Higado, Riñon,

Tiene alguna otra condicion medica no mencionada aqui?    Si___No___

Ha tienido alguna dificultad O complicacion durante tratamiento dental
previo?    Si___No___
Cual?_____

Tiene dolor de dientes O encias?    Si___No___

Le sangran las encias?    Si___No___

Tiene caries O picaduras en los dientes?    Si___No___

Tiene enfermentdad de las encias?    Si___No___

Nombre_____Edad____Numero de Registro_____

Institucion_____Fecha_____

Firma de Paciente_____Firma de Dentista_____

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE IN.....  ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| Fcc Pet Low , VA | Hill, Kenny | 17110-016 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Orderly at Carolina | Carolina   15 upper | 7/10/05  12ᴺ |

| 7. Where Did Injury Happen (Be specific as to location) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| Medical Low (Door) | ☐ Yes   ☑ No | 7/18/05  12²⁰ |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred (Symptoms as Reported by Patient)*

I was bringing the WHEEL CHAIR I THROUGH THE FRONT DOOR OF THE HOSPITOL. DOOR SLAM ON my WRIST.

*Kenny E. Hill*
Signature of Patient

**10. Objective:** *(Observations or Findings from Examination)*

BP 126/70, 75, Temp 99·0      X-Rays Taken _____  Not Indicated _____
X-Ray Results Kidney mystere

Red, Swollen to (R) Wrst. Discomfort with motion, pulse present
No Cuts or Bruses Noted.

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

① Discomfort to touch ② ↓ movement to extremety with discomfort

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

① X-ray of (R) Wrst ordered by PA Negre / Long 2/10/05
② Motrin 200y po π td Bⁱᶜ med gue
③ Pt educated phent CARE I/m / bedside
ev ① Incdent futy bruslue ① d TC as need
      ICE to xbonds

**13. This Injury Required:**

☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other *(explain)*
   Category I
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

*Signature of Physician or Physician Assistant*

Wrst

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

Self Carboned Form – If ballpoint pen is used, **PRESS HARD**

USP LVN

BP-362(60)

**FED\_\_ \_ CORRECTIONAL INSTITUTION H\_ \_ITAL**
**FCI Petersburg, Petersburg, VA  23804**

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

: ALL CONCERNED _Hill, Kenneth_          UNIT _Carolina_ DETAIL _Orderly_

ATE'S NAME: _____          REG. NO.: _17110-016_

*For Medical purposes, the inmate named above has been authorized the work and/or*
*activity status listed below the reason(s) and the time shown.*

### EDICAL CLASSIFICATION STATUS: (Check One and answer questions)

) IDLE: Reason _O/C    Dent_          _5/17/05_ THRU 12 MIDNIGHT _5/17/05_, 20 ____

) CONVALESCENT: List any restricted activity for medical reasons. _____

_____ THRU 12 MIDNIGHT _____, 20_____

) RESTRICTED DUTY: Specify exact restriction and reason. _NO  Rec._

_____ THRU 12 MIDNIGHT _____, 20_____

) MEDICAL UNASSIGNED:

) BED REST:                                        _K. Khan, DDS_
                                          **FCC Petersburg, Virginia**
                                          **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

LE STATUS - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to quarters except for meals,
    barbering, religious services, sick call, visits and call outs. No recreation activity.
INVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to
    renewal. No work and no sports.
STRICTED DUTY - Restricted from work around machinery, heights, heavy lifting, etc., because of physical or mental handicap. List handicap, work
    limitation and time period, either specific date or indefinite.
EDICAL UNASSIGNED: - Totally unemployable and unassigned because of mental or physical reasons.

White copy - File          Yellow copy - Medical Records          Pink copy - Detail Supervisor          Gold copy - Unit

BP-S148.055    **INMATE REQUEST TO STAFF** CDFRM
SEP 98                                                                                    **FEDERAL BUREAU OF PRISONS**
**U.S. DEPARTMENT OF JUSTICE**

| TO: (Name and Title of Staff Member) | DATE: 2-6-05 |
| *Dr. Raymond Doe* | REGISTER NO.: # 17110-016 |
| FROM: *Mr. Lenny E Hill* | UNIT: *CAROLINA HALL* |
| WORK ASSIGNMENT: *CAROLINA ORL.* | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like To know if
I could pick up My Glasses
I Really Need Them Bad

Thank you
Very Much*

*Please Take This In
CONSIDERATION.*
(Do not write below this line)

DISPOSITION:

Copy attached.

| Signature Staff Member | Date 3/1/05 |
| *J. Wilson* | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) _Dentist_ | DATE: _11-30-04_ |
|---|---|
| FROM: _Kenny E. Hill_ | REGISTER NO.: _#17110-016_ |
| WORK ASSIGNMENT: _EDU. ORD._ | UNIT: _CAROLINA HALL_ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

_I would like to have my teeth pulled A.S.A.P._

_#_ _I was talking to you last week about my X-RAYS of my teeth._

_Thank You_

_Very Much_

(Do not write below this line)

DISPOSITION:

