# ATTACHMENT C



**Microbac Laboratories, Inc.**
**Bradford Division**
P.O. Box 489, Bradford, Pennsylvania 16701
Phone: (814) 368-6087    Fax: (814) 368-6091
e-mail: bradforddiv@microbac.com

# INDOOR AIR QUALITY SURVEY

### At

### Unicor F.C. I. McKean
### Rt. 59 and Big Shanty Road
### Lewis Run, PA  16738

**Work Order No.:  9931-444**

**Date of Sampling:  July 31, 2001**

**Performed For:  Unicor Factory**

**Report Reviewed By:**

April C. Lang
**Laboratory Director**



**Microbac Laboratories, Inc.**
Bradford Division
P.O. Box 489, Bradford, Pennsylvania 16701
Phone: (814) 368-6087    Fax: (814) 368-6091
e-mail: bradforddiv@microbac.com

# SUMMARY

At the request of Roger Reinard of Unicor F.C. I. McKean, an Indoor Air Quality Survey was performed in the Unicor Factory on July 31, 2001. The sampling was performed from 7:00 a.m. until 3:45 p.m. The reason for the sampling was an OSHA complaint regarding dust in the air at the facility.

The sampling parameters requested were total and respirable particulates. The collection media was matched weight filter and the analysis method was NIOSH 0500 for total particulates and NIOSH 0600 for respirable particulates.

Two field technicians, April Lang and Mike Francis, arrived at the facility at 0600 hours and proceeded to the Unicor Factory. After consultation with the staff is was decided to set up the pumps and air sampling equipment at the following sites:

     Router Station
     Large Panel Saw Area
     CNC Machine Area
     Radial Arm Saw Area
     Weeke Point to Point Machine Area
     Edge Bander Area

The pumps were set up and testing began between 0730 and 0745 hours such that eight hours was achieved for the total sampling time at each area. At this time one of the field technicians, April Lang, left the site and Mike Francis remained on site to check the status of the equipment and filters during the testing. The pumps and filters were disassembled between 1530 and 1545 hours and the field technician left the premises.

Results can be found on the attached Certificate of Analysis. The OSHA standard for Total Particulates/Nuisance Dust is 15 mg/cubic meter and 5.0 mg/cubic meter for Respirable Particulates/Respirable Nuisance Dust. As per our report none of the samples exceeded these limits.

Case 1:05-cv-00160-SJM-SPB    Document 49-11    Filed 02/24/2006    Page 4 of 10

# ®Microbac Laboratories, Inc.

BRADFORD DIVISION
P.O. BOX 489
BRADFORD            PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD            PA 16701

Permit No
Cust P.O. 4700046491

Date Reported    8/13/01
Date Received    7/31/01
Order No       9931-00444
Invoice No        008032
Cust #             F009
Sampled Date     7/31/01
Sampled Time      00:00
Sample Id

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|

### ROUTER STATION - TOTAL PARTICULATES, 0730 - 1530 HRS.

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-1 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1440 | LITERS | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | <0.2 | MG/M3 | 8/09/01 | EKI |

### ROUTER STATION - RESPIRABLE PARTICULATES, 0730 - 1530 HRS.

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-2 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 816 | LITERS | 7/31/01 | MPF |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | EKI |

Certificate Of Analysis Continued On Next Page


The data and other information contained on this, and other accompanying documents, represent only the
sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for
advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research


MEMBER ACIL

# (R) Microbac Laboratories, Inc.

**Microbac**

BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|

LARGE PANEL SAW AREA - TOTAL PARTICULATES, 0733 - 1533 HRS.

| | | | | | |
|---|---|---|---|---|---|
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| ~~ING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| OPERATOR | | MPF | | 7/31/01 | MPF |
| /TUBE NUMBER | | 9931-444-3 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1440 | LITERS | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | 0.3 | MG/M3 | 8/09/01 | ERI |

LARGE PANEL SAW AREA - RESPIRABLE PARTICULATES, 0733 - 1533 HRS.

| | | | | | |
|---|---|---|---|---|---|
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | ERI |
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-4 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| LOW RATE | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 816 | LITERS | 7/31/01 | MPF |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.
USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research



MEMBER
ACIL

# ® Microbac Laboratories, Inc.

BRADFORD DIVISION
P.O. BOX 489
BRADFORD      PA 16701
(814)368-6087

## http://www.microbac.com

**CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS**

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD        PA 16701

|                  |                |
|------------------|----------------|
| Date Reported    | 8/13/01        |
| Date Received    | 7/31/01        |
| Order No         | 9931-00444     |
| Invoice No       | 008032         |
| Cust #           | F009           |
| Sampled Date     | 7/31/01        |
| Sampled Time     | 00:00          |
| Sample Id        |                |

