# ATTACHMENT B

```
   BOPUK   531.01  *              INMATE HISTORY            *     01-11-2006
   PAGE 001         *                WRK DETAIL             *     09:25:00

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK         FUNCTION: PRT           FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME

 PET    ORD CAR H  ORD CAR H                    01-18-2005 0001 CURRENT
 PET    ORD EDUC   EDUCATION ORDERLY            09-29-2004 0001 01-18-2005 0001

 PET    UNASSG     UNASSIGNED WORK DETAIL       09-27-2004 1552 09-29-2004 0001

 PET    A/O        NEEDS A/O PROCESSING         08-27-2004 1239 09-27-2004 1552

 PEM    UNASSG     UNASSG                       08-25-2004 1447 08-27-2004 1216

 PHL    UNASSG     UNASSG                       08-23-2004 1658 08-25-2004 0650

 LEW    UNASSG     UNASSIGNED WORK DETAIL       08-20-2004 1429 08-23-2004 0927

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2004 0001 08-20-2004 1045

 MCK    VACATION   VACATION                     04-16-2004 0001 04-17-2004 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-25-2004 0001 04-16-2004 0001

 MCK    VACATION   VACATION                     03-24-2004 0001 03-25-2004 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-13-2004 0001 03-24-2004 0001

 MCK    VACATION   VACATION                     03-12-2004 0001 03-13-2004 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          02-14-2004 0001 03-12-2004 0001

 MCK    VACATION   VACATION                     02-13-2004 0001 02-14-2004 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          01-21-2004 0001 02-13-2004 0001

 MCK    VACATION   VACATION                     01-20-2004 0001 01-21-2004 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          11-29-2003 0001 01-20-2004 0001

 MCK    VACATION   VACATION                     11-26-2003 0001 11-29-2003 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          10-24-2003 0001 11-26-2003 0001

 MCK    VACATION   VACATION                     10-23-2003 0001 10-24-2003 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          09-16-2003 0001 10-23-2003 0001

 MCK    VACATION   VACATION                     09-15-2003 0001 09-16-2003 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          07-19-2003 0001 09-15-2003 0001

 MCK    VACATION   VACATION                     07-17-2003 0001 07-19-2003 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2003 0001 07-17-2003 0001

 MCK    VACATION   VACATION                     04-14-2003 0001 04-17-2003 0001

 MCK    I LAYUP 2  3:00 PM TO 11:00 PM          12-21-2002 0001 04-14-2003 0001

 MCK    VACATION   VACATION                     12-20-2002 0001 12-21-2002 0001
```

```
MCK    I LAYUP 2   3:00 PM TO 11:00 PM        10-12-2002 0001 12-20-2002 0001

MCK    VACATION    VACATION                   10-10-2002 0001 10-12-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        08-19-2002 0001 10-10-2002 0001

MCK    UNASSG      UNASSIGNED                 08-15-2002 1125 08-19-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED             08-12-2002 1657 08-15-2002 1125

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        06-21-2002 0001 08-12-2002 1657

MCK    VACATION    VACATION                   06-17-2002 0001 06-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        05-08-2002 0001 06-17-2002 0001

MCK    UNASSG      UNASSIGNED                 04-29-2002 0754 05-08-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED             04-07-2002 1917 04-29-2002 0754

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        02-16-2002 0001 04-07-2002 1917

MCK    VACATION    VACATION                   02-14-2002 0001 02-16-2002 0001



G0002          MORE PAGES TO FOLLOW . . .




   BOPUK   531.01 *              INMATE HISTORY              *    01-11-2006
PAGE  002 OF 002 *                WRK DETAIL                 *      09:25:00

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        08-25-2001 0001 02-14-2002 0001

MCK    VACATION    VACATION                   08-24-2001 0001 08-25-2001 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM        07-05-2001 0001 08-24-2001 0001

MCK    I PACK 1    PACKING 1                  06-19-2001 0001 07-05-2001 0001

MCK    ORD B A     ORDERLY BA                 04-12-2001 0001 06-19-2001 0001

MCK    UNASSG      UNASSIGNED                 04-11-2001 0001 04-12-2001 0001

MCK    A&O         ADMISSION & ORIENTATION    04-06-2001 0845 04-11-2001 0001

LEW    UNASSG      UNASSIGNED WORK DETAIL     04-02-2001 1905 04-06-2001 0603
```

```
OKL    UNASSG      UNASSIGNED HOLDOVER          03-28-2001 1715 04-02-2001 0810

THA    IND FIN PM  INDUSTRIES FINISH P.M.       11-06-2000 0001 03-28-2001 0800

THA    IND FINISH  INDUSTRIES FINISH            09-22-2000 0001 11-06-2000 0001

THA    ORD C       ORD                          08-04-2000 0001 09-22-2000 0001

THA    UNASSG      UNASSIGNED WORK DETAIL       07-06-2000 1000 08-04-2000 0001

OKL    UNASSG      UNASSIGNED HOLDOVER          07-03-2000 1640 07-06-2000 0710




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```