# ATTACHMENT C



# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise sho')

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | | DATE | SALES OFFICE | |
|---|---|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | | 9/11/89 | UAS | |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ UB ☐ | ☒ 1 / ☒ 1 |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES — ACCESSORIES** | **SPECIAL INSTRUCTIONS**

- ☐ ACCESS DOOR   BOLTED ☐  HINGED ☐  RAISED ☐
- ☐ DRAIN PLUG
- ☐ SPLIT HOUSING   ☐ SPLIT BOX
- ☐ INLET   FLANGED ☐  DRILL ☐  SCREEN ☐  BOX ☐
- ☐ INLET VANE   EXTERNAL ☐
- ☒ FLANGED OUTLET   DRILL ☐
- ☐ DAMPER   PARALLEL ☐  OPPOSED ☐  INLET ☐  OUTLET ☐  MANUAL ☐  AUTO ☐
- ☒ PAINT   STANDARD ☒  HI-TEMP ☐  OTHER ☐
- ☐ GUARDS   SHAFT ☐  BELT ☐  COUPLING ☐
- ☐ PLUG COOLER
- ☐ SHAFT COOLING WHEEL
- ☐ SHAFT SEALS   STANDARD ☐  GAS TIGHT ☐
- ☐ SPARK RESISTANCE   TYPE A ☐  B ☐  C ☐
- ☐ INTERGAL BASE   RIS ☐  SPRING ☐  MOTOR POSITION  W ☐ X ☐ Y ☐ Z ☐
- ☐ MOTOR   SUPPLIED BY: IAP ☐  OTHERS ☐
                MOUNTED BY: IAP ☐  OTHERS ☐
- ☐ DRIVE   HP   RPM   DUTY   ENCL   FRAME
           V-BELT ☐  C.S. ☐  ADJ ☐
- ☐ SILENCER   INLET ☐  OUTLET ☐
- ☐ TRANSITIONS
- ☐ ROTABLE HOUSINGS
- ☐ FILTER BOXES

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN
BY _Robert M Shue_ DATE SEP 11 1989

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

Rotation discharge positions:
- Up Blast CW 360
- Top Angular U CW 45
- Top Horizontal CW 90
- Top Angular Dov CW 135
- Down Blast CW 180
- Bottom Angular Do CW 225
- Bottom Horizonl CW 270
- Bottom Angular CW 315

FORM RP-1



# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement

ROTATION
DISCHARGE
POSITIONS
(Clockwise sho...)

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | DATE | SALES OFFICE |
|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE |
|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | STD ☒  UB ☐ | 1 ☒ / 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES — ACCESSORIES**                                    **SPECIAL INSTRUCTIONS**

☐ ACCESS DOOR    BOLTED ☐  HINGED ☐  RAISED ☐
☐ DRAIN PLUG
☐ SPLIT HOUSING    SPLIT BOX ☐
☐ INLET    FLANGED ☐  DRILL ☐  SCREEN ☐  BOX ☐
☐ INLET VANE    EXTERNAL ☐
☒ FLANGED OUTLET    DRILL ☐
☐ DAMPER    PARALLEL ☐  OPPOSED ☐  INLET ☐  OUTLET ☐  MANUAL ☐  AUTO ☐
☒ PAINT    STANDARD ☒  HI-TEMP ☐  OTHER ☐
☐ GUARDS    SHAFT ☐  BELT ☐  COUPLING ☐
☐ PLUG COOLER
☐ SHAFT COOLING WHEEL
☐ SHAFT SEALS    STANDARD ☐  GAS TIGHT ☐
☐ SPARK RESISTANCE    TYPE A ☐  B ☐  C ☐
☐ INTERGAL BASE    RIS ☐  SPRING ☐  MOTOR POSITION W ☐  X ☐  Y ☐  Z ☐
☐ MOTOR    SUPPLIED BY: IAP ☐   OTHERS ☐
              MOUNTED BY: IAP ☐   OTHERS ☐
☐ DRIVE    HP  RPM  DUTY  ENCL  FRAME
           V-BELT ☐  C.S. ☐  ADJ ☐
☐ SILENCER    INLET ☐  OUTLET ☐
☐ TRANSITIONS
☐ ROTABLE HOUSINGS
☐ FILTER BOXES

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN
SEP 11 1989
BY Robert M Shue  DATE

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.   IAP, Inc.

FORM RP-1

Up Blast CW 360
Top Angular Up CW 45
Top Horizontal CW 90
Top Angular Down CW 135
Down Blast CW 180
Bottom Angular Down CW 225
Bottom Horizontal CW 270
Bottom Angular CW 315