# ATTACHMENT
# E

## MAC MODEL MCF FILTER

This is a large piece of equipment. When received, the Packing List should be checked against the material received. If any shortages occur, they should be reported to the freight carrier immediately.




FULL-WELDED HOUSING