# ATTACHMENT B

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT AND TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/6/05 0930 | S= Complains of itchy rashes in both arms & chest, on & off for "several years". Reports being exposed to "something" while at work on campus. Claims the medication he was given 1 month ago "don't help". O= ambulatory; T= 98.0°F; BP=100/80 P=68/m, NAD. — multiple papular lesions on the arms, back & anterior chest, not infected. A= Dermatitis / dry skin. P= Referral to Dermatologist — Pt. educated on proper skin care & rash timer frame. — Selsun shampoo, Hydrocortisone cream & Vit. A + D ointment. — Signs. — E. Panaguiton Mid-Level Practitioner FCC Petersburg, Virginia sick call note reviewed [signature] 9/7/05 Dr. J. Allen Clinical Director FCC Petersburg |
| 11/16/05 1015 | Dermatology Clinic: pityrosporum folliculitis or Grover's disease. Biopsy later. RTC 1 month. [signatures] K. L. Laybourn, MD  A. Zayas, MLP FCC Petersburg, Virginia  Mid-Level Practitioner  FCC Petersburg, Virginia Vincent Sansone, Pharm.D Counseling Provided |
| 1/18/06 1320 | Dermatology Clinic 1) Doxycycline 100 mg P.O. 2x daily x 1 month 2) RTC 1 month — Richard S. Forth, ARNP K. L. Laybourn, MD FCC Petersburg, Virginia |

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

6/1/05
1105 — Ortho Clinic
① Clenched fist of recent B/L wrists.
② F/U 2 months — [signature]

6/2/05
K. L. Laybourn, MD
FCC Petersburg, Virginia

→ 8/9/05 → S: pt. c/o skin rash ē arm of trunk. pt. has no skin
1030     problems due to organizational work at FCI McKean. pt.
         claims lesions are pruritic.

BP 118/67   P49   T-98²

Skin: multiple papular lesion w/ whitish/yellowish nodule
in center of each lesion. pruritic skin. No excoriation
are noted

A: No follow-ulation

P: ① Septra DS T tab po BID with lots of water × 14 days
   ② Asked to drink lots of fluids due to risk of stone.
   ③ F/u in 2 weeks then S/c

A. Zayas, MLP
FCC Petersburg-Low

8/17/05   Orthopedic Clinic
1515      F/u pm
                                    [signature]
                                    K. L. Laybourn, MD
                                    FCC Petersburg, Virginia

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Hill, K.
17110-016
Health Services Unit
FCC Petersburg, Virginia

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1         USP LVN

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| 2/10/05 1300 | Admin Note — Injury report done and X-ray of R wrist done [signature] |
| 3/10/05 0800 | ADM. Entry — Ortho perdes. Cmn ff and He of base on x-rays findings. [signature] M.D. |
| 6/3/05 1130  BP 144/79  P 69  Temp 97.9  6-3-05 | S) 42 yr old male c/o rash on right side x 2 yrs. States rash first occurred after cutting tile board at FCI McKean while working in Unicor. Reports associated symptoms of extreme itching.<br>O) Alert & oriented x3. NAD. Stable gait. Skin c̄ hyperpigmented rash on right flank area 8cm x 5cm. Ø scaling<br>A) Dermatitis<br>P) 1) Triamcinolone cream — Apply sparingly 2x daily x 15 days (IRF). 2) Ketoconazole shampoo — use daily during showers. 3) Consult for R/u dermatology evaluation submitted. 4) R/u prn [signature] |

PATIENT'S IDENTIFICATION: 17110-016  Hill, Kenny  HEALTH SERVICES UNIT-LOW  FCC PETERSBURG, VA

R. Forth, PHS  Mid-Level Practitioner

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (Rev. 5–84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| 6-17-03<br>1035 | S: Requests "respiratory exam." Wants to be checked out & make sure he's okay." "Feeling light-headed lately and afraid of germs because "unit is filthy." C/o "dryness in throat sometimes." Denies other S&S.<br>O: NAD. Appears well. Temp: 99 BP: 138/78, P: 69, O2 Sat: 96%. Chest: CTA bil. PFM: 750 L/min.<br>A: Normal vitals<br>P: Reassure I/M. Pt. education re: hand washing technique, ↑ fluids. RTC prn. I/M understands.     B Saylor NP<br>        Reviewed by D. Olson, MD     BONNIE SAYLOR, NP<br>        6/21/03     FCI MCKEAN |
| 8-11-03<br>1445 | No show for s/c appointment.     B Saylor NP |
| → 9/4/03<br>0745hrs | S) 41 y/o AA ♂ c/o ⊕ Rash Bilat. UE's & Face/Neck x 3 mos — itchy, & Pain ? Source Unknown ∅ prior Hx. ②) Lt. Foot +6/10 Pain 2° Callous form.<br>O) CAO x 3, ambulatory, NL. Gait, ∅ affect. ⊕ Papular Non Vesicular Lesions Bilat. UE's @ over Circumferential & Few Neck c̄ & Face c̄ ⊕ |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT<br>FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | | REGISTER NO.<br>17116-016 | WARD NO. |

Hill, Kenneth

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

→ 4/14/03
0730

S) c/o HAs, nosebleeds, dry nostrils × 1 year.
↳ "dizzy" temporal areas, b/lat "aching" +6/10 } IM denies sensory prodrome/aura
  comes & goes." ↑ with/when IM goes to work.
Nosebleeds when nostrils are dry ... only occasionally.

