# ATTACHMENT C

Apr-23-03  07:06am   From-Temple Sales

# MATERIAL SAFETY DATA SHEET

MELTING POINT - Not Applicable
VAPOR PRESSURE - Not Applicable
SOLUBILITY IN H2O (% BY WT.) - Insoluble
EVAPORATION RATE (Butyl Acetate = 1) - Not Applicable
pH - Not Applicable
APPEARANCE AND ODOR - Light to dark colored granular solid. Color and odor are dependent on the wood species and time since board was manufactured.

## SECTION IV - FIRE AND EXPLOSION DATA

FLASH POINT - Not Applicable
AUTO IGNITION TEMPERATURE - 425 - 475 deg F
FLAMMABLE LIMITS - Formaldehyde LEL 7%, UEL 73%
FIRE EXTINGUISHING MEDIA - Water Spray, Carbon Dioxide
SPECIAL FIRE FIGHTING PROCEDURES - Fire fighting procedures for wood products are well known.

UNUSUAL FIRE AND EXPLOSION HAZARDS - Particleboard does not present a fire or explosion hazard. Sawing, sanding, or machining particleboard could result in the creation of wood dust. Wood dust may present a strong to sever explosion hazard if a dust cloud contacts an ignition source. According to data contained in NFPA Standards, .04 ounce per cubic foot is the minimum explosive concentration for wood flour.

## SECTION V - HEALTH HAZARD DATA

Wood Dust/Fiber: May cause nasal dryness, irritation and obstruction. Coughing, wheezing, and sneezing sinusitis and prolonged colds have also been reported. Depending on species, may cause respiratory sensitization and/or irritation. IARC classifies wood dust as a carcinogen to humans (Group 1). This classification is based primarily on IARC's evaluation of increased risk in the occurrence of adenocarcinomas of the nasal cavities and paranasal sinuses associated with exposure to wood dust. IARC did not find sufficient evidence to associate cancers of the oropharynx, hypopharynx, lung, lymphatic and hematopoietic systems, stomach, colon or rectum with exposure to wood dust.

Signs and Symptoms of Exposure: Acute - may cause temporary irritation of skin, eyes, or respiratory system. If irritation persists consult a physician. Chronic - rats exposed to 14 ppm formaldehyde developed nasal cancer. The NCI epidemiology study of 26,000 workers found little, if any, evidence linking formaldehyde exposure to cancer. The EPA has classified formaldehyde a B-1 Probable Human Carcinogen. Formaldehyde is listed by the IARC and the NTP as an animal carcinogen.

### EMERGENCY FIRST AID PROCEDURES

Inhalation, Eyes, Skin - Remove to fresh air
Ingestion - N/A

## SECTION VI - REACTIVITY DATA

STABILITY - Stable
CONDITIONS TO AVOID - High relative humidity and high temperature increases the rate of formaldehyde emissions in particleboard.
INCOMPATIBILITY (materials to avoid) - Strong oxidizing agents, strong acids
HAZARDOUS DECOMPOSITION PRODUCTS - Thermal and/or thermal-oxidative decomposition can product irritating and potentially toxic fumes and gases, including CO, aldehydes and organic acids.
HAZARDOUS POLYMERIZATION - Will not occur

## SECTION VII - SPECIAL PRECAUTION PROCEDURES

PRECAUTIONS AND SAFE HANDLING: Provide adequate ventilation to reduce the possible build-up of formaldehyde vapors.
STEPS TO BE TAKEN IF SPILLED OR RELEASED: See above.
WASTE DISPOSAL METHOD: Incinerate or landfill in accordance with local, state, and federal regulations.

-1-

Apr-29-03  07:10am  From-Temple Sales

---

**TEMPLE-INLAND FOREST PRODUCTS CORPORATION**
**P. O. DRAWER N**
**DIBOLL, TEXAS**
**(409) 829-5511**

**WOOD DUST**
(For all Untreated Wood and Untreated Wood Products)
**CAUTION!**

**SAWING, SANDING OR MACHINING WOOD PRODUCTS CAN PRODUCE WOOD DUST WHICH CAN CAUSE A FLAMMABLE OR EXPLOSIVE HAZARD.**

**WOOD DUST MAY CAUSE LUNG, UPPER RESPIRATORY TRACT, EYE AND SKIN IRRITATION. SOME WOOD SPECIES MAY CAUSE DERMATITIS AND/OR ALLERGIC RESPIRATORY EFFECTS. THE INTERNATIONAL AGENCY FOR RESEARCH ON CANCER (IARC) HAS CLASSIFIED WOOD DUST AS A NASAL CARCINOGEN IN HUMANS.**

*FIRST AID: If inhaled, remove to fresh air. In case of contact, flush eyes and skin with water. If irritation persists, call a physician.

For additional information, see the Material Safety Data Sheet

---

NOTE: Size of label is not restricted by regulations. Must be legible.

Revised: July 19, 1995

-2-