# ATTACHMENT E

APR-23-2003 08:59   BABCOCK LUMBER                    1 585 924 7358358   P.01/08



# Material Safety Data Sheet
*UPDATED 4/23/03*

### Section 1. Chemical Product and Company Identification

| | | | |
|---|---|---|---|
| Common Name | Wilsonart(R) 860/861 | Code | 1641USA |
| Supplier | WILSONART INTERNATIONAL INC.<br>P.O. BOX 6110 - 2400 Wilson Place, Temple, TX 76503<br>Telephone: 800-433-3222 (U.S.A.) or 254-207-7000 | MSDS# | 1641 |
| | | Validation Date | 08/17/1999 |
| Synonym | Also known as: Lokweld(R) 860/861 | Print Date | 09/27/1999 |
| Trade name | Wilsonart(R) 860/861 | Responsible Name | Wilsonart International Inc. |
| Material Uses | Spray grade adhesive for laminate. | | |
| Manufacturer | WILSONART INTERNATIONAL, INC.<br>P.O. BOX 6110, Temple, TX 76503-6110<br>Information Phone: 254-207-7000 or 800-433-3222 | In Case of Emergency | CHEMTREC:<br>800-424-9300 (USA)<br>703-527-3887 (International) |

### Section 2. Composition and Information on Ingredients

| Name | CAS # | % by Weight | Exposure Limits |
|---|---|---|---|
| Acetone | 67-64-1 | 15-40 | TWA: 750 ppm  ACGIH (TLV) [United States]<br>STEL: 1000 ppm  ACGIH (TLV) [United States] |
| Toluene | 108-88-3 | 5-15 | TWA: 100 ppm  STEL: 150 ppm  OSHA (PEL) [United States]<br>TWA: 50 ppm  ACGIH (TLV) [United States] |
| Hexane isomers | N/A | 15-40 | TWA: 1760 mg/m³  CEIL: 3500 mg/m³  ACGIH (TLV) [United States]<br>TWA: 500 ppm  STEL: 1000 ppm  ACGIH (TLV) [United States] |
| N-hexane | 110-54-3 | 1-5 | TWA: 176 mg/m³  ACGIH (TLV) [United States]<br>TWA: 50 ppm  ACGIH (TLV) [United States] |

### Section 3. Hazards Identification

| | |
|---|---|
| Physical State and Appearance | Liquid. |
| Emergency Overview | **DANGER!**<br>EXTREMELY FLAMMABLE LIQUID AND VAPOR. VAPOR MAY CAUSE FLASH FIRE. HARMFUL IF INHALED OR SWALLOWED. MAY CAUSE RESPIRATORY TRACT, EYE AND SKIN IRRITATION. |
| Routes of Entry | Absorbed through skin. Skin contact. Eye contact. Inhalation. Ingestion. |
| Potential Acute Health Effects | |
| | *Eyes* This product is an eye irritant. |
| | *Skin* Irritating to skin. Prolonged skin contact may cause dermatitis with drying and cracking of skin. Permeator (absorbed through the intact skin). |
| | *Inhalation* Harmful if inhaled. Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation. Narcotic effect may cause nervous system disturbances. Peripheral neuropathy (numbness in limbs). Severe over-exposure can result in death. |

Continued on Next Page

## Wilsonart® 860/861
Page: 2/8

| | |
|---|---|
| *Ingestion* | Not an expected route of entry. Ingestion may cause severe gastric disturbances. May cause headache, nausea, vomiting, pain, weakness, dizziness, gastrointestinal. Irritation convulsions, respiratory failure, central nervous system depression, unconsciousness, and may be fatal. |
| Potential Chronic Health Effects | Long term skin contact to solvents may produce defatting of the skin and dermatitis. Over-exposure by inhalation may cause respiratory irritation, central nervous system depression and peripheral nervous system effects. |
| Medical Conditions Aggravated by Overexposure: | Preexisting eye and skin disorders. |
| Overexposure /Signs/Symptoms | Inflammation of the eye is characterized by redness, watering, and itching. Skin inflammation is characterized by itching, scaling, reddening. Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation. |

