# ATTACHMENT F



# Do-it dust masks

## ideal for:
- sanding of woodwork, furniture, autos
- grinding operations
- cleaning basements, attics, garages, dusty work areas
- yard, garden, and farm wo[rk]

## directions for use:

1. Cup the mask under the chin with the metal nosepiece up.
2. Pull the headband around the back of the head and position for best fit.
3. Press the flexible metal nosepiece to fit snugly around the nose

## [war]ning:
Task is not suitable for use against t[oxic] hazardous air contaminants s[uch], but not limited to, paint spray m[i]sbestos, silica, cotton or other t[oxic] dusts, fumes, gases and vapors. It is [re]sponsibility of the user to determ[ine] suitability of this mask for his a[pplicatio]n. If there is any doubt as to [sui]tability of the Do-it* dust mask, p[lease con]sult an industrial hygienist.

## [war]rant notice to p[urcha]ser:
Th[i]s warranty is made in lieu of all [war]ranties expressed or imp[l]ing, but not limited to, the im[plied war]ranties of merchantability and[d fitness for] purpose. Manufacturer's on[ly liability] shall be to replace such qu[antity of pro]duct proved to be defec[tive. Purchaser shall] determine the suitability of th[e product f]or his intended use and ass[ume all ri]sks and liability in connection

Manufactured Fort Wayne, Ind.

Using this mask against asbestos, silica, grain dust, paint spray or other harmful substances may result in sickness or death.

If you are around harmful substances, use a proper government certified respirator. For assistance in determining the proper protection for your application, consult your supervisor, a safety official or call 3M:
TOLL FREE 1-800-243-4630. In Canada, call 1-519-452-6137.

**Use Information:** The 8500 is to be used for comfort only. It offers relief from the bothersome effects of common nuisance dusts such as pollen, alfalfa and salt.

### REMEMBER, the...
- 8500 Comfort Mask is NOT a respirator
- 8500 Comfort Mask is NOT for industrial use
- 8500 Comfort Mask is NOT government certified
- 8500 Comfort Mask is NOT to be used when dust concentrations are greater than the Permissible Exposure Limit
- 8500 Comfort Mask is NOT a paint spray respirator
- 8500 Comfort Mask is NOT to be used around sandblasting

IF YOU NEED INFORMATION OR ASSISTANCE to determine if the 8500 Comfort Mask is the best choice for your intended use, call 3M OH&ESD Technical Service Toll Free at 1-800-243-4630. In Canada, call 1-519-452-6137. Our technical staff will help evaluate your intended use and help you to make an informed choice. We can also put you in touch with your local 3M representative for more information about 3M Brand Health and Safety Products.

**Easy to put on:**

1) Cup mask under chin with metal nosepiece up.

2) Pull headband over the back of the head.

3) Press soft metal nosepiece so it conforms snugly across the curve of the nose.



**3M**
Occupational Health and Environmental Safety Division

3M Center, Building 275-6W-01
P.O. Box 33275
St. Paul, MN 55133-3275

3M Canada, Inc.
C.P. 5757
London (Ontario) N6A 1T4

34-7039-1944-8