# ATTACHMENT G

MATERIAL SAFETY DATA SHEET



USG INTERIORS, INC.
101 S. Wacker Drive
Chicago, IL 60606-4385

Emergency phone: Day 312/606-3759
Night 312/606-4382

Date Issued: November 16, 1990

SECTION I

PRODUCT: Insulation Board Products
TRADE NAMES: [illegible] Fire Door Coreboard, [illegible] Spec Board
CHEMICAL FAMILY: Mineral Fiber and Clay (Mixture)

SECTION II
INGREDIENTS

| MATERIAL | % | TLV | PEL | CAS NO. |
|---|---|---|---|---|
| Mineral Fiber * | 60-80 | 10 mg/M3 | 15 mg/M3 | (NE) |
| Perlite | 10-20 | 10 mg/M3 | 15 mg/M3 | 93763-70-3 |
| Starch | 5-10 | 10 mg/M3 | 15 mg/M3 | 09005-25-8 |
| Cellulose | 10-20 | 10 mg/M3 | 15 mg/M3 | 09005-34-6 |
| Silica Sand+ | 0-2 | 0.1 mg/M3 (R) | 0.1 mg/M3 (R) | 14808-60-7 |
| (+ trace quantity) | | | | |

* - WHMIS Class D2B (R) - Respirable (NE) - Not Established

SECTION III
PHYSICAL DATA

DENSITY: 16-20 pcf
APPEARANCE AND ODOR: Tan-colored board, low odor.

SECTION IV
FIRE AND EXPLOSION HAZARD DATA

SPECIAL FIRE FIGHTING PROCEDURES: None. Fire hazard Classification per ASTM E-84; Flame Spread 25, Smoke Developed 5.
UNUSUAL FIRE OR EXPLOSION HAZARDS: None known.

SECTION V
HEALTH HAZARD DATA

EFFECTS OF OVEREXPOSURE:
ACUTE: Dust from this product may cause transitory mechanical irritation to eyes and skin.
CHRONIC: If board is cut with a power saw, dust may contain respirable silica and mineral fiber. Long term overexposure to silica (alpha-quartz) causes silicosis.

Although inconclusive, three recent industry-sponsored research studies indicate that factory workers who were first employed in the manufacture of mineral wool or glass wool more than 30 years ago have a somewhat higher risk of lung cancer or other diseases than the general public.

Whether the effects of smoking and exposure to mineral wool fiber are more than additive is unclear, but smoking by these workers was found to contribute to the higher incidence of lung cancer. Because of this it is recommended that people handling this material on a regular basis not smoke.

The scientists reporting these results and independent scientists reviewing these results agree that further study is necessary to determine what other factors might be responsible for this reported increased risk. Further studies are now being conducted to investigate what effects other occupational exposures and life-style had on these workers. The records will also be examined to learn if these workers had exposure to other known carcinogens in the past.

Several research studies using animals have shown that breathing of airborne mineral wool fiber does not cause any lung cancer or other lung diseases.

CARCINOGENIC CLASSIFICATION:

| | |
|---|---|
| Silica (respirable) | - IARC—2A, NTP—None, OSHA—None |
| Man-made vitreous fiber (respirable) | - IARC—2B, NTP—None, OSHA—None |

EMERGENCY AND FIRST AID PROCEDURES:
EYES: Flush thoroughly with water. If irritation continues, see physician.
SKIN: Wash skin after exposure.
INGESTION: Call PHYSICIAN

SECTION VI
REACTIVITY DATA

STABILITY: Stable
HAZARDOUS POLYMERIZATION: Will not occur.

SECTION VII
SPILL OR LEAK PROCEDURES

STEPS T^ BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED: Normal cleanup -edures. Avoid creating dust.
WASTE -POSAL METHOD: To landfill in accordance with local, state and federal -lations.

SECTION VIII
SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION: NIOSH approved respirator.
VENTILATION: Local exhaust or mechanical ventilation to keep below TLV.
PROTECTIVE EQUIPMENT: Protective gloves and goggles are recommended. Wear loose-fitti- -lothing closed at the neck and wrists and minimize skin exposure. Wash work -s separately. Rinse washer thoroughly after use.

SECTION IX
SPECIAL PRECAUTIONS

PRECAUTIONS TO BE TAKEN IN HANDLING AND STORING: Store in a dry place. When cutting or breaking, avoid creating excessive dust.
OTHER PRECAUTIONS: During the initial firing of a vessel insulated with this product, if the insulations temperature exceeds approximately 450° F the combustion products of a paper fire will be emitted. If the initial firing or curing is done in an oxygen deficient atmosphere, carbon monoxide and Aldehydes are likely to be produced. Therefore the adjacent area must be well ventilated.

For further technical information contact:
Technical Manager, Dept. 470, USG INTERIORS, INC., 101 South Wacker Drive, Chicago, IL 60606-4385, PHONE: (312) 606-4762

1519c

U.S.G. INTERIORS MICORE BOARD

This Material Handling sheet is to inform both staff and inmates of the proper equipment to be used in handling material safely.
Below is a list of the safety equipment which is available through staff. Those items that are marked with an X MUST be used for safe handling of this particular material.
The Health, Flammability & Reactivity chart reflects this products hazards by using the numbers 0 - 4.

Safety Glasses
Gloves
Splash Goggles
Dust MASK
0 - zero least hazardous
4 - four most hazardous
HEALTH
FLAMMABILITY
REACTIVITY

Manejo de Material y Informaccion de Proteccion Personal

...e de Producto: U.S.G. INTERIORS MICORE BOARD

Esta hoja de Manejo de Material es para informar a el staff y el personal, sobre el uso adecuado del equipo a utilizar en el seguro manejo del material.
Abajo esta la lista del equipo de seguridad disponible por el staff.
Los articulos marcados con una X DEBEN ser utilizados par el seguro uso del material especifico.
El cuadro de Salud, Flamibilidad y Reactividad ensena los peligros de este producto, usando los numeros del 0 - 4.

Polvo
0 - Menos peligrosos

