# ATTACHMENT H

# DUST COLLECTION BAG P.M.

| Date | Work Performed | Inits. |
|---|---|---|
| 5/2000 | Inspected & Shook Down Dust | MS |
| 8/2000 | Inspected & Shook Down Dust | MS |
| 11/2000 | Inspected OK | MS |
| 2/2001 | Inspected OK | MS |
| 5/2001 | Inspected & Shook Down Dust | MS |
| 8/2001 | Inspected OK | MS |
| 11/2001 | Inspected & Shook Down Dust | MS |
| 2/2002 | Inspected OK | MS |
| 5/2002 | Inspected Shook Down #2 - #10K | MS |
| 8/2002 | Inspected OK | MS |
| 11/2002 | Inspected OK | MS |
| 2/2003 | Inspected OK | MS |


