EXHIBIT I

RESPONSE FOR ADMINISTRATIVE REMEDY CONCERNING AIR QUALITY IN UNICOR.

TO: HILL, KENNY #17110-016

RESPONSE:

ON WEDNESDAY APRIL 16, 2003, A COMPLIANCE OFFICER FROM THE OCCUPATIONAL AND HEALTH ADMINISTRATION VISITED (OSHA)p UNICOR MCKEAN.

THE PRELIMINARY FINDINGS FOUND NO EVIDENCE OF ANY CONCERN RELATED TO THE AIR QUALITY WITHIN THE FACTORY. ALL APPROPRIATE AND NECESSARY PRACTICES ARE BEING FOLLOWED IN ACCORDANCE WITH OSHA REGULATIONS. A FINAL REPORT WILL BE PROVIDED BY OSHA DETAILING THE VISIT, AND WILL LIST ANY POSSIBLE RECOMMENDATIONS.

UPON RECEIPT OF THIS REPORT, SHOULD ANY RECOMMENDATIONS BE MADE, THEY WILL BE PROMPTLY ADDRESSED.

T. HOLT, COUNSELOR UNIT BA 4-23-2003

HILL, Kenny
Reg. No. 17110-016
MCK 298162-F1

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy, receipted in my office on April 25, 2003, in which you allege safety/hazardous violations have occurred in UNICOR. You further state the superintendent of industries failed to enforce and ensure a proper ventilation/vacuum system. Specifically, you allege the industry's building lacks a proper ventilation system.

An investigation into your allegations reveal the following: The dust collection system in UNICOR McKean is capable of moving 38,000 cubic feet per minute of air for each of the two units in operation. This is more than double the requirement of vacuum recommended by the manufacturers of the machinery in UNICOR. The duct collection systems are more than adequate to eliminate the possibility of a dust cloud to form large enough to be ignited. NISOH approved respirators are not required for manufacturing processes using particle board as a raw material when using adequate duct collection.

Documentation from MICROBACB LABS located in Bradford, Pennsylvania, who on July 31, 2001 conducted an eight-hour air quality test for respirable particulates and total particulates is on file. FCI McKean was found to be well below permissible amounts in both categories.

The manufacturer's material safety data sheet for MICOR, particleboard, and lockweld 860/861 requires adequate ventilation, proper safety glasses, and gloves. UNICOR McKean provides these items in addition to filter masks.

On Wednesday, April 16, 2003, a compliance officer from the Occupational Safety and Health Administration visited UNICOR McKean. The preliminary findings found no evidence of any concern related to the air quality within the factory. All appropriate and necessary practices are being followed in accordance with OSHA regulations. A final report will be provided by OSHA detailing the visit and will list any possible recommendations.

Based on these findings your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

5-15-03
Date

John J. LaManna, Warden