IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNY HILL,** )<br>  Plaintiff, )<br> ) <br>  v. ) <br> ) <br> **JOHN J. LAMANNA, et al.,** ) <br>  Defendants. ) | C.A. No. 05-160 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this 22nd day of June, 2006:

IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel [Document # 8] is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion to dismiss or, in the alternative, for summary judgment [Document # 15] is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiff, now represented by counsel, may file his amended complaint on or before August 15, 2006.

IT IS FURTHER ORDERED that Defendants file either an answer or a dispositive motion in response to the amended complaint before September 15, 2006.

IT IS FURTHER ORDERED that Plaintiff may file a reply brief before October 5, 2006.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge