## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNY HILL,** | : | Docket No. 05-160E |
| | : | (Judge Susan Paradise Baxter) |
| **Plaintiff** | : | |
| | : | ELECTRONICALLY FILED PLEADING |
| | : | |
| vs. | : | PRAECIPE FOR APPEARANCE |
| | : | |
| **JOHN J. LAMANNA, DEBORAH** | : | Filed on behalf of: Plaintiff Kenny Hill |
| **FORSYTH, MARTY SAPKO,** | : | |
| **STEPHEN HOUSLER,** | : | Counsel of record for this party: |
| | : | Richard A. Lanzillo, Esq. |
| **Defendants** | : | Knox McLaughlin Gornall |
| | : | & Sennett, P.C. |
| | : | 120 West 10th Street |
| | : | Erie, PA 16501 |
| | : | Telephone (814) 459-2800 |
| | | Facsimile (814) 453-4530 |
| | | Email rlanzillo@kmgslaw.com |
| | | PA53811 |

### PRAECIPE FOR APPEARANCE

TO:   CLERK OF COURT

   Enter my appearance on behalf of plaintiff Kenny Hill, in the above-captioned action

         Respectfully submitted,

         KNOX McLAUGHLIN GORNALL &
         SENNETT, P.C.

         By:  _____/s/ Richard A. Lanzillo_____
           Richard A. Lanzillo
           120 West Tenth Street
           Erie, PA 16501-1461
           (814)459-2800

           Attorneys for plaintiff,
           Kenny Hill