IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNY HILL, | ) | |
| | ) | Civil Action No. 05-160E |
| Plaintiff, | ) | |
| | ) | Judge McLaughlin |
| vs. | ) | |
| | ) | Magistrate Judge Baxter |
| | ) | |
| JOHN LAMANNA, ET AL., | ) | (Electronically Filed) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss heretofore filed by defendants, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint of Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Kenny Hill, pro se
    Albert W. Schollaert, AUSA