IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNY HILL,
        PLAINTIFF

                              Civil Action No. 05-160E

v.                           DECLARATION OF LYNNELL COX,
                              LEGAL INSTRUMENTS EXAMINER

JOHN LAMANNA, ET AL.,
        DEFENDANTS

I, Lynnell Cox, do declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons, as a Legal Instruments Examiner, at the Federal Correctional Complex in Butner, North Carolina (FCC-Butner).  I have held this position since June 8, 1998.

2.    I am aware that inmate Kenny Hill, Register Number 17110-016, has filed the above referenced lawsuit, in which he alleges staff violated his Constitutional Rights, and negligently exposed him to unsafe conditions in the UNICOR factory at FCI McKean.

3.    Pursuant to my official duties, I have access to Bureau of Prisons records pertaining to individuals presently or previously confined at Bureau of Prisons institutions.  The above records, which are used in the ordinary course of the

Bureau of Prisons' operations, include the Bureau of Prisons' administrative tort claims database for FCC Butner. On or around August 17, 2006, I conducted a search of all administrative tort claims filed in fiscal years 2004-2006. I conducted this search by reviewing the computerized database which indexes all administrative tort claims filed by inmates in the area handled by this office. This area includes claims submitted by inmates in FCI Petersburg.

4.  This search revealed that since 2004 (when he arrived in FCI Petersburg), inmate Hill has filed no administrative tort claims. Specifically, he has filed no administrative tort claims relating to the conditions of the UNICOR factory in FCI McKean.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_Lynnell Cox_                                                   9/11/06
Lynnell Cox                                                     Date
Legal Instruments Examiner
FCC Butner