## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY HILL. | ) Docket No. 05-160E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| JOHN J. LAMANNA, | ) |
| MARTY SAPKO, | ) |
| DEBORAH FORSYTH, | ) |
| STEPHEN HOUSLER | ) |
| | ) |
| Defendants | ) |

### PROPOSED ORDER

AND NOW, this _____ day of October, 2006, upon consideration of plaintiff's Motion to Amend Complaint and Caption, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

_____
J.

# 692841