IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY HILL,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN LAMANNA, et al.,<br><br>      Defendants. | Civil Action No. 05-160E<br><br>Judge McLaughlin<br>Magistrate Judge Baxter<br><br>*(Electronic Filing)* |

**NOTICE OF ENTRY OF APPEARANCE**

TO:    Clerk of Court
        United States District Court
        Western District of Pennsylvania

And now comes Michael C. Colville, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as lead attorney to be noticed for Defendants in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Albert W. Schollaert, as counsel in the above-captioned case.

                      Respectfully submitted,

                      MARY BETH BUCHANAN
                      United States Attorney

                      <u>/s/ Michael C. Colville</u>
                      MICHAEL C. COLVILLE
                      Assistant U.S. Attorney
                      Western District of PA
                      U.S. Post Office & Courthouse
                      700 Grant Street, Suite 4000
                      Pittsburgh, PA 15219
                      (412) 894-7337
                      PA ID No. 56668

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2006, a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

>Richard A. Lanzillo, Esquire
>Knox McLaughlin Gornall & Sennett, P.C.
>120 West Tenth Street
>Erie, PA 16501-1461

>/s/ Michael C. Colville
>MICHAEL C. COLVILLE
>Assistant U.S. Attorney