# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Kenny Hill )
)
)
Plaintiff )
vs. )  No.    CA 05-160 Erie
United States of America )
)
)
Defendant )

HEARING ON    November 14, 2006   Motion Hearing

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.
Neil Devlin, Esq.
Lori Watson, paralegal
Appear for Plaintiff

Michael C. Colville, Esq., AUSA
Phil O'Connor, Esq., AUSA
Doug Goldring, Esq. - UNICOR
Appear for Defendant

Hearing Begun    11:30 am

Hearing concluded C.A.V.  12:45

Hearing Adjourned to

Stenographer Ron Bench
CD:             Index:

WITNESSES

For Plaintiff                       For Defendant

Joint Motion to Modify Case Management Order (Document #28) is

granted as follows:

Dispositive motions due February 2, 2007

Responses due February 16, 2007