IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY HILL, | ) |
| | ) |
| | ) |
| vs. | ) C.A. NO. 05-160 ERIE |
| | ) |
| JOHN LAMANNA, et al | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania

TO: Warden - FCI Petersburg
    Petersburg, VA

GREETINGS:

    WE COMMAND YOU, in the name and by the authority aforesaid that Kenny Hill, Reg. No. 17110-016, under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on December 18, 2006 at 9:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Kenny Hill, Reg. No. 17110-016, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Kenny Hill, Reg. No. 17110-016 is no longer needed as a witness before this Court, Kenny Hill, Reg. No. 17110-016 shall be returned to FCI Petersburg.

    AND have you then and there this writ.

WITNESS, The Honorable Susan Paradise Baxter
Chief Magistrate Judge of the United States
District Court this 15th Day of November, 2006, at Erie, Pennsylvania.

_____
Clerk of Court

By: _____
Deputy Clerk