IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL W. HILL, | ) Docket No. 03-323E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, WILLIAM K. | ) |
| COLLINS, MARTY SAPKO, | ) |
| STEPHEN HOUSLER, ROBERT | ) |
| KLARK, ROBERT REOME, | ) |
| BETH FANTASKEY, and | ) |
| DEBORAH FORSYTH, | ) |
| | ) |
| Defendants | ) |

---

| | |
|---|---|
| LESLIE R. KELLY, | ) Docket No. 03-368E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, MARTY SAPKO, | ) |
| DEBORAH FORSYTH, STEPHEN | ) |
| HOUSLER | ) |
| | ) |
| Defendants | ) |

---

| | |
|---|---|
| KEVIN SIGGERS, | ) Docket No. 03-355E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, MARTY SAPKO, | ) |
| DEBORAH FORSYTH, STEPHEN | ) |
| HOUSLER | ) |
| | ) |
| Defendants | ) |
| | ) |

---

| | |
|---|---|
| MYRON WARD, | ) Docket No. 04-11 |
| | ) (Judge Susan A. Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN LAMANNA, DEBORAH | ) |
| FORSYTH, MARTY SAPKO, | ) |
| STEPHEN HOUSLER, NED WATSON, | ) |
| | ) |
| Defendants | ) |

---

| | |
|---|---|
| KENNY HILL, | ) Docket No. 05-160E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN J. LAMANNA, DEBORAH | ) |
| FORSYTH, MARTY SAPKO, and | ) |
| STEPHEN HOUSLER | ) |
| | ) |
| Defendants | ) |

**CERTIFICATE**

I, DOUGLAS S. GOLDRING, Associate General Counsel, Federal Prison Industries, Inc., 400 First Street, N.W., Washington, D.C. 20534 certify that the attached documents (labeled exhibits 1-16) are true and correct copies of documents maintained in the ordinary course of business by the Bureau of Prisons (BOP) or printouts of computerized records maintained in the ordinary course of business by the BOP in its SENTRY computerized database. These documents consist of the following sixteen uncontested exhibits:

2

1.  Diagram of UNICOR Factory
2.  UNICOR Orientation Manual
3.  UNICOR Work File for Michael Hill
4.  UNICOR Work File for Kenny Hill
5.  UNICOR Work File for Myron Ward
6.  UNICOR Work File for Leslie Kelly
7.  UNICOR Work File for Kevin Siggers
8.  UNICOR Factory Rules and Safety Regulations Signed By Michael Hill
9.  UNICOR Factory Rules and Safety Regulations Signed By Kenny Hill
10. UNICOR Factory Rules and Safety Regulations Signed By Myron Ward
11. UNICOR Factory Rules and Safety Regulations Signed By Leslie Kelly
12. UNICOR Factory Rules and Safety Regulations Signed By Kevin Siggers
13. Inmate Quarters History Data for Michael Hill
14. Inmate Quarters History Data for Kevin Siggers
15. Inmate History Public Information Data for Kevin Siggers
16. Plaintiff's Responses to Defendants' First and Second Set of Interrogatories

All of these documents were reviewed by my on the date stated below.

IN WITNESS WHEREOF, I have signed under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 on this 31st day of January, 2007.

Douglas S. Goldring
Associate General Counsel
Federal Prison Industries, Inc.