# U. S. Department of Labor
Occupational Safety and Health Administration

# Notice of Alleged Safety or Health Hazards
Mon Apr 14, 2003 4:16pm

| | | Complaint Number | | 200381895 |
|---|---|---|---|---|
| Establishment Name | Federal Correctional Institute, McKean | | | |
| Site Address | Rt. 59 and Big Shanty Rd., Lewis Run, PA 16738 | | | |
| | Site Phone (814) 362-8900 | | Site FAX | (814) 363-6811 |
| Mailing Address | P.O. Box 5000, Bradford, PA 16701 | | | |
| | Mail Phone (814) 632-8900 | | Mail FAX | (814) 363-6811 |
| Management Official | Stephen Housler, Safety | | Telephone | |
| Type of Business | Federal Corrections | | Ownership | |
| Primary SIC | 9223 | Primary NAICS | | 922140 |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

**DESCRIPTION:**

1. Ventilation is inadequate to control the hazards associated dusts generated during the production processes. These dusts include but are not limited to wood dust, particle board dust, and micore board dust.

2. Ventilation is inadequate to control the hazards associated with vapors that are produced by the glues utilized in the laminating processes.

3. Dust is accumulating on surfaces throughout the factory area. This dust includes but is not limited to wood dust, particle board dust, and micore board dust.

4. Personnel are smoking in close proximity to operations that produce wood dust and utilize flammable glues.

5. Compressed air above 30 psi is being utilized for blow-downs and cleaning operations.

6. Plexi-glass and plywood are being stored on top of electrical boxes. Electrical boxes are located in the back by the dock area.

7. Personnel are potentially exposed to a fire hazard from a heavy accumulation of scrap wood at the loading dock area.

**LOCATION:**
UNICOR Factory (Including but not Limited To):
* Loading Dock Area
* Saw Area
* Laminating Area, Front Area by Office

OSHA-7(Rev. 7/02)

**U.S. Department of Labor**
Occupational Safety and Health Administration
Suite B-12
3939 West Ridge Road
Erie, PA 16506
Phone: (814)833-5758  FAX: (814) 833-8919



## Notice of Unsafe or Unhealthful Working Conditions

To:
Federal Correctional Institute McKean
P.O. Box 5000
Bradford, PA 16701

Inspection Number: 303712673
Inspection Date(s):  04/16/2003-08/01/2003
Issuance Date:      08/20/2003

*The violation(s) described in this Notice is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

Inspection Site:
Route 59 & Big Shanty Road
Lewis Run, PA   16738

This Notice of Unsafe or Unhealthful Working Conditions (Notice) describes violations of the Occupational Safety and Health Act of 1970, the Executive Order 12196, and 29 CFR 1960, Basic Program Elements for Federal Employee Occupational Safety and Health Programs and Related Matters. You must abate the violations referred to in this Notice by the dates listed unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Notice you request an Informal Conference with the U.S. Department of Labor Area Office at the address shown above.

**Posting** - The law requires that a copy of this Notice be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Notice must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Notification of Corrective Action** - For each violation which you do not contest, you are required by 29 CFR 1903.19 to submit an Abatement Certification to the Area Director of the OSHA office issuing the citation and identified above. The certification must be sent by you within 10 calendar days of the abatement date indicated on the citation. For Willful and Repeat violations, documents (examples: photos, copies of receipts, training records, etc.) demonstrating that abatement is complete must accompany the certification. Where the citation is classified as Serious and the citation states that abatement documentation is required, documents such as those described above are required to be submitted along with the abatement certificate. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item.

All abatement verification documents must contain the following information: 1) Your name and address; 2) the inspection number (found on the front page); 3) the citation and citation item number(s) to which the submission

relates; 4) a statement that the information is accurate; 5) the signature of the employer or employer's authorized representative; 6) the date the hazard was corrected; 7) a brief statement of how the hazard was corrected; and 8) a statement that affected employees and their representatives have been informed of the abatement. A fill-in-the-blank form that includes all of this information is enclosed for this purpose.

The law also requires a copy of all abatement verification documents, required by 29 CFR 1903.19 to be sent to OSHA, also be posted at the location where the violation appeared and the corrective action took place.

**Employer Discrimination Unlawful** - The law prohibits discrimination by any person against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint with the U.S. Department of Labor Area Office at the address shown above.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director within 15 working days after receipt of this Notice. As soon as the time, date, and place of the informal conference have been determined please complete the enclosed "Notice to Employees" and post it where the Notice is posted. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the Notice. In addition, bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far.

