IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL, et al., : C.A. No. 05-160 Erie
Plaintiff : C.A. No. 03-323 Erie
: C.A. No. 03-355 Erie
v. : C.A. No. 03-368 Erie
: C.A. No. 04-011 Erie
JOHN J. LAMANNA, et al., :
Defendants :

Video Conference Deposition of DEBORA FORSYTH, taken before and by Janis L. Ferguson, Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, December 6, 2006, commencing at 10:08 a.m., at the offices of the United States Attorney, 17 South Park Avenue, Suite A330, Erie, Pennsylvania 16501.

For the Plaintiffs:
Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West 10th Street
Erie, PA 16501
For the Defendants:
Michael C. Colville, Esquire, AUSA
Office of the United States Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Douglas Goldring, Esquire
Federal Prison Industries (UNICOR)
400 First Street NW
Washington, DC 20534

Reported by Janis L. Ferguson, RPR
Ferguson & Holdnack Reporting, Inc.

I N D E X

TESTIMONY OF DEBORA FORSYTH
Direct examination by Mr. Lanzillo ....... 3
Cross-examination by Mr. Colville ........ 36
Redirect examination by Mr. Lanzillo ...... 37

D E B O R A F O R S Y T H, first having been duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. LANZILLO:

Q. Ms. Forsyth, my name is Rich Lanzillo. I represent Michael Hill, Leslie Kelly, Kevin Siggers, Myron Ward, and Kenny Hill in the matters pending in the United States District Court for the Western District of Pennsylvania. We're conducting your deposition today relative to those cases, and we're doing so by a video hookup, a three-way video hookup. Mr. Colville and Doug are in a remote location. You, I understand, are down in Georgia, and I'm in Erie, Pennsylvania.

So a couple of things to keep in mind before we get started. There's a little bit of a delay between the time that I finish speaking and the time you'll hear me, and I think that delay goes all the way around to Mr. Goldring's hookup, Mr. Colville's hookup as well. So you may want to pause for a moment before you start to answer a question to make sure you got the whole question.

If at any time during your deposition you do not hear me clearly, just let me know, and I'd be happy to repeat or rephrase my question for you. Also, even if you

do hear me clearly, if you don't understand the question, let me know that, and I'll be happy to rephrase it for you. I'm not here to trick you. I simply want to get some information relative to this -- to these cases.

And with those instructions, let me ask you, first, to please state your full name and your professional address.

A. Debora Ann Forsyth. I work at FCI Jesup. That's 2600 South 301 Street, Jesup, Georgia.
Q. And how long have you been in Jesup, Georgia?
A. Since June 2003.
Q. How are you presently employed?
A. I'm full-time.
Q. And your position?
A. Associate warden of industries and education.
Q. When you gave your original response, there was a little crackling or static in the transmission. What, precisely, is the name of the Federal Correctional Institution where you are presently located?
A. FCI Jesup.
Q. Jesup.
A. J-E-S-U-P.
Q. Where were you employed prior to FCI Jesup?
A. FCI McKean.
Q. How long were you employed at FCI McKean?

89b9142d-597d-47ae-a206-15a27c99f86c

Page 5

A. From July 1989 to June 2003.
Q. Why is it that you transferred -- I assume it was a transfer from FCI McKean to FCI Jesup. Was it a promotion?
A. Yes, sir.
Q. What was your title while you were employed at FCI McKean?
A. I left there as the superintendent of industries.
Q. How long did you occupy that position?
A. About three and a half years. I believe in November of 1999 I got that position.
Q. What was your position prior to November of 1999?
A. I was the factory manager at FCI McKean.
Q. And how long were you factory manager at FCI McKean?
A. I really don't remember. It was probably about two years.
Q. And when you referred to being factory manager, I assume we're talking about what is commonly known as the UNICOR facility at FCI McKean?
A. Yes.
Q. All right. Was there any period of time between 1989, when you started at FCI McKean, and June of 2003 when you were not employed in connection with the UNICOR facility?

Page 6

A. Yes, sir. It was about a year or a year and two months, I was employed as a contract specialist in the institution business office.
Q. Was that early in your tenure at FCI McKean, or was that middle, late?
A. It was fairly early. Like '91, '92.
Q. Okay. And what were your job responsibilities while you occupied the position of superintendent of industries at FCI McKean?
A. I was responsible for the supervision of the total operation of the factory.
Q. Who was your --
A. In addition to --
Q. Go ahead. I apologize.
A. In addition, I was responsible to advise the warden of day-to-day activities. And he is who I answered to.
Q. Okay. That was my next question. Was the warden your immediate supervisor?
A. Yes, sir.
Q. And that's Warden Lamanna?
A. Yes, sir.
Q. Did you yourself supervise employees?
A. Yes.
Q. Approximately how many?

Page 7

A. I directly supervised the managers, which if we include education, I believe were four.
Q. And, of course, my questions are still focusing on when you were acting as superintendent of industries. Can you tell me, do you recall the names of the supervisors who you -- or the managers who you supervised as the superintendent?
A. Yes. Marty Sapko. He was the factory manager. Tim Houlihan was the business manager. Michael Hayes. He was the quality assurance manager. Beth Fantasky, who was the supervisor of education.
Q. Ms. Forsyth, briefly, what is your educational background?
A. High school education.
Q. When did you graduate from high school?
A. 1974.
Q. Have you had any formal education or training after high school graduation?
A. With the Bureau of Prisons; the training that I received on the job and then training that they give for various programs.
Q. That training, was it all provided in-house, for lack of a better term?
A. It was through the Bureau of Prisons, yes, sir.
Q. In other words, the Bureau of Prisons did not send

Page 8

you to a program or seminar outside of the prison system itself. Is that correct?
A. Best that I can recollect, yeah, that's correct.
Q. And did they bring in anyone from outside the prison system to train you, or was it done by existing staff members?
A. They had brought in various times people from the outside to teach leadership training; teamwork approach. That's all I received, I believe, from the outside. The rest was from the BOP.
Q. So am I correct, then, you were not provided with any outside training in areas of occupational health or safety?
A. Not specifically, no.
Q. Did you receive any such training generally?
A. During annual refresher training, the safety department would give various training, but those were in-house, not outside.
Q. Okay. Did you have a written job description as the superintendent of industries at UNICOR?
A. Yes.
Q. Did that remain the same throughout the time that you had that position, that job description?
A. To my knowledge, yes.
Q. While you were employed as superintendent of

Page 9

industries at UNICOR, did the facility make anything other than furniture?
A. No.
Q. Do you know whether that facility is still operating -- well, let me stop there -- operating generally?
A. Yes.
Q. And do you know whether it's still making furniture?
A. It is not making furniture.
Q. What are they making now? Plastic products?
A. Yes, sir.
Q. Do you know why the facility changed from a furniture manufacturing facility to a plastic products facility?
A. Purely economics, I'm sure. Things were moved to the Coleman plant.
Q. Where is the Coleman plant?
A. Leesburg, Florida.
Q. Was there --
A. I'm sorry, Lees County.
Q. Lees County, Florida?
A. Yes, uh-huh. I believe that's the name of it.
Q. Was there a furniture manufacturing facility in Lees County, Florida at the same time that one was being operated at FCI McKean?

Page 10

A. Yes. Part of that time.
Q. Do you know how long there's been a furniture manufacturing facility in Lees County, Florida?
A. No, I -- I don't recall. I remember when they opened up the facility down there and they started right away doing various furniture products. But as to the exact date, I don't know. And it's -- Coleman is the name of the facility, and it is Leesburg, Florida where it is. I misspoke.
Q. Okay. When did the UNICOR facility at FCI McKean first open?
A. I don't know. Late '89, early '90.
Q. Was it in operation when you first arrived at your initial position at FCI McKean?
A. We were setting things up. But, no, it wasn't in operation yet.
Q. Were you involved in the design or layout of any aspect of the facility?
A. No, sir.
Q. During the period of time that you were superintendent of industries, what were the hours of operation of the UNICOR facility?
A. The majority of the time was 7:30 -- or 7:10 until 11:00 at night.
Q. And how many shifts were operated during that time

Page 11

frame?
A. Two.
Q. And at any given time during either shift, approximately how many inmates would be engaged in activities, employment, at the UNICOR facility?
A. If memory serves, during the day we were close to 200. It was probably 160 to 200, depending on the workload. At night, we tried to keep it around 100 or less.
Q. And of those employees, approximately how many would be engaged in the cutting or cutting activities involving Micore board?
A. I would be guessing, but very few. But I would be guessing, so I'm not sure. I would think less than 10.
Q. The employees engaged in cutting Micore board, would they be in a discreet area of the facility? In other words, separate from the other employees?
A. No.
Q. So if I'm following correctly, then, this was one large shop floor, and one area would be a cutting area? Or would they be spread out throughout the facility?
A. It is one -- one large shop, and cutting areas, depending on the machine, could go throughout the area too.
Q. Okay.
A. I'm not -- I'm not an expert on where everything was laid out, but just from me walking on the floor, there

Page 12

were different areas of the factory where things were being cut. So not just one area.
Q. And how often were you actually on the shop floor?
A. At least daily. Sometimes twice a day.
Q. And at the times when you would be present on the shop floor, approximately how much time would you spend there?
A. Well, it depended on really what I was doing down there. But just my daily walks would sometime take about a half hour. If we were checking out a new product, I would assist with that, and sometimes a bit more. But a normal daily walk was a half hour.
Q. And that walk, would that encompass the entire shop floor?
A. Yes, sir.
Q. Did you have an office?
A. Yes, sir.
Q. And where was that located?
A. Upstairs, overlooking the factory floor.
Q. So you could actually observe what was going on from your office?
A. Yes.
Q. We talked a few moments ago about whether you received any outside training at the UNICOR facility or whether anyone from the outside was brought in, and you had

Page 13

addressed those questions. Let me now ask you what, if any, in-house training was provided to you regarding health and safety.

