

LAST UPDATE 2/3/05

○ 3841
● 3842
● 3843