```
BOPUK  531.01 *              INMATE HISTORY              *      09-08-2006
PAGE 001        *                WRK DETAIL             *      07:44:54

REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK      FUNCTION: PRT      FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| PET | ORD CAR H | ORD CAR H | 04-17-2006 0001 | CURRENT |
| PET | VACATION | ALL VACATIONS | 04-11-2006 0001 | 04-17-2006 0001 |
| PET | ORD CAR H | ORD CAR H | 01-18-2005 0001 | 04-11-2006 0001 |
| PET | ORD EDUC | EDUCATION ORDERLY | 09-29-2004 0001 | 01-18-2005 0001 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 09-27-2004 1552 | 09-29-2004 0001 |
| PET | A/O | NEEDS A/O PROCESSING | 08-27-2004 1239 | 09-27-2004 1552 |
| PEM | UNASSG | UNASSG | 08-25-2004 1447 | 08-27-2004 1216 |
| PHL | UNASSG | UNASSG | 08-23-2004 1658 | 08-25-2004 0650 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 08-20-2004 1429 | 08-23-2004 0927 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2004 0001 | 08-20-2004 1045 |
| MCK | VACATION | VACATION | 04-16-2004 0001 | 04-17-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-25-2004 0001 | 04-16-2004 0001 |
| MCK | VACATION | VACATION | 03-24-2004 0001 | 03-25-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 03-13-2004 0001 | 03-24-2004 0001 |
| MCK | VACATION | VACATION | 03-12-2004 0001 | 03-13-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 02-14-2004 0001 | 03-12-2004 0001 |
| MCK | VACATION | VACATION | 02-13-2004 0001 | 02-14-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 01-21-2004 0001 | 02-13-2004 0001 |
| MCK | VACATION | VACATION | 01-20-2004 0001 | 01-21-2004 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 11-29-2003 0001 | 01-20-2004 0001 |
| MCK | VACATION | VACATION | 11-26-2003 0001 | 11-29-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 10-24-2003 0001 | 11-26-2003 0001 |
| MCK | VACATION | VACATION | 10-23-2003 0001 | 10-24-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 09-16-2003 0001 | 10-23-2003 0001 |
| MCK | VACATION | VACATION | 09-15-2003 0001 | 09-16-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 07-19-2003 0001 | 09-15-2003 0001 |
| MCK | VACATION | VACATION | 07-17-2003 0001 | 07-19-2003 0001 |
| MCK | I LAYUP 2 | 3:00 PM TO 11:00 PM | 04-17-2003 0001 | 07-17-2003 0001 |
| MCK | VACATION | VACATION | 04-14-2003 0001 | 04-17-2003 0001 |

```
MCK    I LAYUP 2   3:00 PM TO 11:00 PM          12-21-2002 0001 04-14-2003 0001

MCK    VACATION    VACATION                     12-20-2002 0001 12-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          10-12-2002 0001 12-20-2002 0001

MCK    VACATION    VACATION                     10-10-2002 0001 10-12-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          08-19-2002 0001 10-10-2002 0001

MCK    UNASSG      UNASSIGNED                   08-15-2002 1125 08-19-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               08-12-2002 1657 08-15-2002 1125

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          06-21-2002 0001 08-12-2002 1657

MCK    VACATION    VACATION                     06-17-2002 0001 06-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          05-08-2002 0001 06-17-2002 0001

MCK    UNASSG      UNASSIGNED                   04-29-2002 0754 05-08-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               04-07-2002 1917 04-29-2002 0754
```

```
G0002          MORE PAGES TO FOLLOW . . .
```

```
  BOPUK  531.01 *          INMATE HISTORY          *      09-08-2006
PAGE 002 OF 002 *            WRK DETAIL            *      07:44:54

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          02-16-2002 0001 04-07-2002 1917

MCK    VACATION    VACATION                     02-14-2002 0001 02-16-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          08-25-2001 0001 02-14-2002 0001

MCK    VACATION    VACATION                     08-24-2001 0001 08-25-2001 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          07-05-2001 0001 08-24-2001 0001

