```
BOPUK  531.01 *              INMATE HISTORY            *      09-08-2006
PAGE 001        *              WRK DETAIL               *      07:45:18
```

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| BEN | DW CMPND | CMPND DETAIL | 05-25-2006 0001 | CURRENT |
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | 05-25-2006 0001 |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |

```
MCK    UNASSG     UNASSIGNED                    04-25-2003 0001 05-08-2003 0001

MCK    I ASEMBLY1 ASSEMBLY 1                    10-03-2002 0001 04-25-2003 0001

MCK    I LAYUP 1  LAYUP 1                       09-03-2002 0001 10-03-2002 0001

MCK    ORD B B    ORDERLY B B                   07-30-2002 0001 09-03-2002 0001

MCK    UNASSG     UNASSIGNED                    07-24-2002 0001 07-30-2002 0001

MCK    A&O        ADMISSION & ORIENTATION       07-19-2002 0825 07-24-2002 0001

LEW    PAINT 2    PAINT 2                       06-12-2002 0001 07-19-2002 0520

LEW    INS GM1    INSIDE GENERAL MAINT 1        06-04-2002 0001 06-12-2002 0001

LEW    INS FA     INSIDE FACILITY ASSISTANT     06-01-2002 0001 06-04-2002 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL        05-24-2002 0826 06-01-2002 0001

LEW    PAINT 2    PAINT 2                       11-24-2001 0001 04-18-2002 1214

LEW    IDLE 3     IDLE #3 - 3 DAYS              11-21-2001 1510 11-24-2001 0001




G0002        MORE PAGES TO FOLLOW . . .




 BOPUK  531.01 *              INMATE HISTORY        *     09-08-2006
PAGE 002 OF 002 *               WRK DETAIL          *     07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME

LEW    PAINT 2    PAINT 2                       05-30-2001 0001 11-21-2001 1510

LEW    UNASSG     UNASSIGNED WORK DETAIL        05-12-2001 0712 05-30-2001 0001

LEW    PAINT 2    PAINT 2                       04-18-2001 0001 05-12-2001 0712

LEW    UNASSG     UNASSIGNED WORK DETAIL        03-19-2001 2114 04-18-2001 0001

ATL    UNASSG     UNASSIGNED WORK DETAIL        02-21-2001 1910 03-19-2001 1113

OKL    UNASSG     UNASSIGNED HOLDOVER           08-11-1999 1645 08-17-1999 0730

MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1200 08-11-1999 1125

MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1155 08-03-1999 1159
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY-PART                    TERMINATION                    PROGRAM CHANGE



# Industrial Employment/IPRS Action Report

UNICOR
Federal Prison Industries. Inc.

---

**3** | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3

---

**3** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

---

**3** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

---

4. Register Number `2 6 9 9 1 0 3 9`   5. Resident Name (Last, First, Middle) `K E L L Y ,   L E S L I E`   6. Institution Code `2 3 1`

---

**Action Recommended**

**From:**

7. Job Number   8. Grade 1 - 4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

`d d 1 d`   `M C F T`   `1`   `7 0 6 6 8 7 0 1 0`   `A S S E M B L E R`

1 = Hourly
2 = G.P.W. ⟶ X = Apprentice
3 = P.W.

**To:**

13. Job Number   14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

19. Effective Date Month, Day, Year `9 4 — 2 9 — 9 3`   20. Time Of Action `0 7 1 0`   21. Check One:  AM  PM  `X` ☐

---

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes  0 = no  2 = no      (For use only when termination is for release (MR or parole).

---

24. Date Of Enrollment Month, Day, Year

---

25. Total Inmate Hours Involved

---

26. **Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Revised Form 96        Distribution:   White——————— Business office       Green——————— Placement
                                           Canary··········· Terminal operator      Pink——————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type of Report:**   `2`   UNICOR Action = 1   IPRS Action = 2   Both = 3

