```
BOPUK  531.01 *              INMATE HISTORY            *      09-08-2006
PAGE 001        *              WRK DETAIL              *      07:45:01

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME

MCK    I CABLE 1  CABLE 1                06-19-2006 0001 CURRENT
MCK    I MILL 1   MILL 1                 09-28-2005 0001 06-19-2006 0001

MCK    VACATION   VACATION               09-26-2005 0001 09-28-2005 0001

MCK    I MILL 1   MILL 1                 07-27-2005 0001 09-26-2005 0001

MCK    VACATION   VACATION               07-26-2005 0001 07-27-2005 0001

MCK    I MILL 1   MILL 1                 05-05-2005 0001 07-26-2005 0001

MCK    I PROD.1   PRODUCTION 1           02-12-2005 0001 05-05-2005 0001

MCK    VACATION   VACATION               02-10-2005 0001 02-12-2005 0001

MCK    I PROD.1   PRODUCTION 1           09-28-2004 0001 02-10-2005 0001

MCK    VACATION   VACATION               09-24-2004 0001 09-28-2004 0001

MCK    I PROD.1   PRODUCTION 1           02-28-2004 0001 09-24-2004 0001

MCK    IDLE       IDLE                   02-26-2004 0800 02-28-2004 0001

MCK    I PROD.1   PRODUCTION 1           01-12-2004 0001 02-26-2004 0800

MCK    UNASSG     UNASSIGNED             12-23-2003 1021 01-12-2004 0001

MCK    SHU UNASSG SHU UNASSIGNED         11-18-2003 1200 12-23-2003 1021

MCK    I MILL 1   MILL 1                 03-14-2003 0001 11-18-2003 1200

MCK    IDLE       IDLE                   03-12-2003 0707 03-14-2003 0001

MCK    I MILL 1   MILL 1                 02-04-2003 0001 03-12-2003 0707

MCK    IDLE       IDLE                   02-03-2003 0649 02-04-2003 0001

MCK    I MILL 1   MILL 1                 11-24-2001 0001 02-03-2003 0649

MCK    VACATION   VACATION               11-23-2001 0001 11-24-2001 0001

MCK    I MILL 1   MILL 1                 09-10-2001 0001 11-23-2001 0001

MCK    IDLE       IDLE                   09-07-2001 0853 09-10-2001 0001

MCK    I MILL 1   MILL 1                 08-24-2001 0001 09-07-2001 0853

MCK    I PROD.1   PRODUCTION 1           06-22-2001 0001 08-24-2001 0001

MCK    UNASSG     UNASSIGNED             06-20-2001 1123 06-22-2001 0001

MCK    SHU UNASSG SHU UNASSIGNED         05-24-2001 0826 06-20-2001 1123

MCK    I PROD.1   PRODUCTION 1           03-06-2001 0001 05-24-2001 0826

MCK    I MILL 1   MILL 1                 01-10-2001 0001 03-06-2001 0001
```

```
MCK   UNASSG      UNASSIGNED             01-09-2001 1000 01-10-2001 0001

MCK   SHU UNASSG  SHU UNASSIGNED         12-21-2000 1059 01-09-2001 1000

MCK   I MILL 1    MILL 1                 09-20-2000 0001 12-21-2000 1059

MCK   I PROD.1    PRODUCTION 1           08-17-2000 0001 09-20-2000 0001

MCK   IDLE        IDLE                   08-15-2000 0834 08-17-2000 0001

MCK   I PROD.1    PRODUCTION 1           06-29-2000 0001 08-15-2000 0834

MCK   KITCHEN AM  KITCHEN AM             02-15-2000 1421 06-29-2000 0001

MCK   DIN RM AM   DINING ROOM AM         12-31-1999 0001 02-15-2000 1421

MCK   CONV        CONVALESCENT           12-27-1999 0839 12-31-1999 0001

MCK   DIN RM AM   DINING ROOM AM         12-17-1999 0001 12-27-1999 0839

MCK   IDLE        IDLE                   12-16-1999 0826 12-17-1999 0001

MCK   DIN RM AM   DINING ROOM AM         11-19-1999 1007 12-16-1999 0826
```

G0002        MORE PAGES TO FOLLOW . . .

```
  BOPUK  531.01 *            INMATE HISTORY          *      09-08-2006
PAGE 002 OF 002 *              WRK DETAIL            *      07:45:01

  REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
  CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME

MCK   FD SVC      FOOD SERVICE           11-18-1999 0001 11-19-1999 1007

MCK   UNASSG      UNASSIGNED             11-09-1999 1110 11-18-1999 0001

MCK   SHU UNASSG  SHU UNASSIGNED         09-29-1999 2320 11-09-1999 1110

MCK   I ASEMBLY1  ASSEMBLY 1             09-28-1999 0001 09-29-1999 2320

MCK   VACATION    VACATION               09-27-1999 0001 09-28-1999 0001

MCK   I ASEMBLY1  ASSEMBLY 1             06-09-1999 0001 09-27-1999 0001

MCK   IDLE        IDLE                   06-08-1999 0958 06-09-1999 0001

MCK   I ASEMBLY1  ASSEMBLY 1             05-25-1999 0001 06-08-1999 0958
```

```
MCK    I LAYUP 1   LAYUP 1                            04-13-1999 1304 05-25-1999 0001
MCK    LAYUP 1     LAYUP 1                            03-23-1999 0001 04-13-1999 1304
MCK    KITCHEN AM  KITCHEN AM                         01-14-1999 0001 03-23-1999 0001
MCK    IDLE        IDLE                               01-13-1999 0716 01-14-1999 0001
MCK    KITCHEN AM  KITCHEN AM                         12-02-1998 0001 01-13-1999 0716
MCK    DIN RM AM   DINING ROOM AM                     11-20-1998 1348 12-02-1998 0001
MCK    FD SVC      FOOD SERVICE                       11-19-1998 0001 11-20-1998 1348
MCK    LAND IN 1   INSIDE LANDSCAPE FULL-TIME         11-05-1998 0001 11-19-1998 0001
MCK    LAND IN 2   INSIDE LANDSCAPE FULL-TIME         11-04-1998 0001 11-05-1998 0001
MCK    FACL        FACILITIES OFFICE                  11-03-1998 0001 11-04-1998 0001
MCK    UNASSG      UNASSIGNED                         10-28-1998 0001 11-03-1998 0001
MCK    A&O         ADMISSION & ORIENTATION            10-21-1998 1015 10-28-1998 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL             10-13-1998 1921 10-21-1998 0516
OKL    UNASSG      UNASSIGNED HOLDOVER                09-23-1998 1800 10-13-1998 0830
ATL    UNASSG      UNASSIGNED WORK DETAIL             05-06-1998 0050 05-06-1998 0818
OKL    UNASSG      UNASSIGNED HOLDOVER                05-01-1998 1915 05-05-1998 0830
RCH    UNASSG      UNASSIGNED WORK DETAIL             03-26-1998 1851 05-01-1998 1508
OKL    UNASSG      UNASSIGNED HOLDOVER                03-18-1998 1815 03-26-1998 0920
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BOPUK  540*23 *              SENTENCE MONITORING           *    09-13-2006
PAGE 001         *            COMPUTATION DATA              *    09:47:20
                              AS OF 09-13-2006
```

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


```
FBI NO...........: 240532MA5          DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C                  QUARTERS.....: C03-129L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------


```
COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $200.00        $00.00         $00.00     $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $1,268.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-08-1997
```

G0002       MORE PAGES TO FOLLOW . . .

