ORIGINAL

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                              32 pages, 0 exhibits

4    KENNY HILL,

5      Plaintiff,              Civil Action No. 05-160E

6    v.                        Judge McLaughlin

7    JOHN LAMANNA, et al.,     Magistrate Judge Baxter

8      Defendants,

9

10   Deposition of KENNY HILL, plaintiff, by Notice, by

11   defendants, on November 1, 2006, set for 12:00 noon, before

12   Barbara D. Watts, Notary Public for the State of Virginia at

13   Large, on FCI Petersburg Low, Federal Correctional

14   Institution, 1100 River Road, Hopewell, VA 23860.

15

16

17

18

19

20       Accu-Beta Court Reporters & Videographers, Inc.

21               2006 Sycamore Creek Drive

22               Manakin-Sabot, VA  23103

23

24

```
1    all counsel and paralegal appear via video-teleconferene

2    Bryan Baumann, Esq.

3    Maureen Watson, paralegal

4    KNOX, McLAUGHLIN, GORNALL & SENNETT, P.C.

5    120 West Tenth Street

6    Erie, PA  16501-1461

7    814.459.2800

8    counsel for plaintiff

9

10   Michael C. Colville, Esq., AUSA

11   Western District of PA

12   U.S. Post Office & Courthouse

13   700 Grant Street, Suite 4000

14   Pittsburgh, PA  15219

15   412.894.7337

16   counsel for defendants

17

18   Douglas Goldring, Esq.

19   counsel for Bureau of Prisons

20

21   present with court reporter:

22   Kenny Hill, defendant

23   Cornelia Janven, staff person, FCI, Petersburg

24
```

1    KENNY HILL, plaintiff, called by defendants, first being

2    duly sworn, deposes and says, viz:

3

4    DIRECT EXAMINATION

5    BY MR. COLVILLE:

6         Q      Good afternoon, Mr. Hill.  My name

7    is Mike Colville.  I'm the assistant U.S. Attorney,

8    assigned to defend the lawsuit you filed.  The

9    purpose of today's deposition is for me to ask you

10   some questions about the facts and circumstances

11   surrounding your complaint dealing with the work you

12   performed while at Unicor.

13             Again, I suggest you wait for my

14   question to be finished before you begin yours.  If

15   you don't understand one of my questions, just let

16   me know, and I will repeat it.  I will assume,

17   however, if you do answer that you understood it and

18   that is your answer.  They are the only ground

19   rules.

20             Let me begin by asking you a little

21   bit about your work at Unicor.  My records indicate

22   you were hired at Unicor in June of 2001 and that

23   you worked as a Unicor employee through August 20 of

24   2004.  Is that consistent with what your

1    recollection is?

2         A        Yes, that is right.

3         Q        Can you tell me, given that

4    timeframe, what jobs you held at Unicor during that

5    period of time?  Then I want to ask you a little bit

6    about what the duties were for each of the jobs you

7    held.

8         A        Okay.  I used to work on the day

9    shift on a panel saw.  Then I got moved from the day

10   shift to the night shift.

11        Q        How long did you worked on the day

12   shift?

13        A        I can't remember.  I think it was

14   like a few months, something like that.  It wasn't

15   long.

16        Q        What job were you assigned to when

17   you worked on the day shift?

18        A        The day shift, they had me, I was

19   basically like a floater.

20        Q        What were your duties?

21        A        My duties?  Well, anything that was,

22   anything that was available, right?  I mean, if they

23   needed help here, there, there, then I had to go

24   there.

1          Q          When you worked on the day shift did

2    you work with microboard?

3          A          Microboard?  I don't know who that

4    is.  Microboard.

5          Q          Did you worked with the board, the

6    material?

7          A          Oh, Microboard, right.  Microboard,

8    yes, sir.  Yes, sir.

9          Q          Explain to me when you worked with

10   it and what you did when you worked on the day

11   shift.

12         A          Well, I wasn't in charge, I wasn't

13   in charge of that area.  I was just a helper.  I had

14   to help cut it, pack it, you know, and push it to

15   the next section.

