```
BOPUK          *        PUBLIC INFORMATION         *      01-29-2007
PAGE 001       *          INMATE DATA              *      15:13:35
                         AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

               RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 513-684-2603    FAX: 513-684-2603
                                        RACE/SEX...: BLACK / MALE
FBI NUMBER.: 240532MA5                  DOB/AGE....: 08-22-1970 / 36
PROJ REL MT: GOOD CONDUCT TIME RELEASE  PAR ELIG DT: N/A
PROJ REL DT: 06-18-2007                 PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY -------------------------

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME

CCN   A-DES      DESIGNATED, AT ASSIGNED FACIL  01-02-2007 1603 CURRENT
CCN   FURL MED   FURLOUGH-MEDICAL               01-02-2007 0540 01-02-2007 1603

CCN   A-DES      DESIGNATED, AT ASSIGNED FACIL  12-21-2006 1150 01-02-2007 0540

3-N   RELEASE    RELEASED FROM IN-TRANSIT FACL  12-21-2006 1150 12-21-2006 1150

3-N   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-21-2006 0800 12-21-2006 1150

MCK   FURL TRANS FURL W/UNESCORTED TRF TO A CCC 12-21-2006 0800 12-21-2006 0800

MCK   A-DES      DESIGNATED, AT ASSIGNED FACIL  12-18-2006 1113 12-21-2006 0800

3-N   RELEASE    RELEASED FROM IN-TRANSIT FACL  12-18-2006 1113 12-18-2006 1113

3-N   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-07-2006 1255 12-18-2006 1113

MCK   FED WRIT   RELEASE ON FEDERAL WRIT        12-07-2006 1255 12-18-2006 1113

MCK   A-DES      DESIGNATED, AT ASSIGNED FACIL  10-21-1998 1015 12-07-2006 1255

S13   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-21-1998 1015 10-21-1998 1015

S13   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-21-1998 0516 10-21-1998 1015

LEW   HLD REMOVE HOLDOVER REMOVED               10-21-1998 0516 10-21-1998 0516

LEW   A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-13-1998 1921 10-21-1998 0516

A01   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-13-1998 1921 10-13-1998 1921

A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-1998 0930 10-13-1998 1921

OKL   HLD REMOVE HOLDOVER REMOVED               10-13-1998 0830 10-13-1998 0830

OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-23-1998 1800 10-13-1998 0830

0-U   RELEASE    RELEASED FROM IN-TRANSIT FACL  09-23-1998 1900 09-23-1998 1900

0-U   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1998 1359 09-23-1998 1900

CCN   ADMIN REL  ADMINISTRATIVE RELEASE         08-18-1998 1359 08-18-1998 1359

CCN   A-ADMIN    ADMINISTRATIVE ADMISSION       08-18-1998 1347 08-18-1998 1359

I-T   RELEASE    RELEASED FROM IN-TRANSIT FACL  08-18-1998 1347 08-18-1998 1347

I-T   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-07-1998 0530 08-18-1998 1347
```

```
A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  05-07-1998 0530 05-07-1998 0530

A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 05-06-1998 0818 05-07-1998 0530

ATL    HLD REMOVE HOLDOVER REMOVED                 05-06-1998 0818 05-06-1998 0818

ATL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   05-06-1998 0050 05-06-1998 0818

A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  05-06-1998 0050 05-06-1998 0050

A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 05-05-1998 0930 05-06-1998 0050

OKL    HLD REMOVE HOLDOVER REMOVED                 05-05-1998 0830 05-05-1998 0830

OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   05-01-1998 1915 05-05-1998 0830

RCH    STDY CMPLT STUDY AND OBS COMPLETED          05-01-1998 1508 05-01-1998 1915

RCH    A-PRE        PRE-SENT ADMIT, ADULT          03-26-1998 1851 05-01-1998 1508

A01    RELEASE      RELEASED FROM IN-TRANSIT FACL  03-26-1998 1951 03-26-1998 1951


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603   FAX: 513-684-2603
A01    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 03-26-1998 1020 03-26-1998 1951

OKL    HLD REMOVE HOLDOVER REMOVED                 03-26-1998 0920 03-26-1998 0920

OKL    A-HLD        HOLDOVER, TEMPORARILY HOUSED   03-18-1998 1815 03-26-1998 0920

0-U    RELEASE      RELEASED FROM IN-TRANSIT FACL  03-18-1998 1915 03-18-1998 1915

0-U    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 03-04-1998 1110 03-18-1998 1915

CCN    ADMIN REL    ADMINISTRATIVE RELEASE         03-04-1998 1110 03-04-1998 1110

CCN    A-ADMIN      ADMINISTRATIVE ADMISSION       03-04-1998 1056 03-04-1998 1110

MXR    GCT REL      GOOD CONDUCT TIME REL (CCCA)   01-14-1995 1115 03-04-1998 1056

MXR    A-STCONCUR STATE CONCURRENCY CASE           04-29-1992 1628 01-14-1995 1115
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK          *        PUBLIC INFORMATION        *     01-29-2007
PAGE 003          *           INMATE DATA           *     15:13:35
                              AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603     FAX: 513-684-2603
PRE-RELEASE PREPARATION DATE: 05-11-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

--------------------CURRENT JUDGMENT/WARRANT NO: 040 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
```

```
DOCKET NUMBER...................: 4:91CR0182
JUDGE..........................: WELLS
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE SUPERVISION REVOKED........: 08-11-1998
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $50.00         $00.00          $00.00     $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: ** VIOLATION OF SUPERVISED RELEASE **
         18:2114  -  ASSAULT OF A MAIL CARRIER

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:   15 MONTHS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 030 COMP
 DATE OF OFFENSE................: 09-04-1990
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPUK        *         PUBLIC INFORMATION        *      01-29-2007
 PAGE 004      *            INMATE DATA            *      15:13:35
                         AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 513-684-2603   FAX: 513-684-2603
-----------------------CURRENT COMPUTATION NO: 040 -------------------------


COMPUTATION 040 WAS LAST UPDATED ON 06-15-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-15-2006 BY DESIG/SENTENCE COMPUTATION CTR
```

```
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 05-17-2006
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS     3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-18-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-16-2007


PROJECTED SATISFACTION DATE.....: 06-18-2007
