

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

MCC/jsb

*U.S. Post Office & Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219*                    *412/644-3500*

February 2, 2007

**VIA FEDERAL EXPRESS**

The Honorable Susan Paradise Baxter
United States Magistrate Judge
United States District Court
Western District of Pennsylvania
U.S. Courthouse - Room A280
17 South Park Row
Erie, Pennsylvania 16501

    RE:    **Kenny Hill v. John Lamanna, et al. – C.A.#05-160E**
                **Michael Hill v. John Lamanna, et al. – C.A.#03-323E**
                **Leslie Kelly v. John Lamanna, et al. – C.A.#03-368E**
                **Kevin Siggers v. John Lamanna, et al. – C.A.#03-355E**
                **Myron Ward v. John Lamanna, et al. – C.A.#04-11E**

Dear Judge Baxter:

    Enclosed please find two OSHA Video disks which are Exhibit A-2c to the Appendix to Defendants' Brief in Support of Their Motion for Summary Judgment, or in the Alternative, Motion to Dismiss, which was electronically filed today for the above matter.

    If you have any questions, please feel free to contact me at (412) 894-7337.

                            Very truly yours,

                            MARY BETH BUCHANAN
                            United States Attorney

                            */s/ Michael C. Colville*
                            MICHAEL C. COLVILLE
                            Assistant U.S. Attorney

Enclosures