**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNY HILL, | ) Docket No. 05-160E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ELECTRONICALLY FILED PLEADING |
| | ) |
| JOHN J. LAMANNA, DEBORAH FORSYTH, MARTY SAPKO, and STEPHEN HOUSLER | ) MOTION TO WITHDRAW AS COUNSEL |
| | ) Filed on behalf of: Plaintiff Kenny Hill |
| Defendants | ) |
| | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, PC |
| | ) 120 West Tenth Street |
| | ) Erie, PA  16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (8i4) 453-4530 |
| | ) Email:  rlanzillo@kmgslaw.com |
| | ) PA53811 |

## MOTION TO WITHDRAW AS COUNSEL

AND NOW COMES Plaintiff, Kenny Hill, through his attorneys Knox McLaughlin Gornall & Sennett, PC, and submit the following:

1. On February 23, 2007, the Magistrate Judge issued the Report and Recommendation [Doc 43] relative to the above case.

2. On March 14, 2007, the District Court adopted the Opinion and Report and Recommendation [Doc 45] and granted the Motion for Summary Judgment in its entirety.

3. Plaintiff's counsel's appointment in this matter was limited to the representation of the interests of Plaintiff through the District Court proceedings.

4. Presently, the District Court proceedings are concluded.

5. Plaintiff's counsel has advised Plaintiff of his fulfillment of his appointment and that counsel would be filing this motion to withdraw his representation of Plaintiff. Additionally, counsel has advised Plaintiff of Plaintiff's appellate rights.

WHEREFORE, counsel respectfully requests that this Court issue an order granting this Motion to Withdraw as Counsel.

> Respectfully submitted,
>
> KNOX McLAUGHLIN GORNALL &
> SENNETT, P.C.
>
> BY:____/s/ Richard A. Lanzillo_____
> Richard A. Lanzillo, Esquire
> 120 West Tenth Street
> Erie, Pennsylvania 16501
> (814) 459-2800
>
> Attorneys for Plaintiff,
> Kenny Hill

# 720416