IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY HILL, | ) Docket No. 05-160E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN J. LAMANNA, DEBORAH FORSYTH, MARTY SAPKO, and STEPHEN HOUSLER | ) |
| Defendants | ) |

**PROPOSED ORDER**

AND NOW, the _____ day of April, 2007, upon consideration of Plaintiffs' Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Honorable Susan Paradise Baxter

# 720418