UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA, ERIE

HILL VS. LAMANNA ET. AL

CIVIL ACTION NO:
05-160 E

NOTICE OF APPEAL

NOW COMES PLAINTIFF, KENDY HILL PRO SE, HEREBY GIVE NOTICE OF APPEAL FROM THE ORDER ENTERED ON MARCH 12, 2007, BY DISTRICT JUDGE SEAN J. McLAUGHLIN GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND DISMISSING ALL CLAIMS BY ADOPTING THE REPORT AND RECOMMENDATION OF CHIEF U.S. MAGESTRATE JUDGE, MRS. SUSAN PARADISE BAXTER, DATED FEBRUARY 23, 2007.

APPEAL TO THE U.S. COURT OF APPEALS.
FOR THE THIRD CERCUIT

4-1-07
DATE

'07 APR -4 AM 26
CLERK U.S. DISTRICT COURT
FILED

#7110 016
NAME # KENDY HILL
ADDRESS
F. CI. PETERSBURG (LOW)
P.O. BOX 1000
PETERSBURG, VA. 23804

3-31-07

Dear Clerk of Court:

Please Find enclosed (3) Three Separate notices of Appeal. Each one has the Persons Name case No. and Prison address. We are currently in transit and could only come across (1) one envelope. Thank You for Your time

Sincerely,

_Leslie Kelly_
Leslie Kelly

_Kenny Hill_
Kenny Hill

_Myron Ward_
Myron Ward