Allegheny County Jail, Pittsburgh, PA 15219
950 Second Ave.
DEPARTMENT OF CORRECTIONS
ALLEGHENY COUNTY PRISON
Name: Leslie Kelly
I.D.# 131553

"LEGAL MAIL"

1650730820 B007

U.S. District Court, ERIE
Clerk of Court
P.O. Box 1820
Erie, PA 16507

RECEIVED
APR - 4 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

