**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                                      IN REPLYING, GIVE NUMBER
CLERK OF COURT                                                          OF CASE AND NAMES OF PARTIES
814-464-9600

DATE: April 5, 2007

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106

                              IN RE: Hill v. Lamanna
                              WESTERN DIST. OF PA NO. 05-160 Erie
                              U.S.C.A. NO.
Dear Ms. Waldron:

    Enclosed please find:

    _             One certified copy of the docket entries to be filed as the
                  Certified List in Lieu of the Record.

    X             Actual Record with one certified copy and one uncertified copy
                  of the docket entries.

    _             One certified copy of the docket entries to be filed as the
                  Certified List in Lieu of the _ Supplemental Record.

    _             Actual _ Supplemental Record with one certified copy and one
                  uncertified copy of the docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and
return to this office.

                              Very truly yours,

                              ROBERT V. BARTH, JR.
                              CLERK OF COURT

                              By: _____
                                   Debra L. Mayo
                                   Deputy Clerk

Enclosures

RECEIPT ACKNOWLEDGED BY: _____ DATE _____