IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRON WARD, <br>     PLAINTIFF, <br> v. <br> JOHN J. LAMANNA, et al., <br>     DEFENDANTS. | CIVIL ACTION NO. 04-11E <br> APPEAL NO. 07-2023 <br><br> '07 JUL -5 A3:11 |
| KENNY HILL <br>     PLAINTIFF, <br> v. <br> JOHN J LAMANNA, et al., <br>     DEFENDANTS. | CIVIL ACTION NO. 05-160E <br> APPEAL NO. 07-2024 |

ACTION TO COMPEL FORMER ATTORNEY TO FORWARD
PLAINTIFFS'/APPELLANTS' THEIR ENTIRE CASE FILES

AND NOW, comes Plaintiffs /Appellants, Myron Ward pro-se, and Kenny Hill pro-se, ask this Honorable Court to order Their former attorney, Richard Lanzillo, Esq. of Knox Mclaughlin Gornell & Sennett in Erie, PA 16501, to send them their entire case files.

    Plaintiffs/Appellants were represented by Richard Lanzillo, Esq. in a §1983/Bivens suit (Ward v. Lamanna 04-11E and Hill v. Lamanna 05-160E), by appointment of counsel by the Court. On March 12, 2007 their case was dismissed on summary judgment and Plaintiffs'/appellants' attorney was allowed to withdraw from the case on April 2, 2007 by the Court. Since March 12, 2007 when Attorney Lanzillo alerted them by letter that their case was dissmissed, they have written, called and have had family members call several times about having their case files sent to them. It is now close to Four months of requests.

Plaintiffs/Appellants had to file for a second Motion for Extension of Time to Respond to Summary Judgment on the Appeals Court level, because he can not properly or effectivly respond without their case files. Plaintiffs/Appellants have no idea what evidence his former attorney introduced into the record nor what evidence the Defendants submitted.

WHEREFORE, Plaintiffs/Appellants pray this Honorable Court to Compel their former attorney, Richard Lanzillo, Esq. to forward their entire case file to them promptly.

Respectfully Submitted,

6/29/07

Myron Ward #05967-084
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

Kenny Hill #17110-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

Dear Clerk of Court:  6/29/07

Please find enclosed two different filings. 1) Request for transcripts 2) Action to compel Former Attorney to forward case files of Ward and Hill. Thank you for your time

Sincerely
Myron Ward
Myron Ward