WARD MARON 05907-084
FCC Petersburg LOW
P.O. Box 1000
Petersburg, VA 23804

U.S. District Court, Erie
P.O. Box 1820
Erie, PA 16507

**RECEIVED**

JUL - 5 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

RICHMOND VA 232
02 JUL 2007 PM 2 T