```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

       # 07000547 - DM
       September 17, 2007

   Code   Case #    Qty      Amount

   FIRSTAPP 05-160 E          10.65 CH


   TOTAL→             10.65


   FROM: US TREASURY/BOP FOR:
         KENNY HILL
```

*Handwritten note:* 1:05-cv-160 appeal pack pay receipt #07-547