UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 080000099 - SP
January 2, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CIVTAPP | 05-160E | | 53.59 |

TOTAL: 53.59

FILED
JAN - 2 2008
CLERK