```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000163 - DM
          February 22, 2008


    Code    Case #    Qty      Amount

    FIRSTAPP 05-160 E          39.19 CH


    TOTAL→                     39.19



    FROM: DOJ/BOP FOR:
          KENNY HILL
```