UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 08000188 — SP
March 10, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| FIRSTАPP | 05-160E | | 22.12 CH |

TOTAL→          22.12

FROM: US TREASURY FOR KENNY HILL