```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 08000239 - SH
        April 10, 2008


  Code    Case #    Qty      Amount

  FIRSTAPP  05-160E           24.45 CR
  INDAPPEA  05-160E            0.90 CR


  TOTAL→                      25.35


  FROM: U.S. TREASURY FOR KENNY HILL
```