```
            UNITED STATES
            DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000318 - DM
           June 9, 2008

    Code   Case #   Qty    Amount

  2NDAPPEA 05-160 E               37.90 CH


  TOTAL →                         37.90


  FROM: DOJ/BOP FOR:
        JENNY HILL
```