UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00000385 - OM
August 12, 2008

Code    Case #    Qty    Amount

SHOAFFER 05-160 E

4.65

TOTAL→

9.65

PACER DOC/EOF FOR KENNY HILL