```
          UNITED STATES
          DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 08000419 - DM
         September 15, 2008


     Code    Case #    Qty     Amount

     2NDAPPEA 05-160 E
     3RDAPPEA 05-160 E          56.55 CH
                                32.09 CH


     TOTAL ->                   88.64


     FROM: DOJ/BOP FOR:
           HENRY HILL
```