_Sign up on sick call_

| Signature Staff Member  **K. Oliver, Dental Assistant** | Date  _12/8/04_ |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   **Health Services Unit-Low**   replaces BP-148.070 dated Oct 86
                                        **FCC Petersburg**   Low Virginia   and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 12-28-04 |
|---|---|
| *Dentist* | |
| FROM: *MR. Keddy E. Hull* | REGISTER NO.: *17110-016* |
| WORK ASSIGNMENT: *EDU. ORD.* | UNIT: *Carolina Hall* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I Would Like To Have My Tooth Pulled. A.S.A.P.!*

*You Do Have My X-Ray's*

*It Hurt's Me Very Much*

*P.S. I Talked With You 2 Weeks ago And You Said It Could Come Out.*

(Do not write below this line)

DISPOSITION:

*Please sign up a sick call for your tooth taken out*

| Signature Staff Member | Date |
|---|---|
| *L. Khau MB* | *12/28/04* |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

FROM: _Mr. Leroy Hill_    REGIST NO.: 17110-016

WORK ASSIGNMENT: _Unicor II_    UNIT: _BA-208-2_

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action be
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

_I would like you to send me
this years copy of my medical
records ASAP._

_Thank you
Very Much_

---

(Do not write below this line)

DISPOSITION:

_See Attached
(4)_

_FCI McKean_

---

Signature Staff Member _T. Kelly_    Date _9-12-03_

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) _Dentist_ | DATE: 4-17-03 |
| FROM: _Mr. Kenny Hill_ | REGISTER NO. # 12110-016 |
| WORK ASSIGNMENT: _Unicor II_ | UNIT: 8A-208-U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

_I would like to have my teeth clean._

_Thank you_
_Very Much,_

**(Do not write below this line)**

DISPOSITION: _Your name has been added to the dental waiting list. Please watch the call-outs._

_Thank-You_

| Signature Staff Member  J. Colvin DA | Date 4/18/03 |

Record Copy - File Copy - Inmate
This form may be replicated via WP

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and title of Staff Member) | DATE: 4-17-03 |
| *Hospital - Sick Call* | |
| FROM: *Mr. Kerry Hill* | REGISTER NO. # 17110-016 |
| WORK ASSIGNMENT: *Unicor-II* | UNIT: *8A-208-U* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like a copy of my HS*
*ist Medical File.*

*D Shackton*

*Very Much*

(Do not write below this line)

DISPOSITION:

*See Attached*
*12 Pg.*

**FCI McKean**

| Signature Staff Member | Date 4/21/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) *Dentist* | DATE: *1-8-03* |
|---|---|
| FROM: *Mr. Lenny Hill* | REGISTER NO.: *# 17110-016* |
| WORK ASSIGNMENT: *Unicor II* | UNIT: *SA-208-U* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like to have my teeth clean.*

*Thank you*

*Very Much*

(Do not write below this line)

DISPOSITION: *Your name has been added to the dental Cleaning list. Please watch the call outs.*

| Signature Staff Member *J. Batista* | Date *1-21-03* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

### FCI McKean
### Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

*9/13/02*
*8:30a*

**INSTRUCTIONS:**
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: *Kenny Hill*
   (Nombre)
2. Reg. Number: *17140-016*
   (Numero de Registro)
3. Date: *9-3-02*
   (Fecha)
4. Housing unit and Unit Team: *BA-244-U*   TEAM: A  B  C  D
   (Unidad y equipo de la unidad)
5. Complaint. What is your problem ?
   (Queja) (Cuales su problema?)
   *I have a real bad "RASH" on my neck and arm. Also, my feet. Seek Dermo Creme Tiva.*
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days_____ Months_____ Years *2*_____
   Dias)         (Meses)         (Anos)
7. Are you on any medication(s) at present? Yes_____ No_____
   (Esta usted tomando alguna(s) medicinas actualmente?)
8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes_____ No *✓*_____
9. Signature *Kenny Hill*
   (Firma)

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date Seen:_____
11. Time Seen:_____
12. Subjective: _____
    _____
    _____
    _____
13. Objective:    Temp._____ Pulse_____ Respirations_____ B/P_____
13. Appointment Date: *9/13/02*   Appointment Time *8:30a*
14. Triage Personnel's Signature: *H Nilsonian*

BP-S148.055 **INMATE REQUEST O STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) *DENTIST* | DATE: 7-22-02 |
|---|---|
| FROM: *Mr. Kenny Hill* | REGISTER NO.: #17110-016 |
| WORK ASSIGNMENT: *Unicor II* | UNIT: BA-110-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*I Would like to have my*
*teeth clean.*

*I Thank you*
*Very Much,*

(Do not write below this line)

DISPOSITION:

*You name has been added*
*to our waiting list. Please*
*watch the call outs.*

| Signature Staff Member | Date |
|---|---|
| *Johnnie Sewell* | 7-22-02 |

d Copy - File; Copy - Inmate
orm may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

ted on Recycled Paper

TO; P.H.
FROM; KENNY HILL #17110-016
CELL; A-203

I WOULD LIKE IF YOU COULD TAKE A LOOK AT MY BACK AND FEET A.S.A.P.!!