Permit No
Cust P.O. 4700046491

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|

### CNC MACHINE AREA - TOTAL PARTICULATES, 0736 - 1536 HRS.

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| ING MEDIA | | MPF | | 7/31/01 | MPF |
| PERATOR | | 9931-444-5 | | 7/31/01 | MPF |
| /TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 1440 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | NIOSH 0500 | <0.2 | MG/M3 | 8/09/01 | EKI |
| PARTICULATES, TOTAL | | | | | |

### CNC MACHINE AREA - RESPIRABLE PARTICULATES, 0736 - 1536 HRS.

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | 9931-444-6 | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 816 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | EKI |
| PARTICULATES, RESPIRABLE | | | | | |

Certificate Of Analysis Continued On Next Page


The data and other information contained on this, and other accompanying documents, represent only the
sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for
advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research


MEMBER ACIL

# ® Microbac Laboratories, Inc.

## Microbac

BRADFORD DIVISION
P.O. BOX 489
BRADFORD    PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.J. MCKEAN

P.O. BOX 5000

BRADFORD    PA 16701

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Permit No
Cust P.O. 4700046491

Subject: PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|

**RADIAL ARM SAW AREA - TOTAL PARTICULATES, 0737 - 1537 HRS.**

| | | | | | |
|------|--------|--------|-------|------|------|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | 9931-444-7 | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 1440 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 0.2 | MG/M3 | 8/09/01 | ERI |
| PARTICULATES, TOTAL | NIOSH 0500 | | | | |

**RADIAL ARM SAW AREA - RESPIRABLE PARTICULATES, 0737 - 1537 HRS.**

| | | | | | |
|------|--------|--------|-------|------|------|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | 9931-444-8 | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 816 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | <0.4 | MG/M3 | 8/09/01 | ERI |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | | | | |

Certificate Of Analysis Continued On Next Page


The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.
USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research



MEMBER
ACIL



**®Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Permit No
Cust P.O. 4700046491

Subject:   PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|

**WEEKE POINT TO POINT - TOTAL PARTICULATES, 0745 - 1545 HRS.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| ~ING MEDIA | | MPF | | 7/31/01 | MPF |
| OPERATOR | | 9931-444-9 | | 7/31/01 | MPF |
| /TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 1440 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | <0.2 | MG/M3 | 8/09/01 | FEL |
| PARTICULATES, TOTAL | NIOSH 0500 | | | | |

**WEEKE POINT TO POINT - RESPIRABLE PARTICULATES, 0745 - 1545 HRS.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/31/01 | MPF |
| AIR TEST INFORMATION | | MPF | | 7/31/01 | MPF |
| SAMPLED BY: | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | 9931-444-10 | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING DATE | | 480 | MINUTES | 7/31/01 | MPF |
| SAMPLING TIME | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| FLOW RATE | | 816 | LITERS | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | <0.4 | MG/M3 | 8/09/01 | ERI |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | | | | |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research


MEMBER
ACIL

# ®Microbac Laboratories, Inc.

**Microbac**

BRADFORD DIVISION
P.O. BOX 489
BRADFORD        PA 16701
(814)368-6087

### http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD        PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| P | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|------|--------|--------|-------|------|------|

1  EDGE BANDER - TOTAL PARTICULATES, 0735 - 1535 HRS.

| | | | | | |
|---|---|---|---|---|---|
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-11 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1440 | LITERS | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | <0.2 | MG/M3 | 8/09/01 | ERI |

EDGE BANDER - RESPIRABLE PARTICULATES, 0735 - 1535 HRS.

| | | | | | |
|---|---|---|---|---|---|
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-12 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 816 | LITERS | 7/31/01 | MPF |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research

MEMBER

ACIL



® **Microbac Laboratories, Inc.**

BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Date Reported   8/13/01
Date Received   7/31/01
Order No       9931-00444
Invoice No        008032
Cust #            F009
Sampled Date      7/31/01
Sampled Time      00:00
Sample Id

Permit No
Cust P.O. 4700046491

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|------|--------|--------|-------|------|------|
| TECHNICIAN TIME | | | | | |
| TECHNICIAN CHARGE | | | | 7/31/01 | WFF |

ANALYSES BY PA LABS:    42-060
                        25-067

MICROBAC BRADFORD DIVISION

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.
USDA-EPA-NIOSH Testing    Food Sanitation Consulting    Chemical and Microbiological Analyses and Research



MEMBER
ACIL