O) NAD  T = 97.7°F
HEENT: ⊕ "pain" to palp f/m sinuses, but also "pain" when
  occiput, parietal, + maxillary areas are palpated.
  IM denies sensation of "pressure" when leaning forward (head
  below knees)
Turbinates: +2 S/y  ⊕ erythema  ⊕ evidence of recent epistaxis
  ⊕ striations (white colored) in left nostril (left
  nasal mucosa)
Oropharynx s̄ exudates
⊖ adenopathy.

A) Headaches
   Dry nasal mucosa

P) 1. N.S. (Saline) Nasal Spray  2 sprays both nostrils QID + prn  #1 R×3
   2. Motrin 400 mg  ī po QID prn HAs  #30 R×3
   3. IM EDs; use of meds  IM understands
   4. RTC prn.

Violette Geza, PharmD, RPh
Chief Pharmacist

Steven Labrozzi, PA-C
Physician Assistant

4/21/03
0830

Inmate Rec'd 12 pgs. Medical Records     T. Petruzzi, HIT

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)  REGISTER NO. 17110 016  WARD NO.

Hill, Ken

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/8/02 0915 | S: Cont to c/o itchy rash on neck + (L) elb<br>O: Maculopapular erythem. scaly lesions on bil neck + (L) elbow c̄ (+) evidence of itching noted. ø pustules. ø d/g<br>C: Dermatitis<br>P: HC cream #1 apply to aa bid × 1R<br>Pt educ. Use as directed. Skin care discuss<br>RTC prn. Pt understands<br>                                   Gracia Fairbanks PA<br>Reviewed by D. Olson, MD<br>Date: 8/14/02<br>GRACIA FAIRBANKS<br>Physician Assistant |
| 8/19/02 0930 | ① c/o jock itch × 1 wk. denies pain<br>② NAD<br>   groin – mild papular/macular rash c̄ mild erythema<br>④ jock itch<br>⑤ 1) Mycelex crm. to aa BID #1<br>   2) Educated on Rx, skin care<br>   3) F/U prn sick call<br>                                    J. Glenn FNP<br>Reviewed by D. Olson, MD<br>Date: 8/19/02<br>J. GLENN, FNP<br>FCI McKEAN |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

7/11/02 0930

S) c/o rash on neck & arms, also has athletes foot both feet, denies pain

O) N/A
neck, arms, elbows — dry areas c̄ fine papular rash ō erythema
feet + fungus noted between toes both feet

A) 1) Dermatitis
   2) Athletes foot

P) 1) Hydrocortisone crm. to areas on neck & arms BID sparingly #1 NR
   2) Mycelex crm to feet BID as directed #1 RX1
   3) Educated on Rx, foot care & F/U agreed to plan
   4) F/U prn sick call

J. GLENN, CRNP

REVIEWED BY [signature] 7/11/02
F. BEAM, MD
FCI MCKEAN

PATIENT'S IDENTIFICATION: Hill, Kenny
REGISTER NO. 17110-016

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3-26-02 1000 | S: Requests circumcision. C/o regular infections. C/o tight band of foreskin which hurts when pulled back.<br>O: NAD. Penis c tightly banded foreskin c̄ infection, o discharge, o erythema<br>A: taut foreskin<br>P: Consult c̄ MD's re: bx. Pt education re/ skin care RTC PRN. Pt understands. — B. Saylor NP<br>**BONNIE SAYLOR, NP**<br>**FCI McKEAN** |
| 5-23-02 1110 | S: C/o burning + itching between toes x 2 wks. Seeks relief.<br>O: NAD. Maceration + peeling between toes.<br>A: T. pedis bil<br>P: Miconazole #1 apply to AA's bid. Rx 2. Pt education re/ skin care RTC PRN. Pt understands. — B. Saylor<br>Reviewed by D. Olson, MD<br>Date 5/24/02<br>**BONNIE SAYLOR, NP**<br>**FCI McKEAN** |
| → 6-13-02 1045 | S: C/o rash on (L) neck and elbow. Present x 7 wk. Itches. Requests relief.<br>O: NAD. (L) neck + elbow c̄ quarter-sized dry macular lesions.<br>A: dermatitis<br>P: Hydrocortisone Cream #1, apply to AA's bid. Rx 1. Pt education re/ skin care. RTC PRN. Pt. understands. — B. Saylor NP<br>**BONNIE SAYLOR, NP**<br>**FCI McKEAN**<br>Reviewed by D. Olson, MD<br>Date: 6/13/02 |