See Toxicological Information (section 11)

### Section 4. First Aid Measures

| | |
|---|---|
| Eye Contact | Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Do not use an eye ointment. Seek medical attention. |
| Skin Contact | Wash contaminated skin with soap and water. If the product got onto the clothes portion of the body, remove the contaminated clothes as quickly as possible. Place the victim under a deluge shower. If irritation occurs, seek medical attention. Wash contaminated clothing before reusing. |
| Inhalation | Allow the victim to rest in a well ventilated area. Oxygen may be administered if breathing is difficult. If irritation, or difficult breathing, persists, seek immediate medical attention. |
| Ingestion | Do not induce vomiting. Have conscious person drink several glasses of water or milk. NEVER give an unconscious person anything to ingest. Seek medical attention. |
| Notes to Physician | Sudden death due to ventricular fibrillation has been reported from acute inhalation in chronic solvent abusers. Treat patient supportively. Life support measures should be provided because CNS depression, cardiopulmonary failure, and metabolic acidosis have been reported in massive overexposures. |

### Section 5. Fire Fighting Measures

| | |
|---|---|
| Flammability of the Product | Flammable. |
| Auto-Ignition Temperature | The lowest known value is 225°C (437°F) (Hexane isomers). |
| Flash Points | CLOSED CUP: -8.8889°C (16°F). (Pensky-Martens.) |
| Flammable Limits | LOWER: 2%  UPPER: 13% |
| Products of Combustion | These products are carbon oxides ($CO$, $CO_2$). |
| Fire Hazards in Presence of Various Substances | Highly flammable in presence of open flames and sparks, of heat. Slightly flammable to flammable in presence of oxidizing materials, of reducing materials, of combustible materials. Non-flammable in presence of moisture. |
| Explosion Hazards in Presence of Various Substances | Risks of explosion of the product in presence of mechanical impact: Not available. Risks of explosion of the product in presence of static discharge: Not available. Slightly explosive to explosive in presence of oxidizing materials. |

*Continued on Next Page*

APR-23-2003 09:01    BABCOCK LUMBER    1 585 924 7358    P.05/08

**Wilsonart® 860/861**    Page: 6/8

## Section 10. Stability and Reactivity

| | |
|---|---|
| Stability and Reactivity | The product is stable. |
| Conditions of Instability | No additional information. |
| Incompatibility with Various Substances | Reactive with acids, alkalis, combustible materials, oxidizing agents, reducing agents. |
| Hazardous Decomposition Products | Products of Combustion include: carbon oxides (CO, $CO_2$) |
| Hazardous Polymerization | Will not occur. |

## Section 11. Toxicological Information

| | |
|---|---|
| Toxicity to Animals | Acute oral toxicity (LD50): 2600 mg/kg [Rat]. (Toluene).<br>Acute dermal toxicity (LD50): 12210 mg/kg [Rabbit]. (Toluene). |
| Chronic Effects on Humans | CARCINOGENIC EFFECTS: Not classifiable for human or animal.<br>MUTAGENIC EFFECTS: Classified none for human.<br>TERATOGENIC EFFECTS: Classified PROVEN for human [Toluene].<br>DEVELOPMENTAL TOXICITY: Classified Development toxin [PROVEN] Toluene<br>Causes damage to the following organs: the nervous system.<br>N-hexane is a neurotoxin. Toluene has been reported to have caused spontaneous abortion in women that intentionally concentrated and inhaled its vapors. |
| Other Toxic Effects on Humans | Skin contact (irritant, permeator), eye contact (irritant). |
| Special Remarks on Toxicity to Animals | No additional remark. |
| Special Remarks on Chronic Effects on Humans | No additional information. |
| Special Remarks on Other Toxic Effects on Humans | No additional information. |

## Section 12. Ecological Information

| | |
|---|---|
| Ecotoxicity | Not available. |
| BOD5 and COD | Not available. |
| Biodegradable/OECD | Not available. |
| Mobility | Not available. |
| Toxicity of the Products of Biodegradation | Not available. |
| Special Remarks on the Products of Biodegradation | No additional remark. |

*Continued on Next Page*