**Electronic Freedom of Information Act** - You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation, but not sooner than 30 calendar days after the Citation Issuance Date. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES

An informal conference has been scheduled with the Occupational Safety and Health Administration (OSHA) to discuss the Notice of Unsafe or Unhealthful Working Conditions (Notice) issued on 08/20/2003. The conference will be held at the OSHA office located at Suite B-12, 3939 West Ridge Road, Erie, PA, 16506 on _____ at _____.

Employees and/or representatives of employees have a right to attend an informal conference.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**   Federal Correctional Institute McKean
**Inspection Site:**   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

## Citation 1 Item 1  Type of Violation:  **Serious**

29 CFR 1910.106(e)(6)(i):  Adequate precautions against the ignition of flammable vapors were not taken:

**a.) UNICOR Factory/Special Projects Dept:** LokWeld 860/861 had a flash-point of approximately 15 degrees Fahrenheit and was applied to project items from a 5-gallon container with a roller. Mechanical exhaust ventilation in combination with enclosures were not utilized to control the LokWeld's flammable vapors. Potential ignition sources in the area included but were not limited the designated smoking area, woodworking machinery, and normal electrical systems.   The smoking area was located within approximately 16-feet to 30-feet from the areas where the LokWeld was applied to the items.

*Note* - The material safety data sheet for the LokWeld states:
** Section 3 - Danger! Extremely flammable
** Section 5 - Highly flammable in the presence of open flames and sparks
** Section 5 - Vapor may travel to considerable distance to source of ignition and flashback
** Section 5 - All electrical equipment in the area must be rated for flammable liquids.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the condition include utilizing a ventilation system that confines the LokWeld vapors and removes them through a local exhaust system.

## Date By Which Violation Must be Abated:                          10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 4 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

<u>Citation 1 Item 2a</u>    Type of Violation:    **Serious**

29 CFR 1910.107(b)(1):  Spray booth(s) were not designed to sweep air currents toward the exhaust outlet:

    <u>**a.) UNICOR Factory/Spray Booth:**</u> Plywood sheets and cardboard were installed inside the spray booth above the filter bank.  The plywood and cardboard acted as a baffle and disrupted the airflow inside the booth. These items prevented the air currents from flowing smoothly into the filter bank.

    Date By Which Violation Must be Abated:                              10/07/2003

<u>Citation 1 Item 2b</u>  Type of Violation:  **Serious**

29 CFR 1910.107(b)(1):  Spray booth(s) were not substantially constructed of steel, concrete or masonry:

    <u>**a.) UNICOR Factory/Spray Booth:**</u> Combustible items were installed inside the spray booth that included but were not limited to cardboard and sheets of plywood:

        (1) The interior walls of the spray booth were completely covered by cardboard.

        (2) Plywood sheets and cardboard were installed inside the spray booth above the filter bank.

    Date By Which Violation Must be Abated:                              10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**  Federal Correctional Institute McKean
**Inspection Site:**    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 3</u>  Type of Violation:  **Serious**

29 CFR 1910.107(b)(5)(iv):  Space within the spray booth(s) on the downstream and upstream sides of filters was not protected with approved automatic sprinklers:

> **a.) UNICOR Factory/Spray Booth:** Spray booth was not equipped with a an automatic fire protection system on the downstream side.  The downstream side areas that were lacking an automatic fire protection system included but were not limited to the following areas and spaces: (1) Area directly behind the filter bank (2) Exhaust plenums and associated exhaust duct work.

Date By Which Violation Must be Abated:                    10/07/2003

<u>Citation 1 Item 4</u>  Type of Violation:  **Serious**

29 CFR 1910.107(b)(9):  A clear space of not less than 3 feet was not kept free from storage and/or combustibles on all sides of paint booth(s):

> **a.) UNICOR Factory/Spray Booth:**  Wooden boards and a plastic bucket were stored underneath the conveyor at the in feed side of the booth.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 6 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 5</u>  Type of Violation:  **Serious**

29 CFR 1910.107(g)(2):  Spraying area(s) were not kept free from the accumulation of deposits of combustible residues:

> **a.) UNICOR Factory/Spray Booth:** Glue residue over spray accumulated around the conveyor belt's rolls and sprockets. Area was located on the in feed side of the booth below the conveyor belts.

Date By Which Violation Must be Abated:    "Corrected During Inspection"

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 7 of 31          OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:   Federal Correctional Institute McKean
Inspection Site:   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

## Citation 1 Item 6  Type of Violation:  **Serious**

29 CFR 1910.132(a): Protective equipment was not used when necessary whenever hazards capable of causing injury and impairment were encountered:

**a.) UNICOR Factory/Notes Dept Storage Area/Storage Shelves:** Personnel fall arrest systems (PFAS) were not worn by personnel who were potentially exposed to a fall hazard.  Personnel were potentially exposed to a fall hazard of approximately 12-feet while walking/working on the storage shelves.  These activities included but were not limited maneuvering and stacking boxes.