A. To me, I think it was just the yearly annual training that we received from the safety department in-house.

Q. Okay. And when you say "annual training", was there a session once a year?

A. Yes. For all staff.

Q. And when you say "all staff", what do you mean?

A. This particular training that I'm talking about is for all staff that -- employees that work at FCI McKean.

Q. Would that include the regular staff employees alone, or would it also include the inmate employees?

A. Just staff alone.

Q. Did that annual training occur at a particular time during the year?

A. Yes.

Q. When was that?

A. My guess, it's the first part of the year. I think January, February. I could be mistaken, because that's when we do it here. I'm not positive.

Q. And you mentioned the -- was it the safety office? Is that the name of the --

A. Yes.

Page 14

Q. Okay. And who, in particular, provided the training?

A. Steve Housler or someone in his staff.

Q. And how long was the annual training?

A. This particular class, I believe, lasted two hours.

Q. So annually there would be safety training provided by Steve Housler's office, and it would last approximately two hours? Is that correct?

A. Yes.

Q. Other than the two-hour training sessions that occurred on an annual basis, did you receive any other training regarding health and safety?

A. Not from an outside source and not from BOP. Other than program statements that I was to be familiar with.

Q. And what are program --

A. And that was --

Q. What are program statements?

A. Those are policy and procedures that are in place that -- for the factory.

Q. Are those maintained in a central location?

A. Yes.

Q. How often would you receive program statements?

A. I'm not sure. Normal program statements last for

Page 15

a year to two years, and then they are updated.

Q. Would the program statements ever be specific enough to address, for example, use or working with Micore board?

A. No, sir.

Q. These are more general guidelines and policies? Is that correct?

A. (Witness nods head.) Yes, sir.

Q. Could you tell me your understanding regarding how the ventilation system worked in the area of the panel saws and other saws in use at the UNICOR facility during the period of time that you were superintendent of industries.

A. Yes, sir. Each -- each machine had a tube that come down, and it actually would suck up any of the dust and debris for the machine so that the factory wasn't polluted with any of the dust. This would go through the air-handling system and go to rest outside in big silos. This air-handling system was so strong that on more than a couple occasions we had screwdrivers and that kind of thing get sucked up in them. So we had to look for tools then.

Q. Were the machines tied into a central air-handling system?

A. Not to my knowledge, but I'm not an expert. I just knew how they sucked everything outside.

Q. And who was responsible for maintaining the

Page 16

ventilation system and the air-handling system?

A. Michael Salerno. He was their maintenance supervisor.

Q. Was he specifically assigned to UNICOR, or was he an institutional maintenance person?

A. No, he was specifically assigned to UNICOR.

Q. Are you aware of any instances when the ventilation system or the air-handling system malfunctioned?

A. There -- no, I'm really not. I was trying to think if there would be anything that would be cause to malfunction, but, no. I don't recall.

Q. Did you ever receive or become aware of any complaints by any inmates or staff employees regarding respiratory problems associated with the handling of Micore board?

A. No one made me specifically aware of it. Later I heard from other staff -- Mr. Sapko, I believe, in particular, and Mr. Houlihan -- that was telling me that inmates were complaining. Or that they had filed BP-9's or something. But that was in the interim of me coming here, so I'm --

Q. During the entire time that you were superintendent, do I understand your testimony correctly that during that entire time you were a superintendent, that no inmate or staff employee brought to you any complaints

regarding respiratory problems associated with the use of Micore board?

A. No. To the best of my knowledge, no.

Q. Are you aware of any staff employees submitting disability, Workers' Comp., or any other type of medical disability claim related to respiratory problems?

A. Disability claims, yes, on staff. I'm not positive if it was respiratory. It might have been. I know he was having issues, but I'm not positive. But I do know one staff had claims. And I was thinking it was Mr. Bevevino.

Q. What was that individual's name?

A. Robin Bevevino.

Q. And Robin Bevevino was a supervisor or a manager? Is that correct?

A. Yes. He was a foreman on the -- with the inmates.

Q. Do you think that Mr. Bevevino's problems included respiratory problems?

A. I know he was -- he was sick quite a bit, yes, with respiratory problems.

Q. When did you first become aware of Mr. Bevevino's respiratory problems?

A. I -- I don't remember. I know he was out quite a bit, and there is a -- he was out quite a bit for various things. He had poison ivy that lasted for a long, long

time. And then he had pneumonia and some colds. And then he had problems with his back. I'm not sure when all of this took place and exactly when I became aware of it. I wasn't his direct supervisor. I believe Mr. English or Mr. Sapko were his direct supervisor.

Q. Do you know what area of the UNICOR facility he worked in?

A. He worked on the factory floor. The foremen were rotated almost yearly, so I'm not real sure where Mr. Bevevino was.

Q. Did the inmate employees receive any training regarding the use of Micore board?

A. I don't know specifically if -- Micore board, but they received training on safety issues, you know, almost monthly, as far as how to pick boards up and how not to --

(Brief interruption in proceedings.)

(Discussion held off the record.)

Q. All right, let's resume. The training, safety training provided to the inmates, who was responsible for providing that, Ms. Forsyth?

A. Each of the foremen were responsible for the safety talks.

Q. And the foremen, am I correct that they would have received their training during the annual training sessions that you described earlier?

A. If not everything there, they -- they had various topics that they were to talk to the inmates about. So a lot of that was self-taught. There were supplies that they were given, videotapes they were to show. They would educate the inmates with materials they had. Each month they would educate them on something different, and I don't know what all those things were.

Q. Were any Material Safety Data Sheets maintained at the UNICOR facility?

A. Yes.

Q. Who was responsible for maintaining the MSDS?

A. I'm not positive. They -- I believe the safety -- or the maintenance foremen took care of those. They were located a couple different places on the factory floor.

Q. When you say they were located at a couple of different places on the factory floor, are you indicating that they were moved from time to time or that there were multiple copies?

A. There were multiple copies.

Q. You don't know who was responsible for maintaining those for sure?

A. I can't -- I can't remember. I do believe that -- well, I do know that every chemical that we brought into the institution had to go through the safety department, and Mr. Snyder was the one that was responsible for that. But

the maintenance department, I think, had a hand in it, but I'm not positive.

Q. Where on the shop floor were the Material Safety Data Sheets maintained?

A. I remember one right as you come in near the factory office, which is on the floor. And then I believe there was one station that was in the back close to the packing area.

Q. Are you aware of any other locations?

A. I can't remember.

Q. Did you ever personally consult the Material Safety Data Sheets?

A. Yes.

Q. Who had access to the Material Safety Data Sheets?

A. Everybody.

Q. Was there a Material Safety Data Sheet that addressed Micore board or silica dust?

A. The Micore board, yes. Even particle board. I think everything came with an MSDS on it.

Q. When did you become aware that there was an MSDS dealing with Micore board?

A. I don't know. We had ACA inspections where we had to make sure everything was in there. I'm not positive. It could have -- it could have been the first time that OSHA came to the factory.

89b9142d-597d-47ae-a206-15a27c99f86c

Page 21

Q. And do you recall when the first OSHA visit was?
A. No, I don't.
Q. Do you know what prompted that visit?
A. A letter, I think. I don't know for sure.
Q. Do you recall the subject of the complaint that prompted the OSHA visit?
A. (No response.)
Q. Was it Micore board and dust?
A. It was the air -- it was the air quality, if I remember correctly.
Q. And as part of your receiving notice of the complaint to OSHA and the OSHA visit itself, did you at the same time become aware that inmates were complaining about respiratory problems?
A. No, I don't know if I think it was inmates or not. No. This complaining about the air quality, specific inmate ailments, I don't remember. I knew there was an issue, which was why we -- they -- OSHA said that there was complaints about the air quality, but I really didn't know if it was inmate or staff that was making a complaint, and I didn't know any specifics.
Q. I just want to make sure that I'm following your testimony correctly here. I mean, when you say you became aware that there were air quality complaints, did you not also understand that in connection with those air quality

Page 22

complaints, that people were raising concerns about respiratory health and ailments?
A. Yes. That -- that was all part of why they were concerned about the air quality. But specific inmates and specific people, I didn't have that issue. When -- when OSHA made their -- made it known that they were coming in to check it, is that they received complaints about the air quality, and that's when we started asking questions and things. But, specifically, I didn't know specific people, that I remember. I don't remember that.
Q. After the OSHA visit, what did you do regarding the air quality issues that were raised?
A. I don't recall doing anything. There was no issue with the air quality concerning the OSHA report. Everything was fine. At one point the gentleman that was there said that the air quality inside the factory was better than that outside the factory. So there was no need for me to really react. And at this time is when I was doing my house-hunting trip here and then moving here, so I'm not sure what happened after that. But I personally don't think there was a need to do anything.
Q. Who made that statement to you, that the air quality inside the facility was better than that outside?
A. I can't remember if it was the OSHA gentleman or Mr. Salerno, but they had one of those readers that -- that

Page 23

they were testing different areas of the factory and outside. But I'm not positive whether it was the gentleman from OSHA or Mr. Salerno. But the OSHA gentleman was present at the time.
Q. Did you participate in the OSHA inspection and any testing in connection with that inspection?
A. No. No.
Q. Do you know when they conducted the inspection relative to the operation of the facility?
A. I believe it was -- the test was like an eight-hour test, I'm thinking. I know one of the tests that we had was an eight-hour test. And I'm thinking that's what they did. Beginning from, you know, the 7:30 to 4:00 shift, which is when we have most inmates working.
Q. Let me ask you this: Is it necessary for the inmates utilizing table saws and other saws periodically to clean up the saw itself; clean up the dust on the machine or in or around the machine?
A. I don't know that.
Q. Did you ever observe that?
A. Observe them, no. I observed them using the air gun, spraying themselves off for whatever reason, but I don't -- that's all I remember seeing.
Q. When you referred to the air gun, you're talking about some sort of pneumatic or compressed air device?