MCK    I PACK 1    PACKING 1                    06-19-2001 0001 07-05-2001 0001

MCK    ORD B A     ORDERLY BA                   04-12-2001 0001 06-19-2001 0001

MCK    UNASSG      UNASSIGNED                   04-11-2001 0001 04-12-2001 0001
```

# UNICOR
### Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 3 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| 3 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| 3 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**    1 7 1 1 0 - 0 1 6

**5. Resident Name (Last, First, Middle)**    M I T C H E L L

**6. Institution Code**    0 3 1

## Action Recommended
### From:

**7. Job Number**  0 1 2

**8. Grade 1 - 4**  4

**9. Industry Code**  M C F T

**10. Wage Plan**  1

**11. Dot Code**  7 6 9 6 8 7 0 5 4

**12. Position Title**  W O O D W K R H E L P E R

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

### To:

**13. Job Number**

**14. Grade 1 - 4**

**15. Industry Code**

**16. Wage Plan**

**17. Dot Code**

**18. Position Title**

**19. Effective Date Month, Day, Year**  0 8 - 2 0 - 0 4

**20. Time Of Action**  0 7 1 0

**21. Check One:    AM    PM**    X ☐

| | |
|---|---|
| 3 | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| 2 | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole). |

| | |
|---|---|
|    -  -    | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
|       | 25. Total Inmate Hours Involved |

### 26. Signatures:

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

PACKING                                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number: `1 7 1 1 0 — 0 1 6`
5. Resident Name (Last, First, Middle): `H I L L , K E N N Y`
6. Institution Code: `2 3 1`

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 9 0 5 4` | `W D W R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.   — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1` | | | | | |

19. Effective Date Month, Day, Year: `0 6 — 1 9 — 0 1`
20. Time of Action: `0 7 1 0`
21. Check One:   AM `X`   PM

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| `— —` | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman               Date: _____

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper            Date: _____

FPI Form 96 (9/98)

# FACTORY RULES AND REGULATIONS

NAME _Kenny Hill_ _____ UNIT _BA-235-L_ LOCKER# _____ CHIT# _____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPER-VISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.

Signature: _Kenny Hill_ _____ Register No: _17110-016_ Date: _6-19-01_

FEDERAL PRISON INDUSTRIES, Inc.

UNICOR - McKEAN

P.O. BOX 8000                                     MEMORANDUM

Phone #(814) 362-8900
Fax #(814) 362-4151

---

DATE:    September 30, 1999

REPLY TO:
  ATTN OF  Martin Sapko, Factory Manager.

SUBJECT:  Issuance of Safety Glasses

    TO:  New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _6/19/01_
and I agree to the above conditions.

Signature: _Kenny Hill_

Name: _KENNY HILL_

Reg. Number: _17110-016_

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name  _Kerry Hill_                    Reg. Number  _17110-016_

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

_Kerry Hill  # 17110.016_
Inmate Signature  &  Reg. Number

_6-23-03_
Date

Woodworking Supervisor Signature

_6/23/03_
Date

| TITLE:      TRAINING RECORD | CONTROL NO.   1403 | DATE: 6/11/03 |
|---|---|---|
| Production -  UNICOR MCKEAN | REV:   Original Issue | SHEET   1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kenny Hill__          Register Number: __17110-016__
Institution Code: _____231_____          Industry Code: _____MCFT_____

Job Description: __Woodwork Shophand__          Department: __Packing__

> **Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.**

I have instructed inmate ___Kenny Hill___     Reg. No. ___17110-016___

in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          7/17/01
        Foreman                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     17110-016          7-17-01
  Signature of Inmate        Register Number          Date

```
  MCK2G  531.01 *              INMATE HISTORY           *      08-30-2006
PAGE 001          *                WRK DETAIL           *      14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
PET    ORD CAR H  ORD CAR H                      04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS                  04-11-2006 0001 04-17-2006 0001
PET    ORD CAR H  ORD CAR H                      01-18-2005 0001 04-11-2006 0001
PET    ORD EDUC   EDUCATION ORDERLY              09-29-2004 0001 01-18-2005 0001
PET    UNASSG     UNASSIGNED WORK DETAIL         09-27-2004 1552 09-29-2004 0001
PET    A/O        NEEDS A/O PROCESSING           08-27-2004 1239 09-27-2004 1552
PEM    UNASSG     UNASSG                         08-25-2004 1447 08-27-2004 1216
PHL    UNASSG     UNASSG                         08-23-2004 1658 08-25-2004 0650
LEW    UNASSG     UNASSIGNED WORK DETAIL         08-20-2004 1429 08-23-2004 0927
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            04-17-2004 0001 08-20-2004 1045
MCK    VACATION   VACATION                       04-16-2004 0001 04-17-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            03-25-2004 0001 04-16-2004 0001
MCK    VACATION   VACATION                       03-24-2004 0001 03-25-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            03-13-2004 0001 03-24-2004 0001
MCK    VACATION   VACATION                       03-12-2004 0001 03-13-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            02-14-2004 0001 03-12-2004 0001
MCK    VACATION   VACATION                       02-13-2004 0001 02-14-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            01-21-2004 0001 02-13-2004 0001
MCK    VACATION   VACATION                       01-20-2004 0001 01-21-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            11-29-2003 0001 01-20-2004 0001
MCK    VACATION   VACATION                       11-26-2003 0001 11-29-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            10-24-2003 0001 11-26-2003 0001
MCK    VACATION   VACATION                       10-23-2003 0001 10-24-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            09-16-2003 0001 10-23-2003 0001
MCK    VACATION   VACATION                       09-15-2003 0001 09-16-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            07-19-2003 0001 09-15-2003 0001
MCK    VACATION   VACATION                       07-17-2003 0001 07-19-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            04-17-2003 0001 07-17-2003 0001
MCK    VACATION   VACATION                       04-14-2003 0001 04-17-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            12-21-2002 0001 04-14-2003 0001
MCK    VACATION   VACATION                       12-20-2002 0001 12-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            10-12-2002 0001 12-20-2002 0001
MCK    VACATION   VACATION                       10-10-2002 0001 10-12-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            08-19-2002 0001 10-10-2002 0001
MCK    UNASSG     UNASSIGNED                     08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED                 08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            06-21-2002 0001 08-12-2002 1657
MCK    VACATION   VACATION                       06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM            05-08-2002 0001 06-17-2002 0001
MCK    UNASSG     UNASSIGNED                     04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED                 04-07-2002 1917 04-29-2002 0754
```

G0002          MORE PAGES TO FOLLOW  . . .