**2. If UNICOR Action**   `2`   Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3. If IPRS Action**   Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4. Register Number** `2 5 8 6 4 - 0 3 9`   **5. Resident Name (Last, First, Middle)** `K E L L Y , L E S L I E`   **6. Institution Code** `2 3 1`

## Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P F A N D` |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 4 4` | `4` | `M C F T` | `1` | `7 0 6 5 8 7 0 1 0` | `C O M P  A S S E M B L Y  L I N E` |

**19. Effective Date** Month, Day, Year `1 0 - 0 3 - 0 2`   **20. Time of Action** `0 7 1 0`   **21. Check One:**  AM `X`   PM ` `

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman          Date: 10/2/02

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 1/3/02

FPI Form 96 (9/98)

Distribution:          White (Business Office)          Canary (Terminal Operator)          Pink (Placement)          Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type of Report:**  `1`  UNICOR Action = 1  IPRS Action = 2  Both = 3

**2. If UNICOR Action**  `2`  Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**3. If IPRS Action**  `  `  Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

**4. Register Number** `2 6 8 6 4 - 0 3 9`   **5. Resident Name (Last, First, Middle)** `K E L L Y , L E S L I E`   **6. Institution Code** `2 3 1`

**Action Recommended**
**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHOP HAND` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date** Month, Day, Year `0 9 - 1 1 - 0 2`   **20. Time of Action** `0 7 1 0`   **21. Check One:** AM `X`  PM `  `

**22. Reason For Termination Of Employment Or Withdrawal** `  `
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status** `  `
1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment** Month, Day, Year `  -  -  `

**25. Total Inmate Hours Involved** `    `

**26. Signatures:**

Recommended By _____ Foreman   Date: 9-10-02

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 9/4/02

FPI Form 96 (9/98)   Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Leslie Kelly__     Register Number: __26864-039__

Institution Code:_____231_____     Industry Code:_____MCFT_____

Job Description: __Woodworking Shophand__     Department: __Layup 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ___Leslie Kelly___     Reg. No. __26864-039__
in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____         __9-11-02__
Foreman                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     __26864039__     __9-11-02__
Signature of Inmate         Register Number      Date

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 1 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   **5. Resident Name (Last, First, Middle)**   **6. Institution Code**

2 6 8 6 4 — 0 3 9    K E L L Y , L E S L I E    2 3 1

**Action Recommended**

_From:_

7. Job Number: 0 1 2
8. Grade 1 - 4: 4
9. Industry Code: M C F T
10. Wage Plan: 1
11. Dot Code: 7 6 9 6 8 7 0 5 4
12. Position Title: W D W R K S H O P H A N D

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

_To:_

13. Job Number
14. Grade 1 - 4
15. Industry Code
16. Wage Plan
17. Dot Code
18. Position Title

19. Effective Date Month, Day, Year: 0 9 — 0 3 — 0 2
20. Time of Action: 0 7 1 0
21. Check One:   AM [X]   PM [ ]

22. **Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 9-3-02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: _LESLie Kelly_      UNIT:_____    LOCKER#_____    CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _LESLiE Kelly_     REG.# _26864059_     DATE: _9-3-02_

ASSIGNED DEPARTMENT: _1-LAY up -1_

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# M E M O R A N D U M

---

DATE:    March 27, 2002

REPLY TO:
ATTN OF:   Martin Sapko, Factory Manager

SUBJECT:   Issuance of Safety Glasses

TO:    New UNICOR Inmate Workers


Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair.  These safety glasses may be kept in the housing unit or work locker.  However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for.  If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost.  Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.


I received one (1) pair of safety glasses on _____, and I agree to the above conditions.


Signature: _Leslie Kelly_____

Print Name: _LESLIE KELLY_____

Reg. Number: _26864039_____