```
BOPUK  540*23 *             SENTENCE MONITORING         *      09-13-2006
PAGE 002        *          COMPUTATION DATA             *      09:47:20
                            AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


------------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 10-08-1997

------------------------CURRENT COMPUTATION NO: 030 ------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

DATE COMPUTATION BEGAN..........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    10-14-1997   08-04-1998
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
MCK2G  531.01 *              INMATE HISTORY          *      08-30-2006
PAGE 001        *              WRK DETAIL             *      15:00:43
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | I CABLE 1 | CABLE 1 | 06-19-2006 0001 | CURRENT |
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | 06-19-2006 0001 |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 01-09-2001 1000 | 01-10-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 12-21-2000 1059 | 01-09-2001 1000 |
| MCK | I MILL 1 | MILL 1 | 09-20-2000 0001 | 12-21-2000 1059 |
| MCK | I PROD.1 | PRODUCTION 1 | 08-17-2000 0001 | 09-20-2000 0001 |
| MCK | IDLE | IDLE | 08-15-2000 0834 | 08-17-2000 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-29-2000 0001 | 08-15-2000 0834 |
| MCK | KITCHEN AM | KITCHEN AM | 02-15-2000 1421 | 06-29-2000 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-31-1999 0001 | 02-15-2000 1421 |
| MCK | CONV | CONVALESCENT | 12-27-1999 0839 | 12-31-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-17-1999 0001 | 12-27-1999 0839 |
| MCK | IDLE | IDLE | 12-16-1999 0826 | 12-17-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 11-19-1999 1007 | 12-16-1999 0826 |