16         Q          When you worked on the date shift,

17   did you work with the microboard every day?  Every

18   other day?  Sundays?  One day?  Explain to me how

19   much contact you had with the microboard or when you

20   worked with the microboard.

21         A          No.  I had a lot of lot with the

22   microboard.

23         Q          Explain to me what that contact was.

24         A          It was basically every day until

Accu-Beta ... Inc.    804.784.0541

1    they moved me over to the packing area.

2          ·Q        When they moved you to the packing

3    was that a different shift?

4          A        No.   That was the same shift.   They

5    moved me to the packing area on the same shift.

6          Q        You indicated earlier you were on

7    the day shift about two months or so.

8          A        Right.

9          Q        Is that correct?   How soon after you

10   started working day shift did they ship you off to

11   the packing department?

12         A        I really can't remember.   I really

13   can't remember.

14         Q        When you were in the packing

15   department did you work with the microboard?

16         A        Yes, sir, when we didn't have

17   anything, no work in that area, everybody had to

18   move from their area to that area.

19         Q        What did you do with the microboard

20   when you were in the packing area?

21         A        Nothing but just pack it, help cut

22   it and pack it.

23         Q        When you say helped cut it, what do

24   you mean by help cutting it?

```
 1          A        On the machine, use the machine, put
 2     it on the machine.
 3          Q        Did you operate the machine?
 4          A        Yes, I did operate the machine.
 5          Q        Did you operate the machine?
 6          A        Yes, I did.  I had to hold the board
 7     on the machine as we was cutting it.  We had to cut
 8     it in pieces, right, in different pieces.
 9          A        Then we put it on this cart and
10     another guy come get it and move it to another area.
11          Q        Just so I'm clear you weren't
12     necessarily, you weren't operating the saw.  You
13     were helping the person who operated the saw by
14     holding the microboard.
15          A        Yes, sir, that is right.  You are
16     right.
17          Q        How often did you do that job?
18          A        I did that a lot.  I did it a lot on
19     the night shift.
20          Q        When you were doing that job in
21     helping with the cutting of the microboard, did you
22     notice whether or not there was a dust collection
23     system attached to the saw that was cutting the
24     microboard?
```

1       A       No, sir.  It was never a dust

2   collection system connected to that machine because

3   they had a bag of rags, a bag of clean rags, where

4   as though we had to take the rags and wrap around

5   our face with them cheap goggles they had.  At the

6   same time, right, they never provided me, right, or

7   anybody in that area with a respirator mask.  They

8   gave us them little paper, white paint masks.

9             At the same time we had these rags

10  wrapped around our face to try to keep some of that

11  dust down.  Also they had us working in these

12  clothes here, these khaki clothing.  When you work

13  in these khaki clothing, right, you sweat, now you

14  have all their white powdery substance all on your

15  face, right.  Now I look like a snowman, I'm already

16  light skinned, excuse me, but seriously though.

17            MR. BAUMANN:  I think you have

18        answered his question, Mr. Hill.  Let him ask

19        another question.

20      A       Yes, sir.

21  BY MR. COLVILLE:

22      Q       Mr. Hill, you pointed to the khaki

23  clothing that you are wearing presently which it

24  looks like it is a long sleeved shirt.  Were you

Accu-Beta ... Inc.    804.784.0541

1    allowed to wear long sleeved shirts while you were

2    helping the person operating the panel saw?

3          A        This man, it didn't make no

4    difference.  You had guys works on the machines with

5    long and short sleeve shirts.  As long as they get

6    the job done.

7          Q        Was it up to the individual inmate

8    to decide where he wore a long or short sleeved

9    shirt?

10          A        No.  They never said nothing to us,

11    nothing.  We just left our area.

12          Q        Did you wear long or short sleeves?

13                MR. BAUMANN:  Mr. Hill, try to

14          listen to the question.  I know you want to get

15          the story out.  It will move quicker if you

16          answer the question he is asking you.