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   BOPUK          *        PUBLIC INFORMATION      *     01-29-2007
PAGE 005          *           INMATE DATA          *     15:13:35
                             AS OF 01-29-2007

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

               RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 11-17-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-17-2006 VIA GCT REL
```

```
--------------------------PRIOR JUDGMENT/WARRANT NO: 030 --------------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE..........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED.................: 10-21-1998
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00     $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $1,268.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------

OFFENSE CODE....: 554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   57 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  CLASS OF OFFENSE...............: CLASS B FELONY
  DATE OF OFFENSE................: 10-08-1997

--------------------------PRIOR OBLIGATION NO: 020 --------------------------

OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE




G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPUK         *         PUBLIC INFORMATION      *      01-29-2007
PAGE 006        *            INMATE DATA          *      15:13:35
                          AS OF 05-17-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

               RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 513-684-2603    FAX: 513-684-2603
```

```
  DATE OF OFFENSE................: 10-08-1997

  ------------------------PRIOR COMPUTATION NO: 030 ------------------------

  COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  PRIOR COMPUTATION 030:   030 010, 030 020

  DATE COMPUTATION BEGAN..........: 08-05-1998
  AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
  TOTAL TERM IN EFFECT............:  117 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS       9 MONTHS
  AGGREGATED TERM OF SUPERVISION..:    5 YEARS
  EARLIEST DATE OF OFFENSE........: 10-08-1997

  JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                      10-14-1997    08-04-1998

  TOTAL PRIOR CREDIT TIME.........: 295
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 423
  TOTAL GCT EARNED................: 423
  STATUTORY RELEASE DATE PROJECTED: 05-17-2006
  SIX MONTH /10% DATE.............: N/A
  EXPIRATION FULL TERM DATE.......: 07-14-2007


  ACTUAL SATISFACTION DATE........: 05-17-2006
  ACTUAL SATISFACTION METHOD......: GCT REL
  ACTUAL SATISFACTION FACILITY....: MCK
  ACTUAL SATISFACTION KEYED BY....: PJL

  DAYS REMAINING..................: 423
  FINAL PUBLIC LAW DAYS...........: 0




  G0002       MORE PAGES TO FOLLOW . . .




   BOPUK          *        PUBLIC INFORMATION      *    01-29-2007
  PAGE 007        *           INMATE DATA          *    15:13:35
                            AS OF 05-01-1998

  REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR
```

```
                    RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-01-1998 VIA STDY CMPLT

    -----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 02-26-1998
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-26-1998
HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

    -------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: 18:2114, ASSAULT ON A MAIL CARRIER.

    SENTENCE PROCEDURE.............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
    SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
    STUDY LENGTH...................:     60 DAYS
    DATE OF OFFENSE................: 10-15-1997
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                   RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 513-684-2603    FAX: 513-684-2603
-------------------------PRIOR COMPUTATION NO: 020 -------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-27-1998 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 03-26-1998
TOTAL TERM IN EFFECT............:    60 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     1 MONTHS    29 DAYS
EARLIEST DATE OF OFFENSE........: 10-15-1997

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-24-1998

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 05-01-1998
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: RCH
ACTUAL SATISFACTION KEYED BY....: SJS

DAYS REMAINING..................: 23
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .




    BOPUK         *         PUBLIC INFORMATION         *     01-29-2007
```

```
PAGE 009          *                INMATE DATA          *      15:13:35
                                 AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

              RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-14-1995 VIA GCT REL

----------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:91CR0182
JUDGE...........................: KRENZLER
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE COMMITTED..................: 01-24-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $50.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: ASSAULT OF A MAIL CARRIER 18:2114

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    41 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  DATE OF OFFENSE................: 09-04-1990




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK         *        PUBLIC INFORMATION        *      01-29-2007
PAGE 010 OF 010 *            INMATE DATA            *      15:13:35
                           AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR

                  RESP OF: CCN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 513-684-2603    FAX: 513-684-2603
-------------------------PRIOR COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-17-1995 AT MXR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:  010 010

DATE COMPUTATION BEGAN..........: 01-24-1992
TOTAL TERM IN EFFECT............:   41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS        5 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 160
TOTAL GCT EARNED................: 160
STATUTORY RELEASE DATE PROJECTED: 01-14-1995
SIX MONTH /10% DATE.............: 09-29-1994
EXPIRATION FULL TERM DATE.......: 06-23-1995


ACTUAL SATISFACTION DATE........: 01-14-1995
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MXR
ACTUAL SATISFACTION KEYED BY....: SMG

DAYS REMAINING..................: 160
FINAL PUBLIC LAW DAYS...........: 0




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```