I THANK YOU VERY MUCH.

Come to Sickcall

H. BEAM, MD
FCI McKEAN

4/11/02

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) _Mr. William Collins_ | DATE: 11-13-01 |
|---|---|
| FROM: _Kenny Hill_ | REGISTER NO.: 17110-016 |
| WORK ASSIGNMENT: _Unicor P.M._ | UNIT: BA-235-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

_I would like to know if I could get my teeth cleaned, also, how long am I on the Dentist list_

_Thank You_

(Do not write below this line)

DISPOSITION:

_You are # 115 on the list. Please continue to watch the call-outs._

FCI McKean

| Signature Staff Member | Date |
|---|---|
| _a. Douglas CDA_ | 12-19-01 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         Thi form replaces BP-S148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUES_ TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 5-29-01 |
|---|---|
| FROM: *Mr. Kenny Hill* | REGISTER NO.: 17110-016 |
| WORK ASSIGNMENT: ORD - BA | UNIT: BA-235-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.)  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like to take a full
physical as soon as possible.*

*I thank you
very much*

*Mr. Kenny Hill
17110-016
BA 235-L*

(Do not write below this line)

DISPOSITION: *You had a physical exam on
7/12/00. You are authorized to have
another one after 7/12/02.*

FCI McKean

| Signature Staff Member D. Olson, MD Clinical Director | Date . |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title Of Staff Member) *Dentist* | DATE: *6-8-01* |
|---|---|
| FROM: *Kenny Hill* | REGISTER NO.: *17110-016* |
| WORK ASSIGNMENT: *ORD - BA* | UNIT: *BA-235-L* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I would like to know if I could get my teeth looked at its very important. Also, I need them clean.*

*Thank You Very Much*

(Do not write below this line)

DISPOSITION:

Your name has been added to
the waiting list. Please
watch the call-outs.

FCI McKean

| Signature Staff Member  D. Tanner, H27  D. Tanner | Date  HIT  6-8-01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct. 86
and BP-S148.070 APR 94

FCI McKean


Printed on Recycled Paper

# MEDICAL DUTY STATUS ASSIGNMENTS

| ASSIGNMENT | DESCRIPTION |
|---|---|
| ____ALLRG/WOOL | ALLERGIC TO WOOL |
| ____ART LIMB | ARTIFICIAL ARM OR LEG |
| ____ATH RESTR | SPORTS/NO WEIGHT LIFTING |
| ____COLD/WIND | NO EXCESS COLD/WIND |
| ____DRIV RESTR | GLASSES REQUIRED FOR DRIVING |
| ____HEAR RESTR | NO WORK IN HIGH NOISE AREAS |
| ____HGT RESTR | NO LADDERS/NO UPPER BUNK |
| ____HUNGR STRK | HUNGER STRIKE |
| ____LIMIT SUN | NO EXCESS SUN |
| ____LOWER BUNK | LOWER BUNK REQUIRED |
| ____NO DRIVING | NO DRIVING - MEDICAL CONDITION |
| ____NO DUTY | NO DUTY DUE TO MEDICAL CONDITION |
| ____NO F/S | NO FOOD SERVICE WORK |
| ____NO POLLUT | ASSIGN TO POLLUTION FREE AREA |
| ____NOT MED CL | NOT MEDICALLY CLEARED |
| ____ORTH SHOES | ORTHOPEDIC SHOES |
| ____OTHER | OTHER MEDICAL RESTRICTION |
| √ REG DUTY | REGULAR DUTY |
| ____REG DUTY W | REGULAR DUTY W/MED RESTRICTION |
| ____REPAT MEN | REPATRIATION MENTAL |
| ____REPAT PHY | REPATRIATION PHYSICAL |
| ____REPAT SUM | REPATRIATION SUMMARY REPORT |
| ____SMOKE FREE | ASSIGN TO SMOKE FREE WORK/QTRS |
| ____SOFT SHOES | SOFT SHOES REQUIRED |
| ____SPEC DIET | SPECIAL DIET - MEDICAL CONDITION |
| ____STAND RSTR | NO PROLONGED STANDING |
| ____SUIC WATCH | SUICIDE WATCH |
| ____WGT 15 LB | WEIGHT - NO LIFTING OVER 15 LBS |
| ____WGT 20 LB | WEIGHT - NO LIFTING OVER 20 LBS |
| ____WGT 25 LB | WEIGHT - NO LIFTING OVER 25 LBS |
| ____WIRED JAW | WIRED JAW - POST DENTAL |
| √ YES F/S | CLEARED FOR FOOD SERVICE |

_DKDA_____ ALLERGIES

## CLINICS

____
____CARDIAC
____DIABETIC
____GENERAL
____HYPERTENSION
____INFECT. DISEASE
____MENTAL HEALTH
____NEUROLOGY
____PULMONARY
____

INMATE HILL,KENNETH 17110-016
INMATE
DATE:__ 07-12-00_____
REVIEW _____

(USP) / FPC
TERRE HAUTE, IN 47808