**b.) UNICOR Factory/Factory Wide:** Personnel with long hair did not wear protective equipment in the form of hair confinement devices (e.g. hair nets, turbans, soft caps) while operating woodworking machinery.  As a result, personnel with long hair were potentially exposed to hair entanglement hazards with moving machine parts and associated head, neck, and scalping injuries.  ANSI O1.1 – Safety Requirements for Woodworking Machinery. ANSI O1.1 requires long hair to be confined or groomed in order to minimize the possibility of entanglement with moving tools, work pieces, and/or machine parts.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the conditions include:

**INSTANCE A Fall Hazard:**
(1) Discontinue the practice of personnel walking on shelves.
(2) Consider alternate types of equipment (e.g stock pickers equipped with fall restraint devices)
(3) Shelves should be evaluated by a Professional Engineer to determine if they are capable of being a walking working surface. Shelves may require additional bracing, reinforcement, and anchoring to prevent collapse/tip-over.

**INSTANCE B Hair Entanglement:**
(1) Comply with the applicable requirements noted in ANSI O1.1.
(2) Comply with the applicable hair length requirements noted in OSHA Pamphlet 3151 Assessing the Need for PPE. OSHA 3151 states that hair longer than 4-inches can be drawn into machines...hair may be drawn into machines otherwise guarded.
(3) Update the PPE Hazard Assessment in accordance with 29 CFR 1910.132 (d).
(4) Train personnel on the hair confinement requirements in accordance with 29 CFR 1910.132 (f).

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 8 of 31          OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**   Federal Correctional Institute McKean
**Inspection Site:**   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions         Page 9 of 31         OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number:  303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**    Federal Correctional Institute McKean
**Inspection Site:**    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

## Citation 1 Item 7a  Type of Violation:  **Serious**

29 CFR 1910.147(d)(4)(i):  Lockout or tagout devices were not affixed to each energy isolating device by authorized employees.

> **a.) FCI McKean/UNICOR Factory/Lockout Tagout Program:** Personnel were potentially exposed to the unexpected start-up/energization of machines and equipment because lockout/tagout devices and procedures were not utilized during set-up operations.  These operations included but were not limited to changing saw blades and cutting heads on different machines and installing drill bits on the Sicotte vertical boring machine.

> **b.) FCI McKean/Lockout Tagout Program:** Personnel performing servicing and maintenance operations on machines and equipment were not protected by their own lock-out device.  The machines and equipment were only locked-out by the foremen's lock while the personnel conducted the servicing and maintenance operations.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the conditions noted above include the following:

**Instance a:**
(1) Analyze the operations that involve the change-out and installation of point of operation and power transmission devices.  The devices include but are not limited to saw blades, cutting heads, and belts.

(2) Ensure lockout/tagout is performed when the exemptions to the 29 CFR 1910.147 (a)(2)(ii) **ARE NOT MET.**

(3) **\*\*Note\*\*** In order to meet the exemption, **ALL** the criteria noted in the 29 CFR 1910.147 (a)(2)(ii) must be met.  These criteria include:

> (a) The work involves minor tool changes or minor servicing activities
> (b) The work must take place during normal production
> (c) The work is routine, repetitive, and integral, to the use of the equipment for production

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions        Page 10 of 31        OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:        08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:     Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

**(d)** The work is performed utilizing alternative measures which provide effective protection as noted in the machinery and machine guarding standards (29 CFR 1910 Sub Part O)

  **(4)** Retrain personnel

**Instance b:**
(1) Utilize a system that involves color coded locks and multi-lock hasps and/or group lock boxes; OR,
(2) Utilize a lockout/tagout permit system whereby personnel lockout the machine and the foreman verify the machine is correctly locked-out with the lockout/tagout permit.
(3) Retrain personnel

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 11 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 7b    Type of Violation:    **Serious**

29 CFR 1910.333(b)(2):  While any employee was exposed to contact with parts of fixed electric equipment or circuits which had been deenergized, the circuits energizing the parts were not locked out or tagged or both:

**A.) FCI McKean/Electrical Lockout Tagout Program:** Personnel performed electrical work that included but was not limited to the installation, maintenance, repair, and servicing of lights, junction boxes, receptacle outlets, conduit, and machinery. Personnel who performed electrical work were not protected by their own lock-out device.  The electrical systems were only locked-out by the foreman's lock while the personnel conducted the electrical work.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the conditions noted above include the following:

(1) Utilize a system that involves color coded locks and multi-lock hasps and/or group lock boxes; **OR,**

(2) Utilize a lockout/tagout permit system whereby personnel lockout the electrical system and the foreman verifies the electrical system is correctly locked-out with the lockout/tagout permit.