Page 24

A. Yes.
Q. All right. And you observed them, what, using the air gun to blow dust off themselves or clothing? Is that what you're referring to?
A. Yes. They were blowing something. I would imagine it was dust that was there.
Q. Okay. Were you able to observe dust being blown off of their clothing or themselves?
A. No. But there were times that there was dust on the floor, and they would have to sweep up. And I'm not sure where that was or why. But I do remember seeing that. But as far as dust coming off themselves, no.
Q. But you did observe them using the air gun to blow what you assumed was dust off of their clothes.
A. Yes.
Q. And how often did you see that?
A. I -- probably once a day. I don't know. When they were getting ready to leave or something.
Q. Okay. So as part of their routine, then, when they were leaving, they would be blowing -- blowing dust off their clothing; is that right, at the end of the shift?
MR. COLVILLE: I'll object to the form, but you can answer.
A. Not -- I don't want to imply that everybody did that. On occasion I would see an inmate doing that. That

being said, they were told not to do that, because it was dangerous. So -- but you asked if I had ever seen it, and I had. Probably once a day one of them were doing it. And it didn't mean that all of them were.

Q. Who told you that was dangerous?

A. Mr. Salerno, because of the air pressure.

Q. Okay. So the force of the air? Is that what the danger was?

A. I would assume. I know enough to be dangerous here, so I'm not going to say. I would assume that was it.

Q. Okay. That's what you believed. Is that what you --

A. I -- yes. Yes.

Q. Do you know whether the inmates ever used the air gun to blow dust from the saws themselves?

A. I never witnessed that.

Q. Do you know whether they did that? Did you learn that through any other --

A. Not specifically, no.

Q. Did you believe they were doing that?

A. The concern that I remember was them using the air gun on themselves, because it could hurt the eyes or something. I don't remember any great talk about the air gun with anything else. So I don't know. I just never thought about it, I guess.

Q. Were respirators made available to any of the employees at the UNICOR facility while you were superintendent?

A. To my knowledge, no. Dust masks were available, but not respirators, to my knowledge.

Q. What type of dust mask was provided?

A. I don't know. They were just the white masks that you put over your face.

Q. Did you ever see inmates wearing the dust masks?

A. Yes.

Q. Anyone in particular? And by anyone, I don't necessarily mean names, but I'm more interested in the activities they were performing with the dust masks.

A. I couldn't -- I couldn't tell you specifically where. It was rare to see it.

Q. To your knowledge, were the inmates ever instructed to wear dust masks?

A. No.

Q. Are you aware of any Material Safety Data Sheets or other safety documents that either required or suggested the wearing of respirators or dust masks when using any particular material within UNICOR?

A. Possibly if it was in an enclosed area without an air-handler system. I would think even particle board would require it. But seeing that we were in a huge room with a

great airing system that I was told was almost double the capacity that we needed, it wasn't necessary, and OSHA agreed with that, as best as I can remember.

Q. So just so I understand your testimony, then, it's your testimony that -- and even here sitting here today, based on what you know today, that it was unnecessary for inmates to wear respirators or even dust masks when performing tasks at the UNICOR facility. Is that correct?

A. That's my belief, yes. Yes.

Q. And do you recall the identity of any person in particular who told you that?

A. I can't recall specifically, but I do remember reading that. And then I would ask about our air-handling system and the space, and I think Mr. Salerno and Mr. Housler is who I talked to at length about that when we knew OSHA was coming in. But, specifically, that's just my understanding.

Q. Did you ask anyone at OSHA about that understanding; whether your understanding was correct?

A. I asked OSHA about the facility, about the cleanliness, about potential harm, and they -- their -- even that day of walking around, he said it was the cleanest place that he had seen, and there shouldn't be any concern with anything. Specifically, no. But I just -- it was concerning the air in the factory itself.

Q. What about, though, that -- what about inmates who were directly using saws to cut Micore board, and rather than just breathing the ambient air in the facility, but who were actually in proximity to the operations point of the saws? Did you discuss those people with anyone at OSHA?

A. I don't think I did, no.

Q. Did you have an understanding regarding any differences in exposure levels that might occur between an operator of a machine working with Micore board, particularly a saw, as opposed to someone just breathing the ambient air -- the air generally in the facility?

A. No. I don't have that knowledge. I do -- do know that when they did the air quality testing, those machines they would set up would be near the various machines. And when they tell me things were fine, I -- I was down there walking, I was by those machines and watching them. I didn't notice any difference. But I don't have that specific knowledge, other than things I observed.

Q. Other than your daily walk through the facility, which I understand encompassed the whole facility and lasted approximately a half an hour, would you spend any significant periods of time on the shop floor?

A. That's where I was the half hour, was on the shop floor, going throughout each machine, talking to inmates, seeing the product. On occasion I would be asked by Mr.

Page 29

Hayes to come down and look at something he thought maybe wasn't quite right, and that would involve me watching them cut something and looking at it. So, yes, I was on the shop floor quite a bit.

Q. Did you ever observe employees actually engaged in the process of sawing boards, Micore boards specifically?

A. On the routing machines, yes.

Q. How many boards would the inmates cut at a time on a panel saw, for example?

A. I don't know.

Q. Do you have any knowledge regarding anyone altering any Material Safety Data Sheets relating to the use of Micore board?

A. No.

Q. Specifically, are you -- do you have any knowledge of anyone striking out the word "respirator" and inserting the word "mask" regarding the use of Micore board?

A. No.

Q. Have you ever heard that -- from anyone that that occurred?

A. What I recall is in the declaration stating that I never altered an MSDS sheet. I have never seen the supposed MSDS sheet that was altered. So that, to my knowledge, is what I remember then, looking back.

Q. Did you ever become aware of any complaints from

Page 30

either inmate employees or staff employees regarding skin irritations or other skin conditions experienced by those people while -- or while working in association with Micore board?

A. No.

Q. Other than the air testing that was undertaken in connection with the OSHA inspection, are you aware of any other air test performed in the UNICOR facility?

A. Yes. We had a private company come in and do a testing prior to OSHA coming in and doing their testing.

Q. And when was that?

A. I -- I don't remember specifically.

Q. Do you recall the name of the company who performed the test?

A. No.

Q. Recognizing that you can't recall precisely when that occurred, do you recall whether it was soon before the OSHA testing?

A. Not too before. I'm thinking there was quite a few months, if not a year before, but I'm guessing. But memory -- memory tells me that it was before, so. Long before, but I'm not positive.

Q. And why was that testing performed?

A. It was in response to a letter from OSHA stating that they had received a written complaint, and they asked

Page 31

us to investigate it and give a report.

Q. Other than that testing and any testing performed by OSHA, are you aware of any other air tests performed at the UNICOR facility?

A. I believe that safety department had a little machine that they could test. I want to say they did. I know they do it here, so.

Q. What --

A. It's part of that policy.

Q. The machine, can you -- can you be more specific, what you're talking about?

A. No.

Q. You have such a device at your current facility?

A. Pardon me?

Q. Do you have such a testing device at your current facility?

A. Yes.

Q. Did you ever see a similar device at FCI McKean?

A. I can't remember. That's why now I'm hesitating. You know, I'm over 50, so I don't know if I'm combining the factory in two plants or not. So the air quality in any factory is real important, but I'm not -- I guess I should just back up on that one, and Mr. Housler can answer that. I'm not real sure now.

Q. Okay.

Page 32

A. But I just never had any concerns with the air quality in that factory. Even when the complaints were issued, we had the testing done immediately, and I -- I just thought this was the -- the -- you know, I was amazed, because I know I never even had problems, and we were there a lot on the floor.

Q. Well, just backing up for a second to the device for testing air quality.

A. Yes.

Q. If I understand your testimony correctly, what you are certain of is that such a device is used at your current facility, and you can't recall whether one was available or used at FCI McKean? Is that correct?

A. Correct.

Q. And as far as the response to notice that there were at least concerns about air quality, am I correct that no testing was undertaken until OSHA notified you that it had received a letter from someone raising concerns about the air quality? Is that also correct?