```
  MCK2G   531.01 *                INMATE HISTORY              *      08-30-2006
PAGE 002 OF 002 *                  WRK DETAIL                *      14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK          FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT  DESCRIPTION               START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       02-16-2002 0001 04-07-2002 1917
MCK    VACATION    VACATION                  02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       08-25-2001 0001 02-14-2002 0001
MCK    VACATION    VACATION                  08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM       07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1    PACKING 1                 06-19-2001 0001 07-05-2001 0001
MCK    ORD B A     ORDERLY BA                04-12-2001 0001 06-19-2001 0001
MCK    UNASSG      UNASSIGNED                04-11-2001 0001 04-12-2001 0001
MCK    A&O         ADMISSION & ORIENTATION   04-06-2001 0845 04-11-2001 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL    04-02-2001 1905 04-06-2001 0603
OKL    UNASSG      UNASSIGNED HOLDOVER       03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM  INDUSTRIES FINISH P.M.    11-06-2000 0001 03-28-2001 0800
THA    IND FINISH  INDUSTRIES FINISH         09-22-2000 0001 11-06-2000 0001
THA    ORD C       ORD                       08-04-2000 0001 09-22-2000 0001
THA    UNASSG      UNASSIGNED WORK DETAIL    07-06-2000 1000 08-04-2000 0001
OKL    UNASSG      UNASSIGNED HOLDOVER       07-03-2000 1640 07-06-2000 0710
```

```
MCK    UNASSG      UNASSIGNED                    08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           06-21-2002 0001 08-12-2002 1657
MCK    VACATION    VACATION                      06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           05-08-2002 0001 06-17-2002 0001
MCK    UNASSG      UNASSIGNED                    04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                04-07-2002 1917 04-29-2002 0754
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  MCK2G  531.01 *          INMATE HISTORY          *      08-30-2006
PAGE 002 OF 002 *            WRK DETAIL            *      14:59:54
```

```
REG NO..: 17110-016 NAME....: HILL, KENNY
CATEGORY: WRK        FUNCTION: PRT      FORMAT:
```

```
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           02-16-2002 0001 04-07-2002 1917
MCK    VACATION    VACATION                      02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           08-25-2001 0001 02-14-2002 0001
MCK    VACATION    VACATION                      08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM           07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1    PACKING 1                     06-19-2001 0001 07-05-2001 0001
MCK    ORD B A     ORDERLY BA                    04-12-2001 0001 06-19-2001 0001
MCK    UNASSG      UNASSIGNED                    04-11-2001 0001 04-12-2001 0001
MCK    A&O         ADMISSION & ORIENTATION       04-06-2001 0845 04-11-2001 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL        04-02-2001 1905 04-06-2001 0603
OKL    UNASSG      UNASSIGNED HOLDOVER           03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM  INDUSTRIES FINISH P.M.        11-06-2000 0001 03-28-2001 0800
THA    IND FINISH  INDUSTRIES FINISH             09-22-2000 0001 11-06-2000 0001
THA    ORD C       ORD                           08-04-2000 0001 09-22-2000 0001
THA    UNASSG      UNASSIGNED WORK DETAIL        07-06-2000 1000 08-04-2000 0001
OKL    UNASSG      UNASSIGNED HOLDOVER           07-03-2000 1640 07-06-2000 0710
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED



**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**UNICOR FEDERAL PRISON**
**INDUSTRIES**
**Federal Correctional Institution, McKean**
**Bradford, Pennsylvania**

September 1, 2006

MEMORANDUM FOR DOUG GOLDRING, ASSISTANT GENERAL COUNSEL, FPI

FROM:        Tim Holohan, System Accountant

SUBJECT:     FPI Form 96

The original (attached) Form 96 dated August 20, 2004 for Inmate
Hill, Kenny, reg. no. 17110-016 was a carbon form and is not
legible.  We are attaching a hand written replication of the Form
96 which can be easily read.