```
MCK2G   531.01 *              INMATE HISTORY            *       08-30-2006
PAGE 001         *                WRK DETAIL            *       15:00:33

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK          FUNCTION: PRT           FORMAT:

FCL     ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
BEN     DW CMPND   CMPND DETAIL                       05-25-2006 0001 CURRENT
BEN     UNASSG     UNASSIGNED                         12-22-2005 1352 05-25-2006 0001
BEN     FCI A&O    ADMISSION AND ORIENTATION          12-01-2005 1100 12-22-2005 1352
ATL     DCU UNASSG DETENTION CENTER UNASSIGNED        11-30-2005 1411 12-01-2005 0414
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)            11-23-2005 0900 11-30-2005 0454
JES     HVAC 2     HEAT/VENT/AC DETAIL                09-29-2005 0001 11-23-2005 0724
JES     UNASSG     UNASSIGNED                         09-23-2005 1457 09-29-2005 0001
JES     UNASSG     UNASSIGNED                         09-13-2005 1044 09-23-2005 0834
JES     SHU        SPECIAL HOUSING UNIT               09-12-2005 1334 09-13-2005 1044
JES     HVAC 2     HEAT/VENT/AC DETAIL                06-09-2005 0001 09-12-2005 1334
JES     IDLE2      IDLE - 2 DAYS                      06-08-2005 0730 06-09-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL                03-04-2005 0001 06-08-2005 0730
JES     MED CONV   MEDICAL CONVALESCENCE              03-02-2005 0001 03-04-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL                10-05-2004 0001 03-02-2005 0001
JES     CMS        CMS CLERK                          10-01-2004 0001 10-05-2004 0001
JES     ORDERLY C1 C1 UNIT ORDERLY                    08-10-2004 0800 10-01-2004 0001
JES     UNASSG     UNASSIGNED                         08-09-2004 1603 08-10-2004 0800
JES     A&O        ADMISSION & ORIENTATION PGM        08-03-2004 1315 08-09-2004 1603
JES     UNASSG     UNASSIGNED                         08-02-2004 1256 08-03-2004 1315
JES     SHU        SPECIAL HOUSING UNIT               07-16-2004 0715 08-02-2004 1256
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)            06-29-2004 1700 07-16-2004 0305
OKL     UNASSG     UNASSIGNED HOLDOVER                05-24-2004 1755 06-29-2004 0800
LEW     UNASSG     UNASSIGNED WORK DETAIL             05-21-2004 1457 05-24-2004 1033
MCK     VACATION   VACATION                           05-14-2004 0001 05-21-2004 1100
MCK     REC        RECREATION ORDERLY                 03-23-2004 0001 05-14-2004 0001
MCK     CONV       CONVALESCENT                       03-17-2004 1123 03-23-2004 0001
MCK     REC        RECREATION ORDERLY                 06-15-2003 0001 03-17-2004 1123
MCK     IDLE       IDLE                               06-13-2003 1021 06-15-2003 0001
MCK     REC        RECREATION ORDERLY                 05-08-2003 0001 06-13-2003 1021
MCK     UNASSG     UNASSIGNED                         04-25-2003 0001 05-08-2003 0001
MCK     I ASEMBLY1 ASSEMBLY 1                         10-03-2002 0001 04-25-2003 0001
MCK     I LAYUP 1  LAYUP 1                            09-03-2002 0001 10-03-2002 0001
MCK     ORD B B    ORDERLY B B                        07-30-2002 0001 09-03-2002 0001
MCK     UNASSG     UNASSIGNED                         07-24-2002 0001 07-30-2002 0001
MCK     A&O        ADMISSION & ORIENTATION            07-19-2002 0825 07-24-2002 0001
LEW     PAINT 2    PAINT 2                            06-12-2002 0001 07-19-2002 0520
LEW     INS GM1    INSIDE GENERAL MAINT 1             06-04-2002 0001 06-12-2002 0001
LEW     INS FA     INSIDE FACILITY ASSISTANT          06-01-2002 0001 06-04-2002 0001
LEW     UNASSG     UNASSIGNED WORK DETAIL             05-24-2002 0826 06-01-2002 0001
LEW     PAINT 2    PAINT 2                            11-24-2001 0001 04-18-2002 1214
LEW     IDLE 3     IDLE #3 - 3 DAYS                   11-21-2001 1510 11-24-2001 0001
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
PAGE 002 OF 002 *                WRK DETAIL            *      15:00:33

   REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
LEW    PAINT 2    PAINT 2                       05-30-2001 0001 11-21-2001 1510
LEW    UNASSG     UNASSIGNED WORK DETAIL        05-12-2001 0712 05-30-2001 0001
LEW    PAINT 2    PAINT 2                       04-18-2001 0001 05-12-2001 0712
LEW    UNASSG     UNASSIGNED WORK DETAIL        03-19-2001 2114 04-18-2001 0001
ATL    UNASSG     UNASSIGNED WORK DETAIL        02-21-2001 1910 03-19-2001 1113
OKL    UNASSG     UNASSIGNED HOLDOVER           08-11-1999 1645 08-17-1999 0730
MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1200 08-11-1999 1125
MIL    UNASSG     UNASSIGNED WORK DETAIL        08-03-1999 1155 08-03-1999 1159
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY PART                    TERMINATION                    PROGRAM CHANGE



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| `3` | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|-----|----|-----------------|--------------------------------------------|

| `3` | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|-----|----|------------------|------------------------------------------------------------------|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| `3` | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|-----|----|----------------|---------------------------------------------------|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|--------------------|----------------------------------------|---------------------|
| `2 6 8 6 4 - 0 3 9` | `K E L L Y, L E S L E E` | `2 3 1` |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---------------|----------------|------------------|---------------|--------------|--------------------|
| `0 4 4  4` | | `M C F T  1` | `7 0 6 6 8 7 0 1 0` | | `A S S E M B L E R` |

1 = Hourly
2 = G.P.W.           X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|----------------|-----------------|-------------------|---------------|--------------|--------------------|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|-------------------------------------|--------------------|--------------------------|
| `0 4 - 2 5 - 0 3` | `0 7 1 0` | `X` |

| `` | **22. Reason For Termination Of Employment Or Withdrawal** |
|----|-----------------------------------------------------------|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| `` | **23. Continuation of Longevity Status** |
|----|------------------------------------------|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| `` | 24. Date Of Enrollment Month, Day, Year |
|----|-----------------------------------------|

| `` | 25. Total Inmate Hours Involved |
|----|---------------------------------|

**26. Signatures:**

| Recommended By _____ | Foreman | Date: 4/25/03 |
|--------------------------------|---------|---------------|
| Approved By _____ | Plant Superintendent | Date: |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: 4/25/03 |
| Entered On Payroll Records _____ | Timekeeper | Date: 4/25/03 |

Distribution:    White-------------- Business office    Green-------------- Placement
                 Canary-------------- Terminal operator    Pink-------------- Foreman

LAYUP 1                    INTERDEPARTMENTAL CHANGE              FROM LAYUP 1 TO ASSEMBLY 1

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|----|----|----|

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|----|----|----|
|   |    |    | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
|   |    |    | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

|   | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|----|----|----|
|   |    |    | Enter 3 For Completion, Complete Items 4-6, 19 |
|   |    |    | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4.  Register Number | 5.  Resident Name (Last, First, Middle) | 6.  Institution Code |
|----|----|----|
| 2 5 8 6 4 - 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|----|----|----|----|----|----|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.   ⟩ X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|----|----|----|----|----|----|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 6 8 7 0 1 0 | C O M P  A S S E M B L Y  L I N E |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|----|----|----|
| 1 0 - 0 3 - 0 2 | 0 7 1 0 | X   |

|   | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|----|
|   | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
|   | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

|   | 23. **Continuation of Longevity Status** |
|---|----|
|   | 1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole). |

| _ _ | 24. Date Of Enrollment Month, Day, Year |
|----|----|

|   | 25. Total Inmate Hours Involved |
|----|----|

### 26. Signatures:

| Recommended By _[signature]_ | Foreman | Date: 10/2/02 |
|----|----|----|
| Approved By _[signature]_ | Plant Superintendent | Date: 10/?/02 |
| Approved By _[signature]_ | Ass't Supt. Or Business Mgr. | Date: 10/?/02 |
| Entered On Payroll Record _Linda K. Kerr_ | Timekeeper | Date: 10/3/02 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

LAYUP 1                    INTERDEPARTMENTAL CHANGE    FROM LAYUP 1  TO LAYUP PART

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 — 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM  PM |
|---|---|---|
| 0 9 — 1 1 — 0 2 | 0 7 1 0 | X |

| | |
|---|---|
| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| —  — | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

26. Signatures:

Recommended By _____ Foreman          Date: 9-10-02

Approved By _____ Plant Superintendent   Date: 9/10/02

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 9/9/02

Entered On Payroll Records _____ Timekeeper        Date: 9/9/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**3**   1.   Type of Report:     UNICOR Action = 1   IPRS Action = 2   Both = 3