G0002          MORE PAGES TO FOLLOW . . .

```
     MCK2G  531.01 *            INMATE HISTORY         *     08-30-2006
     PAGE 002 OF 002 *             WRK DETAIL          *     15:00:43

     REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
     CATEGORY: WRK         FUNCTION: PRT         FORMAT:

FCL      ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MCK      FD SVC     FOOD SERVICE               11-18-1999 0001 11-19-1999 1007
MCK      UNASSG     UNASSIGNED                 11-09-1999 1110 11-18-1999 0001
MCK      SHU UNASSG SHU UNASSIGNED             09-29-1999 2320 11-09-1999 1110
MCK      I ASEMBLY1 ASSEMBLY 1                 09-28-1999 0001 09-29-1999 2320
MCK      VACATION   VACATION                   09-27-1999 0001 09-28-1999 0001
MCK      I ASEMBLY1 ASSEMBLY 1                 06-09-1999 0001 09-27-1999 0001
MCK      IDLE       IDLE                       06-08-1999 0958 06-09-1999 0001
MCK      I ASEMBLY1 ASSEMBLY 1                 05-25-1999 0001 06-08-1999 0958
MCK      I LAYUP 1  LAYUP 1                    04-13-1999 1304 05-25-1999 0001
MCK      LAYUP 1    LAYUP 1                    03-23-1999 0001 04-13-1999 1304
MCK      KITCHEN AM KITCHEN AM                 01-14-1999 0001 03-23-1999 0001
MCK      IDLE       IDLE                       01-13-1999 0716 01-14-1999 0001
MCK      KITCHEN AM KITCHEN AM                 12-02-1998 0001 01-13-1999 0716
MCK      DIN RM AM  DINING ROOM AM             11-20-1998 1348 12-02-1998 0001
MCK      FD SVC     FOOD SERVICE               11-19-1998 0001 11-20-1998 1348
MCK      LAND IN 1  INSIDE LANDSCAPE FULL-TIME 11-05-1998 0001 11-19-1998 0001
MCK      LAND IN 2  INSIDE LANDSCAPE FULL-TIME 11-04-1998 0001 11-05-1998 0001
MCK      FACL       FACILITIES OFFICE          11-03-1998 0001 11-04-1998 0001
MCK      UNASSG     UNASSIGNED                 10-28-1998 0001 11-03-1998 0001
MCK      A&O        ADMISSION & ORIENTATION    10-21-1998 1015 10-28-1998 0001
LEW      UNASSG     UNASSIGNED WORK DETAIL     10-13-1998 1921 10-21-1998 0516
OKL      UNASSG     UNASSIGNED HOLDOVER        09-23-1998 1800 10-13-1998 0830
ATL      UNASSG     UNASSIGNED WORK DETAIL     05-06-1998 0050 05-06-1998 0818
OKL      UNASSG     UNASSIGNED HOLDOVER        05-01-1998 1915 05-05-1998 0830
RCH      UNASSG     UNASSIGNED WORK DETAIL     03-26-1998 1851 05-01-1998 1508
OKL      UNASSG     UNASSIGNED HOLDOVER        03-18-1998 1815 03-26-1998 0920
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED

PRODUCTION

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**[3]** 1. Type of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

**[2]** 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4-21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26

**[1]** 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4-6, 19
Enter 3 For Completion, Complete Items 4-6, 19
Enter 4 For Withdrawal, Complete Items 4-6, 19, 22

4. Register Number    | 5 | 1 | 6 | 2 | 7 | – | 0 | 6 | 0 |

5. Resident Name (Last, First, Middle)    | S | I | G | G | E | R | S | | K | E | V | I | N | | | | | | | | |

6. Institution Code    | 2 | 3 | 1 |

**Action Recommended**

From:

7. Job Number    | 0 | 1 | 2 |
8. Grade 1 - 4    | 2 |
9. Industry Code    | M | C | F | T |
10. Wage Plan    | 1 |
11. Dot Code    | 7 | 6 | 9 | 6 | 8 | 7 | 0 | 5 | 4 |
12. Position Title    | W | D | | W | R | K | | S | H | O | P | H | A | N | D | |

1 = Hourly
2 = G.P.W.    — X = Apprentice
3 = P.W.

To:

13. Job Number    | | | |
14. Grade 1 - 4    | |
15. Industry Code    | | | | |
16. Wage Plan    | |
17. Dot Code    | | | | | | | | | |
18. Position Title    | | | | | | | | | | | | | | | |

19. Effective Date Month, Day, Year    | 0 | 1 | – | 1 | 2 | – | 0 | 4 |

20. Time of Action    | M | C | F | T |

21. Check One:    AM  PM    | X | | |

22. **Reason For Termination Of Employment Or Withdrawal**    | |
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**    | |
1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

| | | | – | | | – | | |    24. Date Of Enrollment Month, Day, Year

| | | | | |    25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____  Foreman    Date: 1-12-04

Approved By _____  Plant Superintendent    Date: _____

Approved By _____  Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____  Timekeeper    Date: 1-12-04

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 3 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4.  Register Number**       **5.  Resident Name (Last, First, Middle)**       **6.  Institution Code**

5 1 6 2 7 – 0 6 9    S I G G E R S , K E V I N       2 3 1

## Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 2 – 1 9 – 0 3 | 0 7 1 0 | X |

| 3 | 22 . | **Reason For Termination Of Employment Or Withdrawal** |

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

| 0 | 23. | **Continuation of Longevity Status** |

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

| | | | | | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: _____

FPI Form 96 (9/98)

Distribution:        White (Business Office)        Canary (Terminal Operator)        Pink (Placement)        Goldenrod (Foreman)

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kevin Siggers_____    Register Number: __51627-060____

Institution Code:_____231_____    Industry Code:_____MCFT_____

Job Description: __Industrial Cleaner_____    Department: __Production____

*Duties: Responsible for cleaning assigned areas including loading platform and outside rear of factory. Loads dumpsters and removes trash from throughout the factory. Removes off-fall from panel saws and maintains saw dust dumpster. Other duties include snow removal and material recycle. All other duties as assigned in UNICOR.*

I have instructed inmate ___Kevin Siggers_____    Reg. No. ___51627-060_____

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____          _____4-27-01_____
              Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____    ___5/627060____    ___4-26-01___
      Signature of Inmate              Register Number            Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __SIGGERS, KEVIN__        Register Number: __51627-060__

Institution Code: _____231_____        Industry Code: _____MCFT_____

Job Description: __Boring Machine Operator (Hori 1)__    Department: __Assembly 1__

> *Duties: Responsible for the proper set-up and operation of the multiple spindles boring machine. Bores holes in laminated particleboard, responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __SIGGERS_____ Reg. No. __51627-060_____ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_Chas. - Mel_____                    JULY 13, 1999
Foreman                                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_Kevin Siggers_____                 51627-060          7-13-99
Signature of inmate                 Register Number         Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin_____    Register Number: __51627-060____

Institution Code:_____231_____    Industry Code:_____MCFT_____

---

Job Description: __Woodworking Shophand_____    Department: __Layup 1__

> **Duties:  Responsible for stacking, cushioning and wrapping product.  Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes.  All other duties as assigned in UNICOR.**

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627.060_ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    _4-12-99_
Foreman                                                Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    _51627.060_    _4-12-99_
Signature of Inmate              Register Number              Date

**FEDERAL PRISON INDUSTRIES, Inc.**

# UNICOR - McKEAN

## P.O. BOX 8000

Phone #(814) 362-8900
Fax #(814) 362-4151

**MEMORANDUM**

DATE:    September 30, 1999

REPLY TO:
  ATTN OF   Martin Sapko, Factory Manager.

SUBJECT:   Issuance of Safety Glasses

     TO:   New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on ___6 - 29 - 00___, and I agree to the above conditions.

Signature: _____

Name: ___Kevin L. Siggens Jr.___

Reg. Number: ___5162706 6___

*production*

# FACTORY RULES AND REGULATIONS

NAME _Kevin L Siggers_ UNIT _CA_    LOCKER# _____    CHIT# _____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPER-VISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: _Kevin L Siggers_    Register No: _5 1627010_ Date: _6-29-12_

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

INMATE'S NAME: _Sowers Kim_     UNIT: _CA_     DATE: _8/15/00_

DETAIL: _Unicor_     REG. NO. _51617 060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____     THRU 12 MIDNIGHT _8/16_ 19 _00_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____     THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____     THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:

( ) FULL DUTY:     _No Rec / month_

_____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restriction because of physical, medical or mental disability



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|

**2.  If UNICOR Action**   `2`

Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3.  If IPRS Action**

Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2  3 | | M C F T  2 | 7 5 9 6 8 8 0 5 4 | | V P  W R K  S H O P  H A N D |

1 = Hourly
2 = G.P.W.   — X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | | M C F T  1 | 7 6 9 6 8 7 0 5 4 | | V P  W R K  S H O P  H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 4 - 1 1 - 0 2 | 0 7 1 0 | X (AM) |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no      (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:**    UNICOR Action = 1 IPRS Action = 2 Both = 3

**2. If UNICOR Action**    Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action**    Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4. Register Number**    **5. Resident Name (Last, First, Middle)**    **6. Institution Code**

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

**19. Effective Date** Month, Day, Year    **20. Time Of Action**    **21. Check One:  AM  PM**

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