17          A        Yes, sir.

18    BY MR. COLVILLE:

19          Q        When you worked near the panel saw,

20    did you wear long or short sleeve shirts?

21          A        I had short sleeve shirts; some days

22    I wore long sleeves.

23          Q        When you worked near the panel saw,

24    when you were helping the person on the panel saw,

1    that panel saw did not have a dust collection system

2    attached to it?

3          A       No, sir, it never did.

4          Q       What was the name of the panel saw,

5    if you know?

6          A       I can't remember.

7                  VOICES OVERLAP.

8          Q       That is enough.  That is fine.

9    After the two month period when you worked on the

10   day shift, did you switch shifts and work the night

11   shift then?

12         A       Yes, sir.

13         Q       When you were working on the night

14   shift where you were assigned and what were your

15   duties?

16         A       They had me assigned to packing.

17   Packing, I believe packing 102, I can't remember.  I

18   ain't been up there in a while.  I think like

19   packing one.

20         Q       Am I correct in understanding, you

21   were assigned to the night shift about two months

22   after you started working with Unicor?

23         A       Yes, sir.

24         Q       Did you remain on the night shift

1    from that point to the end of your employment with

2    Unicor?

3         A       Yes, sir.

4         Q       For that entire period of time were

5    you assigned to the packing department?

6         A       To the packing department.

7         Q       What were your duties when you were

8    assigned to the night shift in the packing

9    department?

10        A       Well, my duties were like to clean

11   the boards, to take, like they have a red glue

12   machine up there, so when the boards come over to me

13   it is my job to put this some kind of gas-like

14   substance on the board, and then I have to scrape

15   the red glue off all those boards, then slide them

16   down to the rest of the guys, and they have got to

17   clean it up and pack it right on top, send it to

18   another section.

19        Q       How many days a week did you work?

20   How many hours a day did you work?

21        A       I worked five days.

22        Q       During that period of time on the

23   night shift?

24        A       Five days a week, I worked every

1    day.

2              Q        How many hours a day?

3              A        That is, what, from work call until

4    closing, until what?  From like. work call is like

5    3:35 until 11:00.

6              Q        Who was your immediate supervisor

7    when you were assigned to the night shift?

8              A        Mr. Bevivino and Mr., man, I can't

9    remember.  I can't remember the other two guys.

10             Q        Was Mr. English one of your

11   supervisors?

12             A        Yes, sir, that is him, Mr. English.

13   They had another one on there too.

14             Q        When you were assigned to the night

15   shift in the packing department, were there times

16   when you went back and worked or helped people who

17   were working the saws or the routers?

18             A        Yes, sir.

19             Q        How often would that occur that you

20   would be taken off the parking and set out to help

21   in another department?

22             A        It was regular when they had a lot

23   of work.

24             Q        Was there always a lot of work, or

1    did it vary?

2          A        No.  It was a lot of work up there.

3          Q        Mr. Hill, let me ask you, have you

4    discussed the injuries and the symptoms of the

5    injuries that you claim were caused by you working

6    on Unicor factory?  Let me ask you to list each one

7    individually, one by one.  Then I will go back after

8    I write them down, and we will go back and discuss

9    each in a little more detail.

10         A        Okay.

11         Q        Tell me what injuries you believe

12   were caused by you having to work in the Unicor

13   factory.

14         A        My injuries?  Man, I have broke out

15   bad up there.  I don't know what type of rash it was

16   but it was a bad, a very bad rash on my face, my

17   arm, and at the same time I had showed all this to

18   Mr. Hoolihan.

19                  Other than that, you know, them cheap

20   boots that we wear here in the institution, right,

21   when you working around stuff like that, material

22   like that, and it was like, you know, the powder

23   substance, the powder substance was all on me, man.

24   I was messed up, looked like I had the measles up

1    here.

2          Q        Was a rash the only symptom or

3    injury that you sustained as a result of working in

4    the Unicor factory?

5          A        Rash, my eyes were burning and, you

6    know, my breathing.