(3) Retrain personnel

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:        08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 8</u>  Type of Violation:   **Serious**

29 CFR 1910.147(c)(4)(ii):  The energy control procedures did not clearly and specifically outline the scope, purpose, authorization, rules, and techniques to be utilized for the control of hazardous energy, including, but not limited to Items AD of this section:

> **<u>a.) FCI McKean/UNICOR Factory/Lockout Tagout Program</u>:** The specific lockout/tagout procedures did not contain the procedural steps noted in the 29 CFR 1910.147 (d)(1) through (6). In addition, these procedures were lacking key elements.  These elements included but were not limited to the following:
>
>> (1) Energy Magnitudes were not identified
>> (2) Specific lockout hardware that was to be utilized was not identified (e.g. lock, block, chain & lock, wedge, prop etc.)
>> (3) Specific isolation verification steps were not noted (e.g. pushing buttons, analyze gauges, use of test instruments etc..)
>> (4) Pre and post lockout notification procedures for affected personnel were not noted
>> (5) Post lockout inspection procedures were not noted (e.g. guards reinstalled properly, missing tools, personnel clear of machine before restart, etc.)
>> (6) Specific machine shutdown and restart procedures were not noted
>> (7) For the Sicotte Vertical Boring machine, specific methods of securing the machines movable table were not noted

**ABATEMENT NOTE:**
Among other means, feasible and acceptable methods to correct the condition include:

**(1)** Analyze the current lockout/tagout procedures by comparing them to the lockout/tagout procedures template

**(2)** Utilize the Lockout/Tagout procedure template to update the current lockout/tagout procedures.

**(3)** Conduct a survey of machinery and equipment to determine which machines require written specific lockout/tagout procedures.

**(4)** Ensure that specific procedures are written for the machines/equipment that require specific procedures.

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

(5) Establish a procedure that requires new and/or refurbished machines and equipment to be evaluated to determine if they require specific lockout/tagout procedures.

Date By Which Violation Must be Abated:                    10/07/2003

Citation 1 Item 9  Type of Violation:  **Serious**

29 CFR 1910.333(b)(2)(i):  A copy of the written procedures outlined in 29 CFR 1910.333 (b)(2) were not maintained:

**A.) FCI McKean/Electrical Lockout Tagout Program:** Personnel performed electrical work that included but was not limited to the installation, maintenance, repair, and servicing of lights, junction boxes, receptacle outlets, conduit, and machinery. Electrical lockout/tagout procedures meeting the requirements noted in the 29 CFR 1910.333 (b)(2) were not incorporated into the facility's written lockout/tagout program. In the alternative, copies of the 29 CFR 1910.333 (b)(2) were not implemented in the workplace.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the conditions noted above include the following:

(1) Utilize the electrical lockout/tagout procedures noted in the 29 CFR 1910.333 (b)(2) as template in developing the facility's own written electrical lockout/tagout procedure; **OR,**

(2) Make copies of the 29 CFR 1910.333 (b)(2) and distribute the copies to the work centers that perform electrical work that requires electrical lockout/tagout.

(3) Train personnel on the electrical lockout/tagout requirements noted in the 29 CFR 1910.333 (b)(2)  If the facility develops its own electrical lockout/tagout procedure based on the 29 CFR 1910.333 (b)(2), then personnel need to also be trained the facility's electrical lockout/tagout procedure.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 10  Type of Violation:  **Serious**

29 CFR 1910.176 (b): Storage of material created a hazard:

**a.) UNICOR Factory/Smoking Area & Special Projects Area:** Personnel were potentially exposed to a fire hazard because a bin full of cardboard boxes was stored at the edge of the smoking area.

**b.) UNICOR Factory/Loading Dock Area/Sweat Lodge Kindling Wood Storage Area:** Personnel were potentially exposed to struck-by hazards from wood that was stored on a wheeled cart.  The wood was stacked above the carts side rail supports.

Date By Which Violation Must be Abated:    "Corrected During Inspection"

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions    Page 15 of 31    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:        08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:     Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 11   Type of Violation:   **Serious**

29 CFR 1910.212(a)(1):  Machine guarding was not provided to protect operator(s) and other employees from hazard(s) created by moving parts, nip points, and pinch points:

**a.) UNICOR Factory/Mid-West Post-Former Machine {PF 218}:** The side sections of the post former machine were not guarded.  The moving parts included but were not limited to the rubber chain conveyor system and the rollers.   Pinch points existed between the rollers and the laminated particleboard components that were being formed in the machine.

**b.) UNICOR Factory/CNC Router:** CNC router was not guarded to protect personnel from caught-in-between and struck-by hazards created by moving parts and pinch points. Struck-by hazards were created by the CNC Routers moving granty.  Pinch points were created between the machine's moving table and its structure.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable means to correct the condition include the following:

**Instance A - Post Former --** Install fixed barrier guards on the sides of the machine to prevent contact with the conveyor and rollers.