A. I -- I honestly don't know that, and I don't remember. I know the private company coming in that we paid, that that's the first I remember doing it. But I wasn't over at the factory the whole time. So in-house testing is where I'm not sure of. But to pay an outside person to come in, that's the first time. That I remember.

Page 33

Q. If there was any in-house testing, you're not aware of it, though. Is that correct?
A. I don't remember.
Q. Okay. Did the employees have production quotas?
A. No. We -- we just were a job factory. The job was there, it went through the factory, and it had a due date.
Q. So there was a schedule by which employees were expected to complete certain tasks or products?
A. Of course.
Q. Did you review anything in preparation for your deposition today, Ms. Forsyth?
A. I tried to review the declarations that I had given prior. Because it was in 2004, a lot of them.
Q. Did you review any production records or photographs or any other records in preparation for your deposition?
A. No, I don't have access to those.
Q. Are you familiar with a product known as Loc-Weld?
A. Is that the glue?
Q. Do you remember it as some sort of glue or adhesive?
A. I don't know. I remember a glue, and I -- I think it was like an Elmer's glue. If that's the one. I don't know.

Page 34

Q. But as far as a glue or adhesive known as -- specifically as Loc-Weld, have you heard that term before?
A. I've heard that term. Prior to being the factory manager, I was the business manager, so I helped pay bills. Loc-Weld was a term that I heard, and I'm not sure -- I think it's a glue. That's all I can tell you.
Q. Okay. Do you recall whether -- well, let me back up. You've told us that your recollection of OSHA's comments about air quality was that the quality of the air was quite good. Do you recall whether OSHA raised concerns about any other conditions in the factory or even issued citations?
A. Yes. They did. Which is sort of normal, I think, for OSHA when they come in. And I can't remember what they were. I remember once that a fire hydrant wasn't accessible and that kind of thing. But that's all I remember about those.
Q. After you received OSHA's report or citations, did you do anything in response to it?
A. The -- I can't recall if I saw the actual written report, because I wasn't there. If I did see it, I would have done everything that they had requested, because then I have to respond to the warden as to what we have done to correct things.
Q. It --

Page 35

A. I don't recall those -- those things.
Q. Is it your belief that you had already left the facility by the time the OSHA report or citations were issued?
A. That's what I'm thinking. I know that -- that there was a verbal that had come in while I was still there, but I don't recall seeing a written report.
Q. Did you maintain any notes, personal notes or professional notes regarding your involvement with the OSHA inspection?
A. No.
Q. Do you recall taking any actions after you spoke with the OSHA representatives, but before they issued their report, findings, or citations?
A. Specifically, I don't recall.
Q. Was it your practice to maintain any type of journal or personal notes regarding your activities at UNICOR?
A. No.
MR. LANZILLO: Give me one minute, please.
(Brief pause.)
MR. LANZILLO: Ms. Forsyth, thank you very much. Those are all the questions that I have.
THE WITNESS: Thank you.
MR. COLVILLE: I have just a couple questions.

Page 36

CROSS-EXAMINATION
BY MR. COLVILLE:

Q. With regard to the MSDS sheets, you were questioned about them being altered. Just a straightforward question. Did you alter the MSDS sheets?
A. No, sir.
Q. You also mentioned that when the OSHA inspection did occur, that -- I thought you said that they -- they inspected or reviewed the MSDS sheets that were located -- I think at least in two spots on the factory floor. Is that an accurate statement?
A. To my knowledge. I can see in my mind where one specifically is, and I'm pretty sure there is one in the back, but I'm not positive. I'm almost positive.
Q. My question is a little more pointed than that. Did OSHA ever go to the MSDS sheets, wherever they were located, and inspect them?
A. I recall the man standing at the one in the front looking through it, yes.
Q. Do you know whether or not when they were looking through it, if they were looking at the MSDS sheet for Micore board or Loc-Weld?
A. No, I don't know that.

89b9142d-597d-47ae-a206-15a27c99f86c

Q. Okay. Subsequent to OSHA looking at those MSDS sheets, did they come to you at any time and report any concern with what they found to be tampering or alteration of MSDS sheets that they did look at, whether they were for Micore board or any other?

MR. LANZILLO: Objection to form.

A. No. Not that I recall.

Q. Do you know whether or not FCI McKean was issued a citation for having altered MSDS sheets as part of the OSHA investigation?

A. Not that I'm aware of.

Q. When you walked the factory floor on a daily basis, did you wear a respirator?

A. No, sir.

Q. Did any staff members wear a respirator while they were on the floor?

A. Not to my knowledge.

MR. COLVILLE: That's all I have. Thank you.

MR. LANZILLO: Yeah, just a couple quick follow-ups.

REDIRECT EXAMINATION

BY MR. LANZILLO:

Q. Miss Forsyth, you don't know whether OSHA actually

inspected the MSDS sheets for the Loc-Weld or the Micore board, do you?

A. I don't know that, no.

Q. Okay.

A. I can't recall.

Q. And how often did you actually operate a panel saw or a router with Micore board on the facility floor?

MR. COLVILLE: Object to form.

A. Me specifically?

Q. Did you ever operate one of those machines with Micore board, ma'am?

A. I did not.

Q. And how often would the supervisors or managers on the floor actually be the operators of the equipment?

A. I don't know that.

Q. That would certainly not be a regular activity undertaken by a manager, would it?

A. No. These were supervisors, so.

MR. LANZILLO: That's all I have. Thank you very much.

MR. COLVILLE: That's all. We'll waive. Thank you.

(Deposition concluded at 11:16 a.m.)

89b9142d-597d-47ae-a206-15a27c99f86c

**A**

**able** 24:7
**about** 5:10,16,19 6:1 12:9,23 13:11 19:2 21:13,16,19 22:1,4,7 23:25 25:23,25 27:13 27:15,18,20,20,21 28:1,1 31:11 32:16 32:18 34:9,11,16 36:6
**ACA** 20:22
**access** 20:14 33:18
**accessible** 34:15
**accurate** 36:13
**acting** 7:4
**actions** 35:12
**activities** 6:16 11:5,10 26:13 35:17
**activity** 38:16
**actual** 34:20
**actually** 12:3,20 15:14 28:4 29:5 37:25 38:6 38:14
**addition** 6:13,15
**address** 4:7 15:3
**addressed** 13:1 20:17
**adhesive** 33:22 34:1
**advise** 6:15
**after** 7:18 22:11,20 34:18 35:12
**ago** 12:23
**agreed** 27:3
**ahead** 6:14
**ailments** 21:17 22:2
**air** 21:9,9,16,19,24,25 22:4,7,12,14,16,22 23:21,24,25 24:3,13 25:6,7,14,21,23 27:25 28:3,11,11,13 30:6,8 31:3,21 32:1,8 32:16,19 34:9,9
**airing** 27:1
**air-handler** 26:24
**air-handling** 15:17,18 15:21 16:1,8 27:13
**al** 1:3,5
**almost** 18:9,14 27:1 36:16
**alone** 13:14,15
**already** 35:2
**alter** 36:7
**alteration** 37:3
**altered** 29:22,23 36:6 37:9
**altering** 29:12
**amazed** 32:4
**ambient** 28:3,11
**Ann** 4:8
**annual** 8:16 13:4,7,16 14:4,12 18:24
**annually** 14:7
**answer** 3:21 24:23 31:23
**answered** 6:16
**anyone** 8:4 12:25 26:11 26:11 27:18 28:5 29:11,16,19
**anything** 9:1 16:10 22:13,21 25:24 27:24 33:11 34:19
**apologize** 6:14
**approach** 8:8
**approximately** 6:25 11:4,9 12:6 14:9 28:21
**area** 11:15,19,19,22 12:2 15:10 18:6 20:8 26:23
**areas** 8:12 11:21 12:1 23:1
**around** 3:19 11:8 23:18 27:22
**arrived** 10:13
**asked** 25:2 27:20 28:25 30:25
**asking** 22:8
**aspect** 10:18
**assigned** 16:4,6
**assist** 12:11
**Associate** 4:15
**associated** 16:14 17:1
**association** 30:3
**assume** 5:2,19 25:9,10
**assumed** 24:14
**assurance** 7:10
**Attorney** 1:11,19
**AUSA** 1:18
**available** 26:1,4 32:12
**Avenue** 1:11
**aware** 16:7,12,16 17:4 17:21 18:3 20:9,20 21:13,24 26:19 29:25 30:7 31:3 33:2 37:11
**away** 10:6
**a.m** 1:11 38:24
**A330** 1:11