Please advise us if you would like us to proceed differently.

TRANSFER



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| --- | --- |

| 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| --- | --- |
| | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| --- | --- |
| | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
| --- | --- | --- |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| --- | --- | --- | --- | --- | --- |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| --- | --- | --- | --- | --- | --- |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:    AM    PM |
| --- | --- | --- |

| 22. Reason For Termination Of Employment Or Withdrawal |
| --- |
| 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| 23. Continuation of Longevity Status |
| --- |
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| 24. Date Of Enrollment Month, Day, Year |
| --- |

| 25. Total Inmate Hours Involved |
| --- |

**26. Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96    Distribution:    White——————— Business office    Green——————— Placement
Pink——————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 3 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 17110-016 | HILL KENNY | 231 |

## Action Recommended
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 012 | 4 | MCAT | 1 | 769687054 | MOOD WRK SHO AAAWD |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM  PM |
|---|---|---|
| 08-20-04 | 0710 | X  ☐ |

| 3 | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| ☐ | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| ☐☐–☐☐–☐☐ | 24. Date Of Enrollment Month, Day, Year |

| ☐☐☐☐ | 25. Total Inmate Hours Involved |

### 26. Signatures:

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 1 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number    5. Resident Name (Last, First, Middle)    6. Institution Code

| 1 7 1 1 0 — 0 1 6 | H I L L , K E R R Y | 2 3 1 |

**Action Recommended**

From:

7. Job Number  8. Grade 1 - 4  9. Industry Code  10. Wage Plan  11. Dot Code  12. Position Title

| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 9 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.   —  X = Apprentice
3 = P.W.

To:

13. Job Number  14. Grade 1 - 4  15. Industry Code  16. Wage Plan  17. Dot Code  18. Position Title

| 0 1 | | | | | |

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One:   AM   PM

| 0 6 — 1 9 — 0 1 |   | 0 7 1 0 |   | X | |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman    Date: 6/31/01

Approved By _____ Plant Superintendent    Date: 6/28/01

Approved By _____ Ass't Supt. Or Business Mgr.    Date: 6/27/01

Entered On Payroll Records _____ Timekeeper    Date: 6/27/01

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

U. S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

*LAYUP II*
DEPARTMENT

DATE *3-23-04*

*11:09*

NAME: _____ *HILL* _____ *KEVN* _____
           LAST      FIRST

REGISTRATION NUMBER *17110 - 016*

I REQUEST VACATION FROM *4-16* TO *4-17* (*1-DAY*)

\*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:
_____
WORK SUPERVISOR

APPROVED BY:
_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19*2001*, AND

HAS ACCUMULATED *11:09* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* HRS PER MONTH.

(½)  (II)

COMPUTED BY:
_____
TIMEKEEPER

REVIEWED BY:
_____
ACCOUNTANT

FINAL APPROVED BY:
_____
SUPERINTENDENT

UNIT TEAM ACTION: _____      APPROVED:_____      DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

\*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_LATAP II_
DEPARTMENT

_3-8-04_
DATE

_Jla. 18:24_

_HILL  KENNY_
NAME:    LAST    FIRST

_#17110-016_
REGISTRATION NUMBER

I REQUEST VACATION FROM _3-24_ TO _3-25_   _1-DAY_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_Kenny Hill_
INMATES SIGNATURE

APPROVED BY:

_W. ___
WORK SUPERVISOR

APPROVED BY:

_T. ___
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _18:24_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15_ DAYS PER MONTH.

(I)

COMPUTED BY:

_JKk._
TIMEKEEPER

REVIEWED BY:

_JKk._
ACCOUNTANT

FINAL APPROVED BY:

_T. ___
SUPERINTENDENT

UNIT TEAM ACTION:     APPROVED:_____     DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)




**UNICOR**
Federal Prison Industries, Inc.

*LAY UP 2*

~~FACTORY II~~

DEPARTMENT

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*2-18-04*
DATE

*2 /20*
*10:54*

NAME: _*HILL*_     _*LENNY*_          #*19110-016*
        LAST        FIRST          REGISTRATION NUMBER

I REQUEST VACATION FROM _3-12_ TO _3-13_  *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                          APPROVED BY:

_____               _____
WORK SUPERVISOR                       DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19 _2004_, AND
HAS ACCUMULATED _10:54_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT _2:15_ DAY PER MONTH.

(½)  (1)

COMPUTED BY:           REVIEWED BY:              FINAL APPROVED BY:

_____        _____          _____
TIMEKEEPER             ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION: _____      APPROVED:_____          DISAPPROVED_____

                                           PLEASE STATE REASONS WHY IF
                                           DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



**UNICOR**
Federal Prison Industries, Inc.

Layup 2

DEPARTMENT

### REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

1-22-04
DATE

2/2
11:00

NAME: HILL KENNY
LAST        FIRST

# 17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 2-13 TO 2-17   1-DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

Kenny Hill
INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

178  T. [signature]

DEPARTMENT HEAD

1781 - 178

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19/2001, AND

HAS ACCUMULATED 11:05 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7:15 DAY PER MONTH.