**1**   2.   If UNICOR Action    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**2**   3.   If IPRS Action    Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4.   Register Number      5.   Resident Name (Last, First, Middle)      6.   Institution Code

`2 6 8 6 4 — 0 3 9`    `K E L L Y , L E S L I E`    `2 3 1`

**Action Recommended**

*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P H A N D` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 9 — 0 3 — 0 2` | `0 7 1 0` | `X` |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _W. Nichol_ Foreman      Date: 9-3-02

Approved By _T. Kalahan_ Plant Superintendent      Date: 9/3/02

Approved By _T. Kalahan_ Ass't Supt. Or Business Mgr.      Date: 9/3/02

Entered On Payroll Records _Linda K. Korn_ Timekeeper      Date: 9-3-02

FPI Form 96 (9/98)

Distribution:     White (Business Office)     Canary (Terminal Operator)     Pink (Placement)     Goldenrod (Foreman)

# *UNICOR*

*(FCI McKEAN)*

Guy Beck
BB

## "Notice of Unsatisfactory Work Performance"

Name: *Kelly, Leslie*                Number: *26364-039*          Date: *4-11-03*
       (Last, First)

UNICOR McKean start date:_____  Current Grade: *4*  Unit:_____  This is to
advise you of your unsatisfactory work performance on:_____

Specifically: *Found  NOT  WEARING  SAFETY  glasses  AT*

*9:11 Am  in  Assembly  dept*

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supervisor's Recommendation:

   1) Written Warning _____

   2) Grade Reduction from _____ to _____; No. of days _____

   3) Job Change _____

   4) Removal ** *Constant  Supervision  problem*

   5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
      All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE:  Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
       this matter.

_____          _____ *4-11-03*
   Inmate Signature        Date              Staff Signature       Date

Final disposition: *Removal  due  to  chronic  management  issues*
*and  progressive  ~~dis~~  unsatisfactory  work*
*performance.*

                                    *Tim Halahan* *for*  *4/23/03*
                                    Superintendent of Industries    Date

# *UNICOR*
### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: **Kelly, Leslie**          Number: **26864-039**          Date: **3-26-03**
(Last, First)

UNICOR McKean start date: _____    Current Grade: ___    Unit: **B-B**    This is to
advise you of your unsatisfactory work performance on: _____

Specifically: **Mr Kelly has been previously verbally warned about crowding in line to exit the factory. He again crowded to the front on 3-25-03 at 3:07 pm. Mr. Kelly is a management problem, and needs constant supervision, my recommendation is therefore removal as he has 3-written warning in addition to several verbal**

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

(4)) Removal ** _____

5) Other: _____

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counseled concerning this matter.

_____          _____    3-26-03
Inmate Signature        Date                    Staff Signature        Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries        Date

# *UNICOR*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: Kelly Leslie          Number: 26864-039     Date: 12/13

(Last, First)

UNICOR McKean start date: _____     Current Grade: _____     Unit: B-04  This is to
advise you of your unsatisfactory work performance on: 12-13-02

Specifically: HAS been previously WARNED ABOUT leaving
his AREA when work needs to be done. IN this
case he was absent, thus I had to Locate him to get
to his AREA. At this time he proceeded to Argue with
me.

_____

_____

_____

_____

_____

_____

_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**     Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
       All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
this matter.

X  Refused _____          _____ 12/13/02

Inmate Signature         Date                Staff Signature         Date

Final disposition: _____

_____

_____

_____          _____

Superintendent of Industries         Date

# *UNICOR*

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie          Number: 26864-039      Date: 9-18-02
(Last, First)

UNICOR McKean start date: _____      Current Grade: _____ Unit: B-B This is to
advise you of your unsatisfactory work performance on: 9-18-02

Specifically: RETURNED late from Lunch

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supervisor's Recommendation:

  1) Written Warning _____

  2) Grade Reduction from _____ to _____; No. of days _____

  3) Job Change _____

  4) Removal ** _____

  5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
      All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE:  Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
        this matter.