HILL 1                          GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 4 | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 1 — 2 7 — 0 1 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

| | — | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures:**

Recommended By _____ Foreman        Date: _1-29-01_

Approved By _____ Plant Superintendent     Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MILL 1                                    GRADE CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 2 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | N C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | N C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 0 – 2 9 – 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | | – | | – | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

26. **Signatures:**

Recommended By _____ Foreman           Date: _10-13-00_

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.  Date: _____

Entered On Payroll Records _____ Timekeeper      Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed Inmate:    Siggers, Kevin

Reg. No. _____ 51627-060

in the proper operation of the:    *  CNC ANDI TRAINEE

including safety procedures, routine use, and standard maintenance.

_____ Chuck Nolan _____
Foreman

Date: __ 2/18/03

Dept: Mill 1

### INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_Kevin S. Siggers_
Signature of Inmate

Reg. No. _5162 7060_
2-18-03

### FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_Charles Noel_
Factory Foreman

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate __Siggers, Kevin__     Reg. No.  __51627-060__

in the proper operation of the:_____ __PANEL SAW Z-32 (SCMI)__ _____

including safety procedures, routine use, and standard maintenance.

Foreman

Date: __1-31-02__

Dept: __Mill 1__

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. __51627060__

__1/31/02__

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____Siggers,  Kevin_____  Register Number: ____51627-060____

Institution Code: _____231_____  Industry Code: _____MCFT_____

---

**#2.**

Job Description: __Saw Operator (Z-32 Panel Saw)__  Department: __Mill 1__

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate _____Siggers,  Kevin_____ Reg. No. ____51627-060____ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

_6-4-02_
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

_51627060_
Register Number

_5-15-02_
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, Pa. 16701

## CERTIFICATATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed inmate:   Kevin Siggers                    Reg. No:   51627-060

in the proper use of the:    Tennon Machine

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: July 14, 2003
Department: Mill 1

### INMATE

I have received the proper instructions on how to operate the above-mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. 5162 7060

### FACTORY FOREMAN

I am certain that the above inmate is qualified for operating the equipment listed above and that he understands the proper and safe procedures that are necessary for the operation of the equipment.

_____
Factory Foreman

PRODUCTION          NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 _ 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R X  S H O P H A N D |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.  ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM  PM |
|---|---|---|
| 0 6 — 2 9 — 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

| Recommended By _Chuck — Nolan_ | Foreman | Date: 7-3-00 |
| Approved By _____ | Plant Superintendent | Date: _____ |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ | Timekeeper | Date: 7/5/00 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

DATE  _May 19, 1999_

TO:  _Mr. Pigrotto_

_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

I would like my Job changed to
the Vertical Boring Machine on the Assembly
line. I've spoke to Mr. Nolan and was told
to have you sign this Inmate request ~~slip~~ form
Releasing me to work in the Assembly Dept. I thank
you for time concerning this matters.

OK or Refused

**POSTED**

(Use other side of page if more space is needed)

NAME:  _Kevin L. Siggers Sr._        NO.:  _51627-060_

WORK ASSIGNMENT:  _Lay up I_        UNIT:  _3 A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE  _5-19-99_

_Layup I_
_to_
_ASSM I_

ok with me

_Charles Nolan_
Officer

_5/25/99_

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)    Replaces BP-148 of Oct 86

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name: _Kevin L Siggens Sr._   Unit: _3 A_   Locker # _____   Chit # _____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIV PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUS IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN O SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _Kevin L Siggens Sr._   REG. # _51627-060_   DATE: _3.22.90_

# MEMORANDUM

F.P.I. McKEAN, PA

DATE:

Y TO
N OF: Debora Forsyth, Factory Manager

JECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _March 22, 1999_, and I agree to the above conditions.

Signature _Kevin L. Siggens Sr._

Name_____Kevin L. Siggens Sr._

Reg. Number____51627060_

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate:    Siggers, Kevin                              Reg. No. ____51627-060____

in the proper operation of the:    * CNC ANDI TRAINEE
including safety procedures, routine use, and standard maintenance.

                                                    ____Chuck Nolan____
                                                         Foreman
                                            Date: ____2/18/03____

                                            Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

                                            ____Kevin Siggers____
                                            Signature of Inmate
                                Reg. No. _5 1627060_
                                          2-18-03

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

                                            ____Chuck Nolan____
                                            Factory Foreman .

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__    Register Number: __51627-060__

Institution Code: __231__    Industry Code: __MCFT__

Job Description: __Router Operator Trainee - CNC__ ANDI    Department: __Mill 1__

> *Duties: Responsible for learning the proper procedures for setting up and operating the multiple spindle CNC routing machine. Assists CNC Operator to cut slats, grooves, designs or recesses in laminated particleboard. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__, in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    __2-18-03__
Foreman                                                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __5162706 0__    __2-18-03__
Signature of Inmate                      Register Number            Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__    Register Number: __51627-060__

Institution Code: ____231____    Industry Code: ____MCFT____

Job Description: __Woodworking Shophand__    Department: __Production__

*Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for belmishes or defects. Off loads machines and fill in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No.__51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____         _____
Foreman                                                      Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    _____    _____
Signature of Inmate                           Register Number                Date



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

4. Register Number: 5 1 6 2 7 - 0 6 0

5. Resident Name (Last, First, Middle): S U G G E S   K E V I N

6. Institution Code: 2 3 1

**Action Recommended**

From:

7. Job Number: 0 1 2

8. Grade 1 - 4: 3

9. Industry Code: M C F T

10. Wage Plan: 1

11. Dot Code: 7 6 9 6 8 7 0 5 4

12. Position Title: W D   V R T   S R C R E A R D

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

To:

13. Job Number: 0 1 2

14. Grade 1 - 4: 4

15. Industry Code: M C F T

16. Wage Plan: 1

17. Dot Code: 7 6 9 6 8 7 0 5 4

18. Position Title: W D   W R E   S R C R E A R D

19. Effective Date Month, Day, Year: 0 4 - 2 3 - 9 1

20. Time Of Action: 0 7 1 0

21. Check One: AM [X]  PM [ ]

| | |
|---|---|
| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole). |

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't.Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Revised Form 96

Distribution:  White----------- Business office      Green------------- Placement
Canary--------- Terminal operator    Pink------------- Foreman



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type Of Report: | UNICOR Action = 1    IPRS Action = 2    Both = 3 |

| 1 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 2 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4.** Register Number  `5 1 6 2 7 - 0 6 0`
**5.** Resident Name (Last, First, Middle)  `S I G G E R S   K E V I N`
**6.** Institution Code  `2 3 1`

**Action Recommended**
From:

**7.** Job Number  **8.** Grade 1 - 4  **9.** Industry Code  **10.** Wage Plan  **11.** Dot Code  **12.** Position Title

`0 1 2 5`   `M O P T`   `1`   `7 6 9 6 8 7 0 5 4`   `WD WRK SHOPHAND`

1 = Hourly
2 = G.P.W.  —  X = Apprentice
3 = P.W.

To:

**13.** Job Number  **14.** Grade 1 - 4  **15.** Industry Code  **16.** Wage Plan  **17.** Dot Code  **18.** Position Title

**19.** Effective Date Month, Day, Year  `0 3 - 2 3 - 9 9`
**20.** Time Of Action  `0 7 1 0`
**21.** Check One:    AM    PM   `x`

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

**24.** Date Of Enrollment Month, Day, Year

**25.** Total Inmate Hours Involved

**26. Signatures:**

Recommended By _____ Foreman    Date: _23-99_

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96
October 1 1990