7          Q        Anything else?

8          A        You know, other than that, as far as

9    itching.

10         Q        Is that it?

11         A        Yes, that is about it.

12         Q        Now, with regard to those items you

13   just identified, do you currently suffer from any of

14   those injuries or symptoms today?

15         A        Yes, sir.  Still is.

16         Q        Which ones are bothering you

17   presently?

18         A        All of them are bothering me.

19         Q        Do you have a rash right now?

20         A        Yes, sir.  I have a rash.

21         Q        Where is it loathed?

22         A        It is located on my arms, on my arms

23   and--

24         Q        Can we see it?

Accu-Beta ... Inc.    804.784.0541

1               (PAUSE.)

2               MR. BAUMANN:  If you are comfortable

3     showing it to him, you can show it to him.

4        A     Then, again, no, I ain't going to

5  show it.  I have ladies in here, females in this

6  room.  Excuse me.

7  BY MR. COLVILLE:

8        Q     Is it on your arm though?

9        A     Yes, my arm.  I have it down here.

10        MR. BAUMANN:  Describe the area if

11   you like.

12       A     My arm, my neck.  And my lower part

13  down here, like my stomach.

14  BY MR. COLVILLE:

15       Q     Can I see the rash on the neck?

16       A     It is right here.

17        MR. BAUMANN:  If you are comfortable

18   with that.

19       A     It is right here (presenting for

20  view).

21       Q     We can't see it here.  Thank you.

22        MR. BAUMANN:  For the record, the

23   fact we can't see it is a fact of the video,

24   not necessarily the fact it is there or not

1        there.

2    BY MR. COLVILLE:

3           Q        That is fine.  Does the rash have a

4    feeling or a sensation?

5           A        Just itch, man.

6           Q        Do you still have problems with your

7    eyes feeling burny?

8           A        Yes, I do.

9           Q        Tell me about your breathing.  You

10   mentioned breathing problems.  What are they?

11          A        You know, a lot of times I be short

12   of breath, feel like I can't breathe, like things is

13   stuffy.

14          Q        Has it affected your activities in

15   the day in and day out things you do?

16          A        Yes, sir.  I used to play a lot of

17   ball.  I don't play it no more.

18          Q        Are you working where you are now?

19          A        They have me as a unit orderly.

20          Q        Have you had to receive medical

21   treatment for your breathing problems?

22          A        Yes, sir.  I came up here.  I came

23   up here, yes, sir.

24          Q        Who provided medical treatment for

1    your breathing problems?

2          A       Mr., I can't think of the doctor

3    name here.  It is so many doctors here.

4          Q       Have you only been seen by a Bureau

5    of Prisons physician, or have you been sent outside

6    for evaluations by private physicians?

7          A       No, sir.  I never been outside.

8          Q       I noticed in your medical record

9    that there were some X rays taken of your chest.  Do

10   you recall having X rays taken?

11         A       Yes, sir.

12         Q       Where were those X rays taken?

13         A       Where they was taken?  Right here in

14   this facility.

15         Q       Do you know why they were taken?

16         A       Yes, sir.  It was like a regular

17   checkup.  They do regular checkups like every six

18   months, maybe seven months for all of us in here.

19         Q       Here.  Not McKean.

20         A       No, no.  Right here.

21         Q       Mr. Hill, do you smoke?

22         A       No, sir, it is in my record, never

23   had a drug or alcohol problem, never had a drug or

24   alcohol problem.

Accu-Beta ... Inc.    804.784.0541

1    Q    So you have never smoked cigarettes?

2    A    No, sir.  No, sir.

3    Q    Were you present during the OSHA

4 inspection at McKean?

5    A    No, sir, because they came on the

6 day shift.  If I'm not mistaken, it was the day

7 shift that they came.

8    Q    Mr. Hill, when you were helping the

9 person who was operating the panel saw, do you

10 remember how many boards they would cut at any one

11 time?

12    A    Oh, man.  It so many boards, I mean

13 I mean you work, you work and work and work until

14 they call break, a ten minute break.