**Instance B - CNC Router --** Guard the CNC Router like the grey colored CNC machine that was located next to it. Guarding can be accomplished by utilizing a combination of perimeter guarding, light curtains, and/or pressure sensitive mats.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

## U.S. Department of Labor
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**  Federal Correctional Institute McKean
**Inspection Site:**  Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 12</u>  Type of Violation:  **Serious**

29 CFR 1910.212(a)(3)(ii):  Point(s) of operation of machinery were not guarded to prevent employee(s) from having any part of their body in the danger zone(s) during operating cycle(s):

<u>a.) UNICOR Factory/Delta Shaper:</u> Shaper was utilized to form the edges on items that included but were not limited to micoreboard (aka Tac Board). Personnel were potentially exposed to amputation and cutting injuries because the shaper was not guarded. The shaper's Cutting heads were not enclosed with a cage or adjustable guard so designed so as to keep the operator's hands/fingers out of the point of operation.

<u>b.) UNICOR Factory/ONSRUD Inverted Routers:</u> ONSRUD Inverted Router was utilized to perform work activities that included but were not limited to both shaping and routing micoreboard.  These work activities included but were not limited to shaping radiuses and routing the backs of the board. The ONSRUD Inverted Router's point-of-operation was not guarded.

<u>c.) UNICOR Factory/Sicotte Vertical Boring Machine:</u> The guard for the Sicotte Vertical Boring machine was not designed and installed to prevent personnel from accessing the point-of-operation. Personnel could potentially reach around and/or under the guard. Guard was manufactured out of flexible material.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 17 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:        08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

| | |
|---|---|
| **Company Name:** | Federal Correctional Institute McKean |
| **Inspection Site:** | Route 59 & Big Shanty Road, Lewis Run, PA  16738 |

---

### Citation 1 Item 13  Type of Violation:  Serious

29 CFR 1910.213(r)(4): Suitable guard(s) were not provided to reduce to a minimum the hazard due to the point of operation of cut-off saws and rotating saw blades:

**a.) UNICOR Factory/Mid-West Post-Former Machine {PF 218}:** The sides of the machine were not guarded to prevent body parts from contacting the lower portion of the cut-off saws on the out-feed side of the machine.

**b.) UNICOR Factory/CNC Router:** The machine's drill bits/routing heads were not guarded.

**ABATEMENT NOTE:**
**Instance A - Post Former** -- Among other methods, feasible and acceptable means to correct the condition include installing a fixed barrier guard on the sides of machine to prevent access to the lower portion of the cut-off saws.

**Instance B - CNC Router** -- Among other methods, feasible and acceptable means to correct the condition include guarding the CNC Router like the grey colored CNC machine that was located next to it.  Guarding can be accomplished by utilizing a combination of perimeter guarding, light curtains, and/or pressure sensitive mats.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions         Page 18 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 303712673
**Inspection Dates:** 04/16/2003 - 08/01/2003
**Issuance Date:**    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**   Federal Correctional Institute McKean
**Inspection Site:**   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 14</u>  Type of Violation:  **Serious**

29 CFR 1910.219(c)(2)(i):  Exposed part(s) of horizontal shafting were not protected by stationary casing(s) enclosing shafting completely or by trough(s) enclosing sides and top or sides and bottom of shafting:

    **a.) UNICOR Factory/Mid-West Post-Former Machine {PF 218}:** Square shaped shaft was located approximately 2-feet above the floor. Shaft was positioned on the side of the machine that faced the production floor.  The shaft was not guarded.

Date By Which Violation Must be Abated:                    10/07/2003

<u>Citation 1 Item 15</u>  Type of Violation:  **Serious**

29 CFR 1910.252(a)(2)(vii): Combustible materials were not relocated at least 35 feet (10.7 m) from the cutting or welding operation work site :

    **a.) UNICOR Factory/Area Next to Notes Dept Storage Area:** Personnel conducted soldering operations on an air line located approximately 12-feet above ground level in an aerial lift.  Combustibles were located within the 35-foot hot work safety zone during the soldering operations. Combustibles included but were not limited to cardboard boxes and a bundle of foam shipping wrap.  Cardboard boxes were located on the storage shelves next to the air line. The foam shipping wrap was located below and adjacent to the aerial lift in front of the storage shelves.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number:  303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:        08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:   Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 16  Type of Violation:  **Serious**

29 CFR 1910.252(a)(2)(iii)(A)(1):  The employer did not provide fire watchers whenever welding or cutting was performed, where appreciable combustible material in building construction or contents was closer than 35 feet (10.7 m) to the point of operation:

a.) **UNICOR Factory/Area Next to Notes Dept Storage Area:** Personnel conducted soldering operations on an air line located approximately 12-feet above ground level in an aerial lift. Combustibles were located within the 35-foot hot work safety zone during the soldering operations. Combustibles included but were not limited to cardboard boxes and a bundle of foam shipping wrap. Cardboard boxes were located on the storage shelves next to the air line. The foam shipping wrap was located below and adjacent to the aerial lift in front of the storage shelves.