**B**

**B** 3:1
**back** 18:2 20:7 29:24 31:23 34:7 36:16
**background** 7:13
**backing** 32:7
**based** 27:6
**basis** 14:12 37:13
**became** 18:3 21:23
**become** 16:12 17:21 20:20 21:13 29:25
**before** 1:9 3:16,21 30:17,19,20,21,22 34:2 35:13
**Beginning** 23:13
**being** 5:18 9:24 12:1 24:7 25:1 34:3 36:6
**belief** 27:9 35:2
**believe** 5:10 7:2 8:9 9:22 14:5 16:17 18:4 19:12,22 20:6 23:10 25:20 31:5
**believed** 25:11
**best** 8:3 17:3 27:3
**Beth** 7:10
**better** 7:23 22:16,23
**between** 3:17 5:22 28:8
**Bevevino** 17:11,13,14 18:10
**Bevevino's** 17:17,21
**big** 15:17
**bills** 34:4
**bit** 3:17 12:11 17:19,24 17:24 29:4
**blow** 24:3,13 25:15
**blowing** 24:5,20,20
**blown** 24:7
**board** 11:11,14 15:4 16:15 17:2 18:12,13 20:17,18,18,21 21:8 26:24 28:2,9 29:13 29:17 30:4 36:24 37:5 38:2,7,11
**boards** 18:15 29:6,6,8
**BOP** 8:10 14:14
**BP-9's** 16:19
**breathing** 28:3,10
**Brief** 18:16 35:21
**briefly** 7:12
**bring** 8:4
**brought** 8:7 12:25 16:25 19:23
**Bureau** 7:19,24,25
**business** 6:3 7:9 34:4

**C**

**C** 1:18
**came** 20:19,25
**capacity** 27:2
**care** 19:13
**cases** 3:12 4:4
**cause** 16:10
**central** 14:22 15:21
**certain** 32:11 33:9
**certainly** 38:16
**changed** 9:12
**check** 22:7
**checking** 12:10
**chemical** 19:23
**citation** 37:9
**citations** 34:12,18 35:3 35:14
**claim** 17:6
**claims** 17:7,10
**class** 14:5
**clean** 23:17,17
**cleanest** 27:22
**cleanliness** 27:21
**clearly** 3:24 4:1
**close** 11:6 20:7
**clothes** 24:14
**clothing** 24:3,8,21
**colds** 18:1
**Coleman** 9:16,17 10:7
**Colville** 1:18 2:5 3:13 24:22 35:25 36:3 37:18 38:8,21
**Colville's** 3:20
**combining** 31:20
**come** 15:14 20:5 29:1 30:9 32:25 34:14 35:6 37:2
**coming** 16:20 22:6 24:12 27:16 30:10 32:21
**commencing** 1:10
**comments** 34:9
**commonly** 5:19
**Commonwealth** 1:10
**Comp** 17:5
**company** 30:9,13 32:21
**complaining** 16:19 21:13,16
**complaint** 21:5,12,20 30:25
**complaints** 16:13,25 21:19,24 22:1,7 29:25 32:2
**complete** 33:9
**compressed** 23:25
**concern** 25:21 27:23 37:3
**concerned** 22:4
**concerning** 22:14 27:25
**concerns** 22:1 32:1,16 32:18 34:10
**concluded** 38:24
**conditions** 30:2 34:11
**conducted** 23:8
**conducting** 3:11
**Conference** 1:9
**connection** 5:24 21:25 23:6 30:7
**consult** 20:11
**contract** 6:2
**copies** 19:18,19
**correct** 8:2,3,11 14:9 15:7 17:15 18:23 27:8,19 32:13,14,16 32:19 33:2 34:24
**Correctional** 4:18
**correctly** 11:18 16:23 21:10,23 32:10
**County** 9:20,21,24 10:3
**couple** 3:16 15:19 19:14,15 35:25 37:19
**course** 7:3 33:10
**Court** 1:1 3:10
**crackling** 4:17
**Cross-examination** 2:5 36:2
**current** 31:13,15 32:11
**cut** 12:2 28:2 29:3,8
**cutting** 11:10,10,14,19 11:21
**C.A** 1:3,3,4,4,5

**D**

**D** 2:1 3:1
**daily** 12:4,9,12 28:19 37:12
**danger** 25:8
**dangerous** 25:2,5,9
**Data** 19:8 20:4,12,14 20:16 26:19 29:12
**date** 10:7 33:7
**day** 11:6 12:4 24:17 25:3 27:22
**day-to-day** 6:16
**DC** 1:22
**dealing** 20:21
**Debora** 1:9 2:3 4:8
**debris** 15:15
**December** 1:10
**declaration** 29:21
**declarations** 33:13
**Defendants** 1:6,18
**delay** 3:17,19
**department** 8:17 13:5 19:24 20:1 31:5
**depended** 12:8
**depending** 11:7,22
**deposition** 1:9 3:11,23 33:12,17 38:24
**described** 18:25
**description** 8:19,23
**design** 10:17
**device** 23:25 31:13,15 31:18 32:7,11
**difference** 28:17
**differences** 28:8
**different** 12:1 19:6,14 19:16 23:1
**direct** 2:4 3:4 18:4,5
**directly** 7:1 28:2
**disability** 17:5,6,7
**discreet** 11:15
**discuss** 28:5
**Discussion** 18:17
**District** 1:1,1 3:10,10
**documents** 26:20

**doing** 3:12 10:6 12:8 22:13,18 24:25 25:3 25:20 30:10 32:22
**done** 8:5 32:3 34:22,23
**double** 27:1
**Doug** 3:13
**Douglas** 1:21
**down** 3:14 10:5 12:8 15:14 28:15 29:1
**due** 33:6
**duly** 3:2
**during** 3:23 8:16 10:20 10:25 11:3,6 13:17 15:11 16:22,24 18:24
**dust** 15:14,16 20:17 21:8 23:17 24:3,6,7,9 24:12,14,20 25:15 26:4,6,9,13,17,21 27:7

**E**

**E** 2:1 3:1
**each** 15:13,13 18:21 19:5 28:24
**earlier** 18:25
**early** 6:4,6 10:12
**economics** 9:15
**educate** 19:5,6
**education** 4:15 7:2,11 7:14,17
**educational** 7:12
**eight-hour** 23:11,12
**either** 11:3 26:20 30:1
**Elmer's** 33:24
**employed** 4:12,23,25 5:6,24 6:2 8:25
**employee** 16:25
**employees** 6:23 11:9,14 11:16 13:12,13,14 16:13 17:4 18:11 26:2 29:5 30:1,1 33:4 33:8
**employment** 11:5
**enclosed** 26:23
**encompass** 12:13
**encompassed** 28:20
**end** 24:21
**engaged** 11:4,10,14 29:5
**English** 18:4
**enough** 15:3 25:9
**entire** 12:13 16:22,24
**equipment** 38:14
**Erie** 1:3,3,4,4,5,11,17 3:15
**Esquire** 1:15,18,21
**et** 1:3,5
**even** 3:25 20:18 26:24 27:5,7,21 32:2,5 34:11
**ever** 15:2 16:12 20:11 23:20 25:2,14 26:9 26:16 29:5,19,25 31:18 36:18 38:10
**every** 19:23
**everybody** 20:15 24:24
**everything** 11:24 15:24 19:1 20:19,23 22:14 34:22
**exact** 10:6
**exactly** 18:3
**examination** 2:4,6 3:4 37:22
**example** 15:3 29:9
**existing** 8:5
**expected** 33:9
**experienced** 30:2
**expert** 11:24 15:23
**exposure** 28:8
**eyes** 25:22

**F**

**F** 3:1
**face** 26:8
**facility** 5:20,25 9:1,4 9:12,13,14,23 10:3,5 10:8,10,18,22 11:5 11:15,20 12:24 15:11 18:6 19:9 22:23 23:9 26:2 27:8,20 28:3,11 28:19,20 30:8 31:4 31:13,16 32:12 35:3 38:7
**factory** 5:13,14,18 6:11 7:8 12:1,19 14:21 15:15 18:8 19:14,16 20:6,25 22:16,17 23:1 27:25 31:21,22 32:2,23 33:5,6 34:3 34:11 36:12 37:12
**fairly** 6:6
**familiar** 14:15 33:19
**Fantasky** 7:10
**far** 18:15 24:12 32:15 34:1
**FCI** 4:8,20,23,24,25 5:3,3,6,13,14,20,23 6:4,9 9:25 10:10,14 13:12 31:18 32:13 37:8
**February** 13:21
**Federal** 1:21 4:18
**Ferguson** 1:9,24,25
**few** 11:12 12:23 30:20
**filed** 16:19
**findings** 35:14
**fine** 22:15 28:15
**finish** 3:18
**fire** 34:15
**first** 1:22 3:1 4:6 10:11 10:13 13:20 17:21 20:24 21:1 32:22,25
**floor** 11:19,25 12:3,6 12:14,19 18:8 19:14 19:16 20:3,6 24:10 28:22,24 29:4 32:6 36:12 37:12,16 38:7 38:14
**Florida** 9:18,21,24 10:3 10:8
**focusing** 7:3
**following** 11:18 21:22
**follows** 3:2
**follow-ups** 37:20
**force** 25:7
**foreman** 17:16
**foremen** 18:8,21,23 19:13
**form** 24:22 37:6 38:8
**formal** 7:17
**Forsyth** 1:9 2:3 3:7 4:8 7:12 18:20 33:12 35:22 37:25
**found** 37:3
**four** 7:2
**frame** 11:1
**from** 5:1,3 7:15 8:4,7,9 8:10 9:12 11:16,25 12:21,25 13:5 14:14 14:14 16:17 19:17 23:3,13 25:15 29:19 29:25 30:24 32:18
**front** 36:20
**full** 4:6
**full-time** 4:13
**furniture** 9:2,8,9,13,23 10:2,6