(½)  (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

T. [signature]

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*LAY UP II*

DEPARTMENT

*1-9-04*

DATE

*HILL FINN*

NAME:            LAST            FIRST

*17110-016*

REGISTRATION NUMBER

I REQUEST VACATION FROM *1-21* TO *1-22*   *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

*Lenny Hill*

INMATES SIGNATURE _____

APPROVED BY:                              APPROVED BY:

_____                  _____
WORK SUPERVISOR                          DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6 / 19* ~~19~~2001, AND

HAS ACCUMULATED *25.24* ~~DAY~~ **hrs** (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7:15* ~~DAY~~ **hrs** PER MONTH.

(½)   (①)

COMPUTED BY:              REVIEWED BY:                    FINAL APPROVED BY:

_____          _____                _____
TIMEKEEPER               ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____            DISAPPROVED_____

                                                           PLEASE STATE REASONS WHY IF
                                                           DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED TWO
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

LAY UP - 2

DEPARTMENT

DATE  1/5/09

NAME: _____ LAST _____ FIRST      REGISTRATION NUMBER  #17110-016

I REQUEST VACATION FROM 1-20 TO 1-21   1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19 2004, AND

HAS ACCUMULATED 2.504 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 DAY PER MONTH.

(½)  (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED TWO
WEEKS IN ADVANCE.

**UNICOR**
Federal Prison Industries, Inc.

*Lay-up* ~~FACTORY~~
*Not valid assignment?*

DEPARTMENT

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

DATE: 11-7-03                    2-DAYS

NAME: ___HILL___ ___KENNY___    REGISTRATION NUMBER: # 17110-016    4/3  25.24
       LAST     FIRST

I REQUEST VACATION FROM 1-26 TO 1-28   2 DAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_Kenny Hill_
INMATES SIGNATURE

APPROVED BY: _W. Hill_
WORK SUPERVISOR

APPROVED BY: _T. Dalafan Jr_
DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/19__ 19 __2001__, AND
HAS ACCUMULATED __25.24 hrs__ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT __7:15 hrs__ DAY PER MONTH.

(½)   (1)

COMPUTED BY: _W_
TIMEKEEPER

REVIEWED BY: _W_
ACCOUNTANT

FINAL APPROVED BY: _T. Dalafan Jr_
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____
                                           PLEASE STATE REASONS WHY IF
                                           DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**From:**      Tim Holohan
**To:**         Mincemoyer, Chris
**Date:**      10/22/03 10:20AM
**Subject:**    Award Day

Chris,

Can you accept this as granting an on the spot award day fro Kenny Hill (2nd shift)?

He suggested a safety issue to us on the lay-up line regarding placing non-skid material on either side of the elevated platform.

I told Hill he could use this on Thursday, October 23, 2003.    VAc

Thanks,
Tim

17110 - 016

lay 2

10:54
7:15
17:69
18:09

FiLe



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT _____

DATE  8-29-03

NAME: _____ LAST _____ FIRST _____    REGISTRATION NUMBER _____

I REQUEST VACATION FROM 9-15 TO 9-16-03   1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____    APPROVED BY: _____

WORK SUPERVISOR    DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/19__ 02(01)__, AND

HAS ACCUMULATED _5.34_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15_ hrs DAY PER MONTH.

(½)  (1)

COMPUTED BY: _____    REVIEWED BY: _____    FINAL APPROVED BY: _____

TIMEKEEPER    ACCOUNTANT    SUPERINTENDENT

UNIT TEAM ACTION: _____    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Lares 2_

DATE _6-19 03_    _18:09_

DEPARTMENT

NAME: _Hill, Kenny_

LAST        FIRST        REGISTRATION NUMBER _17110-016_

I REQUEST VACATION FROM _7/17/03_ TO _7/18/03 (2 days)_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_Kenny Hill_

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19_2001_, AND

HAS ACCUMULATED _18:09_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:05_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____ DEPARTMENT

_____ DATE

NAME: _____ LAST _____ FIRST _____ REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

_____                                       _____
WORK SUPERVISOR                                 DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 19__, AND

HAS ACCUMULATED 25.24 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _____ ~~DAY~~ PER MONTH.