X _Leslie Kelly_     9-18-02              _Donald Cook_     9-18-02
    Inmate Signature        Date                    Staff Signature          Date

Final disposition: _____

_____

_____


                                    _____
                                    Superintendent of Industries      Date

Employee Work History

NAME: __Kelly, Leslie_____     NO. __#26864-039_____

HIRE DATE: __09/03/02_____     Prior UNICOR Credit Accepted: __15____ Months

Year __2002__

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   | 16       | 7:30       |          | 7130        |         |
| Oct   | 17       | 3:45       |          | 11:15       |         |
| Nov   | 18       | 3:45       |          | 15:00       |         |
| Dec   | 19       | 3:45       |          | 18:45       |         |

Year __2003__

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   | 20       | 3:45       |          | 22:30       |         |
| Feb   | 21       | 3:45       |          | 26:15       |         |
| Mar   | 22       | 3:45       |          | 30:00       |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

Year __2004__

|       | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|-------|----------|------------|----------|-------------|---------|
| Jan   |          |            |          |             |         |
| Feb   |          |            |          |             |         |
| Mar   |          |            |          |             |         |
| Apr   |          |            |          |             |         |
| May   |          |            |          |             |         |
| Jun   |          |            |          |             |         |
| Jul   |          |            |          |             |         |
| Aug   |          |            |          |             |         |
| Sep   |          |            |          |             |         |
| Oct   |          |            |          |             |         |
| Nov   |          |            |          |             |         |
| Dec   |          |            |          |             |         |

*L15* 4

GEO Progress Satisfactory @ 5/1/01
NON Promotable  4/19/01

```
MCK2G  531.01 *              INMATE HISTORY          *    08-28-2002
PAGE 001 OF 001 *             WRK DETAIL             *    20:16:02

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION            START DATE/TIME STOP  DATE/TIME

MCK    ORD B B     ORDERLY B B            07-30-2002 0001 CURRENT
MCK    UNASSG      UNASSIGNED             07-24-2002 0001 07-30-2002 0001

MCK    A&O         ADMISSION & ORIENTATION 07-19-2002 0825 07-24-2002 0001

LEW    PAINT 2     PAINT 2                06-12-2002 0001 07-19-2002 0520   2

LEW    INS GM1     INSIDE GENERAL MAINT 1 06-04-2002 0001 06-12-2002 0001

LEW    INS FA      INSIDE FACILITY ASSISTANT 06-01-2002 0001 06-04-2002 0001

LEW    UNASSG      UNASSIGNED WORK DETAIL 05-24-2002 0826 06-01-2002 0001

LEW    PAINT 2     PAINT 2                11-24-2001 0001 04-18-2002 1214   5

LEW    IDLE 3      IDLE #3 - 3 DAYS       11-21-2001 1510 11-24-2001 0001

LEW    PAINT 2     PAINT 2                05-30-2001 0001 11-21-2001 1510   6

LEW    UNASSG      UNASSIGNED WORK DETAIL 05-12-2001 0712 05-30-2001 0001

LEW    PAINT 2     PAINT 2                04-18-2001 0001 05-12-2001 0712   2

LEW    UNASSG      UNASSIGNED WORK DETAIL 03-19-2001 2114 04-18-2001 0001

ATL    UNASSG      UNASSIGNED WORK DETAIL 02-21-2001 1910 03-19-2001 1113

OKL    UNASSG      UNASSIGNED HOLDOVER    08-11-1999 1645 08-17-1999 0730

MIL    UNASSG      UNASSIGNED WORK DETAIL 08-03-1999 1200 08-11-1999 1125

MIL    UNASSG      UNASSIGNED WORK DETAIL 08-03-1999 1155 08-03-1999 1159
```

S11
LAYUP I    5917 31
9/1/02    PRIOR
OK
DOT
769687054

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
   MCK2G          *            INMATE DISCIPLINE DATA          *      08-28-2002
 PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD        *      20:16:10

 REGISTER NO: 26864-039 NAME..: KELLY, LESLIE ROMILE
 FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-28-2002