Distribution:    White-------- Business office    Green--------- Placement
Canary -------- Terminal operator    Pink --------- Foreman

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 Z 0 6 0

**5. Resident Name (Last, First, Middle):** SIGGERS KEVIN

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5 | 4 | M C F T 1 | 6 5 6 3 8 2 0 1 0 | | BORING MACH. OPER. |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5 | 3 | M C F T 1 | 6 5 6 3 8 2 0 1 0 | | BORING MACH. OPER. |

**19. Effective Date Month, Day, Year:** 0 6 0 1 9 9

**20. Time Of Action:** 0 9 0 0

**21. Check One:** AM [X]  PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**

| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

**23. Continuation of Longevity Status**
1 = yes 0 = no 2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

| Recommended By _____ Foreman | Date: _____ |
| Approved By _____ Plant Superintendent | Date: _____ |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ Timekeeper | Date: _____ |

Distribution:
White--------------- Business office
Canary---------- Terminal operator
Green-------------- Placement
Pink---------------- Foreman

# Production Worker's Training Record

### (CHECKLIST)
for

Inmate Name _Siggers, Kevin_          Reg. Number _51627-060_

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized  myself  with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

_M Kevin Sigers 51627060_ _____          _6-16-03_
**Inmate Signature  &  Reg. Number**          **Date**

_Charl. m Mul_ _____          _6-16-03_
**Woodworking Supervisor Signature**          **Date**

| TITLE:   TRAINING RECORD | | CONTROL NO.  1403 | DATE: 6/11/03 |
|---|---|---|---|
| Production -  UNICOR MCKEAN | REV:   Original Issue | SHEET   1 OF 1 | |

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:_____Siggers, Kevin_____    Register Number:__51627-060__

Institution Code:_____231_____    Industry Code:_____MCFT_____

Job Description:__Wood Working Shophand__    Department:__Mill 1__

> **Duties:** *Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate _____Siggers, Kevin_____ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    ___9-20-00___
Foreman                          Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __5162060__    __9-20-00__
Signature of Inmate          Register Number         Date

PRODUCTION-1            **JOB CHANGE**

**UNICOR** Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **2** | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
|---|---|---|

| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |
|---|---|---|

**4. Registration Number**  5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle)**  S I G G E R S   K E V I N

**6. Institution Code**  2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| O 1 1 | 2 | M C F T | 1 | 6 6 7 6 8 0 2 2 | P A N E L   S A W   O P E R A T |

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| O 1 4 | 2 | M C F T | 1 | 2 2 1 1 6 7 0 1 4 | M A T E R I A L   C O O R D I N |

**19. Effective Date** Month, Day, Year  0 4 - 0 7 - 0 5

**20. Time of Action**  0 7 1 0

**21. Check One:** AM **X** PM

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

| | - | | - | | **24. Date Of Enrollment Month, Day, Year** |

| | | | | | **25. Total Inmate Hours Involved** |

26. **Signatures:**

Recommended By _____ Foreman    Date: 4-7-05

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: 4/7/05

Entered On Payroll Records _____ Timekeeper    Date: 4/7/05

FPI Form 96 (9/98)

Distribution:   1. Business Office   2. Terminal Operator   3. Placement   4. Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____ Siggers, Kevin _____      Register Number: __51627-060__

Institution Code: _____ 231 _____      Industry Code: _____ MCFT _____

Job Description: __Woodworking Shophand__ (*LABOR*)   Department: __Mill 1__

> **Duties:** *Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quality and quantity of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate _____ Siggers, Kevin _____ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

__8/24/01__
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

__51627-060__
Register Number

__8/24/01__
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed Inmate   **Siggers, Kevin**            Reg. No.   **51627-060**

in the proper operation of the:          **PANEL SAW Z-32 (SCMI)**

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: _1-31-02_

Dept: Mill 1

### INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. _51627060_

_1/31/02_

### FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_____
Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: **Siggers,    Kevin**          Register Number: 51627-060

Institution Code: 231                          Industry Code: MCFT

---

NUMBER 2

Job Description: Saw Operator (Z-32 Panel Saw)          Department: Mill 1

*Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate **Siggers,    Kevin**          Reg. No. 51627-060          in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    11-13-01
Foreman                                        Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    51627060    11-13-01
Signature of Inmate        Register Number        Date

PRODUCTION-1                    JOB CHANGE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**6. Institution Code**  `2 3 1`

**FILE COPY**

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

1= Hourly
2= G.P.W.          X = Apprentice
3= P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: | AM | PM |
|---|---|---|---|---|
| `0 4 - 0 7 - 0 5` | `0 7 1 0` | | `X` | ` ` |

| | **22. Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |

| | **23. Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | **24. Date Of Enrollment Month, Day, Year** |
|---|---|
| `- -` | |

| | **25. Total Inmate Hours Involved** |
|---|---|
| | |

**26. Signatures:**

Recommended By _____ Foreman          Date: 4-7-05

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 4/7/05

FPI Form 96 (9/98)

Distribution:          1. Business Office          2. Terminal Operator          3. Placement          4. Foreman

PRODUCTION-1
REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| **1** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).)

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| – – | |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

**26. Signatures:**

Recommended By _____ Foreman         Date: 1-12-04

Approved By _____ Plant Superintendent   Date: 1/12/

Approved By _____ Ass't Supt. Or Business Mgr.   Date: 1/12/

Entered On Payroll Records _____ Timekeeper   Date: 1-12-04

FPI Form 96 (9/98)

Distribution:        White (Business Office)      Canary (Terminal Operator)      Pink (Placement)      Goldenrod (Foreman)

MTKII                              TERMINATION.                   3C DAYS N/W SHU

# UNICOR     Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number          5. Resident Name (Last, First, Middle)          6. Institution Code

| 5 | 1 | 6 | 2 | 7 | – | 0 | 6 | 9 |   | S | I | G | G | E | R | S | , | K | E | V | I | N | | | | | | | | | 2 | 3 | 1 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 2 – 1 9 – 0 3 | 0 7 1 0 | X  _ |

| **3** | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| **D** | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

| | | – | – | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures:**

| Recommended By | _Chehule_ | Foreman | Date: 12-19-03 |
|---|---|---|---|
| Approved By | | Plant Superintendent | Date: |
| Approved By | | Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records | | Timekeeper | Date: 12/19/03 |

FPI Form 96 (9/98)



## UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 3 3 3 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 3 | | M C F T | 2 | 7 6 9 6 8 6 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.  ← X = Apprentice →
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 4 - 1 1 - 9 2 | 0 7 1 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. Signatures:

Recommended By _____ Foreman  Date: 4-11-02

Approved By _____ Plant Superintendent  Date: 4/16/02

Approved By _____ Ass't Supt. Or Business Mgr.  Date: 4/16/02

Entered On Payroll Records _____ Timekeeper  Date: 4/15/02

FPI Revised Form 96    Distribution:    White —————— Business office    Green —————— Placement
Canary —————— Terminal operator    Pink —————— Foreman



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| `1` | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| `2` | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| `☐` | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| `5 1 6 2 7 _ 0 6 0` | `S I G G E R S , K E V I N` | `2 3 1` |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `2` | `M C F T` | `1` | `7 5 9 6 8 7 0 5 4` | `W D W R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `1` | `7 5 9 6 8 7 0 5 4` | `W D W R K S H O P H A N D` |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 3 - 1 1 - 0 2` | `0 7 1 0` | AM `X`   PM `☐` |

| `☐` | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| `☐` | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes 0 = no 2 = no   (For use only when termination is for release (MR or parole). |

| `☐ ☐ - ☐ ☐ - ☐ ☐` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| `☐ ☐ ☐ ☐ ☐` | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By | _(signature)_ Foreman | Date: 3-21-02 |
| Approved By | Debora A. Forsyth Plant Superintendent | Date: 3/22/02   3/21/02 |
| Approved By | _(signature)_ Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records | C.L. Minneman Timekeeper | Date: 3/21/02 |

FPI Revised Form 96    Distribution:    White — Business office    Green — Placement    Pink — Foreman

MILL 1                            GRADE CHANGE

# UNICOR    **Industrial Employment/IPRS Action Report**
Federal Prison Industries, Inc.

| **1** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S ,   K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