15    Q    Actually, Mr. Hill, I'm asking for

16 something a little more specific.  As I understood

17 it, when you would help at the panel saw, you would

18 actually hold the microboard while they were being

19 cut.  Is that accurate?

20    A    Yes, sir.  I hold it, like the guy

21 that is running the machine, right, when he gets

22 tired then I take over.

23    Q    My question is, when you were

24 holding the boards or when you were operating the

Accu-Beta ... Inc.   804.784.0541

1    machine, how many boards would you cut cut at one

2    time in the machine?

3           A       Only be one board.  Be one board at

4    a time.

5           Q       Did you ever cut more than one board

6    at a time?

7           A       Yeah.  You talking about in the

8    machine?

9           Q       Yes, sir.

10          A       Yes.  You have to cut one board at a

11   time on these particular machines.

12          Q       The machine we are referring to, is

13   that the panel saw?

14          A       No.  Not the panel saw.

15          Q       Which machine are you referring to?

16          A       It is the other machine.

17          Q       Is that the router?

18          A       Right.  The router.

19          Q       Did you ever work at the panel saw?

20          A       Yes, sir, I did.

21          Q       When you worked at the panel saw,

22   how many boards at a time would you cut in the

23   machine?

24          A       You could cut about, let me see,

1    about, if I am not mistaken, I think you could cut

2    at least about three, maybe four boards at a time in

3    that panel saw.

4           Q       But how many, when you were working

5    there, did you cut in the machine at any given time?

6                   MR. BAUMANN:   You understand the

7        question?

8           A       No, sir.  Can you repeat it?

9    BY MR. COLVILLE:

10          Q       When you were working on the panel

11   saw, that is when you were holding the boards that

12   were being cut, how many boards were you holding as

13   they were being cut when you worked the panel saw?

14          A       The person that cut them, the person

15   that, well, the person that cut them, after the

16   board has been cut, if I am the helper after the

17   board has been cut, then I have to grab the board

18   maybe like, I mean, these boards are heavy, man.

19   You know, you are going to need help.

20          Q       Mr. Hill, my question is this:

21   While the boards were being cut, as the operator was

22   cutting the boards, how many boards was he cutting

23   at one time?

24          A       About three or four boards.

1          Q          The injuries that you described

2    today, did you ever report any of those injuries to

3    any of your supervisors or any of the defendants

4    while you were working at Unicor?

5          A          Yes, I did.

6          Q          Who did you report your injuries to?

7          A          Ms. Deborah Forsythe.

8          Q          Okay?

9          A          Mr. Hoolihan, Mr. English and

10   Mr. Bevivino, and I can't think of the other

11   supervisor was on that night shift.  I had reported

12   to him too, and I said something to Mr. Marty Sapko.

13         Q          Mr. Hill, when did you report the

14   injuries to these individuals?  When did you report

15   these injuries to your supervisors or to the people

16   you just identified?

17         A          When I had, as soon as I start,

18   well, when I had broke out, start scratching,

19   itching, and by me going to the Medical Center up

20   there, they was saying that it is coming from a

21   certain substance so the only thing I had in mind,

22   and that was Unicor, because other than that I

23   wasn't dealing with nothing else up there.

24         Q          Whoever you told, did they let you

Accu-Beta ... Inc.    804.784.0541

1    leave work to go to the medical center, or did you

2    go to the medical department after work?

3          A      No.  They call over there, and I go

4    over there like that.

5          Q      While you were working?

6          A      Yes, sir, while I was working.

7          Q      When you came back, did you tell

8    them anything about what you had heard or done at

9    the medical department?

10         A      No.  I never said nothing to them.

11         Q      What do you contend that the

12   defendants in this case should have done that they

13   didn't do?

14         A      They should inform us what we was

15   cutting, what we was dealing with.  They should have

16   provided us with the proper gear.

17         Q      Before you were hired with Unicor,

18   did you have to go through an orientation process?