Date By Which Violation Must be Abated:                    10/07/2003

Citation 1 Item 17  Type of Violation:  **Serious**

29 CFR 1910.252(a)(2)(xiv)(B):  The employer did not ensure that the supervisor determined the combustible materials and hazardous areas present or likely to be present in the work location:

a.) **UNICOR Factory/Area Next to Notes Dept Storage Area:** Personnel conducted soldering operations on an air line located approximately 12-feet above ground level in an aerial lift. Combustibles were located within the 35-foot hot work safety zone during the soldering operations. Combustibles included but were not limited to cardboard boxes and a bundle of foam shipping wrap. Cardboard boxes were located on the storage shelves next to the air line. The foam shipping wrap was located below and adjacent to the aerial lift in front of the storage shelves.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 20 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

<u>Citation 1 Item 18a</u> Type of Violation:    **Serious**

29 CFR 1910.303(g)(1)(i):  Workspace was less than 30 inches wide in front of electric equipment operating at 600 volts, nominal, or less:

    **a.) UNICOR Factory/Pallet Manufacturing Area**: Stacks of plywood strips were stored in front of electrical equipment.  The electrical equipment included but was not limited to electrical panel boxes and a transformer.  The plywood strips were stored directly against the transformer and with in approximately 16-inches to 19-inches from the electrical panel boxes.

    Date By Which Violation Must be Abated:      "Corrected During Inspection"

<u>Citation 1 Item 18b</u> Type of Violation:    **Serious**

29 CFR 1910.303(g)(1)(ii):  Working space about electric equipment rated 600 volts, nominal, or less was used for storage:

    **a.) UNICOR Factory/Pallet Manufacturing Area**: Stacks of plywood strips were stored in front of electrical equipment.  The electrical equipment included but was not limited to electrical panel boxes and a transformer.  The plywood strips were stored directly against the transformer and with in approximately 16-inches to 19-inches from the electrical panel boxes.

    Date By Which Violation Must be Abated:      "Corrected During Inspection"

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date: 08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name: Federal Correctional Institute McKean
Inspection Site: Route 59 & Big Shanty Road, Lewis Run, PA 16738

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

Citation 1 Item 19a  Type of Violation: **Serious**

29 CFR 1910.305(b)(1): Unused openings in boxes, cabinets, or fittings were not effectively closed:

    **a.) UNICOR Factory/Second Floor Parts Storage Area:** Junction box was missing a knockout. Junction box was located on the far wall from the door underneath a fluorescent work light.

    **b.) UNICOR Factory/Black Brothers Glue Machine:** A hole existed in the side of the electrical control box. The electrical box was located at the in feed side of the machine near the operators station.

Date By Which Violation Must be Abated:                    10/07/2003

Citation 1 Item 19b  Type of Violation: **Serious**

29 CFR 1910.305(b)(1): Openings through which conductors enter boxes, cabinets, or fittings were not effectively closed:

    **a.) UNICOR Factory/Sicotte Vertical Boring Machine Model J-3-H:** Flexible cords powered the machine's individual motors. Flexible cord for motor #4 was dislodged from its junction box. The internal conductors that were normally enclosed by the junction box passed through the hole that was created by the dislodged flexible cord.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:     08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**   Federal Correctional Institute McKean
**Inspection Site:**   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 19c   Type of Violation:   **Serious**

29 CFR 1910.305(b)(1):  Conductors entering boxes, cabinets, or fittings were not protected from abrasions:

> **a.) UNICOR Factory/Sicotte Vertical Boring Machine Model J-3-H:** Flexible cords powered the machine's individual motors.  Flexible cord for motor #4 was dislodged from its junction box. The internal conductors that were normally enclosed by the junction box passed through the hole that was created by the dislodged flexible cord. These conductors were draped across the edges of the hole.

Date By Which Violation Must be Abated:                     10/07/2003


The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

Citation 1 Item 20a   Type of Violation:   **Serious**

29 CFR 1910.305(b)(2):  Each outlet box in completed installations did not have a cover, faceplate, or fixture canopy:

> **a.) UNICOR Factory/Second Floor Parts Storage Area:** The cover plate (face plate) on a receptacle outlet box was displaced and twisted to the side.  Condition exposed the receptacle outlet boxes internal conductors.  Receptacle outlet was located on the far wall from the door underneath a fluorescent work light.