**G**

**gave** 4:16
**general** 15:6
**generally** 8:15 9:5 28:11
**gentleman** 22:15,24 23:2,3
**Georgia** 3:15 4:9,10
**getting** 24:18
**give** 7:20 8:17 31:1 35:20
**given** 11:3 19:4 33:14
**glue** 33:20,21,23,24 34:1,6
**go** 6:14 11:22 15:16,17 19:24 36:18
**goes** 3:19
**going** 12:20 25:10 28:24
**Goldring** 1:21
**Goldring's** 3:19
**good** 34:10
**Gornall** 1:16
**graduate** 7:15
**graduation** 7:18
**Grant** 1:19
**great** 25:23 27:1
**guess** 13:20 25:25 31:22
**guessing** 11:12,13 30:20
**guidelines** 15:6
**gun** 23:22,24 24:3,13 25:15,22,24

**H**

**H** 3:1
**half** 5:10 12:10,12 28:21,23
**hand** 20:1
**handling** 16:14
**happened** 22:20
**happy** 3:24 4:2
**harm** 27:21
**having** 3:1 17:9 37:9
**Hayes** 7:9 29:1
**head** 15:8
**health** 8:12 13:2 14:13 22:2
**hear** 3:18,24 4:1
**heard** 16:17 29:19 34:2 34:3,5
**held** 18:17
**helped** 34:4
**hesitating** 31:19
**high** 7:14,15,18
**Hill** 1:3 3:8,9
**Holdnack** 1:25
**honestly** 32:20
**hookup** 3:13,13,20,20
**Houlihan** 7:9 16:18
**hour** 12:10,12 28:21,23
**hours** 10:21 14:6,9
**house-hunting** 22:19
**Housler** 14:3 27:15 31:23
**Housler's** 14:8
**huge** 26:25
**hurt** 25:22
**hydrant** 34:15

**I**

**identity** 27:10
**imagine** 24:6
**immediate** 6:19
**immediately** 32:3
**imply** 24:24
**important** 31:22
**Inc** 1:25
**include** 7:2 13:13,14
**included** 17:17
**indicating** 19:16
**individual's** 17:12
**industries** 1:21 4:15 5:8 6:9 7:4 8:20 9:1 10:21 15:12
**information** 4:4
**initial** 10:14
**inmate** 13:14 16:25 18:11 21:16,20 24:25 30:1
**inmates** 11:4 16:13,19 17:16 18:19 19:2,5 21:13,15 22:4 23:14 23:16 25:14 26:9,16 27:7 28:1,24 29:8
**inserting** 29:16
**inside** 22:16,23
**inspect** 36:19
**inspected** 36:11 38:1
**inspection** 23:5,6,8 30:7 35:10 36:9
**inspections** 20:22
**instances** 16:7
**institution** 4:19 6:3 19:24
**institutional** 16:5
**instructed** 26:17
**instructions** 4:5
**interested** 26:12
**interim** 16:20
**interruption** 18:16
**investigate** 31:1
**investigation** 37:10
**involve** 29:2
**involved** 10:17
**involvement** 35:9
**involving** 11:11
**in-house** 7:22 8:18 13:2 13:6 32:23 33:1
**irritations** 30:2
**issue** 21:17 22:5,13
**issued** 32:3 34:11 35:4 35:13 37:8
**issues** 17:9 18:14 22:12
**ivy** 17:25

**J**

**J** 1:5
**Janis** 1:9,24
**January** 13:21
**Jesup** 4:8,9,10,20,21,23 5:3
**job** 6:7 7:20 8:19,23 33:5,5
**JOHN** 1:5
**journal** 35:17
**July** 5:1
**June** 4:11 5:1,23
**just** 3:24 11:25 12:2,9 13:4,15 15:24 21:22 25:24 26:7 27:4,16

27:24 28:3,10 31:23 32:1,3,7 33:5 35:25 36:6 37:19
**J-E-S-U-P** 4:22

K

**keep** 3:16 11:8
**Kelly** 3:8
**Kenny** 3:9
**Kevin** 3:8
**kind** 15:19 34:16
**knew** 15:24 21:17 27:16
**know** 3:24 4:2 9:4,7,12 10:2,7,12 17:8,9,19 17:23 18:6,13,14 19:7,20,23 20:22 21:3,4,15,19,21 22:9 23:8,11,13,19 24:17 25:9,14,17,24 26:7 27:6 28:12 29:10 31:7,20,20 32:4,5,20 32:21 33:23,25 35:5 36:22,25 37:8,25 38:3,15
**knowledge** 8:24 15:23 17:3 26:4,5,16 28:12 28:18 29:11,15,23 36:14 37:17
**known** 5:19 22:6 33:19 34:1
**Knox** 1:16

L

**L** 1:9,24
**lack** 7:23
**laid** 11:25
**Lamanna** 1:5 6:21
**Lanzillo** 1:15 2:4,6 3:5 3:7 35:20,22 37:6,19 37:23 38:19
**large** 11:19,21
**last** 14:8,25
**lasted** 14:5 17:25 28:20
**late** 6:5 10:12
**Later** 16:16
**layout** 10:17
**leadership** 8:8
**learn** 25:17
**least** 12:4 32:16 36:12
**leave** 24:18
**leaving** 24:20
**Lees** 9:20,21,24 10:3
**Leesburg** 9:18 10:8
**left** 5:8 35:2
**length** 27:15
**Leslie** 3:8
**less** 11:8,13
**let** 3:24 4:2,5 9:5 13:1 23:15 34:7
**letter** 21:4 30:24 32:18
**let's** 18:18
**levels** 28:8
**like** 6:6 23:10 33:24
**little** 3:17 4:17 31:5 36:17
**located** 4:19 12:18 19:14,15 36:11,19
**location** 3:14 14:22
**locations** 20:9
**Loc-Weld** 33:19 34:2,5 36:24 38:1
**long** 4:10,25 5:9,14 10:2 14:4 17:25,25 30:21
**look** 15:20 29:1 37:4
**looking** 29:3,24 36:21 36:22,23 37:1
**lot** 19:3 32:6 33:14

M

**machine** 11:22 15:13 15:15 23:17,18 28:9 28:24 31:6,10
**machines** 15:21 28:13 28:14,16 29:7 38:10
**made** 16:16 22:6,6,22 26:1
**maintain** 35:8,16
**maintained** 14:22 19:8 20:4
**maintaining** 15:25 19:11,20
**maintenance** 16:2,5 19:13 20:1
**majority** 10:23
**make** 3:22 9:1 20:23 21:22
**making** 9:7,9,10 21:20
**malfunction** 16:11
**malfunctioned** 16:8
**man** 36:20
**manager** 5:13,14,18 7:8,9,10 17:14 34:4,4 38:17
**managers** 7:1,6 38:13
**manufacturing** 9:13,23 10:3
**many** 6:25 10:25 11:4,9 29:8
**Marty** 7:8
**mask** 26:6 29:17
**masks** 26:4,7,9,13,17 26:21 27:7
**material** 19:8 20:3,11 20:14,16 26:19,22 29:12
**materials** 19:5
**matters** 3:9
**may** 3:20
**maybe** 29:1
**ma'am** 38:11
**McKean** 4:24,25 5:3,7 5:13,15,20,23 6:4,9 9:25 10:10,14 13:12 31:18 32:13 37:8
**McLaughlin** 1:16
**mean** 13:10 21:23 25:4 26:12
**medical** 17:5
**members** 8:6 37:15
**memory** 11:6 30:21,21
**mentioned** 13:23 36:9
**Michael** 1:3,18 3:8 7:9 16:2
**Micore** 11:11,14 15:3 16:14 17:2 18:12,13 20:17,18,21 21:8 28:2,9 29:6,13,17 30:3 36:24 37:5 38:1 38:7,11
**middle** 6:5
**might** 17:8 28:8
**mind** 3:16 36:14
**minute** 35:20
**Miss** 37:25
**misspoke** 10:9
**mistaken** 13:21
**moment** 3:21
**moments** 12:23
**month** 19:5
**monthly** 18:15
**months** 6:2 30:20
**more** 12:11 15:6,18 26:12 31:10 36:17
**most** 23:14
**moved** 9:15 19:17
**moving** 22:19
**MSDS** 19:11 20:19,20 29:22,23 36:5,7,11 36:18,23 37:1,4,9 38:1
**much** 12:6 35:22 38:20
**multiple** 19:18,19
**Myron** 3:8

N

**N** 2:1
**name** 3:7 4:6,18 9:22 10:7 13:24 17:12 30:13
**names** 7:5 26:12
**near** 20:5 28:14
**necessarily** 26:12
**necessary** 23:15 27:2
**need** 22:17,21
**needed** 27:2
**never** 25:16,24 29:22 29:22 32:1,5
**new** 12:10
**next** 6:18
**night** 10:24 11:8
**nods** 15:8
**normal** 12:11 14:25 34:13
**Notary** 1:9
**notes** 35:8,8,9,17
**notice** 21:11 28:17 32:15
**notified** 32:17
**November** 5:11,12
**NW** 1:22