(½)  (1)

COMPUTED BY:            REVIEWED BY:            FINAL APPROVED BY:

_____              _____              _____
TIMEKEEPER             ACCOUNTANT             SUPERINTENDENT

UNIT TEAM ACTION:            APPROVED:_____            DISAPPROVED_____
                                                          PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

*LAYUP*
*Factory II*

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977 *2/12/02*

DEPARTMENT

*12-6-02*
DATE

*25:24*

NAME: _____ *HILL* _____ *KENNY* _____
LAST _____ FIRST

*17110-016*
REGISTRATION NUMBER

I REQUEST VACATION FROM *12-20* TO *12-23*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _____
(MUST BE ANNIVERSARY DATE)

*Kenny Hill*
INMATES SIGNATURE

APPROVED BY: _____

WORK SUPERVISOR

APPROVED BY: *T. Hulahan /m*

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19 19 2001*, AND

HAS ACCUMULATED *25:24 hrs* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7:15 hrs* DAY PER MONTH.

(½) (1)

COMPUTED BY: _____

TIMEKEEPER

REVIEWED BY: _____

ACCOUNTANT

FINAL APPROVED BY: *T. Hulahan /m*

SUPERINTENDENT

UNIT TEAM ACTION: _____ APPROVED:_____ DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

**U.S. Department of Justice**

**UNICOR**

Federal Prison Industries, Inc.

9/30/02

*I_ Layup 2*

__REQUEST FOR INMATE VACATION__

_____
DEPARTMENT

9-16-02
DATE

NAME: _____
          LAST              FIRST

REGISTRATION NUMBER
17110-016

I REQUEST VACATION FROM _10-10_ TO _10-12_   2 days

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____
WORK SUPERVISOR

APPROVED BY: _____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6_/_19_ _2001_, AND

HAS ACCUMULATED _18.09 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15 hrs_ DAY PER MONTH.

(½)   (1)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _____
SUPERINTENDENT

UNIT TEAM ACTION:

APPROVED:_____

DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39       Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: **THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_____                              6-26-02   10:59
DEPARTMENT                                    DATE

NAME: _____ LAST _____ FIRST _____   REGISTRATION NUMBER

I REQUEST VACATION FROM 7___ TO 7-6  / DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF.
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_____
WORK SUPERVISOR                           DEPARTMENT HEAD


BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6 / 19 192___, AND

HAS ACCUMULATED 0.'54 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 ~~DAY~~ PER MONTH.

(½)  (1)


COMPUTED BY:              REVIEWED BY:                    FINAL APPROVED BY:

_____          _____                _____
TIMEKEEPER               ACCOUNTANT                      SUPERINTENDENT


UNIT TEAM ACTION:            APPROVED:_____            DISAPPROVED_____
                                                         PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____


*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White)   Unit (Green)   Timekeeper (Canary)   Factory (Pink)   Inmate (Goldenrod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_____
DEPARTMENT

_____
DATE

_____                    _____
NAME:          LAST          FIRST                    REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                        APPROVED BY:

_____                    _____
WORK SUPERVISOR                                     DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                     FINAL APPROVED BY:

_____      _____         _____
TIMEKEEPER                   ACCOUNTANT                       SUPERINTENDENT

UNIT TEAM ACTION:           APPROVED:_____              DISAPPROVED_____
                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39          Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

Case 1:06-cv-00160-SJM-SPB    Document 37-23    Filed 02/05/2007    Page 32 of 42



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

*LAY UP*

DEPARTMENT

DATE

NAME:        LAST        FIRST              REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____    *2 DAYS*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

WORK SUPERVISOR                          DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19*2001*, AND

HAS ACCUMULATED *2535* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* DAY PER MONTH.

(½)    (I)

COMPUTED BY:              REVIEWED BY:                FINAL APPROVED BY:

TIMEKEEPER                ACCOUNTANT                  SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____          DISAPPROVED_____
                                                          PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE

Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 6-22-01

TO: Mr. Sapko,     Factory Manager

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to move to the P.M. shift due to my Am. Drug & Alcohol 40 hr. program with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 p.m. to 3 p.m. recall. Mr. Sapko I'm hoping you take this in consideration.

Respectfully Yours,

POSTED

Name: Kenny Hill

No.: 17110-016

Work assignment: Packing Department

Unit: 8A-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)     DATE: _____

OK
AH 6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

_____
Officer

Original - File
Copy - Inmate

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

DEPARTMENT                                    DATE

NAME:          LAST          FIRST          REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____ 1 day

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

WORK SUPERVISOR                              DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19___, AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