 --------------------------------------------------------------------------------

 REPORT NUMBER/STATUS.: 883347 - SANCTIONED   INCIDENT DATE/TIME: 05-12-2001 0705

 DHO HEARING DATE/TIME: 05-22-2001 1300
 FACL/CHAIRPERSON.....: LEW/EMORY D
 REPORT REMARKS.......: ADMITS
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT      / 7 DAYS / CS
         COMP:010 LAW:P
         DS           / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
```

```
 G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 MCK2G            *      INMATE EDUCATION DATA        *     08-29-2002
PAGE 001           *             TRANSCRIPT           *      14:11:01

REGISTER NO: 26864-039     NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI

-----------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT          03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE   04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY   05-01-2001 1028 CURRENT

----------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM      06-19-2001 04-18-2002  P   W  I  324
LEW        GED SELF STUDY                05-01-2001 06-19-2001  C   W  I    0

--------------------------  HIGH TEST SCORES  ----------------------------
TEST          SUBTEST        SCORE     TEST DATE      TEST FACL    FORM      STATE
ABLE          LANGUAGE        4.0      06-06-2001     LEW          E
              NUMBER OPR      4.1      06-06-2001     LEW          E

G0002      MORE PAGES TO FOLLOW . . .
```

```
MCK2G                          INMATE EDUCATION DATA         *     08-29-2002
PAGE 001              *              TRANSCRIPT              *     14:11:01


REGISTER NO: 26864-039      NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: MCK-MCKEAN FCI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT             03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE      04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY      05-01-2001 1028 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM       06-19-2001 04-18-2002  P  W  I  324
LEW        GED SELF STUDY                 05-01-2001 06-19-2001  C  W  I    0

--------------------------- HIGH TEST SCORES ---------------------------
TEST         SUBTEST       SCORE     TEST DATE      TEST FACL   FORM     STATE
ABLE         LANGUAGE       4.0      06-06-2001     LEW          E
             NUMBER OPR     4.1      06-06-2001     LEW          E

G0002        MORE PAGES TO FOLLOW . . .
```

```
MCK2G              *        INMATE EDUCATION DATA        *    08-29-2002
PAGE 002 OF 002 *                  TRANSCRIPT            *    14:11:01


REGISTER NO: 26864-039     NAME..: KELLY                     FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI

--------------------------- HIGH TEST SCORES ---------------------------
TEST          SUBTEST        SCORE     TEST DATE      TEST FACL   FORM      STATE
ABLE          PROB SOLV       4.9      06-06-2001     LEW          E
              READ COMP       3.7      06-06-2001     LEW          E
              SPELLING        3.0      06-06-2001     LEW          E
              VOCABULARY      5.3      06-06-2001     LEW          E
```

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

BP-S148.070   INMATE REQUEST TO STAFF MEMBER   CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS

DATE  *0* *10/1/02*

TO:  *Cook*

(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

*I would Appreciate being Reasign to*
*Assembly I thank you in Advance for your*
*time & Consideration*

*ASAP*
*R Cook*
*10-1-02*

(Use other side of page if more space is needed)

NAME:  *Kelly, Leslie*          *26864*      NO: *039*

WORK ASSIGNMENT:  *Layup*              UNIT: *BB*

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _____

*Entered into IPS 10/2/02*

*Effective into IPS*
*10/3/02,*
                *Linda K. Kerr*

*MOVE FROM*
*LAYUP I*
*TO*
*ASSM I*           *10/3/02*

_____
                Officer

Record Copy - File; Copy - Inmate

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA.  16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date: ___09/03/02_____

To:   UNICOR Business Office

    **FPI  USP LEWISBURG**_____

From:  Chris Mincemoyer, Accountant
        FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name: __**KELLY, LESLIE**_____.

Number: __**#26864-039**_____.

Last Grade Received: _____  Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about: __07_ / _19_ / _02_ .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext. _3510_.
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

## FACSIMILE TRANSMITTAL COVER SHEET

Date: __09/03/02__

To: UNICOR Business Office

__FPI  USP LEWISBURG__

From: Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location. Thank you in advance for your prompt reply!

Name: __KELLY, LESLIE_____.

Number: __#26864-039_____.

Last Grade Received: _____ Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about: __07__ / __19__ / __02__ .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext. __3510__ .
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287