```
1 = Hourly
2 = G.P.W.     — X = Apprentice
3 = P.W.
```

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | *2P* | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 1 — 2 7 — 0 1 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | — | 24. Date Of Enrollment Month, Day, Year |

| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| Recommended By | _(signature)_ | Foreman | Date: 1-29.01 |
| Approved By | _Deborah Forsyth_ | Plant Superintendent | Date: 2/2/01 |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | Date: |
| Entered On Payroll Records | _(signature)_ | Timekeeper | Date: 1-29-01 |

MILL 1

GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**    **5. Resident Name (Last, First, Middle)**    **6. Institution Code**

`5 1 6 2 7 – 0 6 0`   `S I G G E R S , K E V I N`   `2 3 1`

**Action Recommended**

*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 5 9 6 8 7 0 5 4` | `W D   W R K   S H O P H A N D` |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `3` | `7 5 9 6 8 7 0 5 4` | `W D   W R K   S H O P H A N D` |

**19. Effective Date** Month, Day, Year    **20. Time of Action**    **21. Check One:** AM   PM

`1 0 – 2 9 – 0 0`   `0 7 1 0`   AM: `X`   PM: ` `

| | |
|---|---|
| | **22. Reason For Termination Of Employment Or Withdrawal**<br>1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request<br>5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |
| | **23. Continuation of Longevity Status**<br>1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

`| – | – |`   **24. Date Of Enrollment Month, Day, Year**

`| | |`   **25. Total Inmate Hours Involved**

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By | *XeVoiett*   Foreman | Date: 10-13-00 |
| Approved By | *Debra A. Forsyth*   Plant Superintendent | Date: 10/14/00 |
| Approved By | *T. Kalahan*   Ass't Supt. Or Business Mgr. | Date: 10/14/00 |
| Entered On Payroll Records | *C. Muneman*   Timekeeper | Date: 10/16/00 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

PRODUCTION                    NEW HIRE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**  5 1 6 2 7 — 0 6 0

**5. Resident Name (Last, First, Middle)**  S I G G E R S , K E V I N

**6. Institution Code**  2 3 1

**Action Recommended**

**From:**

**7. Job Number** 0 1 2   **8. Grade 1 - 4** 4   **9. Industry Code** M C F T   **10. Wage Plan** 1   **11. Dot Code** 7 6 9 6 8 7 0 5 4   **12. Position Title** W D   W R K   S H O P H A N D

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

**13. Job Number**   **14. Grade 1 - 4**   **15. Industry Code**   **16. Wage Plan**   **17. Dot Code**   **18. Position Title**

**19. Effective Date Month, Day, Year**  0 6 — 2 9 — 0 0

**20. Time of Action**  0 7 1 0

**21. Check One:**  AM [X]  PM [ ]

| 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| 23. | **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _Chuck ~ Nolan_ Foreman    Date: _7-3-00_

Approved By _Debora O Forsyth_ Plant Superintendent    Date: _7/5/00_

Approved By _G. Halahan_ Ass't Supt. Or Business Mgr.    Date: _7/5/00_

Entered On Payroll Records _Chi Newman_ Timekeeper    Date: _7/5/00_

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| 3 | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | | |
|---|---|---|---|
| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | | |
|---|---|---|---|
| 3 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number** 5 1 0 2 7 - 0 0 0     **5. Resident Name (Last, First, Middle)** S I G G E R S, K E V I N     **6. Institution Code** 1 1 1

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | N C F T | 1 | 6 6 6 3 8 2 0 1 0 | B O R I N G M A C H O P T R |

1 = Hourly
2 = G.P.W.    ⟵ X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: | AM | PM |
|---|---|---|---|---|
| 1 0 - 2 9 - 9 9 | 0 7 1 0 | | X | |

**22. Reason For Termination Of Employment Or Withdrawal**
3

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
0

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| | | | Date: |
|---|---|---|---|
| Recommended By | _____ | Foreman | 11-4-99 |
| Approved By | Debora A Forsythe | Plant Superintendent | 11/8/99 |
| Approved By | _____ | Ass't Supt. Or Business Mgr. | 11/9/99 |
| Entered On Payroll Records | _____ | Timekeeper | 11/3/99 |

Distribution:  White──────── Business office    Green──────── Placement
Canary──────── Terminal operator    Pink──────── Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
|  | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5 4 | | M C F T 1 | | 6 6 6 3 8 2 0 1 0 | B O R I N G   M A C H. O P E R. |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5 3 | | M C F T 1 | | 6 6 6 3 8 2 0 1 0 | B O R I N G   M A C H. O P E R. |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6 0 1 9 9   7/21/99  3/16 0 9 0 0 | | X |

| |
|---|
| 22. Reason For Termination Of Employment Or Withdrawal |
| 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| |
|---|
| 23. Continuation of Longevity Status |
| 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By _Charles Mohr_ | Foreman | Date: 6-24-99 |
| Approved By _____ | Plant Superintendent | Date: 6/28/ |
| Approved By _Holahan_ | Ass't Supt. Or Business Mgr. | Date: 6/25/99 |
| Entered On Payroll Records _____ | Timekeeper | Date: 6/25/99 |

FPI Revised Form 96
October 1, 1982

Distribution:  White-------------- Business office    Green-------------- Placement
Canary-------------- Terminal operator    Pink-------------- Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1.** Type Of Report:  `1`

UNICOR Action = 1 IPRS Action = 2 Both = 3

**2.** If UNICOR Action  `2`

Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3.** If IPRS Action

Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4.** Register Number  `5 1 6 2 7 - 0 6 0`

**5.** Resident Name (Last, First, Middle)  `S I G G E R S , K E V I N`

**6.** Institution Code  `2 3 1`

## Action Recommended
### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `5` | `M C E T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P H A N D` |

1 = Hourly
2 = G.P.W.  ⎯ X = Apprentice
3 = P.W.

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C E T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P H A N D` |

**19.** Effective Date Month, Day, Year  `0 4 - 2 2 - 9 9`

**20.** Time Of Action  `0 7 1 0`

**21.** Check One:  AM `X`  PM `  `

**22.** Reason For Termination Of Employment Or Withdrawal

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23.** Continuation of Longevity Status
1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

**24.** Date Of Enrollment Month, Day, Year

**25.** Total Inmate Hours Involved

**26.** Signatures:

| | | Date: |
|---|---|---|
| Recommended By _____ | Foreman | 4-13-99 |
| Approved By _Debora Forsyth_ | Plant Superintendent | 4/16/99 |
| Approved By _Tim Hanahan_ | Ass't Supt. Or Business Mgr. | 4/12/99 |
| Entered On Payroll Records _Ci Muncamayr_ | Timekeeper | 4/13/99 |

Distribution:  White ⎯⎯⎯ Business office    Green ⎯⎯⎯ Placement
Canary ⎯⎯⎯ Terminal operator    Pink ⎯⎯⎯ Foreman



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

**3**

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**1**

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22 |

**2**

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 7 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 5 | | M C P 1 | 7 | 9 6 8 7 0 5 4 | W D   W R K   S H O R T H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 3 - 2 3 - 9 9 | 0 7 1 0 | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released      2 = Transferred      3 = Program Change      4 = Inmate Request
5 = Program Discontinued      6 = Control Purposes      7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no        (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| Recommended By | _(signature)_ | Foreman | Date: 3-23-99 |
|---|---|---|---|
| Approved By | _(signature)_ | Plant Superintendent | Date: 3/25/99 |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | Date: 3/25/99 |
| Entered On Payroll Records | _(signature)_ | Timekeeper | Date: 3/23/99 |

FPI Revised Form 96
October 1, 1982

Distribution:   White................ Business office      Green..................... Placement
                Canary.............. Terminal operator    Pink...................... Foreman

NOTE: THIS FORM MUST BE SU~~~~TTED
2 WEEKS IN ADVANCE.



U.S. Department of Justice
**UNICOR**
Federal Prison Industries, Inc.

36:15

ENTERED
9/6

September 6, 2005

REQUEST FOR INMATE VACATION

_____Mill-1_____
( DEPARTMENT )                                                                ( DATE )

NAME:   **SIGGERS, KEVIN**                                    **51627-060**
         ( LAST )          ( FIRST )                          ( REGISTRATION NUMBER )

*FILE COPY*

I REQUEST TO TAKE   __2__   DAY(S) OFF!          STARTING ON: **September 26, 2005**
                                                                ( DATE )

| AWARD DAYS ?   (NO) |
|---|

I REQUEST TO CASH IN MY VACATION:   (O  YES )    (◉  NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _____

_____          APPROVED BY: _____
( WORK SUPERVISOR )                                      ( DEPARTMENT HEAD )

---

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON:   **January 12, 2004**   , AND HAS ACCUMULATED

____**36.15**____   HOURS VACATION.   AND ____**0.00**____   AWARD HOURS.

| | |
|---|---|
| **36.15** | BEGINNING HOURS. |
| **0.00** | AWARD HOURS USED. |
| **36.15** | ENDING HOURS. |

COMPUTED BY:   Glen Rencher                    REVIEWED BY: _____
              ( TIMEKEEPER )                              ( ACCOUNTANT )

APPROVED: _____    DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: _____
           ( Superintendent of Industries )

CC:   INMATE (1)
      FACTORY OFFICE (1)
      BUSINESS OFFICE (2)                                                F.P.I Form 39

NOTE: THIS FORM MUST BE SUBMITTED
2 WEEKS IN ADVANCE.

U.S. Department of Justice
**UNICOR**
Federal Prison Industries, Inc.



$\boxed{\text{7/19}}$ 43:30

REQUEST FOR INMATE VACATION

**Mill-1**
( DEPARTMENT )

**July 18, 2005**
( DATE )

NAME: **SIGGERS, KEVIN**
( LAST )          ( FIRST )

**51627-060**
( REGISTRATION NUMBER )

I REQUEST TO TAKE   **1**   DAY(S) OFF!          STARTING ON: **July 26, 2005**
( DATE )

**AWARD DAYS ?    (NO)**

I REQUEST TO CASH IN MY VACATION:  (O  YES)    (⦿  NO)
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: *[signature]*          **FILE COPY**

*[signature]*                    APPROVED BY:          *[signature]*
( WORK SUPERVISOR )                              ( DEPARTMENT HEAD )

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON: **January 12, 2004** , AND HAS ACCUMULATED

**43.30**   HOURS VACATION.   AND   **0.00**   AWARD HOURS.

| | |
|---|---|
| **43.30** | **BEGINNING HOURS.** |
| **0.00** | **AWARD HOURS USED.** |
| **43.30** | **ENDING HOURS.** |

COMPUTED BY: **Glen Rencher**          REVIEWED BY: *[signature]*
( TIMEKEEPER )                              ( ACCOUNTANT )

APPROVED: ____✓____          DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: *[signature]*
( Superintendent of Industries )

CC:   INMATE (1)
      FACTORY OFFICE (1)
      BUSINESS OFFICE (2)

F.P.I Form 39

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBE

DATE: 4-14-05

TO: Mr. COOK

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details

I would like to work in MILL T "NOTES DEPT." on the First TAble. KEEPing my grade (2) Two.

THANK you.