19         A      Yes, sir.  Everybody goes through

20   orientation process.

21         Q      During your orientation process were

22   you told or instructed as to where the material

23   safety data sheets were located on the factory

24   floor?

1      A      Yes, sir.

2      Q      Were those sheets available to all

3  the inmates who worked on the factory floor--

4      A      Yes, sir.

5      Q      --to review?

6      A      Yes, sir.

7      Q      Had you ever reviewed those or taken

8  time to review those?

9      A      Yes, I had.  It is located right in

10  front of the office.

11      Q      Is it safe to say anybody could have

12  access to those MSDS sheets who worked on the

13  factory floor, whether they be inmates or

14  noninmates?

15      A      Yes, sir.

16      Q      Did you ever request a respirator?

17      A      Yes, I have.

18      Q      Who did you request a respirator

19  from?

20      A      From the floor supervisor.

21      Q      Did you ever request a respirator

22  from defendant Forsythe?

23      A      No, sir.

24      Q      Did you ever request a respirator

1    from Warden Lamanna?

2         A      Yes, sir, I did say something to

3    Warden Lamanna about it, and Mr. Hoolihan.

4         Q      When did you speak with Warden

5    Lamanna about a respirator?

6         A      During the time, the main line, main

7    line, lunchtime.

8         Q      Do you remember when this was?

9         A      No.  I can't remember.  I can't

10   remember.

11        Q      When you spoke to Warden Lamanna

12   about the respirator, what did he say?

13        A      He said I need to talk to one of my

14   supervisors about that.

15        Q      Is that it, or did you and he

16   discuss anything else?

17        A      No.  That's it.  I mean--

18        Q      Did you request a respirator from

19   Mr. Sapko?

20        A      No.  I never said nothing to

21   Mr. Sapko.

22        Q      Did you ever request a respirator

23   from Mr. Housler?

24        A      Yes, I did.  Mr. Housler.

1       Q       When did you do that?

2       A       During the course of main line.

3    That is the only time we really get to see him.

4       Q       What if anything did Mr. Housler say

5    to you at that time?

6       A       Well, Mr. Housler said the same

7    thing, talk to your floor supervisor.

8       Q       I think you mentioned previously

9    about the dust mask that some of the inmates did

10    wear or were available on the factory floor.  Did

11    you ever wear one of those dust masks?

12       A       Yes, sir.  I had to.  It was a lot

13    of smoke.

14       Q       How often would you wear the dust

15    mask?

16       A       Every day.

17       Q       Did you wear the dust mask whether

18    or not you were working near the panel saw or were

19    working in the packing department?

20       A       During the panel saw.

21       Q       So when you worked near the panel

22    saw or the router, did you wear the dust mask?

23       A       Yes, sir.  You have to.

24       Q       When you were not near those places

1    did you still wear the dust mask?

2          A       No, sir.

3                  MR. BAUMANN:  Asked and answered.

4          Q       What if anything did you wear when

5    you were in the packing department?

6          A       You had to wear masks too because

7    you dealing with that gas substance.

8          Q       So essentially you wore a mask all

9    the time?

10          A       Yes, really, yeah.  If I didn't have

11    any work over at the packing area there was no use

12    for us wearing the mask.  All right?  If I had work

13    in the packing area, being we are dealing with the

14    gas substance, I had to put on the boards, right,

15    then you have to wear a mask because it is so

16    strong, man, that gas is so strong, it burn your

17    eyes up.  It have you crying in there, man.

18          Q       The other people you were working

19    with in Unicor packing department, did they also

20    wear masks?

21          A       Yes, sir.

22          Q       The people who were operating the

23    panel saws and rooters, were they wearing the dust

24    masks?

1          A       Yes, sir.

2          Q       Do you ever recall a time you were

3    working at the panel saw or the router where the

4    operator of that machine was not wearing a dust

5    mask?

6          A       No.  He had to have a dust mask on.

7          Q       Are you familiar with the inmate

8    compensation program?