Date By Which Violation Must be Abated:                     10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

## Citation 1 Item 20b   Type of Violation:   **Serious**

29 CFR 1910.305(b)(2):  Pull boxes, junction boxes, and fittings were not provided with covers approved for the purpose:

    **a.) UNICOR Factory/Maintenance Department/Main Maintenance Room First Floor:** Junction box that was located above the test bench was missing a cover plate.  Condition exposed the box's internal conductors.

### Date By Which Violation Must be Abated:                    10/07/2003


The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

## Citation 1 Item 21a   Type of Violation:   **Serious**

29 CFR 1926.651(j)(2):  Protection was not provided by placing and keeping excavated or other materials or equipment at least 2 feet (.61m) from the edge of excavations, or by the use of retaining devices that were sufficient to prevent materials or equipment from falling or rolling into excavations, or by a combination of both if necessary:

    **a.) Excavation/Area by the Entrance to UNICOR Factory and Recreation Area:** Personnel were potentially exposed to cave-in hazards while conducting work operations in an excavation that measured approximately four-feet to four and half-feet deep. Cave-in hazards were created by the spoil pile that was placed at the edge of the excavation. Spoil pile measured approximately 4-feet high.

### Date By Which Violation Must be Abated:       "Corrected During Inspection"

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 21b</u>  Type of Violation:   **Serious**

29 CFR 1926.651(i)(3):  Sidewalks, pavements, or appurtenant structures had been undermined and a support system or another method was not provided to protect employees from the possible collapse of such structures:

<u>**a.) Excavation/Area by the Entrance to UNICOR Factory and Recreation Area:**</u> Personnel conducted work operations in three excavations associated with the column replacement project. Excavations were made in the ground next to the sidewalk.  The excavations undermined the sidewalk.  Support systems and/or other equally effective methods (e.g. removing undermined section of sidewalk) were not utilized to prevent a potential collapse of the sidewalk.  In addition, condition was exacerbated by the temporary jacks that were installed to support the sidewalk's roof.  Some of the temporary jacks were placed on top of the undermined sections of sidewalk.

Date By Which Violation Must be Abated:                10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:     08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:     Federal Correctional Institute McKean
Inspection Site:     Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

<u>Citation 1 Item 21c</u>  Type of Violation:   **Serious**

29 CFR 1926.651(k)(1):  The person designated as the employer's competent person did not inspect the excavation and accurately assess excavation related hazards:

**a.) Excavation/Area by the Entrance to UNICOR Factory and Recreation Area:**
Personnel conducted work operations in the three excavations associated with the column replacement project.  The excavations were not assessed/inspected by the employer's competent person in that:

> **1.)** The soil was not typed to determine if protective systems (e.g. trench box, sloping, and/or benching) needed to be utilized to protect personnel from cave-in hazards

> **2.)** A spoil pile measuring approximately 4-feet high was placed at the edge of one of the excavations.

> **3.)** The excavations undermined an adjoining sidewalk.  Support systems were not utilized to brace the undermined sections of the sidewalk.

> **4.)** Temporary jacks that were installed to support the sidewalk's roof were placed on top of the undermined sections of the sidewalk.


**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the condition include:

**(1)** The soil must be typed by the competent person before personnel reenter the excavation

**(2)** Identify the personnel at the facility who would be required to perform competent person duties for excavations

**(3)** Evaluate the facility's competent persons to determine their proficiency level with the requirements noted in the <u>29 CFR 1926 Sub Part P - Excavations</u>

**(4)** Based on the evaluation, train and/or retrain the competent persons

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions          Page 26 of 31          OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury resulting from an accident.

## Citation 1 Item 22a  Type of Violation:  **Serious**

29 CFR 1926.701(b):  All protruding reinforcing steel, onto and/or into which employees could fall or come against, was not guarded to the hazard of impalement:

> **a.) Excavation/Area by the Entrance to UNICOR Factory and Recreation Area:** Three excavations associated with the column replacement project contained uncapped rebar. Rebar protruded through the column footers at the bottom of the excavation.  Excavations were located directly next to a sidewalk approximately four-feet to four and half-feet below ground level.  Personnel working around the excavation and pedestrians walking along the sidewalk could potentially fall into the excavation and become impaled on the rebar.