O

**O** 3:1,1
**object** 24:22 38:8
**Objection** 37:6
**observe** 12:20 23:20,21 24:7,13 29:5
**observed** 23:21 24:2 28:18
**occasion** 24:25 28:25
**occasions** 15:19
**occupational** 8:12
**occupied** 6:8
**occupy** 5:9
**occur** 13:16 28:8 36:10
**occurred** 14:12 29:20 30:17
**off** 18:17 23:22 24:3,8 24:12,14,20
**office** 1:19 6:3 12:16,21 13:23 14:8 20:6
**offices** 1:11
**often** 12:3 14:24 24:16 38:6,13
**Okay** 6:7,18 8:19 10:10 11:23 13:7 14:1 24:7 24:19 25:7,11 31:25 33:4 34:7 37:1 38:4
**once** 13:8 24:17 25:3 34:15
**one** 9:24 11:18,19,21 11:21 12:2 16:16 17:10 19:25 20:5,7 22:15,25 23:11 25:3 31:23 32:12 33:24 35:20 36:14,15,20 38:10
**open** 10:11
**opened** 10:5
**operate** 38:6,10
**operated** 9:25 10:25
**operating** 9:5,5
**operation** 6:11 10:13 10:16,22 23:9
**operations** 28:4
**operator** 28:9
**operators** 38:14
**opposed** 28:10
**original** 4:16
**OSHA** 20:24 21:1,6,12 21:12,18 22:6,11,14 22:24 23:3,3,5 27:2 27:16,18,20 28:5 30:7,10,18,24 31:3 32:17 34:10,14 35:3 35:9,13 36:9,18 37:1 37:9,25
**OSHA's** 34:8,18
**other** 7:25 9:1 11:15,16 14:11,12,15 15:11 16:17 17:5 20:9 23:16 25:18 26:20 28:18,19 30:2,6,8 31:2,3 33:16 34:11 37:5
**out** 11:20,25 12:10 17:23,24 29:16
**outside** 8:1,4,8,9,12,18 12:24,25 14:14 15:17 15:24 22:17,23 23:2 32:24
**over** 26:8 31:20 32:23
**overlooking** 12:19

P

**PA** 1:17,20
**packing** 20:8
**paid** 32:22
**panel** 15:10 29:9 38:6
**Pardon** 31:14
**Park** 1:11
**part** 10:1 13:20 21:11 22:3 24:19 31:9 37:9
**participate** 23:5
**particle** 20:18 26:24
**particular** 13:11,16 14:1,5 16:18 26:11 26:22 27:11
**particularly** 28:10
**pause** 3:21 35:21
**pay** 32:24 34:4
**PC** 1:16
**pending** 3:9
**Pennsylvania** 1:1,10,12 3:11,15
**people** 8:7 22:1,5,9 28:5 30:3
**performed** 30:8,14,23 31:2,3
**performing** 26:13 27:8
**period** 5:22 10:20 15:12
**periodically** 23:16
**periods** 28:22
**person** 16:5 27:10 32:25
**personal** 35:8,17
**personally** 20:11 22:20

**photographs** 33:16
**pick** 18:15
**Pittsburgh** 1:20
**place** 14:20 18:3 27:23
**places** 19:14,16
**Plaintiff** 1:3
**Plaintiffs** 1:15
**plant** 9:16,17
**plants** 31:21
**plastic** 9:10,13
**please** 4:6 35:20
**pneumatic** 23:25
**pneumonia** 18:1
**point** 22:15 28:4
**pointed** 36:17
**poison** 17:25
**policies** 15:6
**policy** 14:20 31:9
**polluted** 15:15
**position** 4:14 5:9,11,12 6:8 8:23 10:14
**positive** 13:22 17:8,9 19:12 20:2,23 23:2 30:22 36:16,16
**Possibly** 26:23
**potential** 27:21
**practice** 35:16
**precisely** 4:18 30:16
**preparation** 33:11,16
**present** 12:5 23:4
**presently** 4:12,19
**pressure** 25:6
**pretty** 36:15
**prior** 4:23 5:12 30:10 33:14 34:3
**prison** 1:21 8:1,5
**Prisons** 7:19,24,25
**private** 30:9 32:21
**probably** 5:16 11:7 24:17 25:3
**problems** 16:14 17:1,6 17:17,18,20,22 18:2 21:14 32:5
**procedures** 14:20
**proceedings** 18:16
**process** 29:6
**product** 12:10 28:25 33:19
**production** 33:4,15
**products** 9:10,13 10:6 33:9
**professional** 4:6 35:9
**program** 8:1 14:15,17 14:19,24,25 15:2
**programs** 7:21
**promotion** 5:4
**prompted** 21:3,6
**provided** 7:22 8:11 13:2 14:1,8 18:19 26:6
**providing** 18:20
**proximity** 28:4
**Public** 1:10
**Purely** 9:15
**put** 26:8

**Q**

**quality** 7:10 21:9,16,19 21:24,25 22:4,8,12 22:14,16,23 28:13 31:21 32:2,8,16,19 34:9,9
**question** 3:21,22,25 4:1 6:18 36:7,17
**questioned** 36:6
**questions** 7:3 13:1 22:8 35:23,25
**quick** 37:19
**quite** 17:19,23,24 29:2 29:4 30:19 34:10
**quotas** 33:4

**R**

**R** 3:1,1
**raised** 22:12 34:10
**raising** 22:1 32:18
**rare** 26:15
**rather** 28:2
**react** 22:18
**readers** 22:25
**reading** 27:13
**ready** 24:18
**real** 18:9 31:22,24
**really** 5:16 12:8 16:9 21:19 22:17
**reason** 23:22
**recall** 7:5 10:4 16:11 21:1,5 22:13 27:10 27:12 29:21 30:13,16 30:17 32:12 34:7,10 34:20 35:1,7,12,15 36:20 37:7 38:5
**receive** 8:15 14:12,24 16:12 18:11
**received** 7:20 8:9 12:24 13:5 18:14,24 22:7 30:25 32:18 34:18
**receiving** 21:11
**Recognizing** 30:16
**recollect** 8:3
**recollection** 34:8
**record** 18:17
**records** 33:15,16
**Redirect** 2:6 37:22
**referred** 5:18 23:24
**referring** 24:4
**refresher** 8:16
**regard** 36:5
**regarding** 13:2 14:13 15:9 16:13 17:1 18:12 22:11 28:7 29:11,17 30:1 35:9 35:17
**regular** 13:13 38:16
**related** 17:6
**relating** 29:12
**relative** 3:12 4:4 23:9
**remain** 8:22
**remember** 5:16 10:4 17:23 19:22 20:5,10 21:10,17 22:10,10,24 23:23 24:11 25:21,23 27:3,12 29:24 30:12 31:19 32:21,22,25 33:3,21,23 34:14,15 34:16
**remote** 3:14
**repeat** 3:25
**rephrase** 3:25 4:2
**report** 22:14 31:1 34:18,21 35:3,7,14 37:2
**Reported** 1:24
**Reporting** 1:25
**represent** 3:8
**representatives** 35:13
**requested** 34:22
**require** 26:25
**required** 26:20
**respirator** 29:16 37:13 37:15
**respirators** 26:1,5,21 27:7
**respiratory** 16:14 17:1 17:6,8,18,20,22 21:14 22:2
**respond** 34:23
**response** 4:16 21:7 30:24 32:15 34:19
**responsibilities** 6:7
**responsible** 6:10,15 15:25 18:19,21 19:11 19:20,25
**rest** 8:10 15:17
**resume** 18:18
**review** 33:11,13,15
**reviewed** 36:11
**Rich** 3:7
**Richard** 1:15
**right** 5:22 10:5 18:18 20:5 24:2,21 29:2
**Robin** 17:13,14
**room** 26:25
**rotated** 18:9
**router** 38:7
**routine** 24:19
**routing** 29:7
**RPR** 1:24

**S**

**S** 3:1
**safety** 8:13,16 13:3,5 13:23 14:7,13 18:14 18:18,22 19:8,12,24 20:3,12,14,16 26:19 26:20 29:12 31:5
**Salerno** 16:2 22:25 23:3 25:6 27:14
**same** 8:22 9:24 21:13
**Sapko** 7:8 16:17 18:5
**saw** 23:17 28:10 29:9 34:20 38:6
**sawing** 29:6
**saws** 15:10,11 23:16,16 25:15 28:2,5
**schedule** 33:8
**school** 7:14,15,18
**screwdrivers** 15:19
**second** 32:7
**see** 24:16,25 26:9,15 31:18 34:21 36:14
**seeing** 23:23 24:11 26:25 28:25 35:7
**seen** 25:2 27:23 29:22
**self-taught** 19:3
**seminar** 8:1
**send** 7:25
**Sennett** 1:16
**separate** 11:16
**serves** 11:6
**session** 13:8
**sessions** 14:11 18:24
**set** 28:14
**setting** 10:15
**sheet** 20:16 29:22,23 36:23
**sheets** 19:8 20:4,12,14 26:19 29:12 36:5,7 36:11,18 37:2,4,9 38:1
**shift** 11:3 23:13 24:21
**shifts** 10:25
**shop** 11:19,21 12:3,6 12:14 20:3 28:22,23 29:3
**show** 19:4
**sick** 17:19
**Siggers** 3:8
**significant** 28:22
**silica** 20:17
**silos** 15:17
**similar** 31:18
**simply** 4:3
**Since** 4:11
**sir** 5:5 6:1,20,22 7:24 9:11 10:19 12:15,17 15:5,8,13 36:8 37:14
**sitting** 27:5
**skin** 30:1,2
**Snyder** 19:25
**some** 4:3 18:1 23:25 33:21
**someone** 14:3 28:10 32:18
**something** 16:20 19:6 24:5,18 25:23 29:1,3
**sometime** 12:9
**sometimes** 12:4,11
**soon** 30:17
**sorry** 9:20
**sort** 23:25 33:21 34:13
**source** 14:14
**South** 1:11 4:9
**space** 27:14
**speaking** 3:18
**specialist** 6:2
**specific** 15:2 21:16 22:4,5,9 28:18 31:10
**specifically** 8:14 16:4,6 16:16 18:13 22:9 25:19 26:14 27:12,16 27:24 29:6,15 30:12 34:2 35:15 36:15 38:9
**specifics** 21:21
**spend** 12:6 28:21
**spoke** 35:12
**spots** 36:12
**spraying** 23:22
**spread** 11:20
**staff** 8:5 13:9,10,12,13 13:15 14:3 16:13,17 16:25 17:4,7,10 21:20 30:1 37:15
**standing** 36:20
**start** 3:21
**started** 3:17 5:23 10:5 22:8
**state** 4:6
**statement** 22:22 36:13
**statements** 14:15,19,24 14:25 15:2
**States** 1:1,11,19 3:10
**static** 4:17
**stating** 29:21 30:24
**station** 20:7
**Steve** 14:3,8
**still** 7:3 9:4,7 35:6
**stop** 9:5
**straightforward** 36:6
**Street** 1:16,19,22 4:9
**striking** 29:16
**strong** 15:18
**subject** 21:5
**submitting** 17:4
**Subsequent** 37:1
**suck** 15:14
**sucked** 15:20,24
**suggested** 26:20
**Suite** 1:11,19