TIMEKEEPER                ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION:         APPROVED:_____         DISAPPROVED_____
                                                   PLEASE STATE REASONS WHY IF
                                                   DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

```
INST: MC     FACT: FT     GROUP: ft         CREW: PACKING

Name: HILL, KENNY                            Grade: 5
Reg-num: 17110-016
                    Amount   Hours
Standard Pay        $ 12.13  52:45    Date Computed           07/02/01
Group Incentive Pay   0.00    0:00    Anniversary Date        06/19/01
Indiv. Incentive Pay  0.00    0:00    Longevity Months               8
Overtime Premium Pay  0.00    0:00    UNICOR Work Months             1
Holiday Pay           0.00    0:00    Accrued Vacation Hours   003:45
Administrative Pay    0.58    2:30    Prev Yrs Vacation Hours  000:00
Vacation Taken Pay    0.00    0:00    Unpaid Call-out Hours     12:15
Vacation Cashed Pay   0.00    0:00    Rework Hours               0:00
Lost Time Wage        0.00    0:00    Unpaid Off-std Hours       0:00
Premium Pay           0.00            Final Pay?                  NO
Longevity Pay         0.00
Gross Pay            12.71
Adjustments           0.00
                    --------- -------
Net Pay             $ 12.71  55:15
```

Chris / Davis —

Please check Grade. Was Grade 4 prior. If not correct, please set with him.

Thanks,
Tim H.

P.S. Can Davis check his longevity also.

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO**

DATE: 6-2x

TO: _Mr. Sapko, Factory Manager_
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be do

_A would like to move to the P.M. due to my Am. Drug & Alcohol 40 hr. with Ms. Jessica Hayes. That program is twice a week. Also, A have to attend the G.E.D. Class everyday from 2 p.m. to 3 p.m. recall Mr. Sapko. A hoping you take this in Consideration._

_Respectfully yours,_

Name: _Kenny Hill_                    No.: _17110-016_

Work assignment: _Packing Department_    Unit: _BA-235L_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE: _____

OK
6/22/01

OK.
D. English
Lay-up-2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy -  Inmate

_____
Officer

# *UNICOR*

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: __Hill, Kenny_____    Number: __17110-016___    Date: __9-22-03___

_(Name Last, First)_

UNICOR McKean start date: _____ Current Grade: __4_____    Unit: __B-A_____

This is to advise you of your unsatisfactory work performance on: __9-22-03_____

Specifically:  Inmate Hill #17110-016, was late returning from the evening meal. The return
time to report back to work was 5:40pm, inmate Hill did not return to work until 5:47pm,
this making him 7 minutes late.

_____
_____
_____

Supervisor's Recommendation:

   1) Written Warning   ____YES_____

   2) Grade Reduction from ____to _____; No. of days _____

   3) Job Change        _____

   4) Removal * _____

   5) Other  _____

*   Third offenses, whether related acts, or not, automatically require the recommendation
for "Removal." All recommendations for "Removal" must be approved by the
Superintendent of Industries.

_____    _____ 9-22-03____
Inmate signature       Date           Staff signature       Date

Final disposition : _____
_____
_____
_____
_____


_____
Superintendent of Industries       Date

# *UNICOR*

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: _Hill Kenny_     Number: _17710-016_     Date: _9/8/03_
     (Last, First)

UNICOR McKean start date:_____ Current Grade:_____ Unit:_____ This is to
advise you of your unsatisfactory work performance on:_____

Specifically: _On 9/4/03 At 10:40pm, Inmate Hill_
_Attempted to leave Unicor with a 16 oz_
_Bottle of pine oil. He said he was going to_
_Use this to Clean his room._
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

    1) Written Warning _____✓_____

    2) Grade Reduction from _____ to _____; No. of days _____

    3) Job Change _____

    4) Removal ** _____

    5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
     All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
    this matter.

_Kenny Hill_  _9-8-03_         _Dave Engel_  _9/8/03_
    Inmate Signature     Date               Staff Signature      Date

Final disposition: _____
_____
_____

                               _____
                               Superintendent of Industries     Date

### Employee Work History

NAME: _Hill, Kenny_    NO. _# 17110-016_

HIRE DATE: _06/19/61_    Prior UNICOR Credit Accepted: _07_ Months

Year _2002_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 15 | 7:15 | | 25:39 | |
| Feb | 16 | 7:15 | 14:30 | 25:39 | VAC 7/4, 3/5 force + 7:30 in March |
| Mar | 17 | 7:15 | 7:30 | 25:24 | |
| Apr | 18 | 7:15 | | 32:39 | |
| May | 19 | 7:15 | | 39:54 | |
| Jun | 20 | 7:15 | 29:00+7:15 | 10:54 | VAC 6/7 5/18 6/19 6/20 5/12 |
| Jul | 21 | 7:15 | 7:15 | 10:54 | VAC 7/5 |
| Aug | 22 | 7:15 | | 18:09 | |
| Sep | 23 | 7:15 | 7:15 | 18:09 | VAC 9/16 |
| Oct | 24 | 7:15 | 14:30 | 10:54 | VAC 10/11 10/2 |
| Nov | 25 | 7:15 | | 18:09 | |
| Dec | 26 | 7:15 | 7:15+7:15 | 10:54 | VAC 12/20 12/23 |