Name: SIGGERS, KEVIN          No.: 51627060

Work assignment: A.M UNILORE     Unit: CB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

MOVED FROM PROD.1 TO MILL1 5/5/05

OK R. Look 4-14-05

OK with mr Chenke 4-14-05

EFFECTIVE ~~~~~ 4-14-05

Original - File
Copy - Inmate

Officer

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_2D. I_
DEPARTMENT

_10/18/00_       _10/27_
DATE              _pov 30:00_

NAME:    _Sikes_    _Kevin_    _81627060_
         LAST      FIRST      REGISTRATION NUMBER

I REQUEST VACATION FROM_____ TO_____   _CACH IN_
_pov 30:00_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_signature_
INMATES SIGNATURE

APPROVED BY:                          APPROVED BY:

_signature_                           _signature_
WORK SUPERVISOR                       DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12/ 2004_ AND

HAS ACCUMULATED _30:00 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_signature_              _signature_              _signature_
TIMEKEEPER               ACCOUNTANT               SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____         DISAPPROVED_____

                                                    PLEASE STATE REASONS WHY IF
                                                    DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

9/19
37.15

## REQUEST FOR INMATE VACATION

_Pod I_
DEPARTMENT

_8/17/04_
DATE

NAME: _SIGGERS_      _KEVIN_
          LAST          FIRST

_51607060_
REGISTRATION NUMBER

2 dAYS

I REQUEST VACATION FROM _9/24_ TO _9/28_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12_ 19 _2004_, AND

HAS ACCUMULATED _37.15_ HRS DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15_ HRS DAY PER MONTH.

(½)  (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**



# UNICOR
**Federal Prison Industries, Inc.**

## REQUEST FOR INMATE VACATION

_Mill I_

**DEPARTMENT**

_11/13/03_

**DATE**

_11/14_  _37:30_

_SIGGERS, KEVIN_

**NAME:**          **LAST**          **FIRST**

_51627-060_

**REGISTRATION NUMBER**

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _CASH 37:30_
(MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE** _____

**APPROVED BY:**

_(signature)_

**WORK SUPERVISOR**

**APPROVED BY:**

_11/14_

**DEPARTMENT HEAD**

---

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19  2000_ AND

HAS ACCUMULATED _37.30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ ~~DAY~~ PER MONTH.

(½)    ((1))

**COMPUTED BY:** _____

**TIMEKEEPER**

**REVIEWED BY:** _____

**ACCOUNTANT**

**FINAL APPROVED BY:** _11/14_

**SUPERINTENDENT**

---

**UNIT TEAM ACTION:**          **APPROVED:** _____          **DISAPPROVED** _____

**PLEASE STATE REASONS WHY IF DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE** _____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**



**UNICOR**
Federal Prison Industries, Inc.

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

_Mill  T_
**DEPARTMENT**

_6/2/63_
**DATE**

_6/16_
_52:30_

**NAME:** _Siggers, Kevin_
       LAST      FIRST

_51627-060_
**REGISTRATION NUMBER**

I REQUEST VACATION FROM ___X___ TO ___X___

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _52:30 CASH_
(MUST BE ANNIVERSARY DATE).

_X_____ _Siggers_
**INMATES SIGNATURE**

---

**APPROVED BY:**

_Charles Wal_
**WORK SUPERVISOR**

**APPROVED BY:**

_T. Calahan_
**DEPARTMENT HEAD**

---

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_2000_, AND

HAS ACCUMULATED _52:30_ hrs DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ DAYS PER MONTH.

(½)   (1)

---

**COMPUTED BY:**

_W_
**TIMEKEEPER**

**REVIEWED BY:**

_W_
**ACCOUNTANT**

**FINAL APPROVED BY:**

_T. Calahan_
**SUPERINTENDENT**

---

**UNIT TEAM ACTION:**       **APPROVED:**_____       **DISAPPROVED**_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_DEPARTMENT_

_DATE_  6/2/00      7:30 in July

NAME: _____ LAST _Kevin_ FIRST

REGISTRATION NUMBER

I REQUEST VACATION FROM _7-5_ TO _7-6_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                          APPROVED BY:

_____                              _____
WORK SUPERVISOR                                      DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ _2000_, AND

HAS ACCUMULATED____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                  FINAL APPROVED BY:

_____            _____              _____
TIMEKEEPER                 ACCOUNTANT                   SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____            DISAPPROVED_____

                                                        PLEASE STATE REASONS WHY IF
                                                        DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 29    Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_MILL I_
DEPARTMENT

_6-03-02_
DATE

6/70
67:30

_SIGGERS          KEVIN_
NAME:          LAST          FIRST

_S1627060_
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF___X ALL___
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE____29____19_60_, AND

HAS ACCUMULATED__67:30 hrs__DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT__7.30 hrs__DAY PER MONTH.

(½)   (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_Mill I_                              _11-19-01_         _22:30_
**DEPARTMENT**                        **DATE**

_____ _Sægers_ ___ _Kevin_ ___     _51622060_
**NAME:**    **LAST**    **FIRST**    **REGISTRATION NUMBER**

I REQUEST VACATION FROM _1/23_ TO _1/24_ ( _1 Day_ )

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
   (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                      **APPROVED BY:**

_____                 _____
**WORK SUPERVISOR**                   **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE____ 19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**         **REVIEWED BY:**              **FINAL APPROVED BY:**

_____          _____                  _____
**TIMEKEEPER**          **ACCOUNTANT**                 **SUPERINTENDENT**

**UNIT TEAM ACTION:**         **APPROVED:_____**         **DISAPPROVED_____**
                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE S~~U~~ ~~B~~ITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_MULT_

**DEPARTMENT**

_9/19/01_   15:00.

**DATE**

_SIBBNI Kevin_

**NAME:**        **LAST**        **FIRST**

_5117060_

**REGISTRATION NUMBER**

I REQUEST VACATION FROM _9/1_ TO _9/1_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

**INMATES SIGNATURE**

**APPROVED BY:**                              **APPROVED BY:**

_____                        _____

**WORK SUPERVISOR**                           **DEPARTMENT HEAD**

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ 19_2001_, AND

HAS ACCUMULATED _15.00_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _1.30_ DAY PER MONTH.

(½)     (1)

COMPUTED BY:              REVIEWED BY:                   FINAL APPROVED BY:

_____           _____                 _____

**TIMEKEEPER**            **ACCOUNTANT**                 **SUPERINTENDENT**

UNIT TEAM ACTION:        APPROVED:_____             DISAPPROVED_____
                                                         PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F P I Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE: 8-5-01

TO: Mr. ~~XXXX~~ PAROTTI

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to switch to the Panel Saw position you Have open

Thanks !!!

POSTED

Name: Siggers, Kevin          No.: 51627060

Work assignment: R.M UNicor y     Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

Ok
WiTH on
Chalyou Mal
8-6-01

OK

PROD I
-TC
MiLL /
8/14/01

Original - File
Copy - Inmate

Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

**U.S. Department of Justice**



**UNICOR**

Federal Prison Industries, Inc.

**REQUEST FOR INMATE VACATION**

*Prod. I*
**DEPARTMENT**

**DATE**

**NAME:**     **LAST**     **FIRST**

**REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_*All*_
(MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**

_____
**WORK SUPERVISOR**

**APPROVED BY:**

_____
**DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**

_____
**TIMEKEEPER**

**REVIEWED BY:**

_____
**ACCOUNTANT**

**FINAL APPROVED BY:**

_____
**SUPERINTENDENT**

**UNIT TEAM ACTION:**     **APPROVED:_____**

**DISAPPROVED_____**

**PLEASE STATE REASONS WHY IF DISAPPROVED.**

_____
_____
_____
_____
_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 3-02-01

TO: Mr. Parrott (Mill I Supervisor)

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would like to change work Departments. I have tried to get along with my co-worker, But things just keep flairing up Mr. Nolan said He can use me in His Department. Im just trying to Avoid a conflict with this guy. I thank you for your help with this matter.

Name: Kevin L. Siggers          No.: 51627060

Work assignment: AM Unicors          Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

Mill I
To
Prod I
3/6/01

ok with me
c. nolan
Charles Nolan

Officer

Original - File
Copy - Inmate

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

M I l l  I                                    9-20-00            _3/20_
**DEPARTMENT**                               **DATE**           _15:00_

_____  S I G G I N S    K e v i n    _-_06-7-060
**NAME:**      **LAST**      **FIRST**       **REGISTRATION NUMBER**

I REQUEST VACATION FROM_9/85_ TO _9/87_ (2 Days)  CASH IN

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

_____

APPROVED BY:                              APPROVED BY:

_____                 _____
**WORK SUPERVISOR**                        **DEPARTMENT HEAD**

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_6/15 19__, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:           REVIEWED BY:              FINAL APPROVED BY:

_____      _____         _____
**TIMEKEEPER**          **ACCOUNTANT**            **SUPERINTENDENT**

_____

UNIT TEAM ACTION:          APPROVED:_____              DISAPPROVED_____

                                                  PLEASE STATE REASONS WHY IF
                                                  DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARTMENT OF JUSTICE    **INMATE REQUEST TO STAFF MEMBER**
Federal Bureau of Prisons

DATE: ~~Oct 25~~ SEPT. 18 2000

TO: Mr. PEROTTI (MILL I Supervisor)
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

Sir I would like to change my Job, to
work in Mill I Departments. I have gotten the
permission from mr. Nolan to change Jobs.

Name: Kevin. L. Siggens Sr.    No: 51627060

Work Assignment: Unicor A.m    Unit: CA

NOTE:    If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if
necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    Date: _____

OK    MOVE
Check-Med    FROM PROD I
9-18-00    TO
MILL I
9/20/00    Officer

Original-File
Canary-Inmate

FCI Mckean    Previously BP-Admin-70    BP-148(70)
July 1?

L1

# Employee Work History

Name: Siggers, Kevin                          No. #51627~060

Hire Date: 03/23/99                    Prior UNICOR Credit Accepted: 00     Months

Year: 1999

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar | 1 | 3:45 |  | 3:45 |  |
| Apr | 2 | 3:45 |  | 7:30 |  |
| May | 3 | 3:45 | Pov 11:15 | 0:00 |  |
| Jun | 4 | 3:45 |  | 3:45 |  |
| Jul | 5 | 3:45 |  | 7:30 |  |
| Aug | 6 | 3:45 |  | 11:15 |  |
| Sep | 7 | 3:45 | 7:30 | 7:30 | VAC 9/27 |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: 2000

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: 2001

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