9          A       Compensation program?  I heard--

10         Q       Yes, sir.

11         A       I heard something about it.  No, I'm

12   not.

13         Q       Are you alleging that somebody in

14   management or any of the defendants in this case

15   altered the MSDS sheets?

16         A       Yes, they did.

17         Q       Tell me how it is that you know or

18   believe that any of the defendants in this case

19   altered the MSDS sheets.

20         A       Well, when I was reading the MSDS

21   sheet, I noticed that certain things were marked

22   out.

23         Q       How do you come to believe that any

24   of the defendants marked the MSDS sheet out?

Accu-Beta ... Inc.   804.784.0541

1       A       Well, everything on the MSDS sheet

2   they copies.  If anybody go near the MSDS sheets

3   being the MSDS sheet book is located right exactly

4   in front of the office.  If anybody approached that

5   MSDS book, one of the officers come out there and

6   question us, right.  What are you doing, what are

7   you looking for, this and that, right.

8       Q       Did you ever see Warden Lamanna on

9   the work floor of the Unicor factory?

10      A       He came through every now and then.

11      Q       Did you witness any of the

12  defendants altering the MSDS sheets?

13      A       No, sir.

14      Q       Did anyone tell you that they

15  witnessed any of the defendants altering the MSDS

16  sheets?

17              MR. BAUMANN:  Do you understand?

18      You can answer the question.

19      A       Could you repeat the question?

20      Q       Did anyone tell you that they

21  witnessed any of the defendants altering the MSDS

22  sheets?

23      A       Yes, sir.

24      Q       Who?

Accu-Beta ... Inc.   804.784.0541

1        A        The officer.

2        Q        What officer?

3        A        Man, I hate to do this, man--

4        A        Officer Bevivino.

5        Q        Officer Bevivino told you that he

6    observed one of the defendants altering the MSDS

7    sheets?

8        A        Yes, sir.

9        Q        When did that conversation take

10   place?

11       A        During the night shift.  I can't

12   remember what day.

13       Q        When?

14       A        It was during the night shift.

15       Q        How did this conversation come up?

16       A        Well, to be honest, when I had broke

17   out, the officer had told us what type of material

18   that we was dealing with.  That's when I went and

19   did my homework, and it went from there.

20                MR. COLVILLE:  That is all I have.

21       A        Okay.

22                MR. COLVILLE:  Thank you.

23       A        Yes, sir.

24                MR. BAUMANN:  Could we take one

1       second, to break for one minute?

2                   MR. COLVILLE:  We are going to take

3       a break for a minute.

4           A       Okay.

5                   (PAUSE.)

6                   MR. BAUMANN:  We are not going to

7       ask any questions.

8                   SIGNATURE IS DISCUSSED AND NOT

9       WAIVED.

10                  MR. COLVILLE:  Thank you.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1             I, KENNY HILL, certify I have read
my deposition of November 1, 2006, and such is
2     complete and accurate except as listed below.
Each page of corrections is signed.
3  Now is     Should be     Reason

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14        Kenny Hill _____

15

16  Sworn to and subscribed before me, _____

17  _____, Notary Public for the State of

18  Virginia at Large.

19  My commission expires _____, 20___.

20  Witnessed this _____ day of _____, 2006.

21  _____ Notary Public

22

23

24

1  STATE OF VIRGINIA

2  COUNTY OF GOOCHLAND

3

4            CERTIFICATE OF NOTARY PUBLIC

5

6            I, Barbara D. Watts, Notary Public

7      for the State of Virginia at Large, certify I

8      reported the foregoing and such is complete and

9      accurate to the best of my ability.

10           The witness, who was sworn by me,

11     did not waive signature.

12           I am not related to any counsel,

13     party, or witness, and have no interest in the

14     outcome of this matter.

15           My commission expires May 31, 2009.

16           Given under my hand this 7th day of

17     November, 2006.

18     _____
       Barbara D. Watts

19           Barbara D. Watts, Notary Public

20

21

22

23

24

            Accu-Beta ... Inc.    804.784.0541