> **ABATEMENT NOTE:**
> Among other methods, feasible and acceptable methods to correct the condition include installing rebar caps as soon as the rebar member is cut.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number:  303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:       08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**    Federal Correctional Institute McKean
**Inspection Site:**    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 1 Item 22b  Type of Violation:  **Serious**

29 CFR 1910.23(c)(1):  Open sided floor(s) or platform(s) 4 feet or more above the adjacent floor or ground level were not guarded by standard railings (or the equivalent as specified in 29 CFR 1910.23(e)(3)(i) through (v)), on all open sides:

<u>a.) Excavation/Area by the Entrance to UNICOR Factory and Recreation Area:</u> Three excavations associated with the column replacement project were located directly next to a sidewalk. The excavations also undermined the sidewalk.  Fall distance from the sidewalk to the bottom of the excavations was approximately four-feet to four and half-feet. Standard railings and/or equivalent devices were not erected to protect personnel from falling into the excavation from the sidewalk. The fall hazard was exacerbated by uncapped rebar that protruded through the footers at the bottom of the excavation.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable methods to correct the condition include:

(1) Utilizing standard railings, fence, and/or securely fastened covers to protect personnel from the potential fall hazard.  If covers are utilized, the must be securely fastened and designed to with stand four times the maximum intended load.

(2) Undermined sections of the sidewalk need to be removed and/or adequately supported.  In addition, fall protection devices like railings and fences need to also prevent pedestrian traffic and personnel from walking on the undermined section of sidewalk. If covers are utilized, sturdy stanchions need to be erected to keep pedestrian traffic and personnel off of the undermined sections of sidewalk.

Date By Which Violation Must be Abated:                    10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions       Page 28 of 31                    OSHA-2H (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:     08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

**Company Name:**     Federal Correctional Institute McKean
**Inspection Site:**     Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 2 Item 1   Type of Violation:   **Other**

29 CFR 1910.134 (k)(6): Employee(s) who wear voluntary use respirators were not provided with training on the basic advisory information contained in the 29 CFR 1910.134 Appendix D:

    **a.) UNICOR Factory/Respirator Program:** Personnel did not receive training on the information noted in the 29 CFR 1910.134 Appendix D. These personnel utilized the 3M 8500 Comfort Mask.  The 3M 8500 was a dust mask style filtering face piece.

    Date By Which Violation Must be Abated:                10/07/2003

Citation 2 Item 2   Type of Violation:   **Other**

29 CFR 1910.1200 (h): Effective information and training on the hazardous chemicals in the work area was not provided:

    **a.) FCI McKean, Hazard Communication Program:** The facility's written hazard communication program did not contain procedures to ensure that personnel who do not speak/comprehend english and/or have reading problems were provided alternate forms of information on the chemicals utilized in the workplace.

    **ABATEMENT NOTE:**
Among other methods, feasible and acceptable means to correct the condition include:

**(1)** Establish procedures in the facility's written hazard communication program to ensure that alternate forms of hazard communication information are available to personnel who can not speak/comprehend english and/or have reading problems.

**(2)** The alternate hazard communication information must be provided in an appropriate  content and vocabulary to the individual's educational level, literacy, and language.

    Date By Which Violation Must be Abated:                10/07/2003

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:    08/20/2003



## Notice of Unsafe or Unhealthful Working Conditions

Company Name:    Federal Correctional Institute McKean
Inspection Site:    Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

Citation 2 Item 3  Type of Violation:  **Other**

29 CFR 1910.1200(h)(2)(ii):  Employee training did not include the physical and health hazards of the chemicals in the work area:

**a.) FCI McKean, Hazard Communication Program:** Personnel were potentially exposed to a variety of chemicals that included but were not limited to micoreboard and LokWeld 860/861. The hazard communication training program did not include a review of the physical and health hazards of the specific chemicals utilized in the workplace.  As a result, personnel were not provided with effective information to ascertain the measures needed to protect themselves from the chemicals physical and health hazards.

**ABATEMENT NOTE:**
Among other methods, feasible and acceptable means to correct the condition include:

(1) Analyze the facility's MSDS books to review the types of chemicals utilized in the different departments.

(2) The physical and health hazards of the chemical may be discussed by individual chemical or by hazard categories such as flammability, corrosive, irritant, etc.. The physical and health hazards of the chemicals that are utilized on a more frequent basis and/or have severe effects should be discussed individually.

(3) Ensure that personnel are informed of the measures they can take to protect themselves from the physical and health hazards of the chemicals that are utilized in the work area.

Date By Which Violation Must be Abated:                    10/07/2003

_John H. Stranahan_
John H. Stranahan
Area Director

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number:  303712673
Inspection Dates: 04/16/2003 - 08/01/2003
Issuance Date:      08/20/2003



Notice of Unsafe or Unhealthful Working Conditions

Company Name:   Federal Correctional Institute McKean
Inspection Site:   Route 59 & Big Shanty Road, Lewis Run, PA  16738

---

See pages 1 through 3 of this Notice for information on employer and employee rights and responsibilities.

Notice of Unsafe or Unhealthful Working Conditions        Page 31 of 31              OSHA-2H (Rev. 9/93)