**superintendent** 5:8 6:8 7:4,7 8:20,25 10:21 15:12 16:23,24 26:3
**supervise** 6:23
**supervised** 7:1,6
**supervision** 6:10
**supervisor** 6:19 7:11 16:3 17:14 18:4,5
**supervisors** 7:5 38:13 38:18
**supplies** 19:3
**supposed** 29:22
**sure** 3:22 9:15 11:13 14:25 18:2,9 19:21 20:23 21:4,22 22:20 24:11 31:24 32:24 34:5 36:15
**sweep** 24:10
**sworn** 3:2
**system** 8:1,5 15:10,17 15:18,22 16:1,1,8,8 26:24 27:1,14

**T**

**T** 3:1
**table** 23:16
**take** 12:9
**taken** 1:9
**taking** 35:12
**talk** 19:2 25:23
**talked** 12:23 27:15
**talking** 5:19 13:11 23:24 28:24 31:11
**talks** 18:22
**tampering** 37:3
**tasks** 27:8 33:9
**teach** 8:8
**teamwork** 8:8
**tell** 7:5 15:9 26:14 28:15 34:6
**telling** 16:18
**tells** 30:21
**tenure** 6:4
**term** 7:23 34:2,3,5
**test** 23:10,11,12 30:8 30:14 31:6
**testified** 3:2
**testimony** 2:3 16:23 21:23 27:4,5 32:10
**testing** 23:1,6 28:13 30:6,10,10,18,23 31:2,2,15 32:3,8,17 32:24 33:1
**tests** 23:11 31:3
**thank** 35:22,24 37:18 38:19,21
**their** 16:2 18:24 22:6 24:8,14,19,21 27:21 30:10 35:13
**themselves** 23:22 24:3 24:8,12 25:15,22
**thing** 15:19 34:16
**things** 3:16 9:15 10:15 12:1 17:25 19:7 22:9 28:15,18 34:24 35:1
**think** 3:19 11:13 13:4 13:21 16:10 17:17 20:1,19 21:4,15 22:20 26:24 27:14 28:6 33:23 34:6,13 36:12
**thinking** 17:10 23:11 23:12 30:19 35:5
**though** 28:1 33:2
**thought** 25:25 29:1 32:4 36:10
**three** 5:10
**three-way** 3:13
**through** 7:24 15:16 19:24 25:18 28:19 33:6 36:21,23
**throughout** 8:22 11:20 11:22 28:24
**tied** 15:21
**Tim** 7:9
**time** 3:18,18,23 5:22 8:22 9:24 10:1,20,23 10:25 11:3 12:6 13:17 15:12 16:22,24 18:1 19:17,17 20:24 21:13 22:18 23:4 28:22 29:8 32:23,25 35:3 37:2
**times** 8:7 12:5 24:9
**title** 5:6
**today** 3:11 27:5,6 33:12
**told** 25:1,5 27:1,11 34:8
**tools** 15:20
**topics** 19:2
**total** 6:10
**train** 8:5
**training** 7:17,19,20,22 8:8,12,15,16,17 12:24 13:2,5,7,11,16 14:2,4,7,11,13 18:11 18:14,18,19,24,24
**transfer** 5:3
**transferred** 5:2
**transmission** 4:17
**trick** 4:3
**tried** 11:8 33:13
**trip** 22:19
**trying** 16:9
**tube** 15:13
**twice** 12:4
**two** 5:17 6:1 11:2 14:5 14:9 15:1 31:21 36:12
**two-hour** 14:11
**type** 17:5 26:6 35:16

**U**

**uh-huh** 9:22
**understand** 3:14 4:1 16:23 21:25 27:4 28:20 32:10
**understanding** 15:9 27:17,19,19 28:7
**undertaken** 30:6 32:17 38:17
**UNICOR** 1:21 5:20,24 8:20 9:1 10:10,22 11:5 12:24 15:11 16:4,6 18:6 19:9 26:2 26:22 27:8 30:8 31:4 35:18
**United** 1:1,11,19 3:9
**unnecessary** 27:6
**until** 10:23 32:17
**updated** 15:1
**Upstairs** 12:19
**use** 15:3,11 17:1 18:12 29:12,17
**used** 25:14 32:11,13
**using** 23:21 24:2,13 25:21 26:21 28:2
**utilizing** 23:16

**V**

**v** 1:4
**various** 7:21 8:7,17 10:6 17:24 19:1 28:14
**ventilation** 15:10 16:1 16:8
**verbal** 35:6
**very** 11:12 35:22 38:19
**video** 1:9 3:12,13
**videotapes** 19:4
**visit** 21:1,3,6,12 22:11

**W**

**W** 1:3
**waive** 38:21
**walk** 12:12,13 28:19
**walked** 37:12
**walking** 11:25 27:22 28:16
**walks** 12:9
**want** 3:20 4:3 21:22 24:24 31:6
**Ward** 3:9
**warden** 4:15 6:16,18 6:21 34:23
**Washington** 1:22
**wasn't** 10:15 15:15 18:4 27:2 29:2 32:23 34:15,21
**watching** 28:16 29:2
**way** 3:19
**wear** 26:17 27:7 37:13 37:15
**wearing** 26:9,21
**Wednesday** 1:10
**well** 3:20 9:5 12:8 19:23 32:7 34:7
**went** 33:6
**were** 4:23,25 5:6,14,24 6:7 7:2,4 8:11,17,25 9:15 10:15,17,20,21 10:25 11:6 12:1,1,3 12:10 15:12,21 16:19 16:22,24 18:5,8,21 19:2,3,4,4,7,8,13,15 19:17,17,19 20:3 21:13,24 22:1,3,6,12 23:1 24:5,7,9,18,20 25:1,3,4,20 26:1,2,4 26:7,13,16,25 28:2,4 28:15 32:2,5,16 33:5 33:8 34:15 35:3 36:5 36:11,18,22,23 37:4 37:16 38:18
**West** 1:16
**Western** 1:1 3:10
**We'll** 38:21
**we're** 3:11,12 5:19
**while** 5:6 6:8 8:25 26:2 30:3,3 35:6 37:15
**white** 26:7
**whole** 3:22 28:20 32:23
**Witness** 15:8 35:24
**witnessed** 25:16
**word** 29:16,17
**words** 7:25 11:16
**work** 4:8 13:12
**worked** 15:10 18:7,8
**Workers** 17:5
**working** 15:3 23:14 28:9 30:3
**workload** 11:7
**written** 8:19 30:25 34:20 35:7

**X**

**X** 2:1

**Y**

**Y** 3:1
**yeah** 8:3 37:19
**year** 6:1,1 13:8,17,20 15:1 30:20
**yearly** 13:4 18:9
**years** 5:10,17 15:1

**0**

**03-323** 1:3
**03-355** 1:4
**03-368** 1:4
**04-011** 1:5
**05-160** 1:3

**1**

**10** 11:13
**10th** 1:16
**10:08** 1:11
**100** 11:8
**11:00** 10:24
**11:16** 38:24
**120** 1:16
**15219** 1:20
**160** 11:7
**16501** 1:12,17
**17** 1:11
**1974** 7:16
**1989** 5:1,23
**1999** 5:11,12

**2**

**200** 11:7,7
**2003** 4:11 5:1,23
**2004** 33:14
**2006** 1:10
**20534** 1:22
**2600** 4:9

**3**

**3** 2:4
**301** 4:9
**36** 2:5
**37** 2:6

**4**

**4:00** 23:13
**400** 1:22
**4000** 1:19

**5**

**50** 31:20

**6**

**6** 1:10

**7**

**7:10** 10:23
**7:30** 10:23 23:13
**700** 1:19

**8**

**89** 10:12

**9**

**90** 10:12
**91** 6:6
**92** 6:6