Year _2003_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 27 | 7:15+ 7:15 | | 18:09 | |
| Feb | 28 | 7:15+ 7:15 | 7:15+7:15 | 10:54 | VAC 2/4 2/5 |
| Mar | 29 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Apr | 30 | 7:15+ 7:15 | 21:45 | 7:15 3:39 | VAC 4/14 4/15 4/16 |
| May | 31 | 7:15+ 7:15 | | 7:15+ 10:54 | |
| Jun | 32 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Jul | 33 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 7/17 7/18 |
| Aug | 34 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Sep | 35 | 7:15+ 7:15 | 7:30 + 7:15 | 7:15+ 10:54 | VAC 9/15 9/26 |
| Oct | 36 | 7:15+ 7:15 | 7:15 | 7:15+ 18:09 | VAC 10/3 |
| Nov | 37 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 4/26 4/28 |
| Dec | 38 | 7:15+ 7:15 | | 7:15+ 18:09 | |

Year _2004_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 39 | 7:15+ 7:15 | 7:15+7:15 | 7:15+ 10:54 | VAC 1/20 1/21 |
| Feb | 40 | 7:15+ 7:30 | 7:15 | 7:15+ 10:54 11:09 | VAC 2/13 J+K |
| Mar | 41 | 7:15+ 7:15 | 7:15,7:15 | 7:15+ 3:54 | VAC 3/12 3/24 |
| Apr | 42 | 7:15+ 7:15 | 7:15 | 7:15+ 3:54 | VAC 4/16 |
| May | 43 | 7:15+ 7:15 | | 7:15+ 11:09 | |
| Jun | 44 | 7:15+ 7:15 | 7:15 | 7:15+ 11:09 | VAC 6/3 |
| Jul | 45 | 7:15 7:15 | | 7:15 19:24 | |
| Aug | | | 7:15+7:15 | | VAC 8/3 8/30 |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

## Employee Work History

Name: **Hill, Kenny**                                    No. #17110-016

Hire Date: 06/19/01                          Prior UNICOR Credit Accepted: 07 Months

Year: 2000

|      | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|----------|------------|----------|-------------|---------|
| Jan  |          |            |          |             |         |
| Feb  |          |            |          |             |         |
| Mar  |          |            |          |             |         |
| Apr  |          |            |          |             |         |
| May  |          |            |          |             |         |
| Jun  |          |            |          |             |         |
| Jul  |          |            |          |             |         |
| Aug  |          |            |          |             |         |
| Sep  |          |            |          |             |         |
| Oct  |          |            |          |             |         |
| Nov  |          |            |          |             |         |
| Dec  |          |            |          |             |         |

Year: 2001

|      | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|----------|------------|----------|-------------|---------|
| Jan  |          |            |          |             |         |
| Feb  |          |            |          |             |         |
| Mar  |          |            |          |             |         |
| Apr  |          |            |          |             |         |
| May  |          |            |          |             |         |
| Jun  | 08       | 3:45       |          | 3:45        |         |
| Jul  | 9        | 3:45       |          | 7:30        |         |
| Aug  | 10       | 3:38       | 7:15     | 3:53        | VAC 8/14 |
| Sep  | 11       | 3:38       |          | 7:31        |         |
| Oct  | 12       | 3:38       |          | 11:09       |         |
| Nov  | 13       | 7:15       | 7:15     | 11:09       | VAC 11/26 |
| Dec  | 14       | 7:15       |          | 18:24       |         |

GED N    L 7    Enrolled GED Class 5-14-01

```
  MCK2G  531.01 *          INMATE HISTORY         *      06-15-2001
PAGE 001 OF 001 *            WRK DETAIL           *      14:48:22

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME

MCK    ORD B A    ORDERLY BA                 04-12-2001 0001 CURRENT
MCK    UNASSG     UNASSIGNED                 04-11-2001 0001 04-12-2001 0001

MCK    A&O        ADMISSION & ORIENTATION    04-06-2001 0845 04-11-2001 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL     04-02-2001 1905 04-06-2001 0603

OKL    UNASSG     UNASSIGNED HOLDOVER        03-28-2001 1715 04-02-2001 0810

THA    IND FIN PM INDUSTRIES FINISH P.M.     11-06-2000 0001 03-28-2001 0800

THA    IND FINISH INDUSTRIES FINISH          09-22-2000 0001 11-06-2000 0001

THA    ORD C      ORD                        08-04-2000 0001 09-22-2000 0001

THA    UNASSG     UNASSIGNED WORK DETAIL     07-06-2000 1000 08-04-2000 0001

OKL    UNASSG     UNASSIGNED HOLDOVER        07-03-2000 1640 07-06-2000 0710
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
   MCK2G          *         INMATE DISCIPLINE DATA          *      06-15-2001
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD      *      14:48:07

REGISTER NO: 17110-016 NAME..: HILL, KENNY
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-15-2001
```

```
   G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```