```
  MCK2G  531.01 *              INMATE HISTORY          *    03-22-1999
PAGE 001 OF 001 *                WRK DETAIL            *    13:27:07

  REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

POSTED

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | CURRENT |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

```
DATE: 10/28/99 07:23    INMATES NOT WORKING FOR 30 DAYS        PAGE:   1
INMATE PAYROLL               REPORT DATE: 10/30/99          USER ID: sa1cl

Name                   Reg-num    Fact Group      Crew               Last Lbr LT
------------------------------------------------------------------------------
SIGGERS, KEVIN         51627-060   FT  ft130       Assembly 1         09/29/99
```

**NOTE: THIS FORM MUST BE SU~~B~~MITTED 2
WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

*(handwritten)* Way 1

7/4/7

------------
DEPARTMENT

------------
DATE

7 30

_____
NAME:          LAST          FIRST

_____
REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                        APPROVED BY:

_Charlie Nolan_                                     _____
WORK SUPERVISOR                                    DEPARTMENT HEAD

BUSINESS OFFICE:
THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19 99 , AND
HAS ACCUMULATED 7 30 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT 45 DAY PER MONTH.
(½)   (1)

COMPUTED BY:               REVIEWED BY:                    FINAL APPROVED BY:

_____           _____                 _____
TIMEKEEPER                ACCOUNTANT                       SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____        DISAPPROVED_____
                                                        PLEASE STATE REASONS WHY IF
                                                        DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**    **FEDERAL BUREAU OF PRISONS**

DATE _May 19, 1999_

TO: _Mr. Pigrotto_

<u>(Name and Title of Officer)</u>

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I would like my Job changed to_
_The Vertical Boring Machine on the Assembly_
_line. I've spoke to Mr. Nolan And was told_
_to have you sign this inmate request and form_
_Releasing me to work in the Assembly Dept. I thank_
_you for Time concerning this matters._


_OK or Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._    NO.: _51627-060_

WORK ASSIGNMENT: _Lay up I_    UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE _5-19-99_

_Lay up I_
_TO_
_ASSM I_

_Ok with me_

_Charles Nolan_
<u>Officer</u>

_5/25/99_

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

# JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code: __231__          Industry Code: __MCFT__

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> **Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.**

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627.060_ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          4-12-99
Foreman                              Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     5/627·060          4-12-99
Signature of Inmate     Register Number          Date

# Pre-Industrial Training Roster

Date:    April 23, 1999

| Name | Number | Department | SOI | Fact. | Safety | Prod. | Work | Q.A. | Bus Of |
|------|--------|-----------|-----|-------|--------|-------|------|------|--------|
| Davila-Bajana, Juan | 47580-053 | Prod 1 | | | | | | | |
| Luna-Navarro, Bernardo | 05659-032 | Laup 1 | | | | | | | |
| Hamilton, James | 09140-055 | Pack 1 | | | | | | | |
| Siggers, Kevin | 51627-060 | Laup 1 | | | | | | | |
| Kowalski, Paul | 08930-055 | Q.A. 1 | | | | | | | |
| Carter, Claude | 19735-039 | Main 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ALTERNATES | | | | | | | | | |
| Gonzalez, William | 21331-038 | Mill 2 | | | | | | | |
| Wills, Eric | 52511-060 | Pack 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

BP-S148.070   **INMATE REQUEST TO STAFF MEMBER**   CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

DATE _3-21-99_

TO: _Unicor Supervison_
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_I have the realease By my_
_current supervisor to work in the_
_Unicor Factory_

_Kitchen Supervisor_

(Use other side of page if more space is needed)

NAME: _Kevin L Siggens Sr_     NO.: _51627-060_
WORK ASSIGNMENT: _Veg. Prep_          UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

F/S
HENRY

DATE _3-22-99_

_M. Henry   Cook Supervisor_

_M Henry_
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

PRODUCTION-1                                    REHIRE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **1** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**
*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

22 . **Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no       (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| – – | |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

26. **Signatures:**

| Recommended By | _(signature)_ | Foreman | Date: 1-12-04 |
|---|---|---|---|
| Approved By | _(signature)_ | Plant Superintendent | Date: 1/12/04 |
| Approved By | _(signature)_ | Ass't Supt. Or Business Mgr. | Date: 1/12/04 |
| Entered On Payroll Records | _(signature)_ | Timekeeper | Date: 1-12-04 |



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2 If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**   `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**   `S I G G E R S   K E V I N`

**6. Institution Code**   `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

*POSTED*

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| `0 4 - 0 7 - 0 5` | `0 7 1 0` | AM [X] PM [ ] |

| | |
|---|---|
| | **22. Reason For Termination Of Employment Or Withdrawal**<br>1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request<br>5 = Program Discontinued   6 = Control Purposes   7 = Institution Needs |

| | |
|---|---|
| | **23. Continuation of Longevity Status**<br>1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

`| | - | | - | |`   **24. Date Of Enrollment Month, Day, Year**

`| | | | |`   **25. Total Inmate Hours Involved**

**26. Signatures:**

Recommended By _~~[signature]~~_ Foreman   Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _[signature]_ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:    1. Business Office    2. Terminal Operator    3. Placement    4. Foreman

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Sigers Kevin_      Number: _51627-060_      Date: _3/11/02_
     (Name: Last, First)

UNICOR McKean start date:_____ Current Grade: _2_ Unit: _CA_
This is to advise you of your unsatisfactory work performance on: _3/4/02_

Specifically: _Inmate Sigers was observed on the production floor lighting matches. Inmate Sigers was attempting to melt the plastic tip of a cigar. This behavior is unsafe because of the flammable materials on the factory floor_ _____

Supervisor's Recommendation:

    1) Written Warning _____

    (2) Grade Reduction from _2_ to _3_ ; No. of days _20 30_

    3) Job Change_____

    4) Removal *_____

    5) Other _____

*Third offenses, whether related acts, or not , automatically require the recommendation for "Removal." All recommendation for "Removal" must be approved by the Superintendent of Industries.

_____      _____  _3/11/02_
Inmate Signature      Date        Staff Signature      Date

Final disposition: _____
_____
_____
_____
_____
_____

_3/11 → 4/11_

_____
Superintendent of Industries      Date

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Siggers, Kevin_    Number: _51627-060_    Date: _3/6/02_
    (Name: Last, First)

UNICOR McKean start date:_____    Current Grade:_____    Unit: _CA_
This is to advise you of your unsatisfactory work performance on:_____

Specifically: _Inmate Siggers had in his possession, AVIATOR_
_playing cards in the Unicor Factory. Inmate Siggers had_
_signed a Rules & reg. lation paper when he started UNICOR stating_
_that Inmate Workers are prohibited from Bringing personal property into_
_the factory (Rule # 12)_

Supervisor's Recommendation:

        (1) Written Warning _____

        2) Grade Reduction from ____ to ____; No. of days ____

        3) Job Change_____

        4) Removal *_____

        5) Other _____

*Third offenses, whether related acts, or not , automatically require
the recommendation for "Removal." All recommendation for "Removal" must
be approved by the Superintendent of Industries.

_____    _____    _____    _3/6/02_
Inmate Signature    Date    Staff Signature    Date

Final disposition: _____
_____
_____
_____
_____
_____
_____
_____

_____
Superintendent of Industries    Date

JOB EFFICIENCY TRAINING    ᴺSSION NUMBER -- [01]

# FACTORY RULES AND REGULATIONS

NAME *Kevin L. Siggers*    UNIT *CA*    LOCKER#_____    CHIT#_____

1.  INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.  ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.  SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.  HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.  INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.  INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPER-VISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.  OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.  **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.  FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ~~ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF UNICOR.~~

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: *Kevin L. Siggers*    Register No: *5 1627060*